# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF TEXAS

## WACO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. W-01-CR-164** |
| | § | |
| **SHERMAN LAMONT FIELDS** | § | |

## O R D E R

Before the Court is the Defendant's Motion for Immediate Appointment of Counsel to Pursue All Available Post-Conviction Remedies. The Court, having considered the motion, finds that it has merit and should be granted. Accordingly, it is

**ORDERED** that Walter M. Reaves, Jr. And John Kuchera are appointed to represent Defendant in pursuing any and all available post-conviction remedies.

**SIGNED** on this 19th day of February, 2008.

_____

WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE