## IN THE UNITED STATES DISTRICT COURT
### WESTERN DIVISION OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CAUSE NO. W-01-CR-164 |
| | § | |
| SHERMAN LAMONT FIELDS | § | |

## MOTION TO WITHDRAW

Comes now Walter M. Reaves, Jr., and moves the court to allow John Kuchera and him to withdraw as counsel for SHERMAN LAMONT FIELDS, for the following reasons:

1. This Court previously appointed undersigned counsel and Mr. Kuchera to represent petitioner in these proceedings.

2. Following counsel's appointment, it was discovered that a conflict exists which requires counsel to move to withdraw. Specifically, counsel determined that he previously represented one of the government witnesses against petitioner. In fact, counsel has had a long-standing relationship with the individual, and has represented him on several cases, as well as other members of his family. Petitioner is aware of the conflict and does not feel comfortable with counsel continuing to represent him.

3. The court also appointed John Kuchera to represent petitioner. He is aware of the situation, and has also agreed to move to withdraw.

4. Given the relatively large number of government witnesses in this case who have criminal convictions arising out of the Waco area, both in state and federal court,

undersigned counsel respectfully requests that this Court appoint Jeff Ellis and Rob Owen.  I have spoken to both lawyers and they are willing to accept appointments.  As this Court knows, Mr. Owen represented Petitioner on direct appeal.  Mr. Owen, who does not have a conflict of interest and who has fostered a productive relationship with Petitioner, has agreed to be appointed as local counsel.   Mr. Owen also has knowledge of the case, and the proceedings to date, and will be able to assist Mr. Ellis in getting started.

Mr. Ellis, who now practices in Seattle, Washington, but who previously practiced for a period of time in Texas, is willing to serve as lead counsel.

In addition, the New York law firm of Cadwalader, Wickersham, and Taft, LLP, remains willing to accept a *pro bono* appointment.

5. Counsel believes that combined appointment of Mr. Ellis and Mr. Owen will be in the best interest of both petitioner and the court.  Petitioner will be provided with experienced post-conviction counsel, as well as local counsel who has knowledge of the case and a working relationship with Petitioner.  Additionally, the *pro bono* arrangement with Cadwalader will likely result in saving substantial resources normally associated with these cases and will provide Petitioner with additional experienced lawyers, who do not have a conflict of interest with any of the witnesses in this case.

6. A draft order is being submitted with this motion, which sets forth the arrangement between counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned requests that he be allowed to withdraw as the attorney for petitioner, and new counsel appointed.

Respectfully submitted,

__//s//__

Walter M. Reaves, Jr.
504 Austin Ave.
Waco, Texas 76691
(254) 296-0020
FAX (254) 296-0023
TBA#16644200

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Motion was served on the Texas State Attorney General's office on March _____, 2008.

__//s//_____
Walter M. Reaves, Jr.

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | **No. W-01-CR-164** |
| | § | |
| **SHERMAN LAMONT FIELDS** | § | |
| | § | |

**O R D E R**

The Court hereby VACATES its order appointing counsel to represent Sherman Lamont Fields in post-conviction proceedings, entered February 19, 2008, and enters the following order.

The Court finds that Mr. Fields remains financially qualified for the appointment of counsel under 18 U.S.C. § 3006A, and that the appointment of counsel is required by 18 U.S.C. § 3599 (a)(2).

The Court appoints **Robert C. Owen**, of the law firm of Owen & Rountree, L.L.P., P.O. Box 40428, Austin, Texas, 78704, to represent Sherman Lamont Fields in seeking any post-conviction review to which federal law may entitle him.  The Court finds that Mr. Owen represented the defendant on direct appeal from his conviction and death sentence, that Mr. Owen possesses the qualifications for appointment described in 18 U.S.C. § 3599(c), and that Mr. Owen's prior experience in capital cases demonstrates that he is able properly to represent Mr. Fields, with due consideration to the seriousness of the penalty imposed and to the unique and complex nature of the litigation.

As co-counsel to Mr. Owen, the Court appoints **Jeffrey E. Ellis**, of the law firm of

Ellis, Holmes & Witchley, P.L.L.C., 705 Second Avenue, Suite 401, Hoge Building, Seattle, Washington 98104, to represent Sherman Lamont Fields in seeking any post-conviction review to which federal law may entitle him.  Pursuant to 18 U.S.C. § 848(q)(7), the Court finds good cause to make this appointment even though Mr. Ellis lacks the experience in the U.S. Court of Appeals for the Fifth Circuit described in 18 U.S.C. § 3599(c), because Mr. Ellis is a member of the bar of the State of Texas and the Fifth Circuit, and possesses experience in the U.S. Court of Appeals for the Ninth Circuit equivalent to that described in 18 U.S.C. § 3599(c).  The Court further finds, pursuant to 18 U.S.C. § 3599(d), that Mr. Ellis' prior experience in capital cases demonstrates that he is able properly to represent Mr. Fields, with due consideration to the seriousness of the penalty imposed and to the unique and complex nature of the litigation.

The hourly rate for attorney compensation for Mr. Owen and Mr. Ellis will be $170 per hour, consistent with the existing practice in other capital habeas cases in this District, and interim payments are authorized in accordance with the Guide to Judiciary Policies and Procedures.  Mr. Owen and Mr. Ellis are appointed *nunc pro tunc* to January 21, 2008, the date on which the defendant accepted their offer of legal representation.

The Court further finds that the law firm of Cadwalader, Wickersham & Taft, LLP, One World Financial Center, New York, New York 10281, ("Cadwalader") has offered its services *pro bono* to assist Mr. Owen and Mr. Ellis in representing Mr. Fields in seeking any post-conviction review to which federal law may entitle him.  The Court orders that no attorney from Cadwalader may be compensated with taxpayer funds for any legal services performed in this matter, nor will the Cadwalader firm be reimbursed from taxpayer funds for any costs incurred in connection with this matter. Subject to those conditions, any

attorney from the Cadwalader firm who files an appropriate motion for permission to practice *pro hac vice* in this matter, accompanied by verification of membership in good standing as a member of the bar of at least one United States District Court and at least one United States Court of Appeals, pursuant to Western District of Texas Rule AT-1(f) may appear on Mr. Fields' behalf along with Mr. Owen and Mr. Ellis.

The Court further orders Mr. Owen and Mr. Ellis to file entries of appearance on Mr. Fields' behalf within seven days from receipt of this Order.

Within thirty days of filing their entries of appearance, Mr. Owen and Mr. Ellis must confirm that each has obtained a copy of the record of this case.  In addition, within thirty days of filing his entry of appearance, Mr. Ellis must provide the Court with proof that he has applied for admission to the Bar of this Court.

It is so ORDERED this ___ day of March, 2008.

Walter S. Smith, Jr.
Chief United States District Judge

6