FILED

MAR 2 5 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA    §
                            §
                            §
                            §
v.                          §
                            §        No. W-01-CR-164
                            §
                            §
SHERMAN LAMONT FIELDS       §
                            §

## O R D E R

The Court hereby VACATES its order appointing counsel to represent Sherman Lamont Fields in post-conviction proceedings, entered February 19, 2008, and enters the following order.

The Court finds that Mr. Fields remains financially qualified for the appointment of counsel under 18 U.S.C. § 3006A, and that the appointment of counsel is required by 18 U.S.C. § 3599 (a)(2).

The Court appoints **Robert C. Owen**, of the law firm of Owen & Rountree, L.L.P., P.O. Box 40428, Austin, Texas, 78704, to represent Sherman Lamont Fields in seeking any post-conviction review to which federal law may entitle him. The Court finds that Mr. Owen represented the defendant on direct appeal from his conviction and death sentence, that Mr. Owen possesses the qualifications for appointment described in 18 U.S.C. § 3599(c), and that Mr. Owen's prior experience in capital cases demonstrates that he is able properly to represent Mr. Fields, with due consideration to the seriousness of the penalty imposed and to the unique and complex nature of the litigation.

As co-counsel to Mr. Owen, the Court appoints **Jeffrey E. Ellis**, of the law firm of

4

Ellis, Holmes & Witchley, P.L.L.C., 705 Second Avenue, Suite 401, Hoge Building, Seattle, Washington 98104, to represent Sherman Lamont Fields in seeking any post-conviction review to which federal law may entitle him. Pursuant to 18 U.S.C. § 848(q)(7), the Court finds good cause to make this appointment even though Mr. Ellis lacks the experience in the U.S. Court of Appeals for the Fifth Circuit described in 18 U.S.C. § 3599(c), because Mr. Ellis is a member of the bar of the State of Texas and the Fifth Circuit, and possesses experience in the U.S. Court of Appeals for the Ninth Circuit equivalent to that described in 18 U.S.C. § 3599(c). The Court further finds, pursuant to 18 U.S.C. § 3599(d), that Mr. Ellis' prior experience in capital cases demonstrates that he is able properly to represent Mr. Fields, with due consideration to the seriousness of the penalty imposed and to the unique and complex nature of the litigation.

The hourly rate for attorney compensation for Mr. Owen and Mr. Ellis will be $170 per hour, consistent with the existing practice in other capital habeas cases in this District, and interim payments are authorized in accordance with the Guide to Judiciary Policies and Procedures. Mr. Owen and Mr. Ellis are appointed *nunc pro tunc* to January 21, 2008, the date on which the defendant accepted their offer of legal representation.

The Court further finds that the law firm of Cadwalader, Wickersham & Taft, LLP, One World Financial Center, New York, New York 10281, ("Cadwalader") has offered its services *pro bono* to assist Mr. Owen and Mr. Ellis in representing Mr. Fields in seeking any post-conviction review to which federal law may entitle him. The Court orders that no attorney from Cadwalader may be compensated with taxpayer funds for any legal services performed in this matter, nor will the Cadwalader firm be reimbursed from taxpayer funds for any costs incurred in connection with this matter. Subject to those conditions, any

attorney from the Cadwalader firm who files an appropriate motion for permission to practice *pro hac vice* in this matter, accompanied by verification of membership in good standing as a member of the bar of at least one United States District Court and at least one United States Court of Appeals, pursuant to Western District of Texas Rule AT-1(f) may appear on Mr. Fields' behalf along with Mr. Owen and Mr. Ellis.

The Court further orders Mr. Owen and Mr. Ellis to file entries of appearance on Mr. Fields' behalf within seven days from receipt of this Order.

Within thirty days of filing their entries of appearance, Mr. Owen and Mr. Ellis must confirm that each has obtained a copy of the record of this case. In addition, within thirty days of filing his entry of appearance, Mr. Ellis must provide the Court with proof that he has applied for admission to the Bar of this Court.

It is so ORDERED this 24 day of March, 2008.

_____
Walter S. Smith, Jr.
Chief United States District Judge

6