FILED

APR 0 1 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
DEPUTY CLERK

# DEATH PENALTY

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT TEXAS

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SHERMAN L. FIELDS,<br>Defendant. | NO.  W-01-CR-164<br><br>NOTICE OF APPEARANCE;<br>CONFIRMATION OF RECEIPT<br>OF COPY OF RECORD; AND<br>PROOF OF APPLICATION OF<br>ADMISSION |
|---|---|

Jeffrey E. Ellis, of the Law Offices of Ellis, Holmes & Witchley, PLLC, hereby enters a notice of appearance in this case.  As required by this Court's order appointing counsel, Mr. Ellis confirms receipt of a copy of the record.  Finally, Mr. Ellis has filed an application for admission to the Bar of this Court, which is currently pending.

DATED this 28th day of March, 2008.

Respectfully Submitted:

Jeffrey Ellis
*Attorney at Law*
Law Offices of Ellis, Holmes & Witchley
705 Second Ave., Suite 401
Seattle, WA 98104
(206) 262-0300
(206) 262-0335 (fax)
Email: ellis_jeff@hotmail.com

Notice of Appearance--1

CERTIFICATE OF SERVICE

I, Jeffrey E. Ellis, certify that I served the party listed below with a copy of the attached *Notice of Appearance* by mailing a copy of the document via the United States Postal Service, postage pre-paid, addressed to:

Office of the United States Attorney
800 Franklin Ave., Ste. 280
Waco, TX 76701

on this 28th day of March, 2008.

Jeffrey E. Ellis

Notice of Appearance--2