**DEATH PENALTY**

# United States District Court
## Western District of Texas

FILED

APR 0 1 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

SHERMAN LAMONT FIELDS

APPEARANCE

v.

CASE NUMBER: W-01-CR-164

UNITED STATES OF AMERICA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Sherman Lamont Fields.

I certify that I am admitted to practice in this court.

_____March 27, 2008_____          _____
Date                                 *Signature*

Robert C. Owen    Texas Bar No. 15371950
Owen & Rountree, L.L.P.
P.O. Box 40428
Austin, Texas 78704
Ph. 512-804-2661  Fax 512-804-2685

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Entry of Appearance has been served on counsel for the Government by placing same into the United States Mail, first-class postage prepaid, addressed to:

Office of the United States Attorney
800 Franklin, Suite 280
Waco, TX 76701

on the 28th day of March, 2008.

_____
(Signature)



SCHOOL OF LAW

THE UNIVERSITY OF TEXAS AT AUSTIN

*Capital Punishment Center· 727 E. Dean Keeton Street · Austin, Texas 78705-3299*
*(512) 232-9391 · FAX (512) 232-9171*

March 27, 2008

**RECEIVED**

APR 0 1 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY⸺⸺⸺⸺ DEPUTY CLERK

U.S. District Clerk's Office
800 Franklin Avenue
Waco, Texas  76701
(254) 750-1501

Re:  *United States of America v. Sherman Lamont Fields*
     **Criminal No. W-01-CR-164(1)**

*__THIS IS A DEATH PENALTY CASE__*

Dear Sir or Madam:

Enclosed for immediate filing in the above-captioned case, please find one original and one copy of the following pleadings:

***NOTICE OF APPEARANCE (by Robert C. Owen as court-appointed counsel for Defendant, Sherman Lamont Fields)***

The Court's March 25, 2008 order appointing me as counsel directed me to confirm within 30 days of entering my appearance that I had obtained a copy of the record in this case.  **This letter confirms that I have obtained a copy of the record in this case.**

If I may answer any questions, please do not hesitate to contact me at the telephone number above.  Thank you very much for your kind assistance.

Sincerely,

Robert C. Owen
Clinical Professor of Law

cc:  Office of the United States Attorney (Waco)