

FILED

MAY 0 7 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
#### WACO DIVISION

UNITED STATES OF AMERICA

vs.                                     Case No.:  01-CR-164

SHERMAN FIELDS

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Jeffrey E. Ellis _____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  Sherman Fields _____ in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

    Ellis, Holmes & Witchley, PLLC _____ with offices at:

    Mailing address:  705 Second Ave., Ste 401 _____

    City, State, Zip Code:  Seattle, WA 98104 _____

    Telephone: 206/262-0300 _____     Facsimile: 206/262-0335 _____

2.  Since  1987/2001 _____, Applicant has been and presently is a

    member of and in good standing with the Bar of the State of Wash./Texas _____.

    Applicant's bar license number is  17139/24034132 _____.

3.  Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| US Supreme Court | 2003 |
| 5th/9th/10th Circuits | 1997/2001/2004 |
| Wash Supreme/TX Supreme | 1987/2001 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.    Applicant has filed an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _Robert C. Owen_

Mailing address: _727 E. Dean Keeton St._

City, State, Zip Code: _Austin, TX   78705_

Telephone: _(512) 232-9391_

Should the Court grant applicant's motion, Applicant shall tender the amount of $25.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_Jeffrey E. Ellis_ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jeffrey E. Ellis
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the 5th day of _May_ , _2008_.

Jeffrey E. Ellis
[printed name of Applicant]

[signature of Applicant]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

UNITED STATES OF AMERICA

vs.                                                          Case No.:  01-CR-164

SHERMAN FIELDS

## ORDER

BE IT REMEMBERED on this the ___ day of _____, 20__, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jeffrey E. Ellis _____, counsel for Sherman Fields _____, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jeffrey E. Ellis _____ may appear on behalf of Sherman Fields _____ in the above case.

IT IS FURTHER ORDERED that Jeffrey E. Ellis _____, if he/she has not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

INTAKE COPY

# FILING FEE RECEIPT COPY

TRIPLICATE

Thu May 8  11:21 2008

UNITED STATES DISTRICT COURT
WACO, TX

Receipt No.    0600    00423340
Cashier        mcunning

Tender: Check
Check Number:  4396

Case/Dft No  5:78-LB-000    /
ATTORNEY ADMISSIONS

DO Code    Div No
4680       6

Sub  Acct  Type Tender    Amount
1:6855XX   C    2          25.00

Total Amount:              25.00

PRO HAC VICE FEE - W-01-CR-164, ATTY
JEFFREY E. ELLIS, PD BY LAW
OFFICES OF ELLIS HOLMES & WITCHLEY,
705 2ND AVE, SEATTLE, WA 98104

Checks and money order drafts are
accepted subject to collection and full
credit will only be given when the
check or draft has been accepted by the
financial institution on which it was
drawn.