**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. W-01-CR-164** |
| | § | |
| **SHERMAN FIELDS** | § | |

## O R D E R

Came on this date to be considered the Motion of Jeffrey E. Ellis to Appear Pro Hac Vice.  The Court, having considered said motion, finds that it has merit and should be granted.  Accordingly, it is

**ORDERED** that Jeffrey E. Ellis will be allowed to appear before this Court for the limited purpose of representing the Defendant in this case. It is further

**ORDERED** that Mr. Ellis, if he has not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court,** in compliance with Local Court Rule AT-1(f)(2).

**SIGNED** on this 13th day of May, 2008.

_____

WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE