# DEATH PENALTY

FILED

JUL 2 4 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br><br>SHERMAN L. FIELDS,<br><br>Defendant. | NO.  W-01-CR-164<br><br>MOTION TO FILE<br>PROPOSED BUDGET UNDER SEAL |

### MOTION

Sherman Fields, a federal prisoner under a death sentence, has submitted a proposed budget for the preparation and filing of his habeas petition.  That budget contains the work product of counsel.  For that reason, Fields moves this Court to authorize filing the proposed budget under seal.

The circuit courts have recognized the importance of submitting applications for expert services on an *ex parte* basis. In *United States v. Sutton,* 464 F.2d 552 (5th Cir.1972), the court reversed a conviction where the trial court heard a request for an investigator in the presence of the prosecution, saying "[t]he *ex parte* requirement could hardly be expressed in clearer language." *Id.* at 553.  And in *Marshall v. United States,* 423 F.2d 1315 (10th Cir.1970), the court reversed the judgment where an application for expert assistance was heard in an adversarial proceeding, noting that "[t]he manifest

Motion to File Budget Under Seal--1

purpose of requiring that the inquiry be ex parte is to insure that the defendant will not have to make a premature disclosure of his case." *Id.* at 1318; *see also Lawson v. Dixon,* 3 F.3d 743, 751 (4th Cir.1993) (stating that the rule "has been interpreted as virtually guaranteeing that decisions on expert-appointment motions will be made, as that statute requires, 'after appropriate inquiry in an *ex parte* proceeding' "); *United States v. Chavis,* 476 F.2d 1137, 1144 (D.C.Cir.1973) ("We agree that the statutory scheme means that not to provide an opportunity for an *ex parte* hearing on the matter does constitute error."). In addition, the Supreme Court, in a capital case, has said that due process requires that, where "the defendant's mental condition [is] relevant to his criminal culpability and to the punishment he might suffer," the government provide to indigent defendants expert psychiatric testimony at "the sentencing phase." *Ake v. Oklahoma,* 470 U.S. 68, 80, 83-84, 105 S.Ct. 1087, 84 L.Ed.2d 53 (1985).

In addition, there is another principle at stake: fair treatment of indigents. Defendants who are able to fund their own defenses need not reveal to the government the grounds for seeking a psychiatrist who might render an opinion and potentially testify at hearing on a habeas petition. *See Holden v. United States,* 393 F.2d 276, 278 (1st Cir.1968) (construing the requirement in Rule 17(b) that subpoenas issue on an *ex parte* application of a defendant).

In this case, Fields has submitted a budget that reflects the work product of counsel. If Fields had the ability to pay for these expert services, he would not be required to submit any of this information. Thus, sealing the budget insures equal protection under the law.

Motion to File Budget Under Seal--2

**CONCLUSION**

Based on the above, this Court should authorize Fields to file his proposed budget under seal.  A proposed order is attached.

DATED this 21st day of July, 2008.

Respectfully Submitted,

Jeffrey Ellis
*Attorney at Law*
Law Offices of Ellis, Holmes & Witchley
705 Second Ave., Suite 401
Seattle, WA 98104
(206) 262-0300
(206) 262-0335 (fax)

Motion to File Budget Under Seal--3

RECEIVED

JUL 2 4 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SHERMAN L. FIELDS,<br>Defendant. | NO. W-01-CR-164<br><br>ORDER AUTHORIZING PROPOSED BUDGET TO BE FILED UNDER SEAL<br><br><br>* Proposed Order |

## ORDER

It is hereby ordered that the Clerk of the Court file Petitioner's proposed budget under seal, until further order of the Court.

DATED this ____ day of July, 2008.

_____
The Hon. Walter S. Smith, Jr.
United States District Court Judge

Order Authorizing Budget to be Filed Under Seal--1