

FILED

JUL 2 9 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT TEXAS

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SHERMAN L. FIELDS,<br>Defendant. | NO.  W-01-CR-164<br><br>ORDER AUTHORIZING<br>PROPOSED BUDGET TO BE<br>FILED UNDER SEAL<br><br><br>* Proposed Order |
|---|---|

## ORDER

It is hereby ordered that the Clerk of the Court file Petitioner's proposed budget under seal, until further order of the Court.

DATED this 28th day of July, 2008.

*Walter S. Smith, Jr.*

The Hon. Walter S. Smith, Jr.
United States District Court Judge

Order Authorizing Budget to be Filed Under Seal--1