The Hon. Walter S. Smith, Jr.

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br><br>SHERMAN L. FIELDS,<br>Defendant. | NO.   W-01-CR-164<br><br>ORDER EXTENDING TIME<br>TO FILE § 2255 MOTION<br>(PROPOSED) |

**ORDER**

This Court finds, for the reasons set forth in his motion, that Mr. Fields is entitled to equitable tolling of the time to file his habeas corpus petition.  As a result, this Court concludes that Mr. Fields has up until and including June 26, 2009, to file his § 2255 motion.

DATED this _____ day of December, 2008.


_____
Judge Walter S. Smith, Jr.

Order re: Equitable Tolling--1