**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. W-01-CR-164** |
| | § | |
| **SHERMAN L. FIELDS** | § | |

**O R D E R**

Came on this date to be various motions filed by Defendant for appointment of experts in order to prepare a Motion to Vacate Sentence under 28 U.S.C. § 2255. Although an indigent Defendant is entitled to appointment of experts in order to prepare and substantiate claims under § 2255, there must be some indication that the appointment of an expert is reasonably necessary. *See* 18 U.S.C. § 3599(f). Fees and expenses for such experts are limited to $7,5000 unless payment in excess of that is certified by the court and approved by the Chief Judge of the Fifth Circuit. 18 U.S.C. § 3599(g)(2). The Court has already authorized the appointment of a neuropsychologist with a payment limit of $5,000. Defendant additionally seeks the appointment of an investigator, a psychologist, and a psychiatrist. Having reviewed these motions, the Court is persuaded that appointment of either a psychiatrist or a psychologist would be reasonably necessary in this case, but not both. Therefore, Defendant may retain the services of either the psychiatrist or the psychologist contained in his motions, but the fees will be limited to $5,000.

Defendant additionally requests reconsideration of the Court's denial of his request for funds to hire an investigator. Defendant presents nothing to cause the Court to change its previous order. An investigator should be unnecessary in locating the witnesses who testified at trial and sentencing, as well as those who were interviewed, in that their locations may be obtained from the prosecutors in this case. Accordingly, Defendant's Renewed Motion to Authorize Funds for Investigator is **DENIED**.

Finally, Defendant requests equitable tolling of the statute of limitations and a motion for ruling on his proposed budget/motion for funds. The Court is persuaded that additional time should be provided to allow Defendant to file a comprehensive motion under § 2255. Accordingly, Defendant shall have until March 1, 2009 to file his § 2255 motion.

**IT IS SO ORDERED**.

**SIGNED** on this 4th day of December, 2008.

_____
WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2