**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. W-01-CR-164** |
| | § | |
| **SHERMAN FIELDS** | § | |

**O R D E R**

Came on this date to be considered the Motion of Robert C. Owen for leave to withdraw as counsel for Sherman Fields.  The Court, having considered said motion, finds that it has merit and should be granted. Accordingly, it is

**ORDERED** that Robert C. Owen is granted leave to withdraw as counsel for Sherman Fields.

**SIGNED** on this _____ day of March, 2009.

_____
WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE