## Affidavit of Dr. Steven Mark.

I, Dr. Steven Mark, state as follows:

1.    I am over 18 and competent to make this affidavit.

2.    I am a psychiatrist. My practice includes both clinical and forensic work.

3.    I was appointed to evaluate Sherman Fields to determine if he was competent.

4.    In order to conduct my evaluation, I met with Mr. Fields in person for approximately 30 minutes. Prior to meeting with Mr. Fields, I received some limited information about his background. However, I was not provided and consequently did not review any documents related to Mr. Fields' prior terms of incarceration or any prior mental health diagnoses.

5.    I testified to the extent of my opinions.

I declare under the penalty of perjury that the foregoing is true and correct.

_12/31/08_
Date and Place

Dr. Steven Mark