

Att'n: Mark Frazier, Gloff
Chief Assistant U.S. Attorney
700 S. University Parks Dr. Suite 770
Waco, Tx. 76706

February 12, 2003
RE: Homero DeLeon
03309-180
Federal Medical Center
P.O. Box 15330 SHU
Fort Worth, Texas
Zip Code 76119

Dear: Mr. Frazier, Mr. Gloff

The purpose of this letter is to inform you in some Information I have concening the Sherman Fields and Mr. Garrett (guard) case.

I was incarcerated at the glass house MCDC. back in August 2001 - November 2001 in Waco, Tx. Well, I was in Protected Custody in the high five section of the jail. There were two other people in the cell with me. There names are Steven Sais, Alvis Colin Smith. Mr. Garrett (guard) brought us a cellphone, Ciggarettes, and Crown Royal Whiskey. This was on Weekly basis, that he brought us contraband. This went on between September - November 2001. I was there when he gave Sherman Fields the keys to escape. But, after Sherman Fields escaped I caught the Cha'n to Seagoville Jail. Well, I'm at Federal Medical Center In Fort Worth, Tx. Now. I received an incident report, so I was placed ➡

FIELDS 013949

in disciplinary segregation (Special Housing Unit). When I was placed in the Special Housing Unit I saw and talked to Sherman Fields. That was back in December 12, 2002 we talked for about one week. We were in rooms right across from each other, so we were able to talk. He remembered me from when we were at the glass house. So, he started talking to me. I asked him why was he here at the Federal Medical Center. Sherman Fields told me that the reason he was here is, that he espaced from McClennan County Jail Hwy. 6. He told me in detail the way he escaped. He said he escaped through the vent. He made it out the roof but there was a jail deputy with a gun outside. So, he got caught trying to escape. That's why he's here. He told me that I was the only one that didn't testified in front of the grand jury against him and Mr. Garrett (guard). He also told me that I was the only one that's not on the witness ist of the people that's going to testify against nim and Mr. Garrett (guard). The majority of the people that were at the glass house with us are on the witness list. So, I told Sherman rields since I'm the only one that's not testifying against you. I'm going to ask you two questions and be trueful when you answer them. I asked Sherman Fields if he

FIELDS 013950

killed that girl? His answer was yes I did killed that bitch because she was fucking everybody. So, then I asked him if Mr. Garrett (guard) gave him the keys to escape. His answer was yes that damn fool knew what I was going to do and he still gave me the keys to escape. And he told me that he will do anything to escape again and anybody who gets in his way he will kill because, he has nothing to lose. He told me alot of more detailed things. About the case, and about other things, I need to talk to you as soon as possible. I'm willing to testify, and cooperate in any thing you want me to do. I have alot of detail information that can help your prosecution on Sherman Fields and Mr. Garrett (guard)

Respectfully Submitted,
Homero DeLeon 03309-180
Homero Coleon 03309-180

P.S. I was the Star Witness in my co-defendant trial, and both of my co-defendants were found guilty. So, in case you want me to testify against Sherman Fields and Mr. Garrett (guard) I am more than happy to testify. You can check all the dates I was in the Glass House and here. →

FIELDS 013951

All the information I have given you is true and I will sign a sworn statement. And you can investigate all the information I have given you, and it will come out to be true. Would you please talk to me or write me and let me know if you want me to be a witness.

Respectfully Submitted,
Homero DeLeon #03309180
Homero DeLeon # 03309-180

FIELDS 013952

Case 6:01-cr-00164-CRW   Document 300-9   Filed 03/01/09   Page 5 of 5

Homero DeLeon #03309-180 (S.H.U.)
Federal Medical Center
P.O. Box 15330
Fort Worth, Tx 76119




(Very Important Legal Mail)

Mark Frazier, Mr. Gloff
Chief Assistant U.S. Attorney
700 S. University Parks Dr. Suite 170
Waco, Tx. 76706

Attn. M
Chief A
700 S
3

FIELDS 013953