FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA

v.

SHERMAN LAMONT FIELDS

SEP 2 5 2002

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

CRIM. NO. W-01-CR-184

## MOTION FOR PERMISSION TO REPRESENT SELF

TO THE HONORABLE WALTER S. SMITH. JR.
UNITED STATES DISTRICT JUDGE:

Sherman Lamont Fields, "Applicant" herein, files this motion pursuant to 18 U.S.C.A. section 3005, and would show the following:

1. Count Three of the superceding "indictment" in this cause alleges that Defendant committed a capital offense, 18 U.S.C. § 924(C)(1), 924(J).

2. Defendant is indigent and does not have the funds necessary to employ counsel. Furthermore, Defendant has an intense fear of going to trial with court appointed counsel.

3. Defendant hereby submits this formal request for permission to represent self. Defendant further moves for access to a Law Library so I can exercise my Sixth Amendment right to present a defense.

WHEREFORE, Defendant respectfully requests that the court Grant this motion And Immediately Grant me permission to represent myself, (And) Also Immediately Give me Access to a Law Library.

JEREMY GLOER
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-08-2006

9-22-02

Respectfully Submitted

Sherman Fields
Sherman Fields
Defendant
3201 East Hwy 6
Waco, Texas 76705

C.C. on file

48

84

FIELDS 004219