

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
APR 3 0 2003
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. NO. W-01-CR-164 |
| | § | |
| | § | |
| SHERMAN LAMONT FIELDS | § | |

## DEFENDANT'S MOTION TO WITHDRAW MOTION TO REPRESENT SELF *PRO SE*

TO THE HONORABLE WALTER S. SMITH, JR.
UNITES STATES DISTRICT JUDGE:

Sherman Lamont Fields, "Movant" herein, files this motion to withdraw his *pro se*

motion to represent himself *pro se* and would show the following:

1.    Movant no longer desires to represent himself *pro se*. Movant agrees to be represented

by his court-appointed attorneys, Scott Peterson and Rob Swanton.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and

withdraw his *pro se* motion to represent himself *pro se*.

SIGNED: _____    DATE: 4/01/03
         SHERMAN LAMONT FIELDS

WITNESSED: _____
            DON YOUNGBLOOD

Respectfully Submitted,

Scott Peterson

Scott Peterson
Attorney for Defendant
1701 Austin Avenue
Waco, Texas 76701
NO.:   254 753-3100
FAX:  254 753-5122
TBA #15836300

FIELDS 004222