FILED

AUG 1 2 2003

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY

DEPUTY CLERK

To the Honorable Walter S. Smith Jr.

W-01-CR-164

Dear Sir

On or About the date of February 21, 2003. I filed A motion to Appear pro se. Before the motion could be heard, Me and my Attorneys came to an Agreement and the motion was discreguarded. As of date, August 9, 2003 I've come to the realization that the Attorney Client relationship between me and my two court Appointed Attorneys, Scott Peterson And Rob Swanton is'nt working And that our interests is'nt the same. It is my understanding that motions, if not typed, must be legibly written and in ink but here at the Mclennan County Jail inmates are not Allowed to possess ink pens, so In the interest of Justice I'm

81

FIELDS 000229

Asking you to reconsider the motion
to Appear pro se that I filed
on the date of 5/21/03.

Respectfully Submitted
Sherman Fields
Sherman Fields

RECEIVED

AUG 1 2 2003

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

176

FIELDS 000230