COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

UNITED STATES OF AMERICA            *
                                    *
                                    *
VS.                                 *  CRIMINAL ACTION NO.  W-01-CR-164
                                    *
SHERMAN LAMONT FIELDS               *       September 2, 2003

   BEFORE THE HONORABLE WALTER S. SMITH, JR., JUDGE PRESIDING
        HEARING ON DEFENDANT'S REQUEST TO PROCEED PRO SE

APPEARANCES:

For the Government:            Greg Gloff, Esq.
                               Steven Lloyd Snyder, Esq.
                               Assistant United States Attorneys
                               PO Box 828
                               Waco, Texas    76701

For the Defendant:             J. Scott Peterson, Esq.
                               1701 Austin Avenue
                               Waco, Texas    76701
                               - and -
                               Robert T. Swanton, Jr., Esq.
                               Norwest Plaza
                               1105 Wooded Acres, Suite 630
                               Waco, Texas    76710

Court Reporter:                Kristie M. Davis
                               United States District Court
                               PO Box 20994
                               Waco, Texas    76702-0994

     Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

FIELDS 009871

(September 2, 2003, 1:13 defendant present.)

LAW CLERK: All rise.

THE COURT: Be seated, everyone.

MS. WILLIS: Hearing on defendant's request to proceed pro se in Criminal Action No. W-01-CR-164 styled United States of America vs. Defendant No. 1, Sherman Lamont Fields.

MR. GLOFF: Greg Gloff and Jake Snyder for the United States, Your Honor. Good afternoon.

MR. SWANTON: Rob Swanton and Scott Peterson here for Mr. Fields, Your Honor.

THE COURT: Good afternoon, counsel.

MR. SWANTON: Judge, would you like us to approach the podium?

THE COURT: Would you, please?

Mr. Fields, I have your request to represent yourself and not have the availability of a lawyer to represent you, and I need to know, is that still what you wish?

THE DEFENDANT: No, sir.

THE COURT: Are you sure?

THE DEFENDANT: Yes, sir.

THE COURT: Okay. Then, Mr. Fields, that's a -- in my opinion the right decision for you to make. You'd be better served by having two well qualified competent lawyers such as you have to represent you. What I need to tell you, though, is that if you change your mind again -- this is your second

request to represent yourself.  If you change your mind again and decide that you want to represent yourself, you can't use that as a delaying tactic.  You can't come into court or send me a letter or send me a motion a short time before your trial is scheduled and ask to represent yourself because you want to delay the trial.  Do you understand that?

THE DEFENDANT:  Yes, sir.

THE COURT:  Okay.  Do you have any questions you want to ask me, Mr. Fields?

THE DEFENDANT:  No, sir.  I just want to say at the time that I composed that I was frustrated -- you know what I'm saying -- and I'm not too enthusiastic about my legal team, but I realize that to try to change lawyers or represent myself at this point would be a grave mistake.  So I'm just going to stick with them and try to do the best that I can.

THE COURT:  Well, they will do the best that they can, and in my estimation, Mr. Fields, I've been sitting up here for almost 20 years.  They will do about as good a job as anybody could.

THE DEFENDANT:  Yes, sir.

THE COURT:  Mr. Swanton, anything you wish to add?

MR. SWANTON:  That's all we have, Your Honor.

THE COURT:  Mr. Snyder?

MR. SNYDER:  No, Your Honor.

THE COURT:  Then if there's nothing further --

FIELDS 009873

MR. SWANTON:  Judge, it's my understanding that Mr. Fields is going to be transferred back to the Fort Worth facility?  Is that correct?

THE COURT:  I have no idea.

MR. SWANTON:  Okay.  We'll find out.

THE COURT:  The marshals are nodding their head affirmatively.

MR. SWANTON:  Thank you, Your Honor.

THE COURT:  We'll stand in recess.

(Hearing adjourned at 1:16.)

FIELDS 009874