## VERIFICATION OF MOTION

I, Sherman Fields, certify under penalty of perjury that the foregoing is true and correct and that the attached *Motion Under 28 U.S.C. § 2255* is filed on my behalf.

DATED this 1st day of March, 2009.

Sherman Fields