UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |  |
|---|---|---|
| SHERMAN LAMONT FIELDS, | § | |
|     Movant, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. W-09-CA-009 |
| | § | CRIMINAL NO. W-01-CR-164 |
| | § | |
| UNITED STATES OF AMERICA | § | |
|     Respondent. | § | |

GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the United States of America, by and through the United States Attorney for the Western District of Texas, and requests an enlargement of time, pursuant to Rule 45, Fed.R.Crim.P., in order to respond to Movant's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C.A. § 2255.

Because the Movant's petition is quite voluminous and contains numerous grounds of error, the United States requests additional time to properly research and gather information necessary to prepare an adequate response.

The United States Attorney's Office requests an additional 120 days to file said response.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant this motion.

Respectfully submitted,

JOHNNY SUTTON
United States Attorney

/s/ *Mark L. Frazier*

By:    MARK L. FRAZIER
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX  76701

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2009, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmitn otification of such filing to the following CM/ECF participant:

Jeffrey E. Ellis
Attorney at Law
705 Second Avenue, Suite 401
Seattle, WA 98104

/s/ *Mark L. Frazier*

MARK L. FRAZIER
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | § | |
| Movant, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. W-09-CA-009 |
| | § | CRIMINAL NO. W-01-CR-164 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| Respondent. | § | |

## O R D E R

On this day came on to be considered the Government's Motion for Enlargement of Time,

and the Court being fully advised of the premises, finds said Motion meritorious.

IT IS HEREBY ORDERED that the Government's Motion be GRANTED and it is

ORDERED that a response to Movant's Motion to Vacate, Set Aside, or Correct Sentence, pursuant

to 28 U.S.C.A. § 2255 shall be filed no later than September 7, 2009.

SIGNED this _____ day of May, 2009.

_____
WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE