# IN THE UNITED STATES DISTRICT COURT
## WESTERN DIVISION OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CAUSE NO. W-01-CR-164** |
| | § | |
| **SHERMAN LAMONT FIELDS** | § | |

## RESPONSE TO GOVERNMENT'S REQUEST FOR EXTENSION OF TIME TO FILE ANSWER

Mr. Fields, through undersigned counsel, does not object to the Government's

motion to enlarge time to file its *Answer.*

DATED this 11th day of May, 2009.

/s/   Jeffrey E. Ellis
Jeffrey E. Ellis
Law Offices of Ellis,
Holmes & Witchley, PLLC
705 Second Ave., Ste 401
Seattle, WA 98104
206/262-0300 (ph)
206/262-0335 (fax)
ellis_jeff@hotmail.com

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey E. Ellis, hereby certify that on May 11, 2009, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to the following attorneys of record in the above-entitled case:

**Gregory S. Gloff**
Assistant United States Attorney
800 Franklin
Suite 280
Waco, TX 76701
Email: Greg.Gloff@usdoj.gov

<u>/s/ Jeffrey E. Ellis</u>
Jeffrey E. Ellis