UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

SHERMAN LAMONT FIELDS,　　　　　　§
　　　Movant,　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
V.　　　　　　　　　　　　　　　　　　§　CIVIL ACTION NO. W-09-CA-009
　　　　　　　　　　　　　　　　　　　§　CRIMINAL NO. W-01-CR-164
　　　　　　　　　　　　　　　　　　　§
UNITED STATES OF AMERICA　　　　　　§
　　　Respondent.　　　　　　　　　　　§

GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the United States of America, by and through the United States Attorney for the Western District of Texas, and requests an enlargement of time, pursuant to Rule 45, Fed.R.Crim.P., in order to respond to Movant's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C.A. § 2255.

After reviewing Movant's petition, which is quite voluminous and contains numerous grounds of error, the United States requests additional time to research and gather information necessary to prepare an adequate response.

The United States Attorney's Office requests additional time until December 7, 2009 to file said response.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant this motion.

Respectfully submitted,

JOHNNY SUTTON
United States Attorney

/s/ Gregory S. Gloff

By:    GREGORY S. GLOFF
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX  76701

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2009, a true and correct copy of the

foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System

which will transmit notification of such filing to the following CM/ECF participant:

Jeffrey E. Ellis
Attorney at Law
705 Second Avenue, Suite 401
Seattle, WA 98104

/s/ Gregory S. Gloff
GREGORY S. GLOFF
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | § | |
| Movant, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. W-09-CA-009 |
| | § | CRIMINAL NO. W-01-CR-164 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| Respondent. | § | |

### O R D E R

On this day came on to be considered the Government's Motion for Enlargement of Time,

and the Court being fully advised of the premises, finds said Motion meritorious.

IT IS HEREBY ORDERED that the Government's Motion be GRANTED and it is

ORDERED that a response to Movant's Motion to Vacate, Set Aside, or Correct Sentence, pursuant

to 28 U.S.C.A. § 2255 shall be filed no later than December 7, 2009.

SIGNED this _____ day of September, 2009.

_____

WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE