# IN THE UNITED STATES DISTRICT COURT
## WESTERN DIVISION OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CAUSE NO. W-01-CR-164** |
| | § | |
| **SHERMAN LAMONT FIELDS** | § | |

## RESPONSE TO GOVERNMENT'S REQUEST FOR EXTENSION OF TIME TO FILE ANSWER

Mr. Fields, through undersigned counsel, does not object to the Government's motion to enlarge time to file its *Answer.* Given the Government's current requested response date of December 7, 2009 (9 months following the filing of the petition), Mr. Fields seeks until March 1, 2010 to file his reply.

Thus, Mr. Fields respectfully requests that this Court set a filing date for both the *Answer* and *Reply.*

DATED this 4th day of September, 2009.

/s/   Jeffrey E. Ellis
Jeffrey E. Ellis
Law Offices of Ellis,
Holmes & Witchley, PLLC
705 Second Ave., Ste 401
Seattle, WA 98104
206/262-0300 (ph)
206/262-0335 (fax)
ellis_jeff@hotmail.com

## CERTIFICATE OF SERVICE

I, Jeffrey E. Ellis, hereby certify that on September 4, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record in the above-entitled case:

**Gregory S. Gloff**
Assistant United States Attorney
800 Franklin
Suite 280
Waco, TX 76701
Email: Greg.Gloff@usdoj.gov

/s/ Jeffrey E. Ellis
Jeffrey E. Ellis