

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, Movant, | § § § | |
| V. | § § | CIVIL ACTION NO. W-09-CA-009 CRIMINAL NO. W-01-CR-164 |
| | § | |
| UNITED STATES OF AMERICA Respondent. | § § | |

## O R D E R

On this day came on to be considered the Government's Motion for Enlargement of Time,

and the Court being fully advised of the premises, finds said Motion meritorious.

IT IS HEREBY ORDERED that the Government's Motion be GRANTED and it is

ORDERED that a response to Movant's Motion to Vacate, Set Aside, or Correct Sentence, pursuant

to 28 U.S.C.A. § 2255 shall be filed no later than ___March 1, 2010___.

SIGNED this __3__ day of December, 2009.


_____
WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE