# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA    §              Feb. 21.2003

V.                          §

                            §    CRIM. NO. W-01-CR-164

SHERMAN LAMONT FIELDS       §

                            §

FILED

MAR 04 2003

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                DEPUTY CLERK

DEFENDANT'S MOTION TO APPEAR PRO SE

TO THE HONORABLE WALTER S. SMITH,JR.
UNITED STATES DISTRICT JUDGE:

Comes now Sherman Lamont Fields,a party to the above-entitled
cause and represents to the Court the following:
 1.As the Defendant in the above cause I would like to exercise
my sixth amendmant right to self representation;
 2. That he believes that the counsel appointed to represent him
in the above styled cause and he, himself (DEFENDANT) has a
conflict of interest that would deny defendant a fair trial with
the best possible results;
 3.Attorney's for defendant have failed to provide defendant
with copies of evidence produced by and through defendants
motion for Discovery Production, and inspection of evidence
leaving defendant totally in the "blind" as to what evidence,
if any, the government intends to present at trial.
 4. The Defendant have yet to see "Any Evidence". That includes
physical evidence, photographs, documentary evidence, the results
of scientific tests, the written summary of testimony of expert
witnesses, et.'cetera. Earlier inspection of this evidence would
have allowed the defendant a chance to participate in his defense
,therefore being able to show his attorneys of record that the
government witnesses statements are fabricated, improper, and
prejudicial.

Wherefore, Defendant respectfully requests that the court grant
this motion and that defendant be allowed to represent himself.

                    Respectfully Submitted

                    _Sherman Fields_
                    Sherman Lamont Fields
                    Fort Worth F.M.C.
                    3150 Horton Road
                    Fort Worth, Tx 76119

2-28-2003
State of Texas
County of Tarrant
My Commission expires 1-5-2005
_Tracy Karl_

5-1

84

FIELDS 004220