# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

UNITED STATES OF AMERICA §
§
V. § CRIM. NO. W-01-CR-164(1)
§
SHERMAN LAMONT FIELDS §

## SHERMAN FIELD'S MOTION FOR CHANGE OF VENUE

TO THE HONORABLE WALTER S. SMITH. JR.
UNITED STATES DISTRICT JUDGE:

1. On March 12, 2002 the grand Jury returned an eight (8) count superceding indictment accusing Defendant of committing seven (7) felony offenses in the Western District of Texas. Count Three of the indictment carries the death penalty as one punishment option. The United States Attorney has filed a "Notice of Intent to seek the Death Penalty".

2. Defendant see the need to file this motion for change of venue pursuant to Rules 18 + 22. Federal Rules of Criminal Procedure. The likelihood of prejudice is so great against the Defendant in the Western District of Texas, that the Defendant cannot receive a fair and impartial trial.

WHEREFORE, Defendant prays for the relief requested herein.

Respectfully Submitted

Sherman Fields

Sherman Fields
P.O. Box 15330
Fort Worth, Texas 76119

MIRRANDA WILLIAMS
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
MAY 1, 2007

Mirranda Hill notary, 12/30/03
Expires 5/1/07