# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED

JAN 2 2 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§<br>§ | |
| vs. | § | CRIMINAL ACTION W-01-CR-164(01) |
| SHERMAN LAMONT FIELDS,<br>Defendant. | §<br>§<br>§<br>§ | |

## DEFENDANT'S PEREMPTORY CHALLENGES

1. # 144    DAVID VAUGHN

2. # 11    LINDA McMICHAEL

3. # 103    KENNETH KENNEDY

4. # 69    OLIVE HOLDER

5. # 10    SUSAN MAUL

6. # 50    GEORGE WALKER

7. # 100    LARRY MICHAEL

8. # 115    CHRISTOPHER CRAWFORD

9. # 53    WILLIAM WREN

10. # 84    JANET PLIEGO

158

372

11. # 30 MARGARETE VONRUEDGISCH     #112 DON CLAUDER

12. # 45 MICHAEL STEM     #265 LOWELL HILL

13. # 138 DONALD RAND     # 9 IDA SCHWILLE

14. # 73 WILLIAM TYLER     #146 MARTHA STANTON

15. # 67 RONALD BOHN

16. # 129 GORDON MOBLEY

17. # 80 BEVERLY GRAY

18. # 120 DELORES DAVIS LYNN

19. # ~~185~~ 124 VERA COBBS

20. # 34 STACY TORQUATO

## ALTERNATE

1. # 102 TERI THRASH

_____
ROBERT T. SWANTON, JR.
ATTORNEY FOR DEFENDANT

_____
SCOTT PETERSON
ATTORNEY FOR DEFENDANT
Sherman Lamont Fields, Pro se

Sherman Fields, Pro se

373