# EXHIBIT 7

FILED

APR 0 4 2002

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA      §
     §
     §
v.      §      CRIM. NO. W-01-CR-164(1)
     §
SHERMAN LAMONT FIELDS      §

### SHERMAN FIELD'S MOTION FOR DISCOVERY PRODUCTION, AND INSPECTION OF EVIDENCE

TO THE HONORABLE WALTER S. SMITH, JR.,
UNITED STATES DISTRICT JUDGE:

SHERMAN LAMONT FIELDS, "Defendant" herein, by and through his undersigned attorney of record, pursuant to the authority of Rule 16, Federal Rules of Criminal Procedure, files this motion and would show the following.

1.      The government, by and through its Assistant United States Attorney, Mark Frazier, has offered defense counsel "open file" discovery, so long as a motion for discovery is filed with the court. The "open file" policy in this venue generally allows defense counsel to read reports made by law enforcement agents, government witnesses and potential government witnesses. Such disclosure by the government is strictly voluntary, *see* Rule 16(2), Federal Rules of Criminal Procedure, and supplements the disclosure of information made available through Rule 16(1) "upon request of the Defendant".

2.      Rule 16 allows for the timely disclosure of certain information that may not be readily available through "open file" discovery. For example, physical evidence, photographs, documentary evidence, the results of scientific tests, and the written summary of testimony of expert witnesses are often not kept in an "open file" but must be specifically requested by the prosecuting attorney. The undersigned believes the prosecuting attorney will provide such

discoverable information to defense counsel, but in order to protect Defendant's rights in the event of a misunderstanding as to what additional information is discoverable, or in the event such information is not disclosed in a timely fashion, Defendant specifically moves for an order requiring the government to provide all information to defense counsel that is discoverable pursuant to Rule 16 and that a reasonable deadline for this disclosure also be ordered. Defendant would respectfully suggest to the court that an order stating a discovery request is "moot" in light of an "open file" policy can lead to disclosure problems in the areas of timeliness of disclosure of photographs, documents, tangible objects, results or reports of scientific tests or experiments, and disclosure of written summaries of testimony of expert witnesses.

Wherefore, Defendant moves for an order requiring the government to disclose to Defendant, by and through defense counsel, all information to which Defendant is entitled to discover pursuant to Rule 16, Federal Rules of Criminal Procedure, by a date certain.

Respectfully submitted,

Scott Peterson
Attorney for Defendant
1701 Austin Avenue
Waco, Texas 76701
NO.:    254 753-3100
FAX:    254 753-5122
TBA #15836300

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing "Sherman Field's Motion for Discovery. Production and Inspection of Evidence" has been delivered in accordance with law to the Office of the U. S. Attorney for the Western District of Texas, Waco Division, on this 4th day of April, 2002.

_Scott Peterson_

SCOTT PETERSON