# EXHIBIT 8

**SCOTT PETERSON**
ATTORNEY AT LAW
1701 AUSTIN AVENUE
WACO, TEXAS 76701-1741

BOARD CERTIFIED, CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
STATE BAR OF TEXAS

TELEPHONE (254) 753-3100
TELEFAX (254) 753-5122
E-MAIL: jspeterson@mindspring.com

December 30, 2003

Gregory S. Gloff
Stephen L. "Jake" Snyder
Assistant U.S. Attorneys
800 Franklin Avenue, Suite 280
Waco, Texas 76701

Via Facsimile Transmission
(254) 750-1599

> RE: ***United States of America v. Sherman Lamont Fields***
> Case No. W-01-CR-164(1)
> Request pursuant to Rules 404(b) and 609, Federal Rules of Evidence

Dear Greg & Jake:

On behalf of Mr. Fields, I thank you for the continuing open file discovery in this case and the exceptional courtesy of providing copies of all police reports, witness statements, lab reports, and documentary evidence. I know this has included punishment evidence as well, but out of an abundance of caution it is hereby formally requested, pursuant to Rules 404(b) and 609, Federal Rules of Evidence, that you timely provide defense counsel reasonable notice of the following:

1.    Any and all evidence of other crimes, wrongs or acts allegedly committed by the defendant in this case which the government intends to offer as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident or any other purpose pursuant to Rule 404(b), Texas Rules of Evidence, or any other above-noted statutory provision.

2.    Any and all prior criminal convictions allegedly committed by the defendant in this case which the government intends to offer for impeachment purposes pursuant to Rule 609, Federal Rules of Evidence.

3.    Any and all evidence the government intends to offer against the defendant in the punishment phase of trial, if any, of (1) defendant's prior criminal record, (2) his general reputation, (3) his character, (4) any opinion about his character, (5) the circumstances of the offense for which he is being tried, and (6) any other evidence of other extraneous crimes, wrongs or bad acts allegedly committed by the defendant which the government intends to prove beyond a reasonable doubt.

Sincerely,

Scott Peterson

Scott Peterson

SP/jsp