# EXHIBIT 10

**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**
**REPORT OF INVESTIGATION**

Page 1 of 2

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Houston Field Division | Houston Field Division<br>FY-04<br>Report 022 |

| TITLE OF INVESTIGATION: |
|---|
| FIELDS, Sherman Lamont |

| CASE NUMBER:<br>782010-02-0042 | REPORT NUMBER:<br>22 |
|---|---|

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)*<br>Douglas J. Kunze | SUBMITTED BY *(Title and Office)*<br>Special Agent, Waco Satellite Office | SUBMITTED BY *(Date)*<br>12/18/2003 |
|---|---|---|
| REVIEWED BY *(Name)*<br>Mark W. Curtin | REVIEWED BY *(Title and Office)*<br>Resident Agent in Charge, Waco Satellite Office | REVIEWED BY *(Date)* |
| APPROVED BY *(Name)*<br>Donnie A. Carter | APPROVED BY *(Title and Office)*<br>Special Agent in Charge, Houston Field Division | APPROVED BY *(Date)* |

## DESCRIPTION OF ACTIVITY:

Interview of Homero DeLeon DELEON.

## SYNOPSIS:

On November 13, 2003, Assistant United States Attorney (AUSA) Gregory Gloff and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (S/A) Douglas J. Kunze interviewed Homero DeLeon DELEON at the U.S. Bureau of Prisons (BOP), Three Rivers, Texas Unit.

## NARRATIVE:

1. On November 13, 2003, AUSA Gloff and S/A Kunze interviewed Homero DeLeon DELEON (DOB 04/23/75) and BOP #03309-180 at the U.S. Prison in Three Rivers, TX.
2. DELEON said that he was convicted in Federal court in Waco, TX for Conspiracy and Possession with Intent to Distribute Cocaine. He was sentenced to 72 months in the BOP in November 2001.
3. DELEON said that he was cellmates at the "glass house" (Civigenics Detention Center in Waco) in November 2001 with Sherman FIELDS, Alvin SMITH and Steve SAIS.
4. DELEON stated that the jail guard "Garrett" would provide the prisoners with Crown Royal (alcohol) for $100, cell phones, cigarettes, food (Whataburger, Taco Cabana, etc.), lighters and keys to get out of the jail!
5. DELEON said that he was transferred from the "glass house" about a week or two after FIELDS escaped. He then saw FIELDS again about November 2002, in the Ft. Worth, TX BOP Unit.

ATF EF 3120.2 (5-98)

**FIELDS 031123**

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

Page 2 of 2

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Houston Field Division | Houston Field Division<br>FY-04<br>Report 022 |

| TITLE OF INVESTIGATION: |
|---|
| FIELDS, Sherman Lamont |

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 782010-02-0042 | 22 |

6. DELEON stated that while at the Ft. Worth Unit FIELDS told him that 'he killed his girlfriend cause she was fucking off with other people'. FIELDS said the only reason he was telling DELEON was because DELEON was the only person not on the list to testify against him!

7. FIELDS also told DELEON about how he escaped from the McLennan County Highway 6 Jail. FIELDS claimed he dug through a vent in the ceiling with a light switch plate and metal part from a shower. DELEON believed that FIELDS said he escaped on a Saturday.

8. When asked if FIELDS provided more information about killing his girlfriend, DELEON stated that all he said was "I shot the bitch"! FIELDS also told DELEON about a tree where he killed his girlfriend.

9. FIELDS stated to DELEON that the same person that gave them the cigarettes, etc. gave him the key. FIELDS said he was going to give $5000 for the key but never paid it.

10. FIELDS also talked to DELEON about wanting to escape from the Ft. Worth BOP Unit.

ATF EF 3120.2 (5-98)

**FIELDS 031124**