# EXHIBIT 11

**FILED**

## IN THE UNITED STATES DISTRICT COURT

FEB 0 6 2004

## FOR THE WESTERN DISTRICT OF TEXAS

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v | § | CRIMINAL NO. W-01-CR-164 (1) |
| | § | |
| SHERMAN LAMONT FIELDS | § | |

### SPECIAL FINDINGS FORM

### COUNT THREE

**PRELIMINARY MATTER**

Do you find, unanimously and beyond a reasonable doubt, that Defendant was at least 18 years of age at the time of the murder of Suncerey Coleman?

Unanimously     YES  ✓

NO  _____

If your answer is "No," then stop your deliberations and advise the Court that that is your decision. Proceed no further.

**I. PART ONE -- THE ELEMENT OF INTENT**

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of the listed element of intent in the death of Suncerey Coleman **beyond a reasonable doubt**; answer "NO" if you do not so find:

207

509

**FIELDS 000563**

## IV. PART FOUR - MITIGATING FACTORS

**Instructions:** For each of the following mitigating factors, indicate the number of jurors who find the existence of each particular mitigating factor by a preponderance of the evidence; if none of the jurors so find, write the number "0" in the blank provided:

### A. Statutory Mitigating Factors

(A)    The Defendant's capacity to appreciate the wrongfulness of his conduct or to conform his conduct to the requirements of the law was significantly impaired, regardless of whether his capacity was so impaired as to constitute a defense to the charge.

Number of jurors who so find, if any    ___0___

(B)    The Defendant was under unusual and substantial duress, regardless of whether the duress was of such degree as to constitute a defense to the charge.

Number of jurors who so find, if any    ___2___

(C)    The imposition of a death sentence would cause emotional injury, harm and loss to the Defendant's mother, children and other family members.

Number of jurors who so find, if any    ___11___

(D)    The Defendant has lived most of his life without having a significant father figure.

Number of jurors who so find, if any    ___12___

(E)    The Defendant has spent a large portion of his life incarcerated.

Number of jurors who so find, if any    ___12___

8

576

**FIELDS 000570**

(F)    The Defendant's periods of incarceration have included significant time in solitary confinement.

Number of jurors who so find, if any     12

(G)    That as the Defendant ages, his behavioral problems may decrease.

Number of jurors who so find, if any     11

(H)    The Defendant suffered from physical abuse during his formative years,

Number of jurors who so find, if any     12

(I)    The Defendant suffered from emotional abuse during his formative years.

Number of jurors who so find, if any     12

(J)    The Defendant suffered from parental neglect during his formative years.

Number of jurors who so find, if any     12

(K)    The Defendant has talents, capabilities or qualities which are of some value to society.

Number of jurors who so find, if any     0

(L)    The Defendant grew up in an atmosphere of violence and fear, which misshaped his perception as to the acceptability or necessity of violent conduct.

Number of jurors who so find, if any     7

9

5/7

FIELDS 000571

(M)   The Defendant can be controlled in a prison setting.

Number of jurors who so find, if any ___*O*___

(N)   The Defendant can be of some productive value in a prison setting.

Number of jurors who so find, if any ___*9*___

(O)   The Defendant has the love and support of other members of his family.

Number of jurors who so find, if any ___*2*___

(P)   The Defendant is the product of an impoverished background which impaired or hampered his integration into the social and economic mainstream of society.

Number of jurors who so find, if any ___*12*___

(Q)   The Defendant has recently responded well to a structured environment and would likely adapt to prison life if he were sentenced to life imprisonment without the possibility of release.

Number of jurors who so find, if any ___*1*___

(R)   The Defendant's mother has a history of criminal behavior and incarceration.

Number of jurors who so find, if any ___*12*___

(S)   The Defendant was exposed to the violent deaths of family members, loved ones, and friends during his formative years.

Number of jurors who so find, if any ___*12*___

10

518

**FIELDS 000572**