# Teen found hanged at detention center

**By MARK ENGLAND**
Tribune-Herald staff writer

One of two teens found hanging in their rooms within minutes of each other at the McLennan County Juvenile Detention Center died Thursday morning.

Doctors at Hillcrest Baptist Medical Center pronounced Roy Cleveland, 16, of Waco dead at 9:01 a.m.

A 14-year-old boy who also tried to hang himself was not seriously injured and did not require hospitalization.

Justice of the Peace Alan Mayfield said Cleveland's hanging may have been a botched attempt to get out of the McLennan County Juvenile Detention Center at 1200 Clifton Road.

"There is some indication that he may have been trying a ploy to go to the hospital," Mayfield said. "He may have thought he could escape from the hospital."

Mayfield ordered an autopsy on Cleveland and sent the body to the Southwestern Institute of Forensic Sciences in Dallas.

Preliminary results should be available today, Mayfield said.

An employee of the juvenile detention center found Cleveland hanging from a bedsheet looped through a steel plate covering a window in his room at about 11 p.m. Wednesday, Juvenile Probation Director Rodney Davidson said.

The employee had checked on Cleveland five minutes earlier and found him well, Davidson said.

Paramedics from American Medical Transport attempted to resuscitate Cleveland and took him to Hillcrest. Although doctors revived his heart, oxygen deprivation had left no brain activity. Cleveland was moved to the hospital's intensive care unit, where he later died.

Please see TEEN, Page 8C

000253

# Teen found hanged

## ☐ From Page 1C

Minutes before juvenile detention employees found Cleveland, a 14-year-old boy attempted to hang himself, Davidson said.

At about 9:45 p.m., workers found the 14-year-old boy hanging from a bedsheet looped through the steel plate covering the window in his room. The boy was taken down and suffered no injuries.

The 14-year-old boy and Cleveland were in neighboring rooms, Davidson said.

Davidson said he doesn't know if the two actions were related.

Cleveland was put in his room at about 9 p.m. Employees checked on him, as regulations dictate, every 15 minutes, Davidson said. An employee checked on Cleveland at 10:55 p.m. He was well. The employee, who got off work at 11 p.m., made a final check of the rooms before leaving and found Cleveland hanging from the window, Davidson said.

No changes are planned in procedure at the juvenile detention center.

"I found the staff followed procedure," Davidson said. "They checked on Roy twice in five minutes. I don't know of anything to change. The staff followed procedure exactly."

000254