# 1 Shot, 1 Killed in East Waco

### By PAUL MONIES
Tribune-Herald staff writer

One man was killed and another injured in a shooting in East Waco on Monday, officials said.

Police responded to the call in the 1300 block of Harrison Avenue about 5:40 p.m. Monday, said Waco police Sgt. Patrick Swanton. Officers arrived to find one man shot to death.

Justice of the Peace Billy Martin identified the man as

## POLICE REPORT

Wesley Sterling, age unavailable. Martin said Sterling died of at least one gunshot wound. He ordered an autopsy at the Southwestern Institute of Forensic Sciences in Dallas, he said.

Swanton said another man who had been shot several times was taken to the hospital in a private vehicle. The man was in surgery at Hillcrest Baptist Medical Center late Monday, Swanton said.

Police did not release the name of the wounded man Monday.

Swanton said police found numerous shell casings in the area but said it was too early to tell what kinds of weapons were involved. He said witnesses had not come forward late Monday to tell police what they saw.

Police said the men, who are brothers, did not live in the area but were frequent visitors. Swanton said the area is one of

See POLICE, Page 3B

1 Shot, 1 Killed in East Waco
Waco Herald Tribune
Section B
April 30, 2002

000255

**TUESDAY, APRIL 30, 2002**

# POLICE

## Trucker death believed natural

### ■ From Page 1B

high drug activity but declined to say whether drugs were a motive in the shootings.

Swanton said police had no suspects in the shootings as of late Monday. The homicide is Waco's seventh of the year and second in less than a week.

000256

# victim in custody of police

## Hospitalized man suspected in earlier incident in Waco

**By PAUL MONIES**
Tribune-Herald staff writer

The man who was shot and whose brother was killed in an East Waco shooting remained in an area hospital Tuesday under police custody from an earlier shooting, officials said.

Kevin Antoine Sterling. 20. was shot several times in the upper body and once in the leg in a shooting in the 1300 block of Harrison Avenue about 5:40 p.m. Monday, police have said.

## POLICE REPORT

Sterling's brother. Tiron Wesley Sterling. 22. was fatally shot in Monday's incident. said Waco police spokesman Steve Anderson. Kevin Sterling was taken to the hospital in a private vehicle. he said.

Officials issued an attempted murder arrest warrant for Kevin Sterling on April 18. He is wanted in connection with the shooting of Bobby Dixon, 31, on Rose Street on April 16, police said.

Dixon was found shot in the back in a bullet-riddled car. He spent a week in the hospital before being released April 23, Anderson said.

According to an arrest warrant affidavit, Dixon told police that Kevin Sterling drove by his Buick Park Avenue and tried to get him to stop. Dixon slowed down, and Sterling fired several shots at the car, striking Dixon

Shooting victim in custody of police
Waco Herald Tribune
Section B
May 1, 2002

**000257**

# POLICE

## Homicide was city's 7th of year

### ■ From Page 1B

in the back, the affidavit said. It also said Dixon and Sterling had a history of problems, but it did not specify the nature of the dispute.

So far, police have no suspects in Monday's shooting. No witnesses have come forward, and police have not yet been able to talk with Kevin Sterling to ask him what happened, Anderson said.

He said it was unclear whether the April 16 shooting and Monday's shootings were related.

The homicide Monday was the seventh of the year in Waco.

Several shootings have occurred in East Waco in the past two weeks, including the murder of Jimmy Eric Casarez, 19, on Delano Avenue last Thursday. A shooting early Thursday morning a block away on the same street sent Demarcus Carr, 19, to the hospital. He was released Saturday, Anderson said.

In both of last Thursday's shootings, witnesses told police they did not see who shot either man.

Anyone with information in any of the East Waco shootings should call Waco Crimestoppers at 753-4357 or the Waco Police Department at 750-7500, police said.

## Burglary arrests

Two men were arrested Tuesday after leading officials on a two-county chase in a rented truck.

A 22-year-old and a 23-year-old were arrested near Chilton in Falls County on Tuesday