Baylor University and his wife from Southern College of Fine Arts after the war. He married his high school sweetheart, Frances Lou Fields on Oct. 2, 1942, in Boston Mass. He taught History and was the band director at Lorena School District for 20 years and the Waco School District for five years between 1957 and 1983. Under his leadership, the Lorena band won numerous Sweepstakes honors. Along with his love for music, Norman and Frances taught ballroom dancing at MCC. He also served as Commander of Gen. Felix H. Robertson Camp No. 129, Sons of Confederate Veterans, for two years. He was an active member of Lorena Methodist Church and after retiring Austin Avenue Methodist Church. Church service included Chancel Choir, Men's Fellowship, Promise Keepers and Friendship Class. He also attended Bible Study Fellowship.

Survivors include his wife, Frances Lou Tate of Waco; a brother, R.L. Tate and wife, Trudie of Lorena; two sons, Frank Tate of Oregon; Robert Glenn Tate and wife Darlene of Seguin; eight grandchildren; and one great-grandchild.

Pallbearers will be Bill Arnold, Dick Hill, Chester Carlson, Chester Howell, Theodore A. Talbot, Ralph Burnett and W.C. Prouty. Honorary pallbearers will be "The Coffee Boys," the Friendship Class, members of the 36th Division, 143rd Infantry and Sons of the Confederate Veterans.

The family request memorials

The family will receive visitors 6-8 p.m. Tuesday at BrookView Funeral Home.

Mrs. Stewart was born Sept. 6, 1918, in Patrick, Texas, and was a homemaker.

Mrs. Stewart is survived by a daughter, Linda Head and her husband Jimmy; a son, Joe Stewart; two sisters, Charlotte Moore and Edna Thomas; three grandchildren, Cory Stewart, Tony head and Wendy Gordon; a great-grandchild, Hailey Gordon; and numerous nieces and nephews.

**BrookView**

## Faye Gann

GROESBECK - Faye Gann, 76, of Groesbeck died Monday in Groesbeck. Graveside services will be at 10 a.m. Tuesday at Thornton Cemetery.

**Groesbeck Funeral Home**

## Lionel Stewart

Lionel Stewart, 26, of Waco died Sunday at a Dallas hospital. Services are pending.

**W.H. Littles & Sons**



Anthony of Valley Mills; a grandson, Madison T. Poston of Bryan, Texas; two great-granddaughters, Jessica and Emily Tomchesson; and many nieces, nephews and cousins.

Memorials may be made to Hillcrest Community Hospice in Waco and to Sparks United Methodist Church, Waco 76705.

## Tyresha Tanae Lestef Huitt

Tyresha Tanae Lestef Huitt, infant daughter of Stephanie Huitt, born Oct. 22, 1998, died Oct. 22 at a local hospital. Graveside services will be at 9 a.m. Tuesday at Restland Cemetery.

**Wilkirson-Hatch-Bailey**

## Freddie Avant

Freddie Avant, 73, of Tomball died Saturday at a Woodlands hospital. Graveside services will be at 10 a.m. Tuesday, Oct. 27, 1998, at Rosemound Cemetery.

**Wilkirson-Hatch-Bailey**

## Erma Webster

Mrs. Erma Webster of Waco died Friday, Oct. 23, 1998, at a local nursing home. Services at p.m. Wednesday, Oct. 28 at Tolliver Chapel M.B.C.

**McDowell**

## Edna M. Becker

ROSEBUD - Mrs. Edna M. Becker, 93, of Waco, formerly of Rosebud, died Monday. Services are pending.

**Cook-Gerngross-Green-Patterson, Rosebud**

Waco Herald Tribune, Section B2
Date: 10/27/1998

000259