nproperly charged for
ing, Robert Digneo, a
n Bell spokesman in
local billing rates for
nd business customers
e not been affected.

## t to customers?

acing calls within Tex-
t hit with any extra
ause of the accounting
eo said.

id a customer in Cen-
placing a call to some
night have had to pay
like .0001 of a penny
ause of the fouled-up
transactions, to cover
lobbying costs.

have been a very tiny
ent," said Digneo.

t's Morris said South-
l's admission that it
million mistake is just
g.

se against Southwest-
still in the discovery
FCC. No final resolu-
ted until next year.

antime, the case has
rest in the concentra-
western Bell's lobby-
; in Congress.

how that Southwestern
am of eight registered
ively engaged in pro-
al-interest legislation
ill.

Washington consult-
Bayless & Boland,
ll connected with the
stration — and Wash-
ey Mitchell Pettit are
red as Southwestern
s.

ose contract with the
any expires today re-
outhwestern Bell paid
plus expenses between
June 30 for lobbying
t he did not detail.

ern Bell has been ac-

---

## BRIEFLY

# Man hit by vehicle in critical condition

Police said an 85-year-old man mowing a lawn was struck by a car and critically injured at 2:30 p.m. Saturday at 2104 Herring Ave.

Shelby Mitchell, 85, was undergoing surgery late Saturday at Hillcrest Baptist Medical Center, a hospital spokesman said.

Police said Donald Keith Allen, 25, with a last known address in Victoria, was driving a Nissan Sentra north on Herring Avenue when he veered off the road and struck Mitchell.

Police said Allen attempted to leave on foot, but people at the scene detained him.

Several of Mitchell's relatives witnessed the incident and officers said there was a disturbance afterward. The back window of Allen's Nissan was broken out.

Allen is in McLennan County Jail charged with driving while intoxicated and failure to stop and render aid. Justice of the Peace Alan Mayfield set bond for the DWI charge at $5,000 and bond for the failure to stop and render aid charge at $15,000.

## Fair incidents reported

Waco police had to deal with seven incidents on the Heart O' Texas Fair grounds late Friday and early Saturday. Only one — a stabbing — was serious, police report.

---

# Char

**By LYNN BULMAHN**
Tribune-Herald staff writer

Making a donation wi
tax deduction is said to be
charity.

However, many local n
cies don't want to put char
a test.

They're protesting a pr
fore congressional budg
that would further limit
for charitable gifts.

Congress in 1986 elimin
tax deductions for the 72
ers who do not itemize.

Now, Congress is consid
ing or limiting itemized
charitable giving, says In
tor, a Washington-based
courages giving and volun

"We do not feel safe a



A BE

BEST AVAILABLE COPY



as freed on
ncing has been



D

s
t

Up

lodels

nday 12-5
Sat 8:30-6



LE!
H to in
AVING$
Samples
Demos





Dr.
677

## SATURDAY
## Oct. 13, 1990

# BRIEFLY
# Reward offered for missing teen

The grandmother of a 13-year-old girl missing since Tuesday is offering a reward for her safe return.

Ruby Ludwig, grandmother of Joy DeAnn Higdon, offered the reward after asking authorities in Waco and Austin for help.



**Higdon**

Anyone with information about Higdon's whereabouts may call the Waco Police Department at 752-5555.

Higdon was last seen Tuesday at Lake Air Middle School, Ludwig said.

She said she will pay the reward when Higdon is "actually in her arms."

Ludwig said she plans to ask for custody of the 13-year-old from the Department of Human Services.

## Man dies after accident

An 85-year-old man struck by a car while he was mowing his yard died Friday at a Waco hospital.

Shelby Mitchell of 2104 Herring Ave. died at Hillcrest Baptist Medical Center, where he had been since Sept. 29, when a Nissan Sentra driven by a man from Victoria struck him.

Assistant District Attorney Ralph Strother said Friday that the charges against Donald Keith Allen, 25, may be upgraded because of Mitchell's death. Allen is in McLennan County Jail charged with driving while intoxicated and failure to stop and render aid.

## Utility trustee named

CHINA SPRING — An Austin bank-

# Fort H

**By ROBERT CADWALLADER**
Tribune-Herald staff writer

FORT HOOD — The 1st Caval sion's commanding general said from Saudi Arabia that about tw of his troops have arrived in the East and their morale and hea "excellent."

Brig. Gen. John H. Tilelli, spe Central Texas reporters through conference arranged at Fort Ho he and the soldiers are adapting the dry heat and sand.

"Although it's hot, the tempe are similar to those we encounter Hood," Tilelli said in the first pu date from Operation Desert Sh garding Hood's role. He added th and the National Training Center fornia "have largely prepared us operation in the current environn



Reflect HOLVEY WILLIAMS