**FRIDAY**
June 23, 1989

## BRIEFLY

### 2 held in slaying of 15-year-old boy

A Waco police officer witnessed the shooting death of a 15-year-old youth at 6:49 p.m. Thursday near North Ninth Street and Indiana Avenue.

John Edward Walker, 15, of 1312 N. Ninth St. was pronounced dead of a single .22-caliber gunshot wound to the upper chest at 7:30 p.m. at Hillcrest Baptist Medical Center. Police are holding two juveniles, ages 15 and 16, in connection with the shooting, said Justice of the Peace Alan Mayfield.

Waco police officer Allen Cocanower was on patrol, traveling north on Ninth Street, when he saw an altercation in a car near the Indiana Avenue intersection.

"I saw the passenger and victim having some sort of altercation, and the victim fell to the ground," Cocanower said.

Cocanower said he stopped the fleeing car in the 1400 block of North Fifth Street, and the juveniles surrendered.

Mayfield ordered the body sent to the Southwestern Institute of Forensic Sciences in Dallas for an autopsy.

### Pilot treated after crash

A man was undergoing treatment at Hillcrest Baptist Medical Center late Thursday after his plane crashed as he attempted an emergency landing at Waco Regional Airport shortly after 9 p.m.

The unidentified man was flying a sin-

**Cou**

**By DREW PARM**
Tribune-Herald staff

Gov. Bill Cleme cials earlier this w signed to relieve c County's jail syste

The bill would h County's two coun dle felony pleas a trials. The bill a County Judge Ra expanded powers judges.

The bill appar philosophical disa

000262