**U.S. Department of Justice**

Federal Bureau of Prisons

**Incident Report**

| 1. NAME OF INSTITUTION |
|---|
| FMC Fort Worth |

## PART I – INCIDENT REPORT

| 2. NAME OF INMATE | 3. REGISTER NUMBER | 4. DATE OF INCIDENT | 5. TIME |
|---|---|---|---|
| Fields, Sherman | 15651-180 | 04-13-03 | 5:45P.M. |

| 6. PLACE OF INCIDENT | 7. ASSIGNMENT | 8. UNIT |
|---|---|---|
| SHU Cell B-20 | SHU UNASSG | JAIL |

| 9. INCIDENT | 10. CODE |
|---|---|
| Misuse of authorized medication | 302 |

11. DESCRIPTION OF INCIDENT (Date: 04-13-03  Time: 5:45P.M. Staff became aware of incident)

During a shake-down of inmate Field's cell, six(6) orange pills were discovered inside of an empty deoderant bottle which had been altered so that the bottle could be opened and items placed inside. P.A. Marrero confirmed the pills were Remeron, an anti-depressant. The pills were confiscated along with the bottle and the Operations Lieutenant was notified.

| 12. SIGNATURE OF REPORTING EMPLOYEE | DATE AND TIME | 13. NAME AND TITLE (Printed) |
|---|---|---|
| *[signature]* | 04-13-03 6:35P.M. | J. Hurd, Sr., C.O. |

| 14. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY | 15. DATE INCIDENT REPORT DELIVERED | 16. TIME INCIDENT REPORT DELIVERED |
|---|---|---|
| *[signature]* | 4-14-03 | 7.15pm |

## PART II – COMMITTEE ACTION

17. COMMENTS OF INMATE TO COMMITTEE REGARDING ABOVE INCIDENT

18. A. IT IS THE FINDING OF THE COMMITTEE THAT YOU:
_____ COMMITTED THE FOLLOWING PROHIBITED ACT.

_____ DID NOT COMMIT A PROHIBITED ACT.

B. _____ THE COMMITTEE IS REFERRING THE CHARGE(S) TO THE DHO FOR FURTHER HEARING.

C. _____ THE COMMITTEE ADVISED THE INMATE OF ITS FINDINGS AND OF THE RIGHT TO FILE AN APPEAL WITHIN 15 CALENDER DAYS.

19. COMMITTEE DECISION IS BASED ON THE FOLLOWING INFORMATION

20. COMMITTEE ACTION AND/OR RECOMMENDATION IF REFERRED TO DHO (CONTINGENT UPON DHO FINDING INMATE COMMITTED PROHIBITED ACT)

21. DATE AND TIME OF ACTION _____ (THE UDC CHAIRMAN'S SIGNATURE NEXT TO HIS NAME CERTIFIES WHO SAT ON THE UDC AND THAT THE COMPLETED REPORT ACCURATELY REFLECTS THE UDC PROCEEDINGS.)

_____  Chairman (Typed Name/Signature)   _____  Member (Typed Name)   _____  Member (Typed Name)

Original – Central File Record    Blue – To Inmate after UDC Action
Yellow – DHO    Pink – To Inmate within 24 hours of Part I preparation    Previous editions not usable

**00107**

BP-288(52)
JANUARY 1988

FIELDS 038961

71651

## INMATE GRIEVANCE

**DEFINITION:**
1. Violation of Civil Rights
2. Criminal Act
3. Unjust Denial or Restriction of Inmate Privileges
4. Prohibited Act by Facility Staff

**TO: GRIEVANCE OFFICER**

DS6-22

COPY

**FROM:** Sherman Fields _____
_Name of Inmate_

Holdover 118
_Cell Block_

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief.

**NATURE OR DESCRIPTION OF THE PROBLEM:**
(Please print or write legibly. Include all dates, times and names of persons involved, including witnesses if necessary.)

On the date of 4/25/03 At the booking desk Area I Sherman L. Fields # 0071651 observed officer _____ B. Martin reading my legal material and showing it to other person(s) while in the process of searching for contraband. When my legal material was finally brought to me, I was missing a stack of handwritten notes and comments that I had composed in reference to the Governments Evidence against me that was here intended for my Lawyers and private investigator. Also missing are two

(If more space needed, continue on back.)

_Sherman Fields_
_Inmate Signature_

4/25/03
_Date_

### DISPOSITION OF GRIEVANCE

Inmate Name: _____
Cell Location: _____

Your grievance has been reviewed and disposed of as follows:

_____
_____
_____
_____
_____
_____

Your grievance has been reviewed and considered a complaint. The complaint has been reviewed and the following action will be taken.

No one Was Reading Your Legal Mail. It Was Looked through For Contraband. All of your property Was looked through. All of the Material that Was Legal Material Was given To You. Your Complaint Is Unfounded.

4-28-03
_Date_

_Sgt. J. Stone_
_Grievance Officer_

*If you are not satisfied with the results or your grievance, you may appeal to the Jail Director.

**COPY RECEIVED BY** Copy To Inmate.
_Inmate Signature_

INMGRIV.Doc

None of Your Rights have been Violated. This Complaint Is Unfounded.

**001072**

**FIELDS 038962**