## INMATE GRIEVANCE

**DEFINITION:**
1. Violation of Civil Rights
2. Criminal Act
3. Unjust Denial or Restriction of Inmate Privileges
4. Prohibited Act by Facility Staff

DS6-22

**TO: GRIEVANCE OFFICER**

**FROM:** Sherman Fields
_Name of Inmate_

Holdover 118
_Cell Block_

COPY

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief.

**NATURE OR DESCRIPTION OF THE PROBLEM:**
(Please print or write legibly. Include all dates, times and names of persons involved, including witnesses if necessary.)

On the date of 4/24/03 at the booking, shower room officer Roy Gann and Corporal Baughman did assault me by twisting my left leg and causing severe damage to my knee (ie) swelling out of proportion and intense pain. This assault occured because I wouldn't raise my leg to be shackled yet I didn't resist in any way. Since my return to the Mclennan County Jail on 4/24/03 I've been subject to harrassment and threats as well as the aforementioned physical abuse and I fear for my life.

(If more space needed, continue on back.)

4/25/03
_Date_

Sherman Fields
_Inmate Signature_

## DISPOSITION OF GRIEVANCE

Inmate Name: _____

Cell Location: _____

Your grievance has been reviewed and disposed of as follows:

I have checked with the officers that were there at the time you were at booking. You refused to follow orders. You resisted by refusing to do as you were told to do.

Your grievance has been reviewed and considered a complaint. The complaint has been reviewed and the following action will be taken.

No officer injured your leg when they picked it up. You refused to raise your legs and at a time to have leg irons put on them. So your legs were raised for you, so that we could put leg irons on. If you had a knee injury, it occured prior to this incident. You were checked out the next day. And no injury from

5-9-03
_Date_

Sgt. J. Stone
_Grievance Officer_

*If you are not satisfied with the results or your grievance, you may appeal to the Jail Director.

**COPY RECEIVED BY** Copy to inmate
_Inmate Signature_

INMGRIV.Doc

4-24-03 was observed. No one of the staff is harrassing or making threats towards you. Your complaint is unfounded.

001080

FIELDS 038970