7/651

## INMATE GRIEVANCE

**DEFINITION:**
1. Violation of Civil Rights
2. Criminal Act

3. Unjust Denial or Restriction of Inmate Privileges
4. Prohibited Act by Facility Staff

COPY

**TO: GRIEVANCE OFFICER**

**FROM:** Sherman Fields
Name of Inmate

# 7/651

HO-148
Cell Block

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief.

**NATURE OR DESCRIPTION OF THE PROBLEM:**
(Please print or write legibly. Include all dates, times and names of persons involved, including witnesses if necessary.)

The staff here are plotting to murder me when I go to sleep they try to sneak in this cell and kill me I fear for my life.

(If more space needed, continue on back.)

6-23-03
Date

Sherman Fields
Inmate Signature

## DISPOSITION OF GRIEVANCE

**Inmate Name:** Fields Sherman

**Cell Location:**

Your grievance has been reviewed and disposed of as follows:

There is No Violation of Your Civil Rights here. There is or has been a Criminal Act made against you. No Unjust Denial or Restriction of Inmate Privileges No Prohibited Act by Facility Staff.

Your grievance has been reviewed and considered a complaint. The complaint has been reviewed and the following action will be taken. No one is trying to sneak in your cell to do anything to you.

Your Complaint is Completely Unfounded.

6-26-03
Date

Sgt. J. Stone
Grievance Officer

*If you are not satisfied with the results or your grievance, you may appeal to the Jail Director.

**COPY RECEIVED BY** Copy To Inmate,
Inmate Signature

INMGRIV.Doc

**001082**

**FIELDS 038972**