71651

## INMATE GRIEVANCE

**DEFINITION:**
1. Violation of Civil Rights
2. Criminal Act

3. Unjust Denial or Restriction of Inmate Privileges
4. Prohibited Act by Facility Staff

COPY

#71651

**TO: GRIEVANCE OFFICER**

**FROM:** Sherman Fields
*Name of Inmate*

HO-148
*Cell Block*

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief.

**NATURE OR DESCRIPTION OF THE PROBLEM:**
(Please print or write legibly. Include all dates, times and names of persons involved, including witnesses if necessary.)

on the date of 6-25-03 at or about 4:30 A.M. officer EuBanks did try to poison me by putting an unknown substance in my food.

(If more space needed, continue on back.)

6-25-03
*Date*

*Sherman Fields*
*Inmate Signature*

### DISPOSITION OF GRIEVANCE

Inmate Name: Fields Sherman
Cell Location:

Your grievance has been reviewed and disposed of as follows:

There IS NO Criminal Act committed against you here. And No prohibited Act by facility staff.

Your grievance has been reviewed and considered a complaint. The complaint has been reviewed and the following action will be taken.

There is NO evidence that anyone tried to poison you at any time. All we have is your complaint that that happened. Without further proof or evidence, your complaint is unfounded.

6-26-03
*Date*

COPY

Sgt. J. Stone
*Grievance Officer*

*If you are not satisfied with the results or your grievance, you may appeal to the Jail Director.

**COPY RECEIVED BY** Copy To Inmate
*Inmate Signature*

INMGRIV.Doc

**001084**

**FIELDS 038974**