71651

## INMATE GRIEVANCE

**DEFINITION:**
1. Violation of Civil Rights
2. Criminal Act

COPY

3. Unjust Denial or Restriction of Inmate Privileges
4. Prohibited Act by Facility Staff

**TO: GRIEVANCE OFFICER**

**FROM:** Sherman Fields
_____
Name of Inmate

#71651

HO-148
_____
Cell Block

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief.

**NATURE OR DESCRIPTION OF THE PROBLEM:**
(Please print or write legibly. Include all dates, times and names of persons involved, including witnesses if necessary.)

I Am not A United States Citizen, I was born in another Country and I request Access to my Countrys' Consulate

(If more space needed, continue on back.)

6-25-03
_____
Date

_Sherman Field_
_____
Inmate Signature

## DISPOSITION OF GRIEVANCE

Inmate Name: Field, Sherman
Cell Location: _____

Your grievance has been reviewed and disposed of as follows:

Your grievance has been reviewed and considered a complaint. The complaint has been reviewed and the following action will be taken.

First, this Is a Request, not a grievance matter.

Our Records show that You were born In this Country. So Your Request Is Denied.

6-26-03
_____
Date

_Sgt. J. Store_
_____
Grievance Officer

*If you are not satisfied with the results or your grievance, you may appeal to the Jail Director.

COPY RECEIVED BY _Copy To Inmate_
_____
Inmate Signature

INMGRIV..Doc

001086

FIELDS 038976