## INMATE GRIEVANCE

**DEFINITION:**
1. Violation of Civil Rights
2. Criminal Act

3. Unjust Denial or Restriction of Inmate Privileges
4. Prohibited Act by Facility Staff

**TO: GRIEVANCE OFFICER**

**FROM:** Sherman Fields
Name of Inmate

# 71651

HO 118   HO 148
Cell Block

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief.

**NATURE OR DESCRIPTION OF THE PROBLEM:**

(Please print or write legibly. Include all dates, times and names of persons involved, including witnesses if necessary.)

At or About 12:10 A.M. officer Eubanks stopped At the cell door and made the statement "I would nt poison your Ass but I will shoot you" This is not the first time this officer have threatened my life And yes I Am scared that he'll carry out his threats.

(If more space needed, continue on back.)

7-2-03
Date

Sherman Fields
Inmate Signature

### DISPOSITION OF GRIEVANCE

**Inmate Name:** Fields Sherman

**Cell Location:** _____

Your grievance has been reviewed and disposed of as follows:

Your grievance has been reviewed and considered a complaint. The complaint has been reviewed and the following action will be taken.

I will send a copy of your complaint to officer Eubanks' Sgts to be looked into.

7-2-03
Date

Cpl. Ed Herrington
Grievance Officer

*If you are not satisfied with the results or your grievance, you may appeal to the Jail Director.

**COPY RECEIVED BY** Copy to inmate
Inmate Signature

INMGRIV.Doc

**001088**

**FIELDS 038978**