## INMATE GRIEVANCE

**DEFINITION:**
1. Violation of Civil Rights
2. Criminal Act
3. Unjust Denial or Restriction of Inmate Privileges
4. Prohibited Act by Facility Staff

(COPY)

#71651

**TO: GRIEVANCE OFFICER**

**FROM:** Sherman Fields
_Name of Inmate_

HQ-148
_Cell Block_

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief.

**NATURE OR DESCRIPTION OF THE PROBLEM:**
(Please print or write legibly. Include all dates, times and names of persons involved, including witnesses if necessary.)

On the date of 7-5-03, at or About 4:00 P.M officer Strahl brought A food tray to my cell that had something silver in the cake and some black stuff in my Juice. There's A group of officers here at this Jail that's conspiring to murder me and they've tried At least three times thus far by poisoning my food but I Always know who it is and I catch it before I consume the food.

(If more space needed, continue on back.)

7-6-03
_Date_

_Sherman Field_
_Inmate Signature_

### DISPOSITION OF GRIEVANCE

**Inmate Name:** Fields Sherman

**Cell Location:** _____

Your grievance has been reviewed and disposed of as follows:

_____
_____
_____
_____
_____
_____

Your grievance has been reviewed and considered a complaint. The complaint has been reviewed and the following action will be taken. Reports were written on this incident. The food was checked, nothing could be found other than a gray speck on the cake. No one is trying to harm you in any way. Complaint unfounded.

7-7-03
_Date_

_Cpl Ed Hanust_
_Grievance Officer_

*If you are not satisfied with the results or your grievance, you may appeal to the Jail Director.

**COPY RECEIVED BY** _Copy transmit._
_Inmate Signature_

INMGRIV.Doc

001092

FIELDS 038982