## INMATE GRIEVANCE

**DEFINITION:**
1. Violation of Civil Rights
2. Criminal Act

3. Unjust Denial or Restriction of Inmate Privileges
4. Prohibited Act by Facility Staff

**TO: GRIEVANCE OFFICER**

\# 71651

HO-148
Cell Block

**FROM:** Sherman Fields
Name of Inmate

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief.

**NATURE OR DESCRIPTION OF THE PROBLEM:**
(Please print or write legibly. Include all dates, times and names of persons involved, including witnesses if necessary.)

Corporal Jimmy Herrington and Sergeant Edward Stone Is leading a cabul in a conspiracy to Murder me and I tell you right now I'm real real scared. I sleep with one eye open and I'm afraid to eat my food when certain officers bring it to me.

(If more space needed, continue on back.)

7-8-03
Date

Sherman Field
Inmate Signature

### DISPOSITION OF GRIEVANCE

Inmate Name: Fields Sherman

Cell Location: _____

Your grievance has been reviewed and disposed of as follows: _____

Your grievance has been reviewed and considered a complaint. The complaint has been reviewed and the following action will be taken. This is a statement/Complaint. No one is Trying to Kill You are poison You In Any Way. You Complaint Is Unfounded.

7-14-03
Date

Sgt. J. Stone
Grievance Officer

*If you are not satisfied with the results or your grievance, you may appeal to the Jail Director.

COPY RECEIVED BY Copy To Inmate
Inmate Signature

INMGRIV.Doc

**001098**

**FIELDS 038988**