## INMATE GRIEVANCE

**DEFINITION:**
1. Violation of Civil Rights
2. Criminal Act

3. Unjust Denial or Restriction of Inmate Privileges
4. Prohibited Act by Facility Staff

**TO: GRIEVANCE OFFICER**

COPY

71651
40-148
Cell Block

**FROM:** Sherman Fields
Name of Inmate

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief.

**NATURE OR DESCRIPTION OF THE PROBLEM:**
(Please print or write legibly. Include all dates, times and names of persons involved, including witnesses if necessary.)

Corporal Tommy Vandyke is sexually harassing me. Everytime he work up here I catch him peeking at me with lead eyes from behind computers, desk or whatever is available at the time. I am not gay and I will not indulge in Homosexual activity. I'm Afraid he will try to Attack me. I Need some Immediate Assistance.

(If more space needed, continue on back.)

2-14-74
Date

Sherman Fields
Inmate Signature

## DISPOSITION OF GRIEVANCE

**Inmate Name:** Fields Sherman

**Cell Location:** _____

Your grievance has been reviewed and disposed of as follows:

Your grievance has been reviewed and considered a complaint. The complaint has been reviewed and the following action will be taken.

A copy of you complaint on Cpl Vandyke will be sent to his Sgt for review

7-15-03
Date

Cpl El Harrington
Grievance Officer

*If you are not satisfied with the results or your grievance, you may appeal to the Jail Director.

**COPY RECEIVED BY** Copy to inmate.
Inmate Signature

INMGRIV.Doc

001100

FIELDS 038990