## INMATE GRIEVANCE

**DEFINITION:**
1. Violation of Civil Rights
2. Criminal Act

3. Unjust Denial or Restriction of Inmate Privileges
4. Prohibited Act by Facility Staff

**TO: GRIEVANCE OFFICER**

#71651

**FROM:** Sherman Fields                                    HA-148
                    Name of Inmate                              Cell Block

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief.

**NATURE OR DESCRIPTION OF THE PROBLEM:**
(Please print or write legibly. Include all dates, times and names of persons involved, including witnesses if necessary.)

On the date of 7-24-03, at or About 1:30 A.M. Corporal Burch was standing at the copy machine staring at me. I asked him was he gay. He asked me what did I say and walked over to my door. I repeated the question. He asked me what did I think? I said, "Yea, I think you're gay. He said "I Guess I'm supposed to ask you to see your Dick. You can show it to me if you want to." I said "Get away from my door. I'm not Gay!" Corporal Burch walked away smiling. This man keeps sexually harassing me and I dont like it. This is not the first time. And I'm fed up.

(If more space needed, continue on back.)

7-24-03                                          _Sherman Fields_
   Date                                                Inmate Signature

### DISPOSITION OF GRIEVANCE

Inmate Name: _Fields, Sherman_
Cell Location: _____

Your grievance has been reviewed and disposed of as follows:

As was done with your sexual harrassment complaint on the other Cpl. A copy will be sent to his supervisors to be looked into and steps taken if necessary.

Your grievance has been reviewed and considered a complaint. The complaint has been reviewed and the following action will be taken.

7-24-03                          _Cpl Ed Henningston_
   Date                               Grievance Officer

*If you are not satisfied with the results or your grievance, you may appeal to the Jail Director.

COPY RECEIVED BY _Copy to inmate._
                                    Inmate Signature

INMGRIV..Doc

001102

FIELDS 038992