## INMATE GRIEVANCE

**DEFINITION:**
1. Violation of Civil Rights
2. Criminal Act
3. Unjust Denial or Restriction of Inmate Privileges
4. Prohibited Act by Facility Staff

**TO: GRIEVANCE OFFICER**

**FROM:** Sherman Fields
<u>Name of Inmate</u>

COPY

#71651

ABG-4
Cell Block

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief.

**NATURE OR DESCRIPTION OF THE PROBLEM:**
(Please print or write legibly. Include all dates, times and names of persons involved, including witnesses if necessary.)

The time is 7:40 P.M. on the date of 11-27-01 and Officer Burch and nine other officers is standing in front of my cell having a Klan meeting and talking about killing me. I'm scared to death that they are gonna come in here and kill me.

(If more space needed, continue on back.)

11-27-01
Date

Sherman Fields
Inmate Signature

### DISPOSITION OF GRIEVANCE

**Inmate Name:** Fields Sherman

**Cell Location:** _____

Your grievance has been reviewed and disposed of as follows:

A copy of your complaint will be sent

Your grievance has been reviewed and considered a complaint. The complaint has been reviewed and the following action will be taken. to these officers supervisors to be looked into. there are no Klan members working in this facility and remarks of this kind will be considered slander.

6-30-03
Date

Cpl Ed Harrington
Grievance Officer

*If you are not satisfied with the results or your grievance, you may appeal to the Jail Director.

**COPY RECEIVED BY** _____
Inmate Signature

INMGRIV..Doc

**001106**

**FIELDS 038996**