STINE lot w/elec. & call Lone Pine Real 3863 or 896-5653

GE, 1.3 ac., $2000 dn & pymts. Call Mildred, 662-4361

## HES 931

ATIONAL RANCH
E. of Waco, developed ing and hunting pre-outiful terrain, views, iter, 14 lakes & ponds ocked, Black and Flor-catfish, 1000's quail very year. 3000 sq. ft. oom, 6 bdrm, 3 baths, orated, (city water). outdoor cooking area or entertaining. lipment building, neis, tenant house & ill/pheasant raising hole golf course 58 acres-will sell all lced right-$650,000. ends or after 6pm or days 756-4451. le Ranch, c/o 8301 Waco, TX. 76712



**tewart, Realtors**

## 776-0000

sburg - On Battle Lake Hwy 164 - 50% wooded trees and various hard-

BOWDEN.......666-2782

**JHNSON LAND CO.**
822-1745
ES with nice brick home Waco. Choice Little with excellent cattle, icing, watering and just mount of trees for beau-node, $160,000. Owner fi-f desired.

- BOSQUE COUNTY
IA Home, 2 fireplaces ntage on Meridian creek 0 assumable financing $88,000 Firm. ntact Roger Bushee 7 or 817-597-2279

w/3BR/2BA brick ve-me, irg barm coastal enced, 1 stock tank S. 15 miles E. of Waco, ad on 3½ sides, fenced, tock tanks & barn eal Estate. 752-1905.

O. 158 ac. Deer, duck, quail. Fen. Very good rn, older wooden barn & tanks, trees. $900/ac.-er. 751-1207/757-1129

deaway. Bosque County. eek, 2BR home, exc. $950 per acre. Terms. 2147 or (817) 597-2279

n Tehuacana, owner will MART, 35 ac. corner, Jet Tracts. Call Felton use Rlty. 863-5126

acquired Ranches, & cropland, 225 to 6380 deo tape on ea, will fin. ty 662-2228 or 753-0232.

AT COOLIDGE, Tx., ces, stock tank. Call for 3-472-2924

rea, up to 42 acres. NO

---

Florist 969
Funeral Homes 970
Cards of Thanks 971
Death Notices 972

## CEMETERY LOTS 964

LOT 656 spaces 1 & 2, Sec. F, Gar-den of Devotion, $995 for both. Call Marc Blue at Waco Memori-al Park for more info. 662-1051 or Mr. Warren 512-623-3962.

## CARD OF THANKS 971

WE WISH to extend our heartfelt thanks and appreciation for the acts of kindness, messages of sympathy, food & beautiful flo-ral offerings received from our many friends, relatives and neighbors during our sad be-reavement in the death of our loved one, Andrew J. James. The family of Andrew J. James.

## DEATH NOTICES 972

### PEARCE, MELVILLE
Melville Pearce, age 77, of Waco, died Friday in a local nursing home.
Funeral services: 2:00 P.M. Saturday at First Bap-tist Church at Copeville, Tx., burial in Farmersville Ceme-tery.
Survivors: two brothers, Joe Jack Pearce of Waco, Dr. J.J. Pearce of Richard-son; three nieces, Mrs. Jane Childs of Waco, Mrs. Jim Powell of Richardson, Mrs. Carol Johnson of Plano; seven nephews, Dr. J. Pearce of Farmers Branch, Dr. Robert Pearce of Level-land, Jack Pearce of Wash-ington, DC., Tom Finley Pearce of Plano, Joe Pearce of Richardson, John Pearce of Sarsota, Florida, Dr. Paul Pearce of Conroe; several great nieces and nephewws and several great-great nieces and nephews.

**WILKIRSON-HATCH FUNERAL HOME, INC.**
12th and Washington Ave.
753-3691      755-6626

### GRIFFIN, DEVOTIE E. SR.
Devotie E Griffin, Sr age 80, of Rosenthal died Thursday in a local hospital

---

**WILKIRSON-HATCH FUNERAL HOME, INC**
12th and Washington Ave.
753-3691      755-6626

### SWINNIE, DONNELL DEWAYNE
Donnell Dwayne Swinnie, 16, died Saturday at a local hospital.
Funeral services will be held at 2:00 p.m. Saturday at St. John Missionary Baptist Church with Rev. James Boyce officiating, burial in Greenwood Cemetery
Survivors: mother, Mary Swinnie of Waco, Texas. fa-ther, Jackie Davidson of Waco, Texas, one sister. Vennetta Swinnie of Waco. Texas; two brothers, Demar Swinnie and Timothy Swin-nie, both of Waco, Texas; grandmother, Elizabeth Swinnie of Waco. Texas; grandfather, Melvin Lewis of Ft. Worth, Texas; a host of uncles, aunts, cousins, friends and other relatives. Active Pallbearers: Charles Fields, Sherman Fields, Acie Bouge, Simpson Greer, Wilson Dorris, Ver-non Mickey.
**East Waco Mortuary**
1235 Chestnut.
799-6279

## LEGAL NOTICES 981

### BID NOTICE
Sealed bids will be received by the Temple Independent School District for the follow-ing:
Security Service at Temple High School Bid at 10:00 P M. Wednesday, Aug 1, 1990
TISD Reserves the right to reject any or all bids

### BID NOTICE
The Moody I S D is receiv-ing bids for materials and or the installation of approxi-mately a mile of six-inch water line
Bids will be received until 3 P M August 3 1990 Informa-tion concerning bids may be received by contacting the Moody Administration Office at (817)853 2172

### NOTICE TO ALL PERSONS HAVING CLAIMS AGAINST THE ESTATE OF

---

age Texas farmer and rancher, much less the consumers." High-tower said.

Perry's campaign said they are proud of the contributions because Brand, who is also mayor of McAl-len, and Pilgrim of Pittsburg in East Texas are involved in "main-stream agriculture."

Ken Luce, Perry's campaign manager, said Brand and Pilgrim don't believe Hightower's adminis-tration is conducive to business.

Pilgrim was at the center of an ethics scandal in 1989 when he gave $10,000 checks to several state senators, some on the Senate floor, and lobbied them about the Texas workers' compensation law days before a key vote on the issue.

Brand was embroiled in contro-versy when, as a member of a pes-ticide regulatory board, he spoke against banning the pesticide chlordane because "sure it's going to kill a lot of people, but they may be dying of something else anyway."

Pilgrim has donated $25,000 to the Perry campaign, and Brand gave Perry $1,000 through a fund-raising organization called South Texans for Rick Perry, which do-nated a total of $35,000 to the Re-publican's campaign.

"These are mega-rich fat cats

# Lujan plots

**By BOB DART**
Cox News Service

WASHINGTON — Warning that "some of America's most hallowed ground" is threatened by suburban sprawl, Interior Secretary Manuel Lujan announced a plan Friday to preserve endangered Civil War battlefields.

Lujan said the federal govern-ment cannot afford to buy all the historic sites, but will develop a na-tional strategy and enlist state and private help to save the battle-fields for future generations

These sites "are essential in con-veying to citizens of every age how our ancestors fought for our clos-

001476

**y dissolve**

**ıan unity**

any and Eastern Europe to est without gaining anything urn. But the political defeat ʒor K. Ligachev, the leading ner, lessened the political re- ːe.

: major decisions at the meeting included a proposal oint non-aggression declara- ith the Warsaw Pact, an invi- to Gorbachev to address the Council, an agreement to le the structures of the Con- e on Security and Coopera- t Europe, a fundamental re- ı of NATO nuclear and ıtional forces, and a com- ıt by Germany to limit its forces.



**BONUS COUPON FREE PINT OF COBBLER WITH THIS SPECIAL.**

ːLOSED WEDNESDAYS

Waco · Herald Tribune

# MONDAY
## July 16, 1990 *

## BRIEFLY
## Fort Hood soldier charged in slaying

A Fort Hood soldier is charged with murdering a Waco youth who died from a single gunshot wound to the back late Saturday.

Police say they found Donnell Dewayne Swinnie, 16, of 928 N. 12th St. laying face down in the 1200 block of North Ninth Street shortly after 11:30 Saturday night.

Justice of the Peace Alan Mayfield pronounced Swinnie dead at Hillcrest Baptist Medical Center at 12:25 a.m. Sunday. Mayfield said the bullet apparently struck major arteries at the top of Swinnie's heart.

Mayfield ordered the victim's body sent to the Southwestern Institute of Forensic Sciences in Dallas for an autopsy.

Police arrested Kennedy Bernard Patton, 25, of Fort Hood at 1532 Herring Ave. after receiving a tip, police reports show.

Patton was in McLennan County Jail Sunday under a $50,000 bond.

A police spokesman said Swinnie and Patton were arguing earlier Saturday. He said police found what they believe to be the murder weapon — a .380-caliber automatic handgun — in a trash bag in the 1200 block of North Ninth Street.

A Fort Hood spokesman said a report will be filed with the Criminal Investigation Division there.

### Showers welcomed locally

Rain fell on parched Central Texas soil Sunday.

At 9 p.m., the National Weather Service reported that Evant had received 2.35 inches; Southcentral Bell County, 1

# Co

**By KEVIN KING**
Tribune-Herald st

Waco voters v er to link the pa paid by 15 other Council takes a

The agenda f 7:30 a.m. includ the charter amu a police wage meets in the [ Waco Conventio

Councilwoma said she feels s Tuesday though



001477