THURSDAY  NOV 4, 93

r man
t case

or a man Wednes-
ulted a woman af-

e man about 6 feet
!50 pounds. He has

year-old woman a
edly tried to prop-
police spokesman

an isolated area,
e on her and sexu-
said. After the as-
l the woman out of
spokesman said.

alloween automo-
cal condition late
Medical Center, a

e children injured
riding in collided
as pulling into the

# Girl's stabbing Waco's 4th juvenile homicide in 1993

**By DOUGLAS DOE**
Tribune-Herald staff writer

A fight between two teen-age Waco girls turned deadly Wednesday morning after one of the girls reportedly stabbed the other in the chest with a knife.

When Waco police arrived about 10:52 a.m. at a home at 2104 Herring Ave., they found 16-year-old Kimberly Leaks suffering from a stab wound to the upper chest, said police Sgt. Malissa Sims. Leaks was taken to Hillcrest Baptist Medical Center, where she was pronounced dead at 11:38 a.m.

McLennan County Justice of the Peace John Cabaniss ordered the body sent to the Tarrant County Medical Examiner's Office in Fort Worth for an autopsy.

Within three hours of the incident, police took a 15-year-old girl into custody.

The girl, who lived two blocks from Leaks and was an acquaint-ance, remained in custody Wednesday night at the Bill Logue Juvenile Detention Center.

Witnesses told police that the two girls became involved in an argument that led to a physical confrontation, Sims said.

Though investigators are not certain what the argument regarded, they believe it was part of an ongoing feud between the teens, police said.

The stabbing death was the 24th homicide this year in Waco — three more homicides than in all of 1992. The number of homicides could climb to 25 if murder charges are filed in connection with the Oct. 26 stabbing of 36-year-old Mark Stephen Vaughn, who later died at Hillcrest.

Detectives charged Richard Anthony Carvajal, 20, of Waco with attempted murder in connection with the case.

Leaks' death was the fourth juvenile homicide in Waco in 1993.

Please see DUTY, Page 3B

001478