SAT · AUGUST 15, 1992

WACO TRIBUNE-HERALD

# LOCAL

## THINGS TO DO

Today: Monthly Arts and Crafts Show, 9 a.m.-5 p.m. today and 11 a.m.-4 p.m. Sunday, Heart O' Texas Fair Complex; $2 for adults.

## TAKE NOTE

The South Terrace Pantry will give away clothes to people in need from 10 a.m. to noon today at 111 Kennedy Circle. Call 756-4136.

## INSIDE THIS SECTION

Obituaries/2C

Classified/4C

LOCAL C

## IEFLY

### rena teen guilty

ix teen-agers implicat-lent that left 150 tomb-nd toppled at Lorena d guilty Friday.

liller III, 17, pleaded t mischief over $20,000 spree in which buses les at Lorena Middle damaged.

lark Parker recom-e of 10 years' deferred the condition that titution and agree to co-defendants if nec-

ns of deferred adjudi-iction can be wiped rd if he completes the robationary term.

co-defendants, Edwin pleaded guilty last l the same recommen-er.

llen will sentence the kground investigation ers.

son, who is scheduled xt week, and Arnold are charged in the in-iles have been impli-

### to be open

iin open this weekend hile road crews take a construction, accord-Department of Trans-

ie Monday morning. ling north and south ire restricted to one th Street to the south rews are working.

### istory

Barnes will present history of Lake Waco he amphitheater at

free.

k, take Highway 6 to exit and follow the

program, call Susan 9.

### oday

cy-Lakeview, North-est will take part to-eat McLennan Coun-eries of cleanups n McLennan County

ns will be open from until waste contain-y-Lakeview Commu-Craven Ave.; North-13 N. Lacy Drive; t City Park in Leroy; ge, 205 North Pine. station will be set up view location. It is esidents. drop off up to 50 car

e cities of Hewitt, or and Crawford will ps.

litter pickups or ask ee Farr at 757-5066.

### w honored

nan and fisherman television producers d Michael Osborne Award for Pack's n show, "Fishing

d a second Telly for commercial. w took home honors r among the more

# Questions remain in shooting

### Suspect killed while being placed under arrest; Investigation ordered

**By DOUGLAS WONG**
Tribune-Herald staff writer

Several questions remain unanswered about a Friday morning shooting that killed a man being arrested by a Waco police officer.

Terryll Jermaine Collins, 18, of 525 Lottie St. died at 8:25 a.m. at a local hospital from a gunshot wound he received as Waco Police Officer Christo-pher Smith tried to place him in custody.

The incident began about 5 a.m., when officers tried to arrest Collins on a retaliation charge at his sister's apartment in the 5100 block of Haw-thorne Drive.

"When the officers knocked on the door, a man asked them through a closed door what they wanted," said Sgt. Malissa Sims, public information officer for the Waco Police Department.

"The officers identified themselves as police officers and informed the man they were looking for Terryll Collins. The man told them to wait a minute because he had to put his clothes on," Sims said.

As the man walked away, she said, a woman raised a window near the front door and asked what the officers wanted. Again the officers said they were looking for Collins. The woman then told them Collins wasn't there.

The officers told the woman they had received information that Collins was there and that she would also face charges if she was hiding him, Sims said.

"As one of the officers looked through an open window, he saw a Ter-ryll Collins begin to push a couch to-ward the front door of the residence to barricade it," Sims said. "The officer also saw a gun in Collins' hand."

The officers immediately stepped back from the door, took cover and called for backup.

When the additional officer arrived, they surrounded the apartment build-ing and began negotiations.

"The police supervisor took a posi-

Please see SHOOTING, Page 2C



## JUST EARNING THEIR PAY

Staff photo — Bobby Sanchez

Mike Urban (from left), Dee Litteken and Butch Shoop were honored for rescuing two Bosque County women during flooding.

## Wardens honored for rescuing 2 women

**By DARLENE McCORMICK**
Tribune-Herald staff writer

Twice in six months, game wardens launched their boat into swift, rolling water. They knew death could be just over the next wave, ready to claim them — or those they sought to save.

They won out over nature, though, rescuing two Bosque County women.

On Friday, Dee Litteken of Clifton, Mike Urban of Hillsboro and Butch Shoop of Waco received the Depart-ment of Public Safety's Director's Award for their rescue efforts.

It is DPS's highest civilian award, given for acts of heroism or good works in the assistance of a DPS trooper.

But the Texas Parks and Wildlife De-partment wardens shied away from the term hero. They say rescuing people is just part of their jobs.

"There's no S's under these shirts," Shoop said, referring to the fictional Su-perman character.

"That's what we get paid to do," Ur-ban said. "It's a special feeling, though, to know you helped someone live a few more years."

Litteken and Shoop were honored for their rescue of a 79-year-old Clifton woman Dec. 20 on the Bosque River and for their May 16 rescue of a 63-year-old woman swept away on Steele Creek.

Urban was honored for his effort in the May 16 rescue.

The wardens say they are trained in water survival and rescue techniques.

Litteken and Shoop battled treacher-ous currents and floating debris to

dog that night.

Wiederaenders, now 80, said she didn't call for help, but the men were determined to take her and her dog to safety.

"Those guys did a fantastic job," she said. "I couldn't get out anymore."

It was dark, and the river was out of its banks, reaching about 1.5 miles wide at the time of the incident. Rain was still falling hard.

Litteken and Shoop tried to cross over a hidden barbed-wire fence twice in their effort to make it to the woman's house.

Shoop said he gunned the boat's mo-tor full blast in an effort to get over the spot, but the motor caught on the

## 2 men face drug charges

**By DOUGLAS WONG**
Tribune-Herald staff writer

Police arrested Waco residents Darrell Keith Scott, 32, and Alvin Alexander, 27, in connection with a narcotics case in the 500 block of South Eighth Street.

Scott of 1701 S. Eighth St. and Alexander of 521 Lottie St. both remained in McLennan County

## POLICE REPORT

Jail Friday night under $15,000 bond each on a possession of a controlled substance charge.

Police said officers saw two men exchanging something in the 500 block of South Eighth Street shortly after midnight. When the officers approached the suspects, the two men threw something onto the ground and left.

The officers took the two into custody and found the objects the men threw. Police said the offi-cers believe the objects to be pieces of crack cocaine.

### Assault

Police arrested Merle Robert Harrison, 37, of Waco in connec-tion with a knifing in the 200 block of Dearborn Street.

Harrison, of 1725 Sanger Ave., was released from McLennan County Jail on $1,000 bond on an aggravated assault charge.

### Drug arrest

Larry Clifton Greene, 31, of

Please see POLICE, Page 4C

## Procedure cuts down cost, pain

001480

**By KRISTIE WATTHUBER**
Tribune-Herald staff writer

**LOCAL**

# SHOOTING

## Probe ordered in suspect's death

☐ From Page 1C

tion near the window of the residence and began talking with the woman inside," Sims said. "Officers were concerned that the situation could fast turn into a hostage situation."

The officer posted near the rear of the apartment once saw the suspect open and close a rear window. He was armed at that point also, Sims said.

Officers continued to try to get Collins to surrender.

"At 6:09 a.m., Terryll Collins jumped out of the rear window of the residence, ran along the top of a metal carport, jumped to the ground and then ran in an easterly direction," she said.

Smith, who has been with the department for two years, was the closest officer to Collins and gave chase.

"The chase proceeded for several blocks," Sims said. "In the 500 block of Carlisle, Officer Smith said he lost sight of Collins. The officer began searching in

and around the houses in the immediate area."

A witness directed Smith, saying he saw the suspect run toward the backyard of a house.

"The officer noticed a storage shed with the door slightly ajar," Sims said. "The officer opened the door and saw Collins sitting on the floor with a shirt draped around his shoulder and arms.

When Smith saw Collins, he grabbed the suspect around the shoulder and arms and pulled him out of the shed.

"Collins began struggling to get away," Sims said. "The officer said that during the struggle he heard a gunshot. The two of them fell to the ground. Collins landed on his stomach with the officer on top of him."

Sims said Smith found a gun under the suspect and threw it a safe distance away. As the officer tried to put cuffs on the suspect, he noticed Collins was not responding. He then realized Collins had been shot, she said.

Collins, who had a gunshot wound just above the left eye, was taken to Hillcrest Baptist Medical Center where he later died. Justice of the Peace John Cabaniss ordered an autopsy.

Smith was not injured during the incident.

Waco Police Chief Gil Miller said Smith has been taken off the street and placed in an administrative position until WPD's Special Crimes Division and the district attorney's office complete their investigation into the incident.

Information from the investigation probably will go to a grand jury for review, Miller added. "At this point in the investigation, Officer Smith did not violate any of the department's policies or procedures," the chief said.

Still, several questions remain unanswered. Police are reviewing a tape of police radio transmissions to determine if officers broadcast the fact that Collins had a gun.

However, officers at the scene saw Collins with a gun.

Miller said a transcript of the tape will be made available within the next week. He pointed out that Smith never drew his service revolver.

Officials also are trying to determine why Smith didn't wait for backup before confronting Collins in the shed and if he said anything to the suspect at the point of arrest.

Miller said they're also trying to determine exactly how the gun went off.

---

# OBITUARIES

**News obituaries:**
We print news obituaries at no charge. Information for them comes from funeral homes and relatives. For more information, including details of our policies for news obituaries, please call the obituary desk at 757-5700.

**Death notices:**
Funeral homes supply death notices and we publish them as classified advertising. Please consult the funeral home for more information about death notices.

## Ethel Jones

HAMILTON — Ethel Jones, a Hamilton homemaker, died Friday at a local nursing home. She was 86.

Graveside services will be 4 p.m. today at the Old I.O.O.F. Cemetery, the Rev. Cal Hoffman officiating.

Mrs. Jones was born June 9, 1906, in Hamilton, where she lived all her life. She married James Marion Jones on Nov. 29, 1923; he died Dec. 31, 1957. Mrs. Jones was a member of First United Methodist Church. A son, John Harold Jones, died in infancy.

Survivors include a number of nieces and nephews.

Riley Funeral Home is in charge of arrangements.

## Willie (Bill) Trotter

MARLIN — Willie (Bill) Trotter of Marlin, a retired construction laborer, died Monday at a local hospital. He was 76.

Services will be 11 a.m. today at Bernard Street Church of Christ, James E. Hutchinson officiating. Burial will be at Hillcrest Cemetery.

Mr. Trotter was born April 15

## William W. Thorne

THORNTON — William Wallace Thorne of Thornton, a retired pipe fitter, died Wednesday at his residence. He was 73.

Services will be 2 p.m. today at Concord Baptist Church in Leon County, the Rev. Roy Payne and the Rev. Charles Pruitt officiating. Military graveside services will be at Concord Cemetery.

Mr. Thorne was born Aug. 29, 1918, in Jewett. He was a U.S. Army veteran of World War II who served in the European Theater. He was a Baptist.

Survivors include his wife, Helen Thorne; a brother, James B. Thorne of Kosse; and a sister, Mildred Ruth Harris of Marion, Ind.

Porter Funeral Home in Mexia is in charge of arrangements.

## Mary Lou Matherne

Mary Lou Matherne of Waco died Friday at a local nursing home. She was 75.

Arrangements are pending at Wilkirson-Hatch Funeral Home.

## Alexis Nicole Johnson

Alexis Nicole Johnson, infant

# Death Notices & Announcements

### 045 Death Notices

POOLE, TRACHANZIE PEDRO (CHAN) JR.

Trachanzie Pedro (Chan) Poole, Jr., an educator in Waco Independent School District for twenty years, died Tuesday at a local hospital. He was 43 years old.

Services will be Saturday, August, 15, at George B. Young Auditorium on the Paul Quinn Campus at 11:00 A.M. Bertran Bilton officiating.

Mr. Poole was born January 31, 1949 in Waco, Texas. His family lived in Hempstead, Texas where he graduated from Hempstead High School in 1967. He graduated with honors from Praire View A & M University in 1971, obtaining a bachelor's degree in Mathematics. He was listed among Who's

### 045 Death Notices

HERBELIN GEORGE, JR.
George W. (Boots) Herbelin Jr., age 79, of Waco died Thursday at his home.

Services will be 3 p.m. Saturday at Bellmead Kingdom Hall of Jehovah's Witnesses. Will Rippen and Jim Ranft officiating. Burial will be at Rosemound Cemetery.

Survivors include: three daughters, Joyce Green of Chilton, Linda Eastburn of Chalk Bluff and Sharon Barlow of Waco; four sons, David Herbelin, Donald Herbelin, C. Durwood Herbelin and Herschel Herbelin, all of Waco; three sisters, Welda Stanley and Rachel Brown, both of Waco, and Mildred Uptmore of China Spring; a brother, Joe Herbelin of Lorena; 22 grandchildren; and eight great-grandchildren.

**▲ BELLMEAD**
FUNERAL HOME
809 LaClede
Bellmead/Waco
(817) 799-5701

LASSETTER, MARY JUDITH (JUDY)
Mary Judith (Judy) Lassetter, age 54 of Waco, died Thursday at her residence. Services at 10:00 A.M. Saturday at Wilkirson-Hatch Chapel with Rev. Brian Whitney and Rev. Steve Abbott officiating. Burial at Waco Memorial Park.

Survivors: Husband, James D. Lassetter, Sr. of Waco; Mother Mrs. Clarice McDowell of Waco; Three Sons, James D. Lassetter, Jr. of Bosqueville, Edwin

### 045 Death Notices

MAZANEC, JOE (MIKE)
Joe (Mike) Mazanec, age 60, of West, died late Wednesday evening, August 12, 1992 in Hill County, Texas.

Mass of Christian Burial will be celebrated 10:00 a.m. Saturday at St. Mary's Catholic Church of the Assumption in West, with Rev. Ed Karasek as celebrant. Burial will follow in St. Mary's Cemetery near West.

He is survived by his wife, Milada Mazanec of West; his mother, Mary Mazanec of West; two sons Michael G. Mazanec of Carrollton and Jerry R. Mazanec of Chalk Bluff; four daughters Theresa Wright of Spring, Kathleen McQuitty of Mesa, Arizona, Frances Beeson of Wharton, and Melanie Mazanec of Houston; nine grandchildren; and several nieces, nephews, and other relatives.

Active pallbearers are Larry Hykel, George Hykel, David Holecek, Tommy Holecek, Nathan Holecek, Rusty George, Kenny George, and Jeffrey George. Honorary pallbearers are Ricky George, Gregory Holecek, Jimmy Holecek, Stephen Holecek, Ed Mazanec III, and Mark Mazanec.

Memorials may be made to St. Mary's Catholic Church Building Fund, to St. Mary's School Endowment Fund, or to the West Volunteer Ambulance Assoc.

ADERHOLD
FUNERAL HOME
Reagan at Oak, West

00148

SATURDA'
SUR

New pro
cost, pa

☐ From Pa

An onlo
seven-c
of Cox's
of the dr
to chang
caused
accident

int biking weather.

MONDAY AUG 17 1992

# ;ton may OK
# iild labor law

At the
IcDon-
Seattle
andon
under
omers
to Mc-
ieir or-
n hash
fryer.
ie is a
ate la-
n over-
:0-hour
school
season,
adopt
ate the
r law.
reduce
t teen-
inds of
Wash-
Ellis, a
S. De-

tions,
gricul-
re leg-
pected
school
irector
Labor
Dear,
later.
ts own
e new

rules, said Jonathan Seib, a lawyer with the state Senate.

Hotly contested at public hearings this summer by owners of fast-food restaurants such as McDonald's and Burger King, the proposed regulations are intended to send a strong message to teen-agers, their employers and parents that education should come first, said Mark M. McDermott, assistant director of the state labor department.

"No one disputes the fact that paid employment has benefits," McDermott said. "But we had to decide when it gets in the way of our responsibility to society and to teen-agers to make sure they're getting the best education they can."

Supporters of the new restrictions, including the Washington State Labor Council-AFL-CIO and the Washington Association of Churches, believe that skilled and educated workers are the only way the state will compete globally, McDermott said.

After studying the issue, a special committee concluded that students who work more than 20 hours per week during the school year are at risk of failing the most rudimentary levels of English, math and reading. The finding was endorsed by the Washington State Pediatric Association.

# iable autopsy
# urder case

woman

wick, both of Waco; a brother, Billy Joe Campbell of Waco; 10 grandchildren; and six greatgrandchildren.

The family has designated Temple Baptist Church, 1712 Lexington, Waco 76711 for memorials.

## Terryll Collins Sr.

Terryll Jermaine Collins Sr. of Waco died Friday in Waco. He was 18.

Collins died at a local hospital from a gunshot wound he received Friday as a Waco police officer tried to arrest him on a retaliation charge.

Services will be 11 a.m. Tuesday at Pleasant Olive Missionary Baptist Church, the Rev. Monty Francis officiating. Burial will be in Soyerville Cemetery.

Mr. Collins was born Nov. 26, 1973. He was a member of Pleasant Olive Missionary Baptist Church.

Survivors include a son, Terryll Jermaine Collins Jr.; a sister, Cassandra C. Cain; two brothers, Joseph Trotter III and Toy Middleton, both of Waco; a grandmother, Hallie M. Bilton of Waco; a grandfather, Willie Odis Collins Sr. of Elgin; a stepgrandfather, John Henderson of Waco; and a great-grandfather, Isaiah Perkins Sr. of Austin.

Dorsey-Keatts Funeral Home is in charge of arrangements.

Balch Springs; 11 grand and five great-grandchil

## Mary Lou Matherr

Mary Lou Matherne. homemaker, died Frida cal nursing home. She w

Graveside services p.m. today at Rosemou tery, Monsignor Mark D ficiating.

Mrs. Matherne was 19, 1916, in Cleburne. S member of the St. Louis Church.

Survivors include thr ters, Mary Ann Arnold o ville, Ohio, Jane Rebec ble of Columbia, S Theresa Susan Mathern tins Ferry, Ohio; a son, V thony Matherne of M sisters, Maureen Kraus lington and Ruth Leonar tin; a brother, Hugh Burlington; and two children.

The family will receiv from 6:30 to 8 p.m. tonig kirson-Hatch Funer chapel.

## Concepcion Loza

Concepcion Lozano died Sunday in a local home. He was 94.

Arrangements are p Connally-Compton D Funeral Home chapel.

# TIRED OF HEARIN
# FUZZY SOUNDING VOI

New ClearVoice microcircuitry can help yor hear voices more crisply and clearly than y ever thought possible. Never before have Beltone hearing aids been so completely customized to your hearing needs and

001482

# OBITUARIES

AUG 18 92

## 3ill) Crow, 67, lation manager

He received a Purple Heart and a Distinguished Service Medal during World War II.

Mr. Crow married Dorothy Potter Crow June 29, 1952.

He was preceded in death by a sister, Nedra Freidholm, and a brother, Leo Crow.

Survivors include his wife; four daughters, Cora Ann Lindsay of Killeen, and Debra Gayle Pelton, Patricia Lynn Bilton and Karan Sue Vaughn, all of Waco; two sons, David Wayne Crow of Fort Worth and Timothy Reu'el Crow of Arlington; 16 grandchildren and six great-grandchildren.

The family will receive visitors from 6 p.m. to 8 p.m. tonight at Bellmead Funeral Home Chapel.

## Ila Mae McCoslin

GROESBECK — Ila Mae McCoslin of Groesbeck, a former employee of the Limestone and Harris County tax offices, died Sunday at a Waco hospital. She was 77.

Funeral services will be 3 p.m. today at Groesbeck Funeral Home Chapel, the Rev. James Evans and the Rev. Walter Pickens officiating. Burial will be in Lost Prairie Cemetery near Groesbeck.

Mrs. McCoslin was born Feb. 1, 1915, in Limestone County.

She married Sammie Rufus McCoslin Dec. 24, 1933, in Leon County. He died Sept. 14, 1982.

She was a member of First Baptist Church in Lost Prairie.

Survivors include a daughter, Angela Roach of Groesbeck; a son, Allen McCoslin of Groesbeck; a sister, Christelle McCoslin of Lake Mexia; a brother, Ai-

---

### News obituaries:

We print news obituaries at no charge. Information for them com from funeral homes and relatives. For more information, including d tails of our policies for news obituaries, please call the obituary de at 757-5700

### Death notices:

Funeral homes supply death notices and we publish them as clas fied advertising. Please consult the funeral home for more inform tion about death notices.

---

## Terryll J. Collins Sr.

Terryll Jermaine Collins Sr. of Waco died Friday in Waco. He was 18.

Services will be 11 a.m. today at Pleasant Olive Missionary Baptist Church, the Rev. Monty Francis officiating. Burial will be in Soyerville Cemetery.

Mr. Collins was born Nov. 26, 1973. He was a member of Pleasant Olive Missionary Baptist Church.

Survivors include a son, Terryll Jermaine Collins Jr.; a sister, Cassandra C. Cain; two brothers, Joseph Trotter III and Toy Middleton, both of Waco; a grandmother, Hallie M. Bilton of Waco; a grandfather, Willie Odis Collins Sr. of Elgin; a stepgrandfather, John Henderson of Waco; and a great-grandfather, Isaiah Perkins Sr. of Austin.

Dorsey-Keatts Funeral Home is in charge of arrangements.

## Nora Shenklr Matcer

CAMERON — Nora Sh Matcer of Cameron, a home er, died Monday in a Can nursing home. She was 92.

Services will be at 4 p.m. t at Marek-Burns-Laywell Fu Home Chapel in Cameron Rev. Henry Beseda officia Burial will be at Corinth C tery near Buckholts.

Mrs. Matcer was born Fel 1900, in Caldwell. She w member of SPJST Lodge Buckholts and Buckholts B ren Church.

Survivors include two s W.H. Shenkir of Bryan and Shenkir of College Station; t daughters, Edith Clayton of roe, Ramona Karasek of ( well and Helen Gaas of B holts; 19 grandchildren; 22 g grandchildren; and a great-g grandchild.

---

## Florence Flast, committee chairwom

The New York Times

Florence Flast, chairwoman of the New York Committee on Public Education and Religious Liberty, has died of cancer at 71.

She was a principal in a lawsuit — Flast vs. Gardner — in which the U.S. Supreme Court gave individual taxpayers the right to go to court to challenge laws that, in their opinion, provide public funds for non-public schools.

The plaintiffs contended it unconstitutional for the go ment to disburse tax mon benefit private and paro schools. The Supreme C agreed to hear the case in after a lower court held tha plaintiffs had no standing because the amounts of thei es involved were negligible.

001483