FRIDAY, NOV. 20, 1992

ifnances Phillips and Sandra h, all of Muncie, Ind., and . Daryle (Cheryl) Kauffman andallstown, Md.; and eight idchildren.

oykins-Anderson Funeral ie is in charge of arrange- its.

## elline Perkinson

HITNEY — Adeline Perkin- of Whitney, a retired school etary, died Thursday at her ience. She was 75.

rvices will be 10 a.m. Satur- at First Baptist Church, the . W.L. Walker and the Rev. o Thompson officiating. Gra- de services will be noon Sat- iy at Laurel Land Memorial k in Dallas.

rs. Perkinson was born Dec. 916, in Bisbee, Ariz. She lived allas most of her life before ing to Whitney in 1974. She ried Red Perkinson on Aug. 4,

rs. Perkinson was a secre- · for Dallas Independent ol District from 1956 to 1973. was a former member of Cal- · Baptist Church in Dallas a member of First Baptist ch of Whitney and the Order e Eastern Star.

rvivors include her husband; ughter, Betty Jane Weiss of ney; and a grandson.

e family has designated the rican Heart Association for orials.

irshall & Marshall Funeral ie is in charge of ar- ements.

## Gant

IITNEY, — Ivy Gant of iey, a retired trucking busi- employee, died Wednesday ocal hospital. He was 100.

vices will be 2 p.m. Satur- t Marshall & Marshall Fu- Home Chapel, Mike Stevens ating. Burial will be at Peo- metery.

about death notices.

## Michael Campbell

Michael Campbell of Waco died Wednesday at a local hospi- tal following a shooting. He was 29.

Services will be 2 p.m. Satur- day at Greater New Light Baptist Church, the Rev. Connie Oliver officiating. Burial will be at Do- ris Miller Memorial Park.

Mr. Campbell was born Oct. 17, 1963, in Waco. He attended ele- mentary school in Des Moines, Iowa, and returned to Waco to at- tend Tennyson Junior High and Jefferson-Moore High School, where he graduated in 1982. Mr. Campbell worked at McCoy Roofing. He was a member of Greater New Light Baptist Church.

Survivors include three chil- dren, Natoya Richardson, Tyson Fielder and Aricka Mykel McGowan, all of Waco; four step- children; his mother, Alma Fae Johnson of Waco; his father, John Dewey Thomas of Waco; two stepfathers, Donald Mays and Walter Ray Johnson, both of Waco; six sisters, Vickie Camp- bell, Felecia Mays and Teresa Mays, all of Waco, LaShenda Gilder and Felecia Thomas, both of Beaumont, and Yolanda Thom- as of Temple; two brothers, Don- ald Mays of Waco and Gerald Mays of Oceanside, Calif.; three uncles; two aunts; and his grand- mother, Mattie Thomas of San Antonio.

Dorsey-Keatts Funeral Home is in charge of arrangements.

## Lynn M. Phillips

GATESVILLE — Lynn M. Phillips, a former employee of the Gatesville State School for Boys and a farmer, died Wednes- day at his home. He was 64.

Services will be 4 p.m. today at Scott's Funeral Home, the Rev. Rex Tilly officiating. Burial will

home. She was born Dec. 9, 1899, in Ross, and lived in Hubbard from 1942 to 1980, when she moved to West. She married Ray- mond Cernosek on Oct. 24, 1922, in Penelope. He died July 7, 1959. Mrs. Cernosek was a member of the Catholic Church of Nativity in Penelope, Catholic Daughters of America Court 829 and KJZT So- ciety 11.

Survivors include a son, Ed- mund Cernosek of Dallas; a brother, Jim Holacka of West; and a sister, Albina Svrcek of West.

## Bessie Watson

BREMOND — Bessie Watson, a Bremond homemaker, died Thursday at a College Station hospital. She was 84.

Services will be 1 p.m. Satur- day at Bremond Funeral Home Chapel, the Rev. Stan Ortner offi- ciating. Burial will be at Petteway Cemetery in Petteway.

Mrs. Watson was born March 29, 1908, in Robertson County and moved to Bremond in 1956. She was a member of First Baptist Church. Her husband, Nathan Watson; a son, Arnold Ervin Wat- son; and a granddaughter, Doro- thy Jean Jones, preceded her in death.

Survivors include two sons, L.C. Watson of Franklin and Dale Watson of Bryan; a daughter, Lenora Loper of Bremond; 10 grandchildren; and 16 great- grandchildren.

## Francine Hughes

Francine Blake Hughes, of Wimberly and formerly of Waco, died Monday in Austin. She was 76.

Services were 2 p.m. Wednes- day at Thomason Funeral Home in Wimberly, the Rev. Fletcher Pool officiating. Graveside ser- vices were Thursday at Memori- al Oaks Cemetery in Houston.

Mrs. Hughes was born July 2, 1916, in Waco. She worked at Am- icable Life Insurance Co. 1933 to

001485

FRIDAY NOV. 20 1992

Staff photo — Rod Aydelotte

# Water, water, everywhere

A break in the rain Thursday afternoon provided a lone angler and his dog a chanc to fish near McLennan Community College on the Bosque River. Central Texan didn't have to go to a river to get wet. As much as 4 inches of rain fell in some places.

# Suspects sought in late-night death

### By SAMUEL ADAMS
Tribune-Herald staff writer

Waco police are looking for the person or people who shot a man several times Wednesday night in the 1600 block of North 15th Street.

Michael Campbell, 29, of Waco was pronounced dead at the scene by Justice of the Peace John Cabaniss.

Cabaniss ordered the body sent to the Southwestern Institute of Forensic Sciences in Dallas for an autopsy.

When police answered a call at 11:45 p.m. Wednesday on North 15th Street, they found a vehicle stopped in the roadway with Campbell slumped over behind the wheel.

He had been shot several times, officers said.

Police are seeking suspects but have not made any arrests.

## POLICE REPORT

### Arrests

Mark Douglas Kelly, 25, of Perry was in McLennan County Jail Thursday charged with theft over $750, a jail spokeswoman said.

Kelly was held on $5,000 bond.

● Marcos Antonio Thornton, 22, of Waco was charged Wednesday with possession of a controlled substance/cocaine, a jail spokeswoman said.

Thornton was released Thursday on $10,000 bond.

Waco Crime Stoppers, a citizens' group working with police, pays cash rewards for telephone tips leading to arrests and indictments in felonies. Callers don't have to reveal their identities. The Crime Stoppers number is 753-HELP.

### By TOMMY W
Tribune-Herald

A 44-year-ol Thursday in th in five years a

Edward A. for killing P Lounge, 1418 C

Prosecutor N cousins were fi bar, recommen plea bargain w

Judge Georg tence investiga ing. He also rev for a 1981 ma tion, sentenced and fined him $

The two sent making Melend than four years

Freeman sa both married b

001486