

Associated Press

oded homes Tuesday in New Caney, Texas.

Staff photo — Rod Aydelotte

Mike Tusa covers the roof of a house at 900 North 17th St. during Tuesday's rain. Tusa was helping prepare the house for relocation.

street flooding put 318-21 out down Houston.

At least 42 homeless shelters were set up in a 12-county region that included Houston to feed and house an estimated 10,000 people flooded out of their homes by rain that totaled as much as 30 inches in some areas.

The heaviest downpours began Sunday night, drenching an area from College Station east to Beaumont and from Lufkin south to Houston. It swelled the banks of the Trinity River, local creeks and bayous.

By Tuesday, more than 30 inches of rain had fallen in some areas of Liberty County, north of Houston, according to the National Weather Service. Rescue crews expected little relief as forecasters predicted more rain.

"It ain't over yet, folks," said Ed Schaefer, assistant state coor-

to calculate the financial toll of storm but noted late Tuesday that hundreds of homes and businesses had been damaged or destroyed.

Some of the worst damage occurred in Montgomery County. Residents there were being plucked from the rooftops of their homes and cars by Texas National Guard rescuers in helicopters.

In the Montgomery County seat of Conroe, Debora Merkel described how she waded through waist-deep water to escape rising floodwaters in the home she moved into just last month, taking only her purse.

"I'm trying to stay real calm," she told a reporter at a Conroe shelter, her voice trembling. "The hardest thing is, we were planning to get married (next month) in the house, and this

See TEXAS, Section Back



Superior Court Judge Lance Ito abruptly ended jury selection after being notified of the book, warning potential jurors not to read papers, watch TV or go into bookstores.

ward, Ito sent them home until Thursy.

The book portrays Simpson as stalking ex-wife and threatening to kill her if ever slept with another man.

Simpson, 47, is accused of the June 12 rders of Ms. Simpson and her friend nald Goldman.

'There are certain recent develnents regarding the publication of a k that caused the court great concern ut the ability of Mr. Simpson to get a r trial," Ito told the jury pool.

'Because of the change in the intensity

e SIMPSON, Page 8A

# Suspect dies in shootout with apartment guards

**By DOUGLAS DOE**
Tribune–Herald staff writer

A Waco man who died in a shootout with apartment security guards was wanted by police in connection with an aggravated assault with a deadly weapon, a police spokeswoman said Tuesday.

Marcus Antonia Thornton, of 1006 Harlem Ave., reportedly fired upon security officers shortly after 10:30 p.m. Monday night at The Villages Apartments at 1100 N. Sixth St., said Waco police Sgt. Malissa Sims.

During the gunfire, Thornton was struck once in the torso by a shot from one of the guards, employed by Southern Security Associates, Sims said.

Thornton, who turned 24 a month ago today, was pronounced dead at 11:28 p.m. Monday at Hillcrest Baptist Medical Center by McLennan County Justice of the Peace John Cabaniss. Cabaniss ordered

Thornton's body sent to the Southwest Institute for Forensic Sciences in Dallas for an autopsy, police said.

Neither of the security guards was injured during the exchange of gunfire, Sims said.

According to police and court records, Thornton was being sought by police in connection with a shooting that occurred Oct. 9 at North 12th Street and West Waco Drive.

An affidavit filed with the warrant said that Thornton was driving the car from which shots were fired in that incident, but that another man sitting in the passenger seat fired the shots. No one was injured in the other vehicle that was fired upon, but police did find bullet holes in the vehicle and did remove bullet fragments from the car, according to the affidavit.

Please see GUNFIRE, Section Back

s game in Pro Football This Week — Thursday in the Trib



Waco Herald Tribune, 10/19/1994

# disappears in N.Y.

The New York Times

UNITED NATIONS — Rwanda's foreign minister has disappeared in New York along with $187,000 in cash he had carried here to finance the country's embassy in Washington and U.N. mission, the police and Rwandan officials said on Tuesday.

The foreign minister, Vianney Jean-Marie Ndagijimana, had accompanied Rwanda's new president to New York on Oct. 5 to attend the General Assembly session. Three days later, when the president summoned Rwandan diplomats for a meeting, the foreign minister did not appear, and he has not been seen since.

It is not clear whether Ndagijimana absconded with the money or was robbed or abducted. In a statement issued in the Rwandan capital, Kigali, the office of Prime Minister Faustin Twagiramungu called the case an enigma.

The prime minister's statement itself only added to the mystery.

It noted that there have been rumors for some time that Ndagijimana, who had not yet been sworn into office, had defected in New York.

The statement adds pointedly that the foreign minister had been given the "privilege" of joining the delegation to the United States and entrusted with what the government called only "a very substantial sum of money" because the authorities in Kigali had vouched for his honesty.

Rwanda, a poor country, emerged only in July from several months of ethnic massacres and years of civil war. A new government dominated by the Tutsi ethnic group took power that month but has barely begun to rebuild the country.

---



## FOOD FOR THOUGHT
By Teresa S. Johnson

# Dorsett to help kick off Heartfest at local store

Tony Dorsett will be letting people know that it is possible to find heart-healthy foods at convenience stores at the Diamond Shamrock at Loop 340 and Highway 84 in Bellmead on Friday.

Actually Dorsett will most likely spend more time signing autographs than lecturing on nutrition, with the latter being done by American Heart Association volunteers.

The appearance by Dorsett is the kickoff for the American Heart Association's Heartfest, which will focus attention on heart-healthy eating.

While most people associate convenience stores with junk food, you can make heart-healthy choices there, said Waco dietitian Lisa Hoelscher.

Among the packages of chips, you can find pretzels, which are low in fat. In the cooler, low-fat milk and 100 percent juice drinks are nutritious alternatives to sugar-laden sodas and iced tea products. In the freezer section, ice milk and Popsicles have less fat than premium ice cream.

There are even reduced-fat cupcakes now, Hoelscher said.

A help to those watching their fat intake are food labels that list the calories, fat content and other nutrition information about the food. These labels, which are on nearly all foods these days, can help guide you in your choices, Hoelscher said.

Heartfest activities continue on Saturday. At Super Kmart, 200 N. New Road, Hoelscher will point out heart-healthy choices while leading a grocery store tour from 8 to 9 a.m., low-fat bakery goods can be sampled from 9 to 11 a.m. and samplings of low-fat recipes from local celebrities will be offered at 11 a.m.

Also on Saturday, coupon books, which feature cents-off coupons and nutrition information, will be given away from 11 a.m. to 5 p.m. at Winn Dixie, 7125 Sanger Ave.; H-E-B stores at 105 Hewitt Drive, 1110 S. Valley Mills Drive, 1428 Wooded Acres Drive and 2300 E. Waco Drive in Bellmead; and the Super Kmart.

At 8 p.m. Tuesday, there will be a grocery store tour at the H-E-B at 105 Hewitt Drive.

## Greek festival

Greek dishes like Kota Me Pilaffi (Greek-style chicken breast with rice pilaf) and Pastitio (pasta and meat with cream sauce) will be the draw Saturday night at the annual Greek Food Festival at Waco Lions Den.

The festival is held each year as a

---

**QUIC**

Keep
dy fo
lettuc
towe
crisp

---

*aff photo — Rod Aydelotte*

n Tuesday afternoon
reet.

---

e offices got a record-
they were closed be-
bad weather.

y was sort of shut
l Houston Police De-
pokesman Jack Cato.
of '91 was big, but this
like it's paralyzed
."

on, a spokesman for
an Red Cross in Hous-
t's one of the most wi-
ood systems I've ever
thing that's different
s that it's very spread,
pened very fast."

Cross began setting up
ate Sunday and early
rning.

experts said the vio-
er system resulted
ash of tropical storm
a major upper level
r in the western regi-
te.

mation on the condi-
ways around the state,
exas Department of
tion at (800) 452-9292.

---

# GUNFIRE

## Suspect dies in shootout

☐ From Page 1A

The arrest warrant was issued by Municipal Judge John Roberts Monday, the same day Thornton was killed.

Sims said that at the time of the shooting, security officers were enforcing a 10 p.m. curfew set by the apartment complex management.

Two security guards had stopped to talk with a 15-year-old boy they saw in an "open area" near one of the apartment buildings, she said. As they approached the boy, the guards reportedly saw the butt of a firearm protruding from the youth's waistband, Sims said.

While the guards were apparently looking at the teen-ager, Thornton, who was standing several feet away, reportedly began shooting at the security officers, Sims said.

After the shootout, police recovered a handgun and several shell casings were found beside Thornton, she said.

Police also recovered a .45-caliber semi-automatic weapon from the teen-ager, Sims said. The firearm had 20 rounds loaded in a clip, with one round in the chamber, she said.

However, police said it does not appear the boy fired any shots during the exchange.

No charges had been filed in the case late Tuesday and police detectives were continuing to investigate the incident.

---



# SILK FOR MEN

yday prices!





$60

001488