# AL FUMES

03/21/95



## 日比谷線 Hibiya Line
## 小伝馬町駅 Kodemmachō Sta.

*Associated Press*

emerge from the subway tracks after cleaning subway cars today at Kodemmacho Station in Tokyo.

## d in nerve gas attack

**A wake-up call for Japan/5A**

nan said.

No one claimed responsibility for the attack, which one official called "a case virtually unparalleled in the history of crime in this country." Police said they were reviewing several other recent cases in which noxious fumes were released — including an incident last June in which seven people died from inhaling what appeared to be the same substance released in the subways Monday.

The Tokyo Shimbun newspaper reported today that passengers at the Kodemmacho station in downtown Tokyo spotted and chased a man who had left a vial of vaporous liquid on the train shortly after 8

a.m. The suspect was overcome by the fumes and could not get away. He is now under guard in a hospital, the newspaper said, but was too ill to be questioned Monday.

The poison gas attack was a shock in a city that prides itself on civility, courtesy and the lowest crime rate of any big city on Earth. It brought back memories of the frightening years of the late 1960s and '70s, when the self-styled Red Army and other terrorist groups resorted to occasional violence in pursuit of various political aims.

There was little sign of panic in Tokyo following Monday morning's attacks. The thousands of people who came gasping and retching out of the sub-

See JAPAN, Section Back

## P hid

# Manhunt on for suspect in slayings

## Officials try to piece together events that led to shootings at Cameron Park

**By DOUGLAS DOE**
*Tribune-Herald staff writer*

The Waco police manhunt for the suspect in the Cameron Park double homicide continued Monday night as detectives tried to figure out the feud that reportedly led to the slayings.

Wanted for capital murder is 28-year-old Kevin Lee Buhl of

**Editorial/8A**

3404 Parrott Ave. Buhl, who in 1988 was sentenced to three years in prison on a drug charge, allegedly had an ongoing dispute with one of the dead men, 21-year-old Robert Lee Evans, police said.

Police spokeswoman Sgt. Malissa Sims declined to comment on the exact nature of the dispute, but a source familiar with the investigation said Buhl and Evans may have been feuding over a woman.

According to police, Buhl opened fire on four men as they drove through the crowded Pecan Bottoms section of Cameron Park on Sunday afternoon. Evans, who was the front-seat passenger, and DaWood McCutcheon, 18, were killed, and a 16-year-boy was wounded. The fourth man, who was driving the car and whose name was not released, was not injured.

The 16-year-old boy, whose name police have not released, was in stable condition Monday night at Hillcrest Baptist Medical Center. His condition earlier had been listed as critical.

The slayings — the second and third in Waco this year — happened about 5 p.m. Sunday. More than 30 vehicles were in Pecan Bottoms, and traffic was moving slowly.

Buhl was in the park and reportedly walked up to the vehicle as it passed by, Sims said.

After shooting Evans in the head, Buhl then fired several shots into the car, hitting McCutcheon and the teen-ager. Sims said. Buhl then ran from the scene, she said.

See SHOOTING, Section Back

# Park's image a concern

**By MARK ENGLAND**
*Tribune-Herald staff writer*

City of Waco officials couldn't help but wonder Monday if Cameron Park's image might be another casualty of a double murder there the day before.

A feud erupted into a shooting spree about 5 p.m. Sunday and left two men dead and a 16-year-old boy clinging to life at a Waco hospital.

The scene was played out in a section of Cameron Park known as Pecan Bottoms, a grassy plain sheltered by clusters of oak trees. It offers a panoramic view of Lake Brazos that can turn viewers into living statues.

Waco wants to parlay the lush setting into a tourist attraction. A boat dock was built on its shores, eventually to shuttle tourists from Interstate 35 to the Cameron Park Zoo, and plans next year call for extending the Riverwalk from Indian Spring Park to the Pecan Bottoms.

"We've worked so hard and continue to work hard to change the image of Cameron Park," said Max Robertson, the city's director of park facilities and grounds. "This hurts. As you know, perception is a mighty thing. Honestly, over the years, the perception of the park has not been good. But, from what I can gather, this had nothing to do with the park. It just happened to be where these people met."

Police spokeswoman Sgt. Malissa Sims said the suspected gunman and one of the victims had an ongoing dispute.

See PARK, Section Back



MAR 21 1 1

:O TRIBUNE-HERALD

TUESD

# FARE

## emove half from rolls

**1A**

nen and children welfare mother, , by 1997, about egal immigrants SSI payments for ly disabled, 1.1 food stamps, and l lose Medicaid emergencies. es for the 900,000 ing SSI benefits ead of rising to five years, the p to 500,000 chil- e-fourths of the licts and alcohol nonth SSI treat- will avoid being ie rolls, because st one other seri- ondition.

for collecting om absent par- on welfare will state and local million in 2000. rants for school- ly nutrition will fset" the effects National School he Child Nutri- timates of how will be affected ause states have ge from supple- payments to di- nt of their share nts to non-food

ne is the needy r guaranteed a ool," said Gene pokeswoman for chool Food Ser-

# SHOOTING

## Manhunt on for suspect in slayings

☐ **From Page 1A**

Evans and McCutcheon both died after being taken by private vehicle or vehicles to Hillcrest.

Last Sept. 3, Evans was shot in the back during a dispute with a man at an East Waco nightclub. Sims said that shooting and the one Sunday were not related.

Evans also had been arrested

# PARK

## Officials: Violence no reflection on area

☐ **From Page 1A**

"They just happened to meet in the park," Sims said. "They could have met anywhere in the city of Waco."

Attendants were putting animals into their night houses at Cameron Park Zoo, which backs up to the Pecan Bottoms, when the shooting started. No one there was injured.

Director Larry Groth said he hopes the zoo's image is as lucky.

"Obviously, I don't like to see anything negative happen near us," he said. "But, personally, I look at this as a setback for Waco

19 times since 1992 and earlier had been set to go on trial Monday for a felony drunk-driving charge. However, his attorney Friday had moved to postpone the trial, court officials said.

McCutcheon also had had problems with the law.

He was convicted in 1993 and sentenced to six months of probation on a marijuana possession charge. A year later, he was given seven years of probation and fined $700 for felony theft, according to court documents.

A substance suspected to be marijuana was found near one of

and not just our area. You see the same thing in all parts of the city. The sad part about society today is that there are a lot of places you can go and not be safe. I think the public is intelligent enough to realize that this could happen next door."

The murder suspect and the victims were black. Pecan Bottoms has long been a gathering place on Sundays for mostly black young adults. What it hasn't been is a trouble spot, police said.

"Sunday has always been their time like Fridays for the white teens who cruise Valley Mills Drive," Sims said. "They congregate, listen to music and wax their cars. We really haven't had much of a problem there."

Sims said only one serious crime, an aggravated robbery, occurred in all of Cameron Park in 1994.



DaWood McCutcheon was an innocent bystander in Sunday's fatal shooting, his mother says.

the victims Sunday, but Sims declined to say whether police believe the slayings may have been drug-related.

Emily (Faye) McCutcheon, DaWood McCutcheon's mother, said she last saw her son Saturday be-

Much of the park's image problems date from the early and mid-'80s. There was no zoo, no Miss Nellie's Pretty Place, no Frisbee golf course, no park rangers whose horses act as goodwill ambassadors. There was only a sprawling city park whose natural beauty couldn't overcome visitors' vague sense of foreboding.

McLennan County Commissioner Lester Gibson said he hopes there is no attempt to restrict access to Cameron Park because of the slayings.

"Young African-Americans don't have that many places to go," said Gibson, who is black. "It's a tradition to go there, and I don't see anything wrong with it. Cameron Park is one of the most beautiful parks in the country.

"Anyway, what happened had nothing to do with Pecan Bottoms. The problem is guns get-

fore she went to Austin. Her son was in the front yard of their house with a friend playing with a new dog.

DaWood McCutcheon, who was the youngest of seven children, was an acquaintance of Evans and had gotten a ride with him to the park Sunday, Emily McCutcheon said.

"He was an innocent bystander," she said.

She learned of her son's death Sunday after her other children paged her in Austin.

"It was the hardest drive I've

ting into the hands of teen-agers, specifically young African-American males. They aren't buying them at the store. Someone outside is infiltrating guns into the community just like they do drugs," Gibson said.

Robertson said he foresees no effort to limit access to Cameron Park.

"The answer is not to displace young people," he said. "It's to have activities for them. If there's anything we can do about this, it's to have more planned activities for the park."

On the same day as the murders — and just across Herring Avenue — hundreds of people turned out at Cameron Park for a Frisbee golf tournament.

"I don't think the answer to what happened is to have more police or more park rangers,"

ever had to make in my life," McCutcheon said.

Although her son did not attend school, he had tried to participate in the Job Corps, but he told her it was "worse than being in the real world," Emily McCutcheon said.

She said her son liked to help people work on cars. He spent a great deal of time installing stereos for friends and playing basketball.

"He would help anybody else before he would help himself," his mother said. "It's just really hard believing that it has happened. He was always so good to everybody."

Robertson said. "It's to have more people to use the park for what it was intended."

Groth said the zoo and the river corridor will survive the shootings.

"We have too many great possibilities to let anything stop us," he said.

Gibson, too, thinks the murders won't be the death knell of Cameron Park. Unfortunately, such tragedies are becoming common, he said.

"What happened at Cameron Park is not isolated," Gibson said. "It's happening throughout Waco, throughout the country. It's like going to New York City. You'll probably want to visit Central Park. It's a beautiful park. But you know you'll have to be on your guard. There's always the potential for violence because of the changing nature of society."

**2 c for**

Two on the

Run Cecil P and pr now he for re

Also Tidwe fairs week.

Dist Waco ty area

In D. Caruso Ethrid on the West V Waco.

So fa timer i ond te large s

The electio

**Junky**

The ers tod late ju and sal

If the that ne a licen quire a 8-foot t

22, 1995    WACO TRIBUNE-HERALD

# LOCAL

*Waco Herald Tribune*
*03/22/1995*

**THINGS TO DO**

**Tonight:** Merle Haggard with Country Nu-Notes, 10:30 p.m., Melody Ranch, 2315 Robinson Road; tickets $20 at the door.

**TAKE NOTE**

■ Call 756-5359 or 750-5728 to help in the Great Lake Waco Cleanup on April 1. There will be a "Trash Bash" party after the cleanup.

**INSIDE THIS SECTION**

Marketplace/4C

Comics/7C

TV listings/8C

# Man charged in park shooting deaths

## 28-year-old turns self in; police say witness ID's suspect as gunman

**By MARLA PIERSON**
Tribune-Herald staff writer

A 28-year-old accused of killing two men in Cameron Park remained in McLennan County Jail Tuesday night after turning himself in late Monday, officials said.

Police said a friend of Kevin Lee Buhl called officers to arrange for Buhl to come to the jail. Justice of the Peace John Cabaniss set a $200,000 bond for him on a charge of multiple capital murder.

Buhl, of 3404 Parrott Ave., is accused of walking up to the front passenger side of a 1978 blue Buick LeSabre and opening fire, killing two passengers and wounding a third, police said.

According to the affidavit for Buhl's arrest warrant, an eyewitness identified Buhl as the gunman, picking him from a photographic lineup.

Front seat passenger Robert Lee Evans, a 21-year-old who was shot first, had some type of ongoing dispute with Buhl, police said.

Waco police Sgt. Malissa Sims said investigators had learned that Evans dated Buhl's sister, but didn't know what role, if any, that played in the problems between the two men.

Police, who still haven't established a specific motive for the shootings, believe that Buhl continued firing into the vehicle after he hit Evans, killing the right back seat passenger, 18-year-old DaWood McCutcheon, and wounding a 16-year-old sitting behind the driver.

Evans and McCutcheon were pronounced dead at Hillcrest Baptist Medical Center Sunday; the condition of the 16-year-old, whose name has not been released yet, was stable, police said.

After the shooting, which happened about 5 p.m. Sunday in Cameron Park's Pecan Bottoms section, two of the men were taken to the hospital by private car, another by ambulance, police said.

Officers outside Hillcrest Sunday guarded two vehicles, one of which was the freshly painted blue Buick LeSabre, its back window shattered and interior bloodstained.

The bodies of Evans and McCutcheon were sent to the Southwestern Institute of Forensic Sciences in Dallas for autopsies, and Sims said police are still gathering information to unravel the tale of the double slaying.

# County buys, takes fence at compound site





001491