# LOCAL

Waco Herald Tribune
11/19/1994

**THINGS TO DO**

**Tonight:** "The Nutcracker" with Ballet Austin and Waco Symphony Orchestra, 7:30 p.m., Waco Hall.

**TAKE NOTE**

■ The Teen Parent Support Group needs furniture, linens, dishes, pots and pans and other household items. Call 752-5515 to donate.

**INSIDE THIS SECTION**

Obituaries/2C

Religion/5C

Classified/6C



# Apparent robbery foiled at bar; 1 killed

## Police detain 2nd suspect in incident after bar owner shoots man

**By DOUGLAS DOE**
Tribune-Herald staff writer

A bar owner foiled an apparent robbery attempt early Friday at the Playmate Club when he shot and killed one of the suspects, police said.

Shortly before the shooting, John Douglas Harbert and a juvenile allegedly entered the bar wearing plastic bags over their heads with holes cut out so they could see, police said. Harbert was reportedly armed with a shotgun and the boy was carrying a handgun, police said.

As Vernon Craven, the 51-year-old owner of the bar at 2224 Faulkner Lane, opened the cash register to give the two alleged robbers money, he also grabbed a handgun that he kept nearby and shot the 21-year-old Harbert in the head, killing him, police said.

After the shooting, the second suspect dropped his weapon and fled. Officers later developed information about his identity and detained a 16-year-old boy about 7 a.m. at his Waco home in connection with the robbery, said Waco police spokeswoman Malissa Sims.

The boy was being held at the Bill Logue Juvenile Detention Center late Friday, police said.

About 10 patrons were in the bar when the shooting occurred, Sims said. One of the customers, Waco resident Jesse White Jr., was shot once in the shoulder, she said.

White, 53, of 1702 N. 11th St., was treated at Hillcrest Baptist Medical Center and later released, a nursing supervisor said.

Police were continuing to investigate the circumstances surrounding White's shooting, Sims said. Police have not filed any charges against Craven.

Detectives had not determined Friday afternoon how many shots Craven fired during the incident, Sims said.

Also, there were reports that the robbers may have exchanged gunfire with the bar owner, she said.

Harbert, of 200 Carver Ave., was pronounced dead at the scene by McLennan County Justice of the Peace Cullen

**Please see KILLING, Page 4C**



# City's violent crime records 18 percent decline in October

**By DOUGLAS DOE**
Tribune-Herald staff writer

Violent crime in Waco posted its largest one-month drop this year, falling 18 percent from September to October.

Property crimes, however, posted an across-the-board increase for the first time in three months, climbing 15 percent from September to October. The increase was sparked by double-digit jumps in burglaries and auto thefts, according to uniform

**Crime in Waco**

■ 1993
■ 1994

Violent incidents

001347

...he doesn't drink to change of the prayers changes when said at graduation," said the 9th U.S. Circuit Court of Appeals in a dispute over a Grangeville, Idaho, school policy.

Friday's ruling conflicts with a 1992 decision from the 5th Circuit, based in New Orleans, that permitted student-initiated prayer at a public school graduation and that has been seized upon by conservative groups in their effort to get school administrators to allow prayer at graduations.

The new decision will put pressure on the Supreme Court to clarify what graduation prayer, if any, is allowed under the Constitution's guarantee that government "shall make no law respecting an establishment of religion."

The Supreme Court in 1992 ruled unconstitutional a Providence, R.I., graduation prayer initiated by school administra-

...anced prelled protest schools. President Clinton has wavered on his position regarding an amendment, and White House aides and Vice President Al Gore have said most recently that Clinton prefers passage of a law that would establish a daily "moment of silence" rather than direct prayer.

The Idaho school district allowed its senior class to vote on whether it wanted prayers at graduation and to decide who would say the prayer. A group of students challenged the ceremonial prayer as a violation of the separation of church and state.

In its ruling Friday, an appeals panel by 2 to 1 said that although the students could decide whether prayers were included, school officials ultimately were in control and therefore were effectively endorsing religion.

...with the intention of moving into the punitive damage phase of trial. However, Manning's attorneys, Bill Dunnam and James Dunnam of Waco, and the bank's attorney, Aubrey Williams of Waco,

# CRIMES

## Violent offenses down in Waco

☐ From Page 1C

glaries of vehicles tend to increase, she said.

October crime statistics showed increases in both residential and business burglaries.

Statistics also showed the first increase in 1994 for burglaries compared to the same month in 1993. Burglaries climbed 10 percent last month compared to October 1993.

While the recent trend shows an increase in property crimes, Sims said police are making headway in the recovery of stolen vehicles.

In 1993, officers recovered about 85 percent of all vehicles stolen in Waco, she said. However, in 1994, officers have seen the recovery rate climb to 92 percent, Sims said.

Most of the vehicles police find are in relatively good shape, Sims said. The vehicles may have broken steering columns, stolen stereos or damage to a window, but very few are ultimately taken to chop shops after being stolen, she said.

# KILLING

## Apparent robbery foiled at bar

☐ From Page 1C

Harris. Harris sent Harbert's body to the Southwestern Institute of Forensic Sciences in Dallas for an autopsy.

The results of the autopsy were not available late Friday.

According to court records, Harbert was on probation for a felony theft conviction in 1991.

Harbert was originally sched-

uled to have finished his probation in August 1994, the records showed. However, his probation was extended to December 1995 after he failed to report to his probation officer between July 29, 1993, and Sept. 7, 1993.

During his probation, Harbert was assigned to two boot camps. Harbert completed the Texas Department of Corrections boot camp on Dec. 10, 1992. He was released from the Harris County boot camp on July 28, 1993, the day before officials say he failed to report to his probation officer, the records showed.



# FAMILY HEIRLOOMS
## FROM DREXEL HERITAGE

Introducing the Inheritance Collection from Drexel Heritage, designed for those who inherited their ancestors' assured sense of style, but not their antiques or collectibles. Come in and see our wonderful...

001493