**LY**

**layed
tand**

mission post-
/ to grant a spe-
creation to two
t to open a con-
Park

to continue the
ntil its regular
aren Clark and
me to prepare
oject.

pose to open the
treet and Her-
the park. If the
oncession stand
onal equipment
ates to users of

**stor**

pastor of Sev-
Church, will be
p.m. Thursday
ce Room on the
amer School of
Jniversity cam-

is a donation to
harities. Bagby
ames to take a
ew seminary in

nosted by Rabbi
lude roasts by a
Waco residents
and tea will be

d tickets must
g 753-6425 or
iestions, call

ar

ll County Mu-
ea Chamber of
Belton Histori-
urday and Sun-

the Bell County

to 6 p.m. Satur-
Sunday. Admis-
3 for students.

### THINGS TO DO

**Today:** "Ananse's Tales of Afri-ca," performed by the Dallas Children's Theatre, 11 a.m. and 1 p.m., Waco Hippodrome Theatre; tickets $3.

### TAKE NOTE

■ Central Christian Church will open its chapel to the public from 6 a.m. to 9 p.m. today for the National Day of Mourning for former President Richard Nixon.

Waco Herald Tribune
04/27/1994

### INSIDE THIS SECTION

TV Listings/4C

Comics/7C

Classified/8C

LOCAL

C

# Corpse found near Ferrell Center

## Men discover body while picking berries; Waco police seek ID, cause of death

**By DOUGLAS DOE**
Tribune-Herald staff writer

Two men picking berries found the body of a man Tuesday on a gravel road just south of Waco's Ferrell Center.

Police and special crimes detectives were called about 1:30 p.m. in the 100 block of La-Salle Avenue. They found the body lying on the ground near some trash, said Waco police spokeswoman Sgt. Malissa Sims.

Sims said the dirt road just south of the Baylor University special events center is a common site for illegal dumping.

Police estimate that the man was in his late teens and had been dead between 24 and 48 hours, Sims said. The man was fully clothed and was still wearing jewelry, she said.

No identification was found on the body,

## POLICE REPORT

and police still did not know the man's identity Tuesday night, Sims said.

McLennan County Justice of the Peace Cullen Harris pronounced the man dead at 2:30 p.m. and ordered the body sent to Southwestern Institute of Forensic Sciences in Dallas for an autopsy. Autopsy results were not available late Tuesday, Harris said.

There was evidence that the man had suffered trauma to his head, but Harris could not say what caused the trauma. If the death is ruled a homicide, it will be the 15th homicide case worked by Waco police in 1994.

### Aggravated robbery

Two men were in custody in connection with the armed robbery of a Waco man at his business.

Police caught Corey Lorenzo Davis, 17, and

**Please see POLICE, Page 5C**



Staff photo — Patrick Springfield

**Authorities remove a body from a gravel road Tuesday afternoon south of LaSalle Avenue and University-Parks Drive.**



# Youth minister gets probation in sexual assault

## Former Bosque County Baptist church worker pleads no contest

**By TERESA TALERICO**
Tribune-Herald staff writer

A former Bosque County youth

Baptist Church, where the boys both attended services. The church is near Clifton in Bosque County. After his Aug. 14, 1993, arrest, Watson, who had worked at the church since 19__ signed his position at a Sunday night church service.

00140

...lapped at the weapon with his brother. His

...started the fire and caused serious bodi-

Please see JURY, Page 2C



Staff photo — Patrick Springfield

a storage building where a man with two pellet guns held

# l after standoff

...iginally went to the Kendall Lane after re-...t 12:20 p.m. about a do-...ance in progress, said ...woman Sgt. Malissa

...got to the home, police ...20-year-old woman, ...had been assaulted by ...ims said.

...ere talking to the wom-...rent into a small build-...house, Sims said. Po-...hat the man's 2-year-old and 3-month-old ...also in the building,

...cers approached the

building to talk to the man, he report-edly stuck a gun out of the door, point-ed it at officers and told them to leave, Sims said.

Police backed away from the house and notified the special operations unit, which, along with negotiators, came to the scene, Sims said.

Initially, negotiations with the man were difficult because there was no telephone inside the building. To be-gin negotiations, police placed a tele-phone on the door step of the struc-ture and then convinced the man to go to the door and get the phone.

After negotiating with the man, he told police he wanted to come out of

Please see HOSTAGE, Page 2C

# Identity of body released

## Authorities say they suspect foul play in death of Waco teen-ager

**By DOUGLAS DOE**
Tribune-Herald staff writer

Police released the identity of a teen-age boy whose body was found on a gravel road across from Baylor Uni-versity's Ferrell Center on LaSalle Av-enue.

Lee Walley McKinney, 16, of Waco was pronounced dead at the scene Tues-

## POLICE REPORT

day afternoon by McLennan County Justice of the Peace Cullen Harris. Mc-Kinney suffered trauma to the head on the right side of his face, Harris said.

Harris ordered McKinney's body sent to Southwestern Institute of Forensic Science in Dallas for an autopsy.

However, the medical examiner would not release the results of the au-topsy Wednesday, and Harris' clerk said the judge had not received any pre-liminary autopsy results.

Police are investigating the situation as a questionable death, but they say they suspect foul play.

Sgt. Malissa Sims, a Waco police spokeswoman, said the body was identi-fied by juvenile division detectives who recognized the teen.

Special crimes detectives were in-vestigating the case and had not deter-mined a motive, Sims said. However, Sims said, detectives believe McKinney was injured somewhere else and that his body was dumped at the site.

### Aggravated robbery

An elderly man was robbed at gun-point of $26 while he was working in the 2100 block of LaSalle Avenue.

The 72-year-old Waco man was not injured in the Saturday morning inci-dent, police said.

Waco police Sgt. Malissa Sims said

Please see POLICE, Page 2C



APR 28 1994

# It's a challenge-full life

## Habitat for Humanity's new director says she's ready to make a difference

**By TERESA TALERICO**
Tribune-Herald staff writer

Considering her whirlwind life, it's no wonder Karon S. Cairns can't get the words out fast enough.

They tumble out in a soft, but lively, Texas Seminova trip over each other as



Karon S. Cairns' work experience contains a wide variety of peo-ple-oriented vocations.

lays in

...ssed a Dec. 31, ...rning up with ...ty financing ...presentatives ...in the project ...TGV control ...ld be allowed ...e and they are ...rectors, includ-