MONDAY, FEB 10, 1992

## Tribune-Herald

# LOCAL

# 20-year-old man fatally wounded

**By KRISTIE WATTHUBER**
Tribune-Herald staff writer

Albert Sims, 20, of Waco died Sunday afternoon when he was shot during a dispute in the 1400 block of Tennessee Avenue.

Sims, of 2128 Cumberland Ave., was pronounced dead at Hillcrest Baptist Medical Center by McLennan County Justice of the Peace John Cabaniss.

A man standing nearby, Anthony Singleton, 20, of 2114 Trice St., also was shot once in the foot. He was treated at Providence Health Center and released.

Police responded to the call around 2 p.m. Sunday. Sims was apparently shot several times with a .25-caliber semi-

## POLICE REPORT

automatic handgun after an argument erupted between his cousin and another man, police said. Police have one suspect.

### Fire fatality

An Elm Mott resident died Sunday morning when a fire erupted in a mobile home near FM 232 between Third and Fourth streets.

Elm Mott Fire Chief Robert Cagle said the body was burned beyond recognition and has not been identified. The cause of the fire is under study, Cagle said.

Firefighters from Elm Mott, Lacy-La-

keview and Leroy received the call around midnight from a nearby resident.

### Gas leak

No one was injured Sunday night when a gas line ruptured near Highway 14 between Mexia and Wortham, a Limestone County Sheriff's dispatcher said.

Officials closed Highway 14 from 8 to 8:30 p.m. while workers repaired the leak, said dispatcher Donald Johnson.

### Arrests

Jody McKenzie Hawk, 17, of Waco was arrested and charged with unlawfully carrying a weapon and possession of marijuana. Hawk, of 3315 N. 20th St.,

was released from McLennan County Jail on a $2,000 bond.

● Melissa Nevarez, 17, of Waco was in McLennan County Jail Sunday night charged with fume sniffing. Bond was set at $1,000.

### Aggravated robbery

Police said a man committed an aggravated robbery at a Circle K Store in the 1100 block of Speight Avenue on Sunday. Items reported stolen totaled $77.

### Theft

● A 1984 Olds Cutlass valued at $5,600 was reported stolen from the 2000 block of Park Avenue.

# FOSTER CARE IS ALL TOO RARE

## Baby Misty is popular, but many older children go begging

**By BECHETTA JACKSON**
Tribune-Herald staff writer

A newborn baby abandoned on the doorstep of a Baylor University student two weeks ago didn't have to wait long for a foster home.

The baby's age and health and the way she was found all contributed to the overwhelming public response of Central Texans wanting to offer Baby Misty a home.

Not every child who needs foster parents or wants to be adopted is as fortunate, though, Texas Department of Human Services officials say.

In fact, the agency is reporting a severe shortage of foster and adoptive homes for abused and neglected children in Central Texas.

The shortage doesn't involve children 6 and younger, said Eric Daniels, a local DHS foster home development supervisor.

"We need homes for minorities, older children and sibling groups mainly. These three groups are hardest to place," Daniels said.

Because few people are aware of the ongoing need for more homes, DHS is holding a free informational meeting about foster parenting and adoption.

It will be held at 7 p.m. Thursday at the DHS building, 504 N. Sixth St.

The meeting is intended to inform the community about the children who need homes, the special needs they may have, how to adopt them or become a foster parent, and what training is necessary to do so, said Joyce Drews, a foster home development specialist.

"It's basic information about our children and the foster and adoptive programs," Drews said. "We also touch on how the children came into our care. Our goal is to inform the public and then answer any questions that they may have."

Although the need for additional foster parents is nothing new to Central Texas, DHS has "significantly more children in



**Staff photo — Bobby Sanchez**

Department of Human Services workers Michele Gluckman (left) and Joyce Drews display a poster used in recruiting foster and adoptive parents.

In addition, figures from last month — the most recent available — show there are only 65 foster homes in McLennan County. Seven of the homes are Hispanic, 26 are Anglo and 32 are black, Boyd said.

The reasons for the increase of children in foster care range from the economy to the breakdown of the family. Boyd said.

"More and more people are without

ter selection," he said. "Our goal is to match a child's needs with the strengths of a family."

Adoption figures are not worth bragging about either, DHS officials said.

In fiscal year 1991, Region Six, which covers seven counties including Travis and McLennan, placed 63 children in adoptive homes. In 1990, 38 children were adopted, said Sylvia Turner, adop-

# The year of the monkey

## Oriental calendar is just beginning

**By KRISTIE WATTHUBER**
Tribune-Herald staff writer

For Waco's Oriental families, 1992 promises to be a "lucky" year.

It's the year of the monkey — guaranteed to bring happiness, good fortune and wisdom.

Orientals celebrated the start of the lunar year on Feb. 4, when the second new moon rose after the winter solstice. The name given to the festive time may vary with the type of culture, but the meaning is the same.

Tet is the name commonly given to the Vietnamese New Year festival, Tet Nguyendan. The festival lasts the first seven days of the first month of the lunar calendar.

Quang Le, who fled South Vietnam on April 30, 1975, has lived in Waco for 17 years.

The past 11 years, he and his family have run two Ly-Le Vietnamese food restaurants — in Highland Park Center and at North Interstate 35 and 10th Street.

Le, 32, said his kinsmen recognize the new year through prayer and gatherings between family and friends.

"We pray for our family, friends and for good luck," Le said.

Whatever occurs during the event portends what will be in the future, Le said.

"We usually pray that there will be peace in our country, no suffering, and no famine," he said. "We would also like to see the day when there is no communism in Vietnam."

A traditional Tet dinner usually includes chicken, fish, bologna, rice cakes, sea mushrooms and sake, a sweet rice wine, Le said.

The Chinese New Year, like Tet, falls between Jan. 21 and Feb. 19 on the Gregorian calendar. The Chinese celebrate for 15 days.

Eva Chow and her husband, David, came to the United States

WEDNESDAY FEB 12, 92

# Episcopal leaders here ba[ck]

By KRISTIE MATTHUBER
Tribune-Herald staff writer

Local Episcopal church officials say they support recent efforts to streamline the national Episcopal Church programs and move the church headquarters from New York.

At its annual convention in Houston last weekend, the Council of Episcopal Diocese of Texas approved two resolutions to move the national church office from New York and to decentralize church programs.

The resolutions upheld legislation passed at the General Convention of the Episcopal Church of the United States in Phoenix last July.

Ron Null, an elected member of the Diocese of Texas executive board who attend-

ed the meeting, said he supports the recommendations.

"I believe programs run at the local can be more responsive because it gives local clergy a chance to decide what's needed," Null said. "I think it will increase church participation because people become more involved when they see results of their giving."

The 53,000-member Diocese of Texas includes about 154 parishes and missions in a 19,440 square mile area. The diocese includes the area from Jefferson to Jasper, Galveston to Lampasas.

Null, a member of St. Paul's Episcopal Church in Waco, said streamlining the national organization would reduce spending.

Some opponents of the resolutions

## 'o man 's fraud rges

BY WITHERSPOON
Tribune-Herald staff writer

businessman Jerry ry's problems with al government continued.

A federal jury in convicted him on two perjury on Thursfederal prosecutor ry that a Dallas incharges him with d

surrendered to federities in Dallas on and was released on a recognizance bond. attorney, Bill Dunnam said he had aware of the Dallas inadding that federal judges ordered it sealed after Holley's trial in fear of tainting the

, 54, Marvin Dale of San Antonio and Keith Ezell of Oklahoma y were charged in -count indictment spiracy, bank bribfraud, misapplicands, fraudulent issu-

LEY, Page 2D

# Man turns himself in, charged in murder case

**By DOUGLAS WONG**
Tribune-Herald staff writer

Waco resident Mark Keith Bradshaw, 20, turned himself in to police Tuesday after learning that officers had a warrant for his arrest in connection with Sunday's shooting death of Albert Donnell Sims, 20, of 2128 Cumberland Ave.

Bradshaw was in McLennan County Jail charged

## POLICE REPORT

with murder. Municipal Judge John Roberts set bond at $25,000.

Sgt. Malissa Sims, Waco police's public information officer, said Bradshaw turned himself in to detectives with the special crimes unit.

"He found out that we were looking for him. His attorney told us to let him know when we had the war-

Please see POLICE, Page 2D

# Taylor p[l] to keep a

**By DREW PARMA**
Tribune-Herald staff writer

The Democrat in the place M.A. Taylor in House said his top prior protecting state jobs and the Waco area.

Jay Belew is 40, a Wa ologist and curator and Democratic activist. H would draw the line agai side-Austin-professiona crat crowd" that wants t Texas Department of T tion district office in might close the Mexia St

001497

rted by taxes, the new hospi-

smooth transi-

aff and person-
ith ownership.
ve the building

ceiving funds for start-up costs and other needs from a foundation set up for the hospital. He said the hospital should be able to get by until the tax money arrives.

"I mean, we're not going to throw any big dances out here,' he

county saved the hospital. Chances were "nil" that a hospital could have stayed open more than a year without the district, he said.

Simmons added the hospital's plan for the future includes increasing out-patient care.

quested the
determine Ol
public offic
signed Tues(
of the ruling.
However,
Olson since h
for council m
him to his c
judge remo'
from his rec(
Olson said
State Distric
len to remo
move he coi
least 30 yea
have elimina
to his eligibil:
C.B. Herring.
Herring los:
4 city electior
knew of Olsoi
viction becau
gether at a lur
it happened, C
Olson, who

te from People
1 a conspiracy
es of federal

also charges
lley solicited a
n McClain and
me to defraud
hrough an ex-
credit with Se-
ociation of Pla-

charged with
; a $500,000 let-
ober 1985 and,
lying the insti-
ausing Peoples
$650,000 letter
iefit of Security
ry 1986 in the
sactions.
lso charges that
zell, misapplied
on of the institu-
king a series of
can Land.
maximum sen-
in prison and
million. Haass
rison and fines
ell faces a max-
7 years in pris-
nillion, federal

years on both
iry conviction.
Waco convicted
depositions he
discharge from

# POLICE

☐ From Page 1D

rant and he would turn himself in," Sims said.

Police say Albert Sims was shot several times with a large caliber handgun during a disturbance in the 1400 block of Tennessee Avenue about 2 p.m. Sunday.

## Burglary

Christopher D. Jackson, 36, of 354 Richland Drive was in McLennan County Jail charged with burglary of a building. Jackson's bond is $10,000.

## Theft

Jewelry valued at $1,298 was reported stolen in the 800 block of North 18th Street.

● Courtney K. Morris, 17, of 2218 Pine Ave. was in McLennan County Jail charged with theft over $750 and unlawfully carrying a weapon. Morris' bond is $7,000.

● Tommy Lee Stewart Jr., 20, of 1506 Pine Ave. was in McLennan County Jail charged with theft over $750. Municipal Judge John Roberts set bond at $5,000.

● A 1991 Pontiac Sunbird valued at $12,000 was reported stolen from the 700 block of South Fourth Street.

# BELEW

☐ From Page 1D

to the Texas House in 1984, decided not to seek re-election.

Texas DOT officials, ordered by lawmakers to reduce the number of district offices from 24 to 18, made Waco one of seven on the list of cuts. That list was later rescinded. Also, state officials are looking at closing two of 13 state schools to settle a lawsuit against the Texas Department of Mental Health and Mental Redardation.

Belew said some blame for the hard times suffered in Central Texas lies with Republican leadership for more than a decade.

"Fourteen years of Republican representation of District 55, and now District 56, have led to some problems," he said.

Belew also said he has "an open mind" about expansion of the Waco landfill near Woodway, which the state health department has approved.

"Certainly Waco needs good areas at which to deposit their trash so the citizens don't have to pay exorbitant taxes," he said. "I look forward to learning more about how we can protect Lake Waco and the aquifer of western McLennan County from even one drop of pollution from this trash . . ."

# CHUR(

☐ From Pag

attended the me
Galleria in Hous

A disadvanta
ing national pro
that it puts extr.
congregations t
High said.

"Although it
pressure, I thin!
ing is that we ca
as or better t
church staff," h(

But another l(
can see the ne(

aco Tribune-Herald
FREQUENT
READER CLUB

Join the newes
Exclusive subsc

WEDNESDAY FEB 12, 92

001493

# of directors '92

formation for them comes from funeral homes and relatives. For more information, including details of our policies for news obituaries, please call the obituary desk at 757-5700.

**Death notices:** Funeral homes supply death notices and we publish them as classified advertising. Please consult the funeral home for more information about death notices.

ember of St. Louis Catholic urch and was a member of the oung Women's Christian Association Board of Directors.

Survivors include a daughter, nice Knapp of Waco; two sons, rry Guthrie of Waco and Dick uthrie of San Francisco, Calif.; a ster, Janet Box of Waco; and four andchildren.

The family will be at 3924 aco Lane.

The family has designated for emorials the New "Y" Building mpaign, 1115 Columbus Ave., aco, Texas 76701, or the Friends the Waco-McLennan County Liary Association.

Wilkirson-Hatch Funeral Home in charge of arrangements.

## ary Alice Clack

Mary Alice Clack, a San Antonio memaker and former Waco resint, died Thursday in a San Antoo hospital. She was 65.

Graveside services will be 10 m. Saturday at Rosemound Cemery, the Rev. Delbert H. Taylor . officiating.

Mrs. Clack was born May 4, 26, in Illinois. She moved to aco in 1946 and married Jimmy Clack on Jan. 10, 1946; he died pt. 9, 1966. She had been a resint of San Antonio for the past ven years. She was a former ember of Herring Avenue United ethodist Church.

Survivors include two daughrs, Saralie Henich of San Antonio d Vera Jo Smith of Alachua, a.; a son, James Walker Clack of aumont; a sister, Ruehannah cKown of Highland, Calif.; a other, Jack M. McKown of Phoe-, Ariz.; and five grandchildren.

Wilkirson-Hatch Funeral Home in charge of arrangements.

## llie A. Symm

HE GROVE — Willie A. Symm The Grove, a retired farmer, d Wednesday in Temple. He was

## Albert Donnelle Sims

Albert Donnelle Sims of Waco died Feb. 8 in a local hospital. He was 20.

Services will be 2 p.m. Saturday at W.H. Littles & Sons Mortuary Chapel, the Rev. J.K. Brooks officiating. Burial will be in Greenwood Cemetery.

Mr. Sims was born July 11, 1971, in Waco. He attended Waco schools.

Survivors include his wife, Tifarah Scott Sims; his mother and father, Albert and Marilyn Rivers of Waco; his grandparents, Bettie Williams of Waco, and Willie and Katy Lee Rivers of Austin; his stepgrandmother, Viola Walker of Waco; two daughters, Preshus Sims and LaPorcha Sims, both of Waco; a son, Albert Donnelle Sims Jr. of Waco; a brother, Don Sims of Waco; and four sisters, Rocelle Sims, Roshonda Sims, Charlene Sims and Nicole Sims, all of Waco.

The family will be at 2118 Cumberland Ave.

## Doris I. Migliaccio

Doris I. Migliaccio of Albuquerque, N.M., a Waco native, died Thursday in New Mexico. She was 69.

Graveside services will be 10 a.m. Monday at Oakwood Cemetery, the Rev. Angelo Bertini officiating.

Mrs. Migliaccio was born Aug. 28, 1922, in Waco. She was a longtime Dallas resident and had lived in Albuquerque for the past five years. She was a U.S. Marine Corps veteran of World War II, and was a Catholic.

Survivors include a son, Joe Migliaccio of Albuquerque, N.M.; a sister, Meda Wilkes of Waco; and five grandchildren.

Wilkirson-Hatch Funeral Home is in charge of arrangements.

## Viola Willie Childers

MEXIA — Viola Willie Childers, a Mexia homemaker, died Thursday in a local nursing home. She was 93.

Graveside services will be 2 p.m. today at Fort Parker Memorial Park near Groesbeck, the Rev. Stephen Ramsdell officiating.

Mrs. Childers was born March 17, 1898, in Hico. She was a Methodist.

Survivors include a daughter, Mrs. E.W. (Nita) Warnke of Waco; two grandchildren; and three great-grandchildren.

Porter Funeral Home is in charge of arrangements.

## Jefferson D. Jackson

Jefferson D. (Bubba) Jackson of Waco died Tuesday in a local hospital. He was 58.

Services will be 2 p.m. Saturday at Dorsey-Keatts Funeral Home Chapel, Olar F. Weeks and Tom Weeks Jr. officiating. Burial will be in Greenwood Cemetery.

Mr. Jackson was born April 21, 1933. He was a member of Greater Calvary Baptist Church.

Survivors include his wife, Alberta B. Weeks Jackson, and four brothers, Norman Jackson of Dallas, General S. Jackson of Amarillo, Ervin Jackson of California and Will Jeffery Jackson of Burton, N.C.

# Woman who won right to end life dead at 25

The Associated Press

QUEBEC — "Nancy B.," the 25-year-old, paralyzed woman who fought and won a battle for the le-

001499