Case 6:01-cr-00164-CRW    Document 315-25 and  Filed 04/12/10    Page 1 of 3

Waco Herald Tribune
11/04/1998

was a La Vega ... 17-year-old had stuck the gun ... too ... in gardens ... School officials also said the La Vega back ... Aguilar's head and she grabbed ... Student Council will raise money to help up of seven people, ... the weapon before struggling with the ... defray expenses for Aguilar's family. had been at the ... boy, the affidavit said. two of those were ... After the shooting, the suspect and the ... Richard Smith can be reached at the juveniles ... others at the location fled the house ... RSmith@mail.wacotrib.com or at 757-5745.

NOV 04 19

# Suspect sought in fatal shooting

## 1 man killed, another critically wounded in late-night incident

**By RICHARD L. SMITH**
Tribune-Herald staff writer

Waco police were searching Tuesday for a man they say was responsible for a shooting that left one man dead and another critically injured.

Yoshima Calhoun, 22, of 217 Fisseler Drive in Waco was pronounced dead by McLennan County Justice of the Peace John Cabaniss at



**Degrate**

Hillcrest Baptist Medical Center after a shooting about 11:25 p.m. Monday in the 800 block of North 31st Street. Calhoun suffered two gunshot wounds to the leg and bled to death from those injuries, Cabaniss said.

A 20-year-old Waco man also was shot in the head during the incident. Police were not releasing his name pending notification of his next of kin. He was in critical condition late Tuesday afternoon at Hillcrest, said Larry Murphy, a Waco Police Department spokesman.

Officials said a warrant for murder and attempted murder was issued Tuesday for Tyron Degrate, 20, who is suspected in the shooting. No arrests had been made as of Tuesday evening, police said.

Bill Ferguson, who lives next door to where Calhoun found shot, said he was interrupted from watching late-night television by gunfire.

"I heard an argument going on outside for quite a while, and it died down. After a little bit, the argument started up again, and I

Please see SLAYING, Page 2C

---

safely

at Texas State Technical College in Waco. Fifty of the top drivers in the state competed in various events testing driver skills.

Staff photo — Duane A. Laverty

---

## ng former plant

at 333 S. Valley Mills

al experts have said l and ground water o significant public uit alleges that the values have been Precision officials erate and maintain

down last year and company. Part of me to the Starplex ter man in Clark Sumcompany officials the lawsuit and

The plant reconditioned crankshafts, pistons, camshafts and other mechanical parts for large engines by cleaning and polishing them with caustic solutions and then plating them with chromium and nickel. Other chemicals detected at the site during testing include lead, silver, arsenic, copper and mercury, according to the suit, which was filed by Waco attorneys Rod Squires and Jim Wren.

Plant officials agreed to perform soil tests under the basement flooring after a surprise inspection in April 1997 by the Texas Natural Resources Conservation Commission found possible chrome plating solution in cracks.

Please see LAWSUIT, Page 2C

---

est 4 in house PORT

## County OKs contract for jail food service

**By TOMMY WITHERSPOON**
Tribune-Herald staff writer

"It is the savings at the end of the year that count," County

001500

**LOCAL**

## s jail tract 1C

in the past on stuff that I felt comfortable with as far as this goes. It's like driving across town to save 10 cents on an item. In some cases, it costs you a dollar to drive across town, and it's just not worth it."

The Arizona company, Correctional Foodservice Management, submitted a proposal but was far from the lowest bidder, Lewis said.

Mid-State, which was awarded a two-year contract Tuesday, will buy, prepare and serve the food with its staff of six and the help of jail trusties Lewis said. The quality of food must comply with the state Commission on Jail Standards regulations, just as the county has had to provide, he said.

Last month, the county turned over operation of the downtown county jail to a private prison group, which will pay the county about $650,000 a year to house 254 male federal prisoners there.

The county's restitution center at 6000 Industrial Drive also is being operated by a private corporation, which took over management after the county converted the facility from a court residential treatment center about three years ago.

"With privatization, you have to look at everything separately," Lewis said. "You have everything these days from water treatment plants to dump grounds to garbage pickup to meter-reading people looking at going on the private side."

*Tommy Witherspoon can be reached at TWitherspoon@mail. wacotrib.com, or at 757-5737.*

## LAWSUIT

### Landowners allege contamination

■ From Page 1C

"When the corings were conducted, groundwater flowed up through the core holes into the basement," the suit alleges. "The water had a yellow color and visually appeared to be contaminated with chromium."

Since that discovery, Precision officials have drilled monitoring wells on their property and on nearby properties. Ground water samples have detected a concentration of chromium that exceeds state and national drinking water standards, the suit alleges.

Precision enrolled in the TNRCC's Voluntary Cleanup Program and hired an environmental contractor to remove contaminated soil from the area. Health officials have said that the ground water is not believed to be feeding into creeks or seeping into ditches where humans could come into contact with it.

The plant also discharged hexavalent and trivalent chromium and other contaminants into the air, the suit claims. Chromium is a carcinogen, and those exposed to it in high doses have an increased risk for cancer and brain damage, according to the suit.

The plaintiffs also allege that Precision officials failed to fully disclose the release of "toxic chemicals to the soils, air, ground water and aquifers."

"Plaintiffs believe and therefore allege that the action of defendants in the manufacturing process and handling of and disposal of chromic acid, lead and other toxins were the result of more than ... thoughtlessness, inadvertence or error in judgment," the suit alleges. "Rather, defendants exhibited such an entire want of care as to establish that the act or omission was the result of actual conscious indifference to the rights, safety or welfare of persons situated as were plaintiffs."

*Tommy Witherspoon can be reached at TWitherspoon@mail. wacotrib.com, or at 757-5737.*

## SLAYING

### Suspect sought in shooting that kills 1, wounds 1

■ From Page 1C

heard six or eight shots. I went ahead and called 9-1-1," he said. "After I called them, I saw a small car go down the street."

Ferguson said he then went outside and noticed a body on the lawn next door.

A resident of the Brookview neighborhood for about 50 years, Ferguson said the area isn't always particularly quiet but he could not remember ever having trouble so close to his home.

Police said Calhoun and the other victim had gone to a North 31st Street residence to give someone a ride. Degrate reportedly was visiting a nearby residence when an argument started outside of the homes that escalated into gunfire on the sidewalk, Murphy said.

Calhoun's homicide was the 10th recorded in Waco this year.

*Richard Smith can be reached at RSmith@mail. wacotrib.com or at 757-5745.*

## MEETINGS

**TODAY**

■ Sonja Hogg, Baylor University head women's basketball coach, will speak at 9:30 a.m. at Kiwanis Club of Waco Seniors meeting at Piccadilly Cafeteria in Lake Air Mall. Call Bill Welstead, 772-0698.

■ Dr. Doug Welsh, associate professor and extension horticulturist at Texas A&M University, will speak at the Waco Council of Garden Clubs meeting at 10:30 a.m. at the Nell Pape Garden Center, 1705 N. Fifth St.

■ Bellmead Chamber of Commerce will meet at noon at the Holiday Inn, I-35 North/exit 335C.

■ Sonja Hogg, Baylor University head women's basketball coach, will speak at the Waco Founder Lions Club meeting at noon at the Lions Den, 1716 N. 42nd St.

**UPCOMING**

■ Belva Harlow will speak at the Waco Federation of Women's Clubs meeting at noon Thursday at Federated Clubhouse, 2900 Bosque Blvd.

To list your club's events, send printed or typewritten notices to Meetings, *Waco Tribune-Herald,* 900 Franklin Ave., Waco 76701, or send a fax to 757-0302, by noon the day before a meeting. The calendar will appear as space is available. We cannot accept listings over the phone.

# OBITUARIES

### Delbert Charles Burton Jr.

Delbert Charles Burton Jr., 77, of Lacy-Lakeview died Sunday at his residence. Graveside services will be at 1 p.m. Nov. 5, 1998, at Valley Mills Cemetery with Minister Mark Smith officiating.

Mr. Burton was born Jan. 11, 1921, in Fort Worth, Texas. He graduated from Polly High School in Fort Worth, served in the Merchant Marines during World War II and roughnecked in the oil fields of West Texas. He worked as a Red Cap for the Railroads and for General Tire until his retirement in 1981. After retirement he volunteered his time as driver for the American Cancer Society of Waco.

Survivors include four sons, Gary Burton of Fort Worth, Wayne and Paula Burton of Copperal, Charles and Denise Burton of Lacy-Lakeview and Josh Bur-

### Kathryn Collins

Kathryn (Truehitt) Collins, the world's greatest Mom, went to be with her Lord Tuesday, Nov. 3, 1998, from her home. Services will be at 3 p.m. Thursday, Nov. 5 at First Pentecostal Church, 3015 Robinson Drive.

Family visitation will be 6:30-8:30 p.m. Wednesday, Nov. 4 at Connally-Compton Funeral Home, 4400 West Waco Drive.

### Joe Arteaga

McGREGOR — Joe Aviles Arteaga, 41, beloved husband, son and father, went home to be with the Lord Monday, Nov. 2, 1998. Memorial services will be at 11 a.m. Wednesday, Nov. 4 at Our Father's House, 410 McGregor Drive, in McGregor.

On Feb. 1, 1994, he married Pamela Ann Beech. Joe was preceded in death by a brother, Amando Arteaga.

Survivors he leaves behind include his devoted wife, Pamela Arteaga of McGregor; parents, Lucio and Josephina of Moody; brothers, Noe of San Antonio, Rey of Moran, Horacio of McGregor and Robert of Moody; two sisters, Mary Ann of Temple and Nancy of Moody; two sons, Christopher and Jay, of Moody; several grandchildren; and nieces, nephews, cousins, aunts, un-

### Audrey Boyd

Audrey Conaway Boyd, 90, of Waco died Sunday at a local hospital. Services will be at 11:30 a.m. Wednesday, Nov. 4, 1998, at Wilkirson-Hatch-Bailey Chapel with the Rev. J.E. Jean officiating. Burial will follow at Rosemound Cemetery.

Mrs. Boyd was born Aug. 26, 1908, in Belfalls, Texas, to the late William and Martha Elizabeth Helms Beard. She worked for many years at J.M. Wood Mfg. Co. in Waco and Temple until her retirement in 1972. She was a member of Connally Free Will Baptist Church.

She was preceded in death by her first husband, Adolphus Conaway in 1952 and by Edward Boyd in 1991.

Survivors include four daughters, Bernice Fisher and husband Albert of Hewitt and Irene Cros-

001501

## (left column continued)

of Waco
l hospital.
9:30 a.m.
1998, at
Chapel
Horick of-
follow at

born Sept.
ing to the
a Sawyer
in the Na-
He was a
University,
was the
Meadows
Co. from
is an avid
Lake Waco
b. He was
ring Ave.
was a loving,
nd, father,
s wife Es-

## (Lewis article left column)

the coming
he company
quipment and
an assistant
employees.
Jail kitchen
se their jobs,
ng that the
try to inte-
he current
eir new sys-

will buy the
grocery sup-
cost, Lewis

county has
e food ser-
te company
ears.
erald re-
that offi-
zona-based
at county
the "cold
aimed that
he county
taking over

at it off and
ive or six
"The fig-
were not
ngs by the
consider-
that went
thing from
rity prob-
fairly new
and we just
information

Case 6:01-cr-00164-CRW    Document 318-26    Filed 04/12/10    Page 3 of 3

de, police said. Officials said Scott at the two victims and threatened confrontation, one gunshot was , but not in the direction of the one was injured, police said.

h can be reached at RSmith@ or at 757-5745.

Committee members briefly discussed establishing a sick leave pool for employees with serious illnesses who have used up their own leave. Stripling said the administration is studying it. She also said the district could consider offering long-term disability insurance.

Jen Sansbury can be reached at JSansbury@ mail.wacotrib.com or at 757-5743.

what's already in the curriculum."

Other projects of the foundation have included the publication of a WISD alumni directory and recognition of outstanding former students.

The 1998 grant recipients are:

$4,952 — Video-conferencing sessions will be conducted at every campus to introduce students, teachers and administrators to the use of computers, video cameras and the Internet to communicate with each other through a pilot project.

---

# OBITUARIES

## Jean Marie Cooper

Jean Marie Cooper, 73, of Waco passed away Tuesday, Nov. 3, 1998, at her residence. Services will be at 10 a.m. Friday, Nov. 6, 1998, at Bellmead Funeral Home Chapel with the Rev. Robert Scott officiating. Burial will follow at Rosemound Cemetery.

Mrs. Cooper was born Oct. 27, 1925, in Aquilla, Texas. She married L.L. Cooper Aug. 21, 1943, in McLennan County. She was a business owner and operator of Jean Marie Blouse Co. and Dress Shop for more than 30 years in the Waco area that manufactured and sold long tail blouses in 50 states and Canada. She was active in the America. Business Women's Association and Lakeview PTA. She was a greeter at Bellmead Wal-Mart and a Baptist.

She was preceded in death by her son, Lemuel Lester (Dickie) Cooper Jr.

Survivors include her husband of 55 years, L.L. Cooper of Waco; her mother, Neva Little; two brothers and their wives, Edwin and Doris Little of Oakley, Calif., and George Wayne and Dot Little of Melbourne, Fla.; son and daughter-in-law, Dewey and Mary Cooper of Waco; four grandchildren, Brent Cooper, Mark Cooper, Melissa Morgan and Lisa Cooper; seven great-grandchildren, Matthew, Meredith and Bobby Morgan, Macy and Grant Cooper of Waco and Kyle and Sarah Cooper of Dallas.

Memorials may be made to the American Cancer Society, 1311 New Road, Waco, TX 76710. **Bellmead Funeral Home**

## Marion B. Warhol

MARLIN - Marion B. Warhol, 84, died Thursday in Marlin. Graveside services will be at 11 a.m. Friday at Hillcrest Cemetery in Marlin with the Rev. Peter Royal officiating.

Mr. Warhol was born in Bremond on March 21, 1914. He married Winnie Davis on Aug. 10, 1946. He served in Europe with the Army during World War II. He was retired from Safeway Food Store. He was a member of St. Joseph's Catholic Church.

Survivors include his wife, Winnie; a sister, Virginia Dunlevy of Richardson; and five nephews and three nieces.

**Adams, Marlin**



## Yoshima Calhoun

Yoshima Knievel Cashaw (Shima) Calhoun departed his life on Nov. 2, 1998. Services will be at 1 p.m. Saturday, Nov. 7, 1998, at St. Johns M.B.C. in Waco with the Rev. Nathaniel McCoy officiating.

Mr. Yoshima Knievel Calhoun was born to the parentage of Lottie Calhoun and Melvin Wallace on Nov. 27, 1974, in Waco.

He leaves to cherish his memory his mother, Lottie Calhoun; his father, Melvin Wallace of Palestine, Texas; his paternal grandmother, Mrs. Elsa Wallace of Mexia; his stepfather, Mr. Thomas Harris Jr.; five sons, Yoshima Jr., Zeyonne, Rashun, Deprasheun and Demontray; four daughters, Destanie, Kani'Jar, Shantaija and Daraneshia; a brother, Damien Calhoun; a sister, Megan Calhoun; stepsisters, Melvica Wallace and Shamica Walker; six uncles; seven aunts; a niece; four nephews; four step-aunts; a step-uncle; four great-aunts; a great-great-aunt; and a host of relatives and very special friends.

**W.H. Littles & Sons**

## Walter H. Wiese

OGLESBY - Walter H. Wiese, 86, a retired Oglesby farmer died Tuesday, Nov. 3, 1998, in Temple. Services will be at 2 p.m. Friday, Nov. 6 at Zion Lutheran Church with the Rev. Charles Parnell officiating. Interment will follow at McGregor Cemetery under the direction of Cole Funeral Home, 1113 West Fifth Street, McGregor.

**Cole, McGregor**

## Frank F. Hamilton Jr.

Frank F. Hamilton Jr., 70, a Hewitt resident died Wednesday at a local hospital. Services will be at 11 a.m. Friday at First United Methodist Church, Hewitt. Interment at Waco Memorial Park. Honorary pallbearers will be all Masonic Brothers.

**Heritage Memorial**

## Florence M. Steffek

BELTON - Florence M. Steffek, 74, of Belton died Wednesday at her daughters home in Moffat. Services will be at 10 a.m. Saturday at Christ the King Catholic Church in Belton with the Rev. Charles Davis and the Rev. Harry Dean officiating. Burial will follow at the Holy Cross Cemetery in Granger. A rosary will be recited at 7 p.m. Friday at Dossman Funeral Home in Belton.

She was born Dec. 29, 1923, in Evansville, Ind., to Frank Joseph and Anna Barbara (Schnieder) Dippel. She moved to El Paso at the age of 18 and worked for the City of El Paso for more than 30 years. She married Ignac "Ike" D. Steffek on June 16, 1956, in El Paso. She moved to Belton in 1984 and was a member of Christ the King Catholic Church and was active in the Women's Ministry. She was also Backup Coordinator of Road to Recovery for the American Caner Society.

She was preceded in death by her husband and a sister.

She is survived by a son, Kevin I. Steffek of Riesel; a daughter, Karen Hinze of Moffat; a brother, Frank J. Dippel of Austell, Ga.; a sister, Marion Gordon of El Paso; and six grandchildren.

**Dossman, Belton**

## Omadie L. Greer

MARLIN - Mrs. Omadie L. Greer died Tuesday. Services will be at 2 p.m. Saturday at Hopeful Baptist Church in Lott, Texas.

**Dorsey-Keatts, Marlin**

## Eddie Hicks

Mr. Eddie Hicks, 74, of Waco died Tuesday at his residence. Services will be at 2 p.m. Saturday at W.H. Littles & Sons Mortuary Chapel.

**W.H. Littles & Sons**

## Leon Williams

Leon Williams, 89, of Waco died Wednesday at a local nursing home. Services will be at 2 p.m. Saturday at First Baptist Church.

**W.H. Littles & Sons**

## Gertie Bell Carter

MEXIA - Gertie Bell Carter, 89, died Nov. 3, 1998. Services at noon Saturday at Titus Chapel U.M. Church in Teague. Burial at Grover Island Cemetery.

**Dorsey-Keatts, Mexia**

## Hilda Selma Komar

MARLIN - Hilda Selma Komar, 83, of Marlin died Wednesday at her home. Services will be at 10 a.m. Saturday at Grace Lutheran Church with the Rev. Gerald Epperson officiating. Interment will follow at Hillcrest Cemetery. Visitation 6-8 p.m. Friday at the funeral home.

Mrs. Komar was born on Dec. 14, 1914, in Falls County, to Edmond and Anna Schrader Bethke. She married Lawrence Komar on Aug. 25, 1937, in Otto. He preceded her in death on March 4, 1973. She was member of Grace Lutheran Church.

She was preceded in death by a brother, Alvin Bethke.

Survivors include a daughter, Martha Kunkel and husband Robert of Marlin; three brothers, Edmond Bethke, Herbert Bethke of Marlin and Walter Bethke of Lorena; four sisters, Erna Buro, Emma Quiram, Lena Drews and Loverna Tucker all of Marlin; two grandchildren, John Kunkel and wife Cherie and Rob Kunkel; and a great-grandchild, Michaela Kunkel.

**Adams, Marlin**

## Dorothy Mae Baker

GROESBECK - Dorothy Mae Wilson Baker, 69, of Groesbeck died Thursday in Mexia. Services will be at 2 p.m. Friday at Groesbeck Funeral Home Chapel.

**Groesbeck Funeral Home**

## Greg Hodges

MERIDIAN - Greg Hodges, 32, of Kopperl died Wednesday in Kopperl. Graveside services at 2 p.m. Friday at Knox City Cemetery in Knox City, Texas.

**Lawson, Meridian**

---

*(left margin column)*

ituary, which uncement, Tribune-6900. To fax al 752-6003. lines of an anre free. Addiy be pur-0 each. The photo is $25.

na

Jr.

### Kelley

ornelia D. Kelley, ed Wednesday in will be at 10 a.m. st Baptist Church Dr. Lee Evans offiside services will urday at Concord Palestine. Visitam 6 to 8 p.m. Fri-al home.

was born on in Kosse, to Jeff rs Hightower. She m Kosse High and attended Tex-University and State University. ed school teacher. illie M. Kelley on Kosse. She was a st Baptist Church vas very active in orings Baptist Enquilla, Texas. nclude her husKosse; a son, Neal is, two daughters, Austin and Mari-Houston; and six

requests memorham Springs Bapent, Rt. 1 Box 97, 76622, Attn: Jerry

n

---

 *Remember...*

*A family business was a mother and the all working t*

*We...*

001502