Case 6:01-cr-00164-CRW   Document 318-27   Filed 04/12/10   Page 1 of 2



# MOB TAKES NEGRO FROM COURT HOUSE, BURNS HIM AT STAKE

## JURY TOOK HIS CONFESSION OF CRIMINAL ASSAULT AND MURDER OF MRS. FRYER OF ROBINSON—GAVE HIM DEATH PENALTY AND THE MOB EXECUTED THE SENTENCE.

Within one week after he criminally assaulted and murdered Mrs. Lucy Fryer at her home near Robinson, Jesse Washington, negro boy, aged about 18 years, was taken from the Fifty-fourth district court room and burned in the city hall yard shortly before noon today. The negro confessed to Sheriff S. S. Fleming at Hillsboro last Tuesday, within less than 24 hours after the heinous crime, that he was the guilty party, and the same afternoon he made a sworn confession to County Attorney M. T. Lively of Dallas, the substance of which was printed in these columns last week.

It seemed evident early this morning that the crowd had made up its mind to "get" the negro, but the actual demonstration did not come until after the jury had rendered its verdict, finding the negro guilty, assessing his punishment at death, and preparing to retire.

### "Get the Negro," the Signal.

Some one in the crowd yelled, "Get the negro," and this was the signal. Piling over chairs, tables and every other obstacle, and sweeping everything before them, hands reached over, grabbed the negro and rushed him down the back stairway of the courthouse before any interference could be made. For a few minutes the crowd halted on the east side of the courthouse, where a chain was adjusted around the negro's neck; then he was dragged and pushed down Washington street, in the direction of the bridge, where Sank Majors, another negro, was hanged a number of years ago.

There were present in the crowd many who had come here from the various rural precincts in the county, but others from Waco followed the crowd to the place where it had been decreed that Jess Washington should pay with his life the penalty for the terrible crime of which he admitted he was guilty.

### Many Witness Burning.

At second and Washington streets a brief stop was made, then the suggestion was made that the negro be burned at the stake. This met with a series of hoarse yells, and it required but a few minutes to reach the city hall yard, lift the negro over the fence and suspend the chain attached to his neck over the limb of a tree, just in the rear of the city hall. Dry goods boxes and all kinds of inflammable material were gathered, and it required but an instant to convert this into seething flames. When the negro was first hoisted into the air his tongue protruded, many wounds inflicted covered him from head to foot.

### Negro Mutilated for Souvenirs.

Fingers, ears, pieces of clothing, toes and other parts of the negro's body were cut off by members of the mob that had crowded to the scene as if by magic when the word that the negro had been taken in charge by the mob was heralded over the city. As the smoke rose to the heavens, the mass of people, numbering in the neighborhood of 10,000, crowding the city hall lawn and overflowing the square, hanging from the windows of buildings, viewing the scene from the tops of buildings and trees, set up a shout that was heard blocks away.

Onlookers were hanging from the windows of the city hall and every other building that commanded a sight of the burning, and as the negro's body commenced to burn, shouts of delight went up from the thousands of throats and apparently everybody demonstrated in some way their satisfaction at the retribution that was being visited upon the perpetrator of such a horrible crime, the worst in the annals of McLennan county's history.

### Body Burned to Crisp.

The body of the negro was burned to a crisp and was left for some time in the smoldering remains of the fire. Women and children who desired to view the scene were allowed to do so, the crowds parting to let them look on the scene. After some time the body of the negro was perked into the air where everybody could view the remains, and a mighty shout rose on the air. Photographer Gildersleeve made several pictures of the body as well as the large crowd which surrounded the scene as spectators.

### Body Dragged Through Streets.

After some time the negro's body was allowed to remain in coals of the fire and was then taken by some of the members whose lust for vengeance was not sated, and a rope being tied around the remains of the carcass, there being hardly anything left of it but the stumps of the limbs and the trunk, was then dragged around the public square numbers of times by a man on a horse, followed by an immense crowd of onlookers. After this demonstration on the public square, the horseman then proceeded to traverse the principal streets of the city, dragging the negro behind him, rushing through the streets of the city at a full gallop, waving his hat in the air. It was understood that the body was to be dragged out to Robinsonville where the citizens of that community could view the remains of the



ARMY AVIATOR FLYIN

## AERIAL RE-INFO GENERAL

American army aeroplanes flying shing's expedition, although there have chines as compared with those in use b seen an army aeroplane flying over the quarters. Four new aeroplanes which in Mexico. The new machines are big pos 13,000 feet and at a speed of 100 miles

court today," announced Judge Munroe.

The jury for the week was then called and excused until this afternoon.

Some one in the court room yelled out, "We don't need any courts," but little attention was given the remark.

Several times the court called on those in the room, especially boys in the balconies, to stop their loud talking, and they were ordered more than once to remove their hats.

### Defendant Enters Court.

The defendant was brought into court by Sheriff S. S. Fleming and W. P. Driskell, the party entering the court room by means of the stairway in the rear. Washington was clad in a pair of overalls and calico shirt, and did not appear to be more than about 17 years of age. He seemed little concerned in the proceedings, and when he stood up he was not visible to those in the rear of the court room.

The names of those on the special venire were then called by Sheriff Fleming and all of those, with the exception of the ones who had been excused, answered to the call.

### Jury That Tried Negro.

With but few exceptions, all of those who were interrogated by County Attorney John B. McNamara were accepted, and no question was ever asked by counsel for the defense. The jury that tried the negro was composed of the following: B. H. Coleman, W. H. Drisdale, Sam

001503

Piling over chairs, tables and every other thing before them, hands reached over, grabbed the negro and rushed him down the back stairway of the courthouse before any interference could be made. For a few minutes the crowd halted on the east side of the courthouse, where a chain was adjusted around the negro's neck; then he was dragged and pushed down Washington street, in the direction of the bridge, where Sunk Majors, another negro, was hanged a number of years ago.

There were present in the crowd many who had come here from the various rural precincts in the county, but others from Waco followed the crowd to the place where it had been decreed that Jess Washington should pay with his life the penalty for the terrible crime of which he admitted he was guilty.

### Many Witness Burning.

At second and Washington streets a brief stop was made, then the suggestion was made that the negro be burned at the stake. This met with a series of hoarse yells, and it required but a few minutes to reach the city hall yard, lift the negro over the fence and suspended the chain attached to his neck over the limb of a tree, just in the rear of the city hall. Dry goods boxes and all kinds of inflammable material were gathered, and it required but an instant to convert this into seething flames. When the negro was first hoisted into the air his tongue protruded from his mouth and his face was besmeared with blood.

News that the mob had secured the negro spread like wildfire, and within a comparatively brief time probably 10,000 people had assembled on the square to witness the burning.

Great masses of humanity flew as swiftly as possible through the streets of the city in order to be present at the bridge when the hanging took place, but when it was learned that the negro was being taken to the city hall lawn, crowds of men, women and children turned and hastened to the lawn.

Life was not extinct within the negro's body, although nearly so, when another chain was placed around his neck and thrown over the limb of a tree on the lawn, everybody trying to get to the negro and have some part in his death. The infuriated mob then leaned the negro, who was half alive and half dead, against the tree, he having just strength enough within his limbs to support him. As rapidly as possible the negro was then jerked into the air at which a shout from thousands of throats went up on the morning air and dry goods boxes, excelsior, wood and every other article that would burn was then in evidence, appearing as if by magic. A huge dry goods box was then produced and filled to the top with all of the material that had been secured. The negro's body was swaying in the air and all of the time a noise as of thousands was heard and the negro's body was lowered into the box.

### Fire Quickly Lighted.

No sooner had his body touched the box than people pressed forward, each eager to be the first to light the fire, matches were touched to the inflammable material and as smoke rapidly rose in the air, such a demonstration as of people gone mad was never heard before. Everybody pressed closer to get souvenirs of the affair. When they had finished with the negro his body was mutilated. On the way to the scene of the burning people on every hand took a hand in showing their feelings in the matter by striking the negro with anything obtainable, some struck him with shovels, bricks, clubs, and others stabbed him and cut him until when he was strung up his body was a solid color of red, the blood of the

county's history.

### Body Burned to Crisp.

The body of the negro was burned to a crisp and was left for some time in the smoldering remains of the fire. Women and children who desired to view the scene were allowed to do so, the crowds parting to let them look on the scene. After some time the body of the negro was perked into the air where everybody could view the remains, and a mighty shout rose on the air. Photographer Gildersleeve made several pictures of the body as well as the large crowd which surrounded the scene as spectators.

### Body Dragged Through Streets.

After some time the negro's body was allowed to remain in coals of the fire and was then taken by some of the members whose lust for vengeance was not sated, and a rope being tied around the remains of the carcass, there being hardly anything left of it but the stumps of the limbs and the trunk, was then dragged around the public square numbers of times by a man on a horse, followed by an immense crowd of onlookers. After this demonstration on the public square, the horseman then proceeded to traverse the principal streets of the city, dragging the negro behind him, rushing through the streets of the city at a full gallop, waving his hat in the air. It was understood that the body was to be dragged out to Robinsonville where the citizens of that community could view the remains of the negro, who had committed such an awful crime and to show the effects of the swift retribution that had been visited upon him.

### Remains Hang From Pole at Robinson.

Information was received by the Times-Herald early this afternoon that the body of Jesse Washington, the negro who was burned in the city hall yard this morning, had reached Robinson, being dragged there behind an auto, though the dragging process here started with a man on horseback. The body, or what remained of it, was placed in a sack and hanged to a telephone pole, in front of the blacksmith shop at Robinson. It is understood that officers will go out after the body this afternoon and bring it to town.

### Had Nothing to Do With Dragging Body.

A delegation of Robinson citizens called at the Times-Herald office this afternoon and requested the statement made that the people of Robinson had nothing to do with the dragging through the streets of the body of Jesse Washington, who was burned in the city hall yard shortly before noon.

### All Space Occupied.

An hour before the proceedings began this morning the Fifty-fourth district court room was crowded to overflowing. There were probably 2,500 people in the room, and when Judge R. I. Munroe came in, shortly before 10 o'clock, the hour set for court to convene, it was necessary to open a passageway for him to reach the bench. So dense was the crowd, even within the enclosure usually allotted to the bar, that Court Reporter Warren Hunt could barely find room at his table, while County Attorney John B. McNamara and counsel for the negro did not attempt to find chairs.

Even the jury chairs were occupied, and these had to be cleared before they could take their seats, and be sworn, so they could hear the testimony in the case.

### "We Don't Need Any Courts."

When court was opened, Sheriff Fleming asked the crowd to stand back, so that the proceedings might be conducted. He asked that all stand back if they possibly could.

"It's not if you possibly can, but you must, else there won't be any

called and excused until this afternoon.

Some one in the court room yelled out, "We don't need any courts," but little attention was given the remark.

Several times the court called on those in the room, especially boys in the balconies, to stop their loud talking, and they were ordered more than once to remove their hats.

### Defendant Enters Court.

The defendant was brought into court by Sheriff S. S. Fleming and W. P. Driskell, the party entering the court room by means of the stairway in the rear. Washington was clad in a pair of overalls and calico shirt, and did not appear to be more than about 17 years of age. He seemed little concerned in the proceedings, and when he stood up he was not visible to those in the rear of the court room.

The names of those on the special venire were then called by Sheriff Fleming and all of those, with the exception of the ones who had been excused, answered to the call.

### Jury That Tried Negro.

With but few exceptions, all of those who were interrogated by County Attorney John B. McNamara were accepted, and no question was ever asked by counsel for the defense. The jury that tried the negro was composed of the following: B. H. Coleman, W. H. Drisdale, Sam E. Smith, T. A. Hooks, W. B. Braselton, G. B. Adams, E. E. Bruck, Bryant Allen, W. H. Bohner, W. B. Haynes, J. W. Blake and H. B. Johnson.

H. L. Garrett, summoned as juror, had sickness in his family, and was excused. G. W. Jones said he had formed an opinion in the case and was excused. J. E. Uhlander and A. Busch were excused by the state, and E. O. Anderson was excused, on account of defective hearing. All jurors accepted by the state were taken by the defense.

Both the state and the defense announced ready for trial when the case was called.

The indictment was read by County Attorney McNamara, the defendant standing up while the instrument was read.

When asked whether he pleaded guilty or not guilty, he answered, "Yes, sir."

He then made it plain that he pleaded guilty to the crime with which he was charged, the murder of Mrs. Fryer, the court first informing him that the jury could, in the event he was found guilty, assess his punishment at death, confinement or life in the penitentiary, and not less than five years in the penitentiary.

After the indictment had been read to the jury, the testimony of witnesses was had.

### Testimony of Witnesses.

Dr. J. H. Maynard of Rosenthal was the first witness. He was acquainted with Mrs. Fryer and told of being called to her home last Monday afternoon, she being dead then. He found half a dozen or more wounds on her head, two of which would have caused death, he said. The wounds had been made with a heavy blunt instrument.

County Attorney M. T. Lively of Dallas was the next witness. The defendant was in his office last week, he said. The confession made by the negro was presented to Mr. Lively, and he identified it as one that the negro made to him in Dallas last Tuesday afternoon, after being given the required warning, that anything he said might be used against him. The statement was read over to the negro twice, and the latter then affixed his mark, Mr. Lively said. The confession was made in the presence of N. G. Turney and Joe Davis of

(Continued on page 5.)

(Continued on page 5.)

## ACTIVITIES SHIFT TO OTHER FRONT IN THE BIG W

Sharper fighting is now in progress in other sectors of the we front than in the Verdun re upon which attention has been centered for nearly three mo

Notable activity has been rep recently along the British line Northern France and Flanders, today Paris records brisk actio the artillery on both sides in Champagne.

At Verdun the play of the guns is being kept up to some tent, there having been bomb ments in the sectors of the court wood and Hill 304, north of the fortress.

The preliminary examination Sir Roger Casement was begun day in London. Daniel Bailey, Irish soldier, one of the men landed with Sir Roger, was arraigned with him.

Hebert H. Asquith, British mier, is continuing his confere in Ireland over the situation growing out of the rebellion and has go Belfast to consult with leading in the northern part of the isle

## TWO FEET SNOW IN SOUTH DAKOTA ON LEVEL TOD

Associated Press.

Deadwood, S. D., May 15.—S is nearly two feet deep on the l here as a result of a two day sto The snow will be of great valu the farming sections.

## VILLA LEADER AND TWO OTHER BANDITS KILL

Associated Press.

Lake Itascate, Mex., May 14 (Bulletin.)—By wireless to Col bus, May 15.—Three bandits, cluding Julio Cardenas, a V leader, were killed today in a ski ish with an American detachm near Rubio ranch, twenty miles e of here.

## OFFICERS BREAK UP PLOT TO BLOW U KINGSVILLE BAI

Associated Press.

Kingsville, Tex., May 15.—Wl is declared to have been a plot blow up a Kingsville bank and ha ware store has been frustrated, o cers say, by a number of arrests y terday and today by Sheriff Scarb ough and federal agents.

The plot was discovered, it is leged, in the arrest of Colonel J M. Morin, a former Villista offic on a train south of San Anton This plot, it is alleged, was to set barn afire in the outskirts of t city to attract people's attention, a then to blow up the bank and sto Fifteen Mexicans are in the King ville jail, and it is said other arre are expected.

001504