WACO
TRIBUNE
HERALD
WEDNES.
MARCH 15
1989

bank and saw only employees, he positioned himself at the teller's window. The robber demanded money and ordered all but one employee inside the vault. The robber threatened the employees several times during the robbery.

and 155 pounds. He left in a light-blue Chevrolet with a damaged right side, broken headlight and Louisiana license plates.

Waco Crime Stoppers Inc. will pay a total of $1,000 cash to the person or persons who in the next seven days gives informa-

Waco Crime Stoppers is a non-profit organization. Waco Crime Stoppers pays cash awards for information leading to the arrest and indictment of felony crime offenders. To provide information, call City of Waco Crime Stoppers personnel at 753-HELP. Callers do not have to reveal their names. A "Crime of the Week" appears each week in the Tribune-Herald.

# POLICE REPORT

## Aggravated Robbery

A suspect reportedly robbed a business in the 1200 block of Speight Avenue of $160.

## Burglary

● Two televisions and a videocas-

sette recorder valued at $775 were reported stolen from a residence in the 1800 block of Baylor Avenue.

## Fire Calls

The Waco Fire Department responded to the following fire calls

during the 24-hour period ending at 6 p.m. Tuesday:

● 6:19 p.m., 1428 Wooded Acres Drive, auto fire.

● 8:30 p.m., 2300 Connor Avenue, false alarm.

● 8:32 a.m., 1203 Ross Avenue, trash fire.

# OBITUARIES

## Mrs. Eva H. Pruett

McGREGOR — Mrs. Eva H. Pruett, 68, of McGregor died Monday in Waco.

Services will be at 11 a.m. today at Cole Funeral Home Chapel in McGregor, the Rev. Bill Tomlin officiating. Burial will be at Moody Cemetery.

Mrs. Pruett was born Jan. 6, 1921, in Hico and moved to McGregor in 1940. There, she married James Pruett in 1968.

She attended school in Eastland County and worked several years at the Moody Care Center in Moody. She was a member of the United Pentecostal Church in McGregor.

Survivors include her husband; a daughter, Betty Adams of Waco; five stepdaughters, Angela Moore, Janie Tucker and Connie Bozeman all of Waco, Bonnie Morgan of Cleburne and Ruth Moser of Granbury; three sons, Jerry D. Thompson and Bob Haferkamp, both of Houston, and Jimmy D. Haferkamp of China Spring; four sisters, Frances Wilson of Eddy, Lillie Shipmen of McGregor, Ada Richardson of Gatesville and May

McClaren of Desdemona; three brothers, Dawd Thompson of Hamilton, Sherd William Thompson of Gorman and Vernon J. Thompson of McGregor; 25 grandchildren; and eight great-grandchildren.

The family has designated McGregor Ambulance Association, in care of Frances Hudson, 311 S. Adams St., McGregor, Texas, 76657, for memorials.

## Adolph Gottfried Witzsche

Adolph Gottfried Witzsche, 93, of Cisco, died Sunday evening at a Cisco nursing home.

Services will be at 2 p.m. Thursday at Trinity Lutheran Church in Pottsville, the Rev. Wilburn Kensing officiating. Burial will be at Trinity Lutheran Cemetery in Pottsville.

Mr. Witzsche was born Aug. 17, 1895, in Bartlett. He was a farmer, an Army veteran of World War I and was a member of Trinity Lutheran Church in Pottsville.

Survivors include two sons, Norman Witzsche of Austin, Lee Roy Witzsche of Cisco; three brothers, Bud Witzsche of Caradan, Swat Witzsche of Pottsville, Paul Witzsche of Hamilton; four sisters,

Gertrude Menzdorf of Arizona, Louise Witzsche of Pottsville, Dora Spivey of Indian Gap, Edna Robertson of Golthwaite; four grandchildren; and seven great-grandchildren.

Riley Funeral Home in Hamilton is in charge of arrangements.

## Roderick Cummings

Roderick Cummings, 16, of Waco died Friday at a local hospital.

Services will be at 2 p.m. Friday at W.H. Littles & Sons Mortuary Chapel, the Rev. Joe Ed Johnson officiating. Burial will be at Oakwood Cemetery.

Survivors include his mother, Ocie Cummings of Waco; his father, Rufus Johnson Jr. of Dallas; a son, BrayShun Cummings of Waco; nine sisters, Regina Cummings, Lisa Cummings, Annetta Cummings, Wendy Cummings, LaShonda Cummings, Katrina Cummings, Tamika Cummings and Regina E. Kimly, all of Waco, and Bernadette Cummings of Dallas; a brother, Rickey Cummings of Waco; and his grandmother, Fannie Mae Wright of Waco.

More Obituaries, Page 8C

# Texas' first lady helps anti-litter campaign

The Associated Press

AUSTIN — First lady Rita Clements, joined by a trio of penguins loaned by Sea World, helped kick off the newest chapter in the state's highly successful "Don't Mess With Texas" anti-littering campaign.

Don Clark, spokesman for the state highway department, said penguins will be featured in the newest TV commercial, a 30-second animated message aimed at

youngsters. The spot also will use an animated version of Shamu, Sea World's killer whale.

"For the first time, we are directing our message to future habitual litterers — the young Texans," Clark said.

The "Don't Mess With Texas" campaign, started in 1985, has utilized television commercials featuring a number of Texas musicians to deliver anti-littering

messages.

"In the past three years, anti-litter efforts have reduced trash on Texas highways by nearly 60 percent," Clark said. "No other state in the nation has been so successful in so short a period of time."

Clements and three Magellanic penguins arrived at the state Capitol on Tuesday for a premier showing of the new commercial.

The National Research Council recommends that Americans eat more fruit, vegetables, whole-grain products and legumes and consume less fat, salt and cholesterol.

By MARIAN BURR
New York Times New

WASHINGT sive review trition and Council is eat less salt, fat and of chronic diseases.

The recommenda port prepared by a creasing consumpti vegetables, legume products. It also rec etary supplements calcium.

Dr. Arno G. Motu and a geneticist at t at the University of the report drew on this study went well ways.

He said the report tions between diet a diseases," tried to b many instances advi specific components rather than simply about broad food cat

The report, "Diet diet plays in cardiov tes, obesity, osteopor ic liver and kidney d study of 6,000 sc member panel. The National Rese

Easter Saving Sale

25% OFF
REG. 26.00-110.00
GIRLS', MISSES' & JR. DRESSES
A fanfare of flowers and stripes perfumed over a slim skirt. Just

**d**

epth of
pecific

ce, the
y a
nan, a
es pub-

known
stated
vocate
ce and
ing the
uildup,

A



Cheney

## House GOP whip fits mold of street-smart 'pragmatist'

**By MIKE FEINSILBER**
The Associated Press

WASHINGTON — Every president seems destined to call in moments of stress for one of a stable of utility fielders — experienced hands who know how the town works and have made few enemies but plenty of friends along the way.

They're called "pragmatists." And Dick Cheney fits the mold.

Cheney, a six-term congressman from Wyoming and the House Republican whip — second-ranking Republican in the House — was nominated Friday by President Bush to be secretary of defense after the Senate shot down Bush's first choice, John Tower.

Like his friend, former Pentagon

**Please see GOP'S, Page 12A**

## SUSPECTED



**Associated Press**

s, who narrowly escaped injury or death.

# Bystander loses life in gunfire

**By KARLA PRICE**
Tribune-Herald staff writer

A confrontation in a Waco apartment complex ended Friday with the shooting death of a teen-ager.

Roderick Terence Cummings, 18, of 504 Lenox Ave. was killed during a gun battle at the Sherman Manor Apartments, 200 Carver Ave.

"He was an innocent bystander," said Waco police Sgt. Clare Crook. "More than likely, it was over drugs — a turf war over who was controlling the area."

Police have not arrested anyone in connection with the case, and Crook declined to comment on the investigation of any suspects.

However, she said police were searching for at least one other person who may have been wounded in the conflict.

Police received a call about the disturbance about 5:45 p.m., Crook said. Although Cummings was dead at the scene when police arrived, Justice of the Peace John Cabiniss did not pronounce him dead until 8:40 p.m.

Three or more people were involved in the shooting, Crook said.

After a car arrived at the apartment com-

**Please see DISTURBANCE, Page 13A**

## scapes car bomb

avy," he said. "But on s could have been performed the reason unknown

the assistant special the Bureau of Alcohol, rms' Los Angeles field gned six agents to help stigation.

) view this incident as n against Capt. Rogers he Middle East," Roys-Department source in oke on condition of an stigators suspect the vork of terrorists.

Mrs. Rogers was uninjured and was taken to a police station, where she was joined by her husband, Capt. Will Rogers III. Rogers was home at the time of the blast, and authorities placed the family under protection. Their son was away at college and was notified.

Mrs. Rogers, a schoolteacher, was driving alone to school and was stopped at a red light when the bomb exploded at 7:45 a.m. The pipe bomb was planted on the underside of the white Toyota van, police spokesman Bill Robinson said.

"She got out just as it blew," said Kurt

**Please see TERRORISM, Page 12A**

## JOBLESS RATE FALLS

The Associated Press

WASHINGTON — Unemployment dropped to a 15-year low of 5.1 percent in February as employers created 289,000 jobs, the government said Friday in a report cited as evidence of surprising, sustained vigor in the economy.

A record 62.9 percent of the working-age population was at work last month, matching the high set in January, the department said in data calculated from its monthly household survey.

The jobless rate, stuck at 5.3 percent or 5.4 percent for five months, fell 0.3 percentage point in February to 5.1 percent, its lowest since May 1974. The last time the rate was lower was in December 1973, when it hit 4.9 percent.

MAR 11

89

# Disturbance ends in death of bystander

☐ **From Page 1A**

plex, "there was some sort of confrontation, and they started shooting," she said.

A woman who asked not to be identified said she and a small boy were caught in the gunfire. She grabbed the boy and ran away. Neither was injured.

"It's a wonder they didn't shoot me," she said. She added that she saw three men shooting at another man, not Cummings.

"He wasn't the one they wanted. The one they wanted got away," she said.

Friday's shooting death was the fourth homicide in Waco this year.

Businessman Jesse Contreras, 63, was shot Jan. 20 as he tried to protect his store from robbers, who shot him at least three times as he threw a trash can and other objects at them.

Contreras died Feb. 16 of complications from gunshot wounds to his chest and face.

Three men, John Albert Burks, 33, of Waco; Aaron Bilton Jr., 33, of 1621 N. 18th St.; and Mark McConnell, 24, of 705 S. 10th St. have been charged with capital murder in connection with the case.

Pablo Almanza, 39, was stabbed to death Feb, 23 at his Waco home. His 16-year-old stepson was detained at the McLennan County Juvenile Detention Center.

Lee Tisha Joe, 88, was discovered in her home Feb. 25. Police believe she was strangled Feb. 23 or Feb. 24 during the course of a robbery at her home.

Clydell Coleman, 52, of 700 Linn St., and Yolanda Phillips, 29, also of 700 Linn St., were charged with murder in the case.



Staff photo — Bobby Sanchez

Officer John Hambrick photographs evidence following a shooting death at Sherman Manor Apartments.

# Scott sends officers quiz on lawsuits

☐ **From Page 1A**

questionnaire. Assistant City Attorney Art Pertile also refused to comment on the questionnaire.

A plaintiff, who asked not to be identified, said the last question on the questionnaire made obvious Scott's intent: "Have any acts been committed or statements made which you feel have adversely affected the discipline and/or harmony of this Department? If so, please describe."

"He's trying to fire us," the officer said.

Another plaintiff said the internal investigation is an abuse of Scott's power.

"He's using the scope of his powers as chief to order people to give him information that may or may not help him in his lawsuits," the officer said.

Lt. Larry Kelley filed the first lawsuit against Scott last October.



**NEW FURNITURE COSTS YOU NOTHING FOR 3 MONTHS**

WEBERG furniture
SINCE 1922

**PRICE SLASHED**

Prices Slashed In Every Department On Furniture For Every Room! It's A Savings Extravaganza!

## Just Look At These Extra Special Values!



Door Buster Special!



SALE $898