...he died. He pastored for 26 years.

Survivors include two daughters... Sammie Ballard of Waco; a sister, Hattie Mae Fathering of Los Angeles; and a brother, Ollie Vann Ballard of Anglewood, Calif.

Dorsey-Keatts Funeral Home of Waco is in charge of arrangements.

## Concorde Morrissette

RIESEL — Concorde Morrissette of Las Vegas, mother of Andrew Morrissette of Riesel, died Dec. 1 at a Las Vegas nursing home. She was 89.

A Mass of Christian Burial was celebrated Tuesday at Holy Redeemer Catholic Church in Palm City, Fla. Burial followed at Forest Hills Memorial Park in Palm City, Fla.

Mrs. Morrissette was born Oct. 27, 1904. She was a native of Fall River, Mass. She had lived in Las Vegas for two years. She had previously lived in Margate, Fla.

Other survivors include three sons, Eugene Morrissette of Palm City, Fla., and Ronald Morrissette and Robert Morrissette, both of Las Vegas; two daughters, Pauline Axile of Margate, Fla., and Lorraine Soares of Portsmouth, R.I.; a brother, Lionel Lavoie of Tiverton, R.I.; two sisters, Mabel Denson and Doria Deschenes, both of Fall River, Mass.; nine grandchildren; and eight great-grandchildren.

Forest Hills Funeral Home in Palm City, Fla., was in charge of arrangements.

## Bernis Elmer Foy

JEWETT — Bernis Elmer Foy of Houston, a truck driver, died Tuesday at a Houston nursing home. He was 64.

Services will be 11 a.m. Saturday at St. Matthew United Methodist Church in Jewett, the Rev. Lee Brown officiating. Burial will be at Moore Cemetery in Jewett.

Mr. Foy was born March 13, 1929, in Mexia. He lived in Jewett and Houston. He was a veteran of the Korean War.

Survivors include four aunts, Lalota West and Lizzie Bolden, both of Jewett, and Bessie Bolden and Talla Bolden, both of Houston.

Dorsey-Keatts Funeral Home in Mexia is in charge of arrangements.

two daughters... of Olney and Alma Joyce Walker of Conroe; a sister, Alma Jordan of Dallas; 10 grandchildren; 16 great-grandchildren; and five great-great-grandchildren.

Memorials may be made to Walnut Springs Memorial Methodist Church or Walnut Springs Senior Services, Walnut Springs 76690.

Lawson Funeral Home in Meridian is in charge of arrangements.

## Modelle Johnson May

MORGAN — Modelle Johnson May of Morgan, a homemaker, died Wednesday in a Cleburne nursing home. She was 87.

Services will be 10:30 a.m. today at Lawson Funeral Home Chapel in Meridian, the Rev. Charles Payne officiating. Burial will be at Morgan Cemetery.

Mrs. May was born Jan. 15, 1906, in Union Hill community in Bosque County near Kopperl, where she grew up and went to school. In 1930, she married Ollie May and lived in various parts of Texas while her husband worked for the railroad. He preceded her in death in 1963. She returned to Morgan from Cameron in 1987. She was a Baptist and was a member of Rebecca Lodge in Brownwood.

Survivors include three sisters, Erna Day of Fort Worth, Margaret Parsley of Lakeside Village and Vivian Hudson of Cleburne.

## Guan Scott

Guan Scott of Waco died Sunday in a local hospital after a shooting in East Waco. He was 21.

Services will be 11 a.m. Saturday at East Waco Mortuary Chapel, the Rev. Wilbert Austin officiating. Burial will be at Doris Miller Memorial Park.

Mr. Scott was born April 21, 1972. He went to Waco High School. He was preceded in death by a brother, Rodrick Scott.

Survivors include his mother, Laura Scott of Waco; his father, Jimmy Watkins of Waco; his fiance, Jacqueline Hamilton; a daughter, Jessica Mea Scott; a stepdaughter, Brittany Hamilton; a sister, Debra Ann Summers; a brother, Timothy Scott; and his grandmother, Jessie M. Watkins of Chicago, Ill.

were at 11 a.m. Thursday at New Hope Cemetery, the Rev. Robert Schroeder officiating. She was 87.

Mrs. Anderson died Tuesday in a local hospital. She was born June 21, 1906, in Fort Worth. She married T.C. Anderson on Dec. 13, 1923, in Fort Worth. They moved to the Riesel area in 1947, and she had lived there since. Mr. Anderson preceded her in death on Feb. 20, 1979. She was a member of the Ladies Auxiliary and Veterans of Foreign Wars Post 2148. She was a Baptist.

Survivors include a daughter, Charlene McClain of Lorena; a brother, D.L. Grigsby of Bowie; two sisters, Mary Posey of Bowie and Charlene Grigsby of Dallas; three granddaughters; and seven great-grandchildren.

Connally-Compton Downtown Funeral Home was in charge of arrangements.

## Joseph Dennington

Joseph Dennington, infant son of Angela M. Dennington of Irving, died Wednesday at a Dallas hospital.

Graveside services will be 11 a.m. Saturday at Bell Springs Cemetery near Bynum, the Rev. Edward Sumrall officiating.

Joseph was born Dec. 8, 1993.

Other survivors include his maternal grandparents, Shirley and Roy Dennington of Irving; and his maternal great-grandparents, Frances and Ocie Custer of Bynum and Irene Dennington of Irving.

Marshall and Marshall Funeral Home in Hillsboro is in charge of arrangements.

## Hellen L. Andrues

HEARNE — Hellen Lucille Andrues of Hearne, a homemaker and seamstress, died Wednesday in Franklin. She was 78.

Services will be 10 a.m. Saturday at Blair-Stubbs-McCauley Funeral Home Chapel in Franklin, the Rev. Clifford Barnett officiating. Burial will be at Franklin Cemetery.

Mrs. Andrues was born Sept. 15, 1915, in Tempson. She lived in Hearne for the past 30 years after moving from Lake Jackson. She was a Baptist.

Survivors include two sons, Ben H. Luhn Jr. of Hearne and Tomas Luhn of Franklin; and seven grandchildren.

...be at Oakwood Cemetery.

Dalivikio was born Sept. 28, 1975. He attended Waco Independent School District and later attended Texas State Technical College.

Survivors include his mother, Willie Jean Brown of Waco; two brothers, Harold D. Brown and Marcus D. Brown, both of Waco; six sisters, Shelia Bates of Hewitt, Billie Faye Dudley of Dallas, and Aldora Peoples, Cesselie Gowan, Romie Turner and Regine Wade, all of Waco.

## Bobby Dale Ellis

HICO — Bobby Dale Ellis of Hico, a custom upholstery shop owner in Hico, died Wednesday at a Temple hospital. He was 63.

Services will be 2 p.m. today at Duffau Baptist Church near Hico, the Rev. Tony Nickel and the Rev. Larry Mills officiating. Burial will be at Duffau Cemetery.

Mr. Ellis was born Jan. 20, 1930, in Fort Worth. He lived in Odessa and moved to Hico in 1974. He was a truck driver for Exxon before owning and operating a custom upholstery shop in Hico. Mr. Ellis served in the U.S. Navy during World War II. He married Betty Ryan. Mr. Ellis was a member of Duffau Baptist Church.

Survivors include his wife; a son, Steve Ellis of Hico; his parents, Mr. and Mrs. M.L. Ellis of Mansfield; a sister, Barbara Wright of Arlington; three brothers, Lynn Ellis and Jerry Ellis, both of Arlington; and Don Ellis of Mansfield; and a grandchild.

Rutledge Funeral Home in Hico is in charge of arrangements.

## Edward J. McCarthy

Edward J. McCarthy of Waco died Thursday at a local hospital. He was 73.

Arrangements are pending at Dorsey-Keatts Funeral Home in Waco.

## Marion S. Harrington

Marion S. Harrington of Temple died Thursday in a Temple hospital. He was 70.

Arrangements are pending at W.H. Littles & Sons Mortuary in Temple.

001508

DEC 10 1993          WACO TRIB HERALD

# LOCAL

## BRIEFLY

### at dinner to volunteers

tat for Humanity will cele-
h annual Advent Dinner at
instead of Thursday in the
lall of Austin Avenue Unit-
Church. Some people were
otified by mail that the din-
Thursday.

t Dinner honors Waco Hab-
inity volunteers and recog-
r their efforts.

rom the fund-raiser go to
us efforts and projects of
t for Humanity and its sis-
1 Nicaragua.

r the Advent Dinner are
lts and $2.50 for children,
num of $20 per family.
information, call Waco
lumanity at 756-7575.

### aks meeting

ks Neighborhood Associa-
Waco Police Department's
1 Narcotics Enforcement
leet at 6 p.m. Tuesday at
ic Church, 15th Street and
iue. For more information,
or 753-8178.

### s blood drives

Red Cross blood drives
s week include:
at First United Methodist
Madison Street in McGre-
1.
ay at AAFES, 1801 Ex-
way in Waco, 9 to 11 a.m.
p.m.
at Veterans Affairs Medi-
Marlin, 1016 Ward St., 8 to

---

### THINGS TO DO

**Tonight:** MCC Chorale and Wind Symphony concert, 8 p.m., Ball Performing Arts Center, MCC campus.

### TAKE NOTE

■ WISD Parent University will have a practical parenting meeting at 6 p.m. today at J.H. Hines Elementary School, 1102 Paul Quinn St.

### INSIDE THIS SECTION

Obituaries/2C

Classified/5C

LOCAL

# Man fatally shot outside E. Waco bar

## 29th death in '93 equals record homicide rate posted in '89

**By AMY WALTON**
Tribune-Herald staff writer

The death of a 21-year-old Waco man who was shot and killed outside a bar in East Waco early Sunday morning brings the total number of homicides in the city in 1993 to 29, tying the record for the most homicides in a single calendar year.

Guan Scott of 1124 Paul Quinn St. was shot in the head with a handgun in

## POLICE REPORT

the parking lot of Dottie's Bar, 701 Cherry St., at about 1:20 a.m., according to police reports. He was taken to Hillcrest Baptist Medical Center, where he was pronounced dead shortly before 2 a.m.

McLennan County Justice of the Peace John Cabaniss has ordered an autopsy on the body.

Details about the circumstances leading to the shooting were not available from police.

No arrests had been made late

Sunday.

An employee of Dottie's Bar on Sunday afternoon would say only that the shooting took place outside the bar and that he knew nothing about the incident.

Waco also recorded 29 homicides in 1989, the highest number in a calendar year since officials began keeping records.

Eight homicides were recorded during the first six months of 1993. Twenty-one have occurred since July.

The most recent was the shooting death of Rojelio Sardaneta, 32, of Waco on Nov. 20. Sardaneta was shot nine times in the chest, arm and leg at an

apartment at 2020 Primrose Drive.

Joe Condilario Ortega, 47, of Hewitt was later arrested and charged with murder in the death of Sardaneta, his son-in-law.

### Aggravated robbery

Two Baylor students were held at gunpoint Saturday and robbed of their purses and more than $200 cash while they were parked in the 1100 block of University Parks Drive eating dinner.

The two women, both 18, were sitting in a gray 1992 Ford Tempo about 7 p.m.

**Please see POLICE, Page 3C**





# Clearing a path to the polls

**New voter registration cards to list precincts, districts**

001509

WACO TRIBUNE HERALD . P. 2A

**MONDAY, DEC. 6, 1993**

## TODAY'S SUMMARY

### On the front page

■ The fix-it crew of the shuttle Endeavour ventures into the cargo bay to toss one of the Hubble Space Telescope's troublesome solar wings overboard, turning it into space junk.

■ Two months after she was abducted at knifepoint from a slumber party at her Petaluma, Calif., home, and a day after her body was found, a community mourns 12-year-old Polly Klaas.

■ King Herod will hold court and shepherds and wise men will gather at the manger as Shiloh Baptist Church performs its annual re-enactment of the Nativity this week.

### Local



■ The death of a 21-year-old Waco man who is shot and killed outside a bar in East Waco brings the total number of homicides in the city in 1993 to 29, tying the record for the most homicides in a single calendar year./1C

■ Baylor University's faculty, staff and students are giving a Christmas party Friday for about 400 children from poor families, who are in area day-care centers./1C

■ Historical buildings, commitment and the money to back it up have landed Marlin on the state's 1994 Main Street program list./1C

### Texas

■ A private laboratory says it has developed a blood test that could provide a simpler way for women to find out if their silicone breast implants have ruptured./3A

### Nation



■ Even as public fear of crime is pushing Congress to vote for harsher criminal penalties and more police, the number of serious crimes has declined slightly, the FBI reports./5A

■ A 4-year-old boy who police said survived a 40-hour odyssey of wandering the streets of downtown Los Angeles is reunited with his mother morning after being found by an unemployed day laborer who bought the boy a meal and telephoned authorities./3C

### World

■ Leftists in Rome beat back a challenge by neo-fascist candidates, including the granddaughter of dictator Benito Mussolini

### THOUGHT FOR TODAY

"Marriage is a lottery in which men stake their liberty and women their happiness."

**Madame Virginie de Rieux, 16th-century French writer**

Austria./4A

■ A Palestinian boards a bus and opens fire with an assault rifle, killing a reservist before being gunned down by troops in the first major attack inside Israel since it signed a peace pact with the PLO./5A

### Sports



■ Jerry Glanville in his first visit to Houston since being forced out as the Oilers' coach in 1989, sees his Atlanta Falcons throw six interceptions in Houston's 33-17 victory./1D

■ Louisiana State University captures the fifth annual National Invitational Volleyball Championship in its first tournament appearance, claiming the Founder's Cup with a 3-0 win over Baylor./1D /1A

### Obituaries

**Page 2C of today's paper**

Brown, Delores, 46
Burt, Edith, 76
Davis, James Edwin, 74
Dunlap, Addie (Dollie), 85
Foster, Jimmy Earl, 42
Garner, Layton, 80
Hartley, Jim Doyle, 37
Hastings, Vivian I., 80
Hendrick, Dicy Lee, 90
Hering, Waldine, 69
Marquez, Alejandra, infant
Marquez, Elizabeth, infant
McGowen, Ada Jean, 69
Roberts, Ben Lois, 82
Rutherford, Nettie Jane, 96
Williams, Martha, 75

### GETTING IT RIGHT

A picture on Page 4A of Sunday's Tribune-Herald was misidentified as NASA astro-



---

**Weather data:**



30s
40s
60s
70s (H)
80s

Y PT CLOUDY  CLOUDY

me conditions and high temperatures

KAN.    MO.
OKLA.    ARK.
Wichita Falls 56°
Dallas 62°
Austin 63°    LA.
62°
Houston 68°
...ville 72°

now  Ice  Sunny  Pt. Cloudy  Cloudy
©1993 Accu-Weather, Inc.

| | | |
|---|---|---|
| Corpus Christi | 75 | 42 |
| Dallas | 70 | 43 |
| El Paso | 68 | 31 |
| Fort Worth | 68 | 42 |
| Galveston | 69 | 59 |
| Houston | 72 | 45 |
| Longview | 65 | 38 |
| Lubbock | 67 | 32 |
| Midland-Odessa | 73 | 37 |
| Paris | 61 | 38 |
| San Angelo | 75 | 39 |
| San Antonio | 76 | 36 |

| | | |
|---|---|---|
| Lima | 72 | 63 | cdy |
| London | 50 | 41 | clr |
| Madrid | 63 | 41 | cdy |
| Manila | 88 | 73 | rn |
| Mexico City | 72 | 45 | cdy |
| Moscow | 10 | 05 | sn |
| Nairobi | M | M | M |
| New Delhi | 81 | 52 | clr |
| Nicosia | 68 | 46 | clr |
| Osaka | 54 | 39 | clr |
| Oslo | 43 | 35 | clr |
| Paris | 46 | 34 | cdy |
| San Juan | 86 | 72 | clr |
| Santiago | 75 | 52 | clr |

---

**MONDAY, DEC. 6, 1993**

# Lab develops

### By LAURA TOLLEY
The Associated Press

HOUSTON — A private laboratory says it has developed a blood test that could provide a simpler way for women to find out if their silicone breast implants have ruptured.

Emerald Biomedical Sciences Inc. says the test measures antibodies to silicone, the substance used in devices implanted in more than 1 million American women.

Officials at Emerald, a lab based in The Woodlands, north of Houston, said the test doesn't pass any judgment on the implants' safety but simply measures antibodies to silicone.

"What we're finding is women with ruptures or leakage have significantly higher antibody lev-

els," said Ri... company's pre...

Furlin said... approval from... Administrati... test, which he... instead of su... testing to dete... plants have ru... ing. He also s... aid research... whether a li... implants and ... Some scien... researchers f... if silicone im... And one resea... test complete... "The antib... moved from a... do with the s... plant and its ... Bernard Pat... fessor of neur... lege of Medic...

# State expects ris

### But officials say drop in current level of thefts is worth the trade-off

### By JEN SANSBURY
Cox News Service

AUSTIN — By moving vehicle registration stickers from the rear license plate to interior car windshields, state officials are trading one problem for another.

They expect the new placement of the stickers to drastically reduce rampant theft but they expect to encounter a new counterfeiting craze.

"But we feel like the counterfeit(ing) will be much less than the number (of stickers) that are stolen each year," said Jerry Dike, director of the motor vehicle titles and registration division of the Texas Department of Transportation.

Although license plate stickers

have been c... has been the... far. The dep... that 60 perc... stickers it rei... be replaced... costing the st... ernments mil...

Officials d... the counterfe... be since con... stickers just ... All motorists... stickers withi...

Registrati... $40.50 to $58.... year and ma... cause proof o... is required fo... motorists who... be tempted to... legally. The I... lic Safety see... with vehicle ... which also c... without liabil...

"A lot of tir... $50 for (a fak...



001510