*TRIBUNE*

## UARIES

WACO HERALD ~~THE~~ SATURDAY SEPT 20 1986



### Warren

M. Warren, 95, of ... iday at a local retire-

... ll be 4 p.m. Saturday ... Baptist Church, the ... Barnes officiating ... at New Hope Ceme-

... n was born Jan. 15, ... essee and attended ... She came to Texas as ... She was married to ... in 1908 in Texas; he ... She was a charter ... New Hope Baptist

... include two daugh- ... Grover (Margaret) ... co and Mrs. Gretta ... ewitt; 17 grandchil- ... -real-grandchild ... will be at 2600 Co-

... latch Funeral Home ... arrangements.

### y Bailey

— Mrs. Ruby Bailey, ... died Wednesday at a ... al.

... ll be 11 a.m. Monday ... Missionary Baptist ... Rev. Dennis R. Ever- ... g. Burial will be at ... st Memorial Park in

... y was born May 20, ... Lennan County, the ... Jr., and Mrs. Dan Hop- ... is a member of Mar- ... Baptist Church. ... include two sons, ... ailey of Los Angeles



RED!!

W WE
THEM...

IOUS
CEILING

NOT
MISS
SALE

ONE CALLS

AT
AN CO.

85
ridges

---

and Charles E. Bailey Sr. of Mar- lin; two brothers, Washington Hop- wood of Garland and Dan Hop- wood Jr. of Marlin; four sisters, Mrs. Ethel Giddings and Mrs. Lena Haskell, both of Marlin, Mrs. Mattie Stovall of Midland and Mrs. Virginia Howard of Los Angeles; and eight grandchildren.

Dorsey & Keatts Funeral Home of Marlin is in charge of arrange- ments.

### Mrs. Lottie Mackey

Mrs. Lottie Mackey, 84, of Waco, formerly of Hillsboro, died Thurs- day at a local nursing home.

Services will be 2 p.m. Sunday at Marshall & Marshall Funeral Home Chapel in Hillsboro, the Rev. J.W. Bruner Jr. officiating. Burial will be at Ridge Park Cemetery in Hillsboro.

Mrs. Mackey was born Aug. 2, 1902, in Itasca and grew up in Cle- burne. She was married to Harvey Mackey July 12, 1928; he died June 19, 1983.

She was a member of First Bap- tist Church of Hillsboro and was past president of the Hillsboro Garden Club, Hillsboro Library Board and the Monday Review Club. She was one of the founders of Bond's Alley Art Show.

Survivors include a daughter, Mrs. Tom H. (Eleanor Lou) Collins Jr. of Waco; a brother, Lyle G. Lankford of Oak Ridge, Tenn.; a sister, Linnie Dantin of Galveston; and two grandchildren.

The family has designated the American Cancer Society, the Hillsboro Library or the Historic Waco Foundation for memorials.

### Alvin Schiller

Alvin Glenn Schiller, 62, of Cald- well, father of Mrs. Gary (Glenda) York of Waco, died Friday at a Caldwell hospital.

Services will be 2 p.m. Sunday at Phillips-Luckey Funeral Home Chapel in Caldwell.

Mr. Schiller was born Nov. 30, 1923, in Caldwell and was a life- time resident. He was a licensed funeral director and embalmer with the Phillips-Luckey Funeral Home in Caldwell.

Mr. Schiller was a member of the First Baptist Church in Cald- well. He was a member of the Caldwell Lions Club and the War- ren Masonic Lodge no. 56 of Cald- well.

Other survivors include his wife, Frances Schiller of Caldwell; a sis- ter, Mrs. Bernice George of Cald- well; and two grandchildren.

### Mrs. Mattie Hitchcock

Mrs. Mattie Hitchcock, 81, of Waco died Thursday at a Temple hospital.

Graveside services will be at 2 p.m. Saturday at Oakwood Ceme- tery, the Rev. Terri Garner offici- ating.

Mrs. Hitchcock was born April 18, 1905, in Moran. She lived in Los Angeles most of her life. She was retired from the drafting depart-

---

Agnes C. Britt of Waco and Doris Wents of Los Angeles; and three nephews, Ed Cole of Houston, Hugh Cole of Idaho Falls, Idaho, and Dr. Richard D. Cole of Peoria, Ill.

The family will be at 2707 Trice Ave.

Connally-Compton Downtown Funeral Home is in charge of ar- rangements.

### Homer Shields

Homer Shields, 68, of 2023 S. Ninth St. died Thursday at a local hospital.

Services will be at 4 p.m. Mon- day at Dorsey & Keatts Funeral Home Chapel, the Rev. Charles Washington officiating. Burial will be at Oakwood Cemetery.

Mr. Shields was born Apr. 27, 1918, the son of Mr. and Mrs. Ro- bert Shields.

Survivors include his wife, Mrs. Mae Jimmie Shields; two daugh- ters, Sharon Shields and Carla Shields, both of Waco; three sons, Larry Shields and Michael Shields, both of Waco, and Mack Shields of Dallas; a brother, Lewis Shields of Los Angeles; a sister, Mrs. Be- atrice Enge of Waco; and two grandsons.

### Pat W. Bolton

MEXIA — Pat W. Bolton, 63, of Mexia, retired staff manager for the American National Insurance Co., died Friday at a Waco hospi- tal.

Services will be 2 p.m. Sunday at Calvary Baptist Church in Mexia, the Rev. Truman Ledbetter offici- ating. Burial will be at Mexia Cemetery.

Mr. Bolton was born June 6, 1923, in Groesbeck and was a long- time Limestone County resident. He was a member of Calvary Bap- tist Church in Mexia. He served in the Marines during World War II.

Survivors include his wife, Thelma Bolton; two sons, Wendell Bolton and Mike Bolton, both of Mexia; a daughter, Mrs. Bobby (Patty) Miller of Henderson; a sis- ter, Mrs. Louise Welch of Waco; and seven grandchildren.

Blair-Stubbs Funeral Home in Mexia is in charge of arrange- ments.

### Tony P. Bennett

Tony P. Bennett, 74, of 2733 Pine Ave., operator of Highland Gro- cery Store for 32 years, died Friday at a local hospital.

Graveside services will be at 11:30 a.m. Monday at Waco Me- morial Park, chaplain Curtis Hol- land officiating.

The family will be at Wilkerson- Hatch Funeral Home from 3 to 4:30 p.m. Sunday.

Mr. Bennett was born Oct. 15, 1911, in Turnersville. He attended schools in Turnersville and Gates- ville. He attended John Tarleton College (now Tarleton State Uni- versity) in Stephenville and later attended Baylor University.

He was married to Vivian Lewis

---

Survivors include his wife, Vivian Bennett; two sons, Randall P. Bennett of Los Angeles and Wil- liam P. Bennett of Bonifay, Fla.; two sisters, Rubye Bennett of Aus- tin and Gladys Saunders of Pearl; a brother, Clyde Bennett of Waco; and three grandchildren.

Wilkirson-Hatch Funeral Home is in charge of arrangements.

### Roderick Scott

Roderick Scott, 16, of 1134 Paul Quinn St. died Wednesday at a local hospital.

Services will be at 11 a.m. Satur- day at East Waco Mortuary Chapel, the Rev. Woodrow Wilson officiating. Burial will be at Doris Miller Cemetery.

Mr. Scott was born Feb. 22, 1970, in Waco. He attended Waco High School, where he was a member of the choir. He was a member of Paul Quinn Baptist Church.

Survivors include his mother, Mrs. Laura Scott of Waco; two brothers, Guan Scott and Timothy Scott, both of Waco; a sister, Debra Jones of Waco; and grand- mothers, Mrs. Lessie Gray and Mrs. Lucille Morgan, both of Waco.

## Conservative Lutherans may break away

The Associated Press

NEW YORK — A group of con- servative Lutheran ministers and laity said Friday they will form their own church if three Lutheran denominations merge as planned.

The Rev. Duane Lindberg of Waterloo, Iowa, said the splinter group, the Association of Amer- ican Lutheran Churches, was pro- posed last month.

Church members from Califor- nia, Illinois, Iowa, Oklahoma, Minnesota, North Dakota and South Dakota met in St. Paul, Minn., as the three denominations discussed the merger.

The Lutheran Church of Amer- ica, the American Lutheran Church and the Association of Evangelical Lutheran Churches agreed to merge into the 5.3-mil- lion member Evangelical Lu- theran Church in America.

The merger is to take effect Jan. 1, 1988, if approved by an LCA convention next spring and by two- thirds of the ALC's 4,900 congrega- tions.

Lindberg said leaders of the splinter group were conservative members of the ALC who felt the statement of faith by the new church was not stringent enough, and opposed its authority over in- dividual congregations.

"We feel very discouraged — not angry with anyone, but simply discouraged," Lindberg said.

He estimated that 500 congrega- tions eventually would join the conservative church.

---

## Trooper honored in Austin

From staff and wire reports

Trooper David Eldridge ... the Department of Publ ... Safety's Waco district r ... ceived a special merit awa ... Friday at the Attorney Ge ... eral's Conference on La ... Enforcement in Austin.

Eldridge was selecti ... from 91 nominees by a s ... cial committee headed by ... Tom Green County Sheri ... Ernest Haynes.

Attorney General Ji ... Mattox made the present ... tion.

Mattox said Eldridge, ... was credited with making ... smuggling arrests in a on ... year period, in addition to h ... regular traffic duties. Matt ... said the narcotics seized l ... Eldridge had been valued ... up to $900,000.

During the same year, l ... dridge also seized 21 fir ... arms and six stolen cars.

In June, Eldridge becan ... the first person to receive ... Director's Citation twic ... Col. James Adams, DPS ... rector, made the present ... tion at a special ceremony ... Waco.

Sgt. Gordon Payne, I ... dridge's supervisor, said E ... dridge, who has a history d ... gree from North Texas Sta ... University, has a knack f ... turning up drug smugglers.

"David's very observant ... he said. "I've told a lot ... people that I believe Dav ... sees what he sees. Many pe ... ple see things, but they don ... realize what they see. Whe ... David sees something, I ... analyzes it."

Eldridge patrols along I ... terstate 45 in Fairfiel ... which DPS officials say is ... major drug trafficking a ... tery between Houston an ... Dallas.

Also honored at the co ... ference was Dallas Polic ... Department Cpl. Robert I ... Baird, who was named stai ... wide Law Officer of th ... Year.

Mattox said Baird was ... 15-year veteran of the Dalla ... department and for the pas ... 10 years has been a fiel ... training officer.


0015  WHY BU

WACO HERALD TRIBUNE        FRIDAY SEPT 19, 1986

great-grandchildren.

The family will be at 2225 Ridge-crest Circle.

Wilkirson-Hatch Funeral Home is in charge of arrangements.

## Earl (Pop) Collins

Earl (Pop) Collins, 65, of Waco died Monday at a Temple hospital.

Services will be at 2 p.m. Friday at W.H. Littles & Sons Mortuary Chapel, the Rev. R.L. Harris officiating. Burial will be at Rosemound Cemetery.

Mr. Collins was born Oct. 19, 1920, son of Willie and Roena Burks Collins. He attended Furney Richard High School and was a member of Dallas Howard AME Church, both in Teague. He served in the Army.

Survivors include his wife, Nettie Collins of Waco; a daughter, Charles Etta Howard of Waco; and two grandchildren.

The family will be at 1214 Chestnut St.

## Harold David Rubel

Harold David Rubel, 48, of Waco died Wednesday at a Marlin hospital.

Services will be at 2:30 p.m. Thursday at Wilkirson-Hatch Funeral Home Chapel, the Rev. Preston Bunnell officiating. Burial will be at Rosemound Cemetery.

Mr. Rubel was born June 13, 1938, in Waco. He was a registered nurse and worked for Torbett-Hutchings-Smith Memorial Hospital in Marlin. He served in the Air Force.

Survivors include two daughters, Marsha Jones of Tyler and Charlotte Mitchell of Mexia; and three grandchildren.

## Ray Jackson

MERIDIAN — Ray Jackson, 76, of Silsbee, formerly of Meridian, died Tuesday at a Waco hospital.

Services will be at 2 p.m. Thursday at Friendship Baptist Church near Gladewater, the Rev. Charles Paschall officiating. Burial will be at Starrville Cemetery near Gladewater.

Mr. Jackson was born July 11, 1910, in Mesquite. He was a veteran of World War II. He retired as foreman at the N.P. Powell Ranch between Meridian and Clifton after 25 years.

Survivors include his wife, Juan-

ita Jackson; a son, Ronald Jackson of Beaumont; a daughter, Mrs. James Wiede of Clifton; a brother, Louis Jackson of Dallas; two sisters, Mrs. Mildred Ray and Mrs. Faye Lowe, both of Winona; and five grandchildren.

## POLICE REPORT

### Burglary

● A television, a cablevision box, a radio and other items valued at $575 were reported stolen from the 400 block of Lottie Street.

● A refrigerator, a videocassette recorder and seven televisions valued at more than $2,000 were reported stolen from a delivery truck parked at Master Appliance Co., 408 N. Valley Mills Drive.

### Fire calls

The Waco Fire Department answered the following calls during the 24-hour period ending at 5 p.m. Wednesday:

● 5:36 p.m., 2600 Franklin Ave.; motorcycle fire.

● 8:01 p.m., 1617 N. 18th St.; unauthorized burning.

● 9:31 p.m., Lake Waco dam; car fire.

● 11:03 p.m., 1817 N. 39th St.; car fire.

● 10:15 a.m., 2023 S. Ninth A St.; assist Daniel Emergency Medical Service.

● 11:00 a.m., 1112 Clay; smoke scare.

## Prolonging life to be topic of conference

### By LYNN BULMAHN
Tribune-Herald staff writer

Ninety Waco area residents have preregistered for the Sept. 24 teleconference, "Who Lives? Who Dies? Who Decides?" at Hillcrest Baptist Medical Center.

The teleconference on medically prolonging life will be shown in 140 sites around the nation. Ted Koppel, ABC-TV's "Nightline" anchorman, will host the closed-circuit teleconference.

"Every day — actually, I could say every hour almost — we get another phone call about the conference," said Penny Flood, director of education at Hillcrest. "We're excited about the opportunity for folks to be involved in a teleconference of this magnitude."

She said several representatives of health facilities, including hospitals, nursing homes and retirement centers, as well as people from the general community, have registered for the conference.

Mrs. Flood said there still are openings for seats at the teleconference to be held on the fifth floor of the Pace Building at Hillcrest.

People wanting to register

## Waco teen-ager shot in chest

A 16-year-old Waco boy died Wednesday night after he was shot in the chest in the 200 block of Clifton Street, said a Waco Police Department spokesman.

He was taken to Hillcrest Baptist Medical Center late Wednesday, a Waco police spokesman said. He was shot once with a small-caliber gun, according to the spokesman.

His name was not released.

According to another police spokesman, a man shot the 16-year-old, who was with his brother, over an earlier altercation.

The boy was found lying next to a Ford Torino, the police spokesman said. Police received the call at 9:32 p.m.

Police have one suspect, the spokesman said.

## UT-managed funds surpass Harvard aid

### By MONTY JONES
Cox News Service

AUSTIN — After years as runner-up to Harvard University, the endowment funds managed by the University of Texas System have become the largest in the nation.

The UT-managed funds had a market value of about $3.6 billion at the end of August, just ahead of Harvard's $3.5 billion.

According to a survey published in The Chronicle of Higher Education, UT surpassed Harvard at the end of each school's 1985 fiscal year, when the market value of the UT funds was $2.9 billion and Harvard's was $2.7 billion.

A year before, Harvard led with $2.5 billion, and UT had $2.3 billion.

UT officials have not been bragging about the change in position.

They pointed out that Harvard's endowment supports a campus of less than 15,000 students, while most of the funds managed by UT are shared by the 14-campus UT System, Texas A&M University at College Station and Prairie View A&M University, which total about 160,000 students.

The officials also said that constitutional restrictions on investment and use of the Permanent University Fund, the largest portion of the endowment money managed by UT, should be taken into account when comparing the fund with endowments of more flexible private schools like Harvard.

The fund, which had a market value of $3.1 billion at the end of August, was started with oil and gas revenue from university land in West Texas, but the fund's assets now grow mostly through stock market investments.

The UT System also has about $500 million in endowment funds

## LOCAL

# Village to be m

□ From Page 1B

the settlement at a cost of more than $2 million since acquiring Plantation Ranch in the late 1940s.

The artifacts are being transferred to a storage facility in Waco and the buildings will be moved Oct. 6-7 in a 100-vehicle caravan.

The buildings include a town hall which also is used as a church, a two-story hotel, a one-room schoolhouse, a commissary (old store and U.S. post office), a blacksmith shop and harness house, a saddlery which was a former slave quarters, a saloon ("Texana Hall of Memories"), a barbershop, a livery stable and dance hall, a hide house, a cotton gin and log cotton

house, a hand-h frame dog-trot

Among the a Daniel's person blowing horns, surveying tran and other log and forestry first sand and and bits. Most in looking afte Southeast Tex years.

In addition, t horse-drawn mounted longh boat paddle wh from movies s and extensive mon saddles, r

# Train festival o

□ From Page 1B

Texas Train Festival pin.

Festival pins will provide discounts or free admission to festival events and can be obtained at the Convention Center, the museum or at Jack's Discount Stereo in Waco for $3.50.

Street Dance One with the country band Firecreek will be from 8 p.m. to midnight Friday at the Civic Center grounds. Rock band Moods will play from 8 p.m. to midnight on Saturday. Admission will be $3.50, or $1 with a pin. The dances will move to the National Guard Armory if it rains, Mears said.

The heart of the festival's events for train enthusiasts will be the train-modeler's show at the convention center and historic exhibits at the Railroad and Pioneer Museum, both starting at 10 a.m. Saturday and at 1 p.m. Sunday.

The Convention Center will close at 6 p.m. both days and the museum will close at 6 p.m. Saturday and 5 p.m. Sunday.

The modeler's show will revolve around four large sets of track assembled by four Texas train-model clubs, said Bob Winters. Winters is treasurer of the local Centra-Mod Model Railroad Club of that is

## SCHEDU

THURSDAY
7 p.m.; Sylvia ter, $10 or $6.50
FRIDAY
8 p.m. to m One, Firecre grounds, $3.50
SATURDAY
10 a.m. to 6
Show, Civic Ce for 6- to 12-year
10 a.m. to 6
Days, museum adults, $1 for ch er, free with pin
10 a.m. to
Rides, museum
1 p.m.; Tem chestra, museu

hosting the tra
Also displa smaller train youths and the train model gondola train clinics on m niques and a pl
In addition, with train models for sale "Most train conventions,

# Teague woman acqui

□ From Page 1B

what the score is, too.

Wilson, who was in county jail when he met Wettermark, testified Tuesday as the state's key witness that he agreed to shoot Gage when he was released. Wilson said Wettermark offered to pay him in 250 pounds of pot, worth about $300,000, which he kept buried in the house.

Wettermark was in jail at the

fense.

Similarly, th the jurors' ske eration, Powe jurors also mark's veracit tion about Mr did not testi quick.

We did no was there tha her to it," he s

**001512**

light

ium A. Oncken of Horse-
y, Henry K. Oncken and
Oncken, both of Spring;
ters, Minnie Rathcamp of
Bertha Preston of Hous-
Adaline Cawlfield of Dal-
o brothers, Clemmons
and Robert Oncken, both
ston; six grandchildren;
eat-grandchild.

## annie Griffin

annie Jane Bennette Grif-
f-Antioch, Calif., formerly
died Friday in Antioch.
rial services will be at 2
day at Tabernacle Baptist
the Revs. Walter G. Lid-
Don Honaker officiating.
Griffin was born Feb. 1,
Burnet and was a longtime
esident. She had lived in
a City, Okla., and Califor-
was a member of Taber-
iptist Church.
vors include a son, Henry
Griffin of Bethany, Okla.;
iter, Lorene Griffin New-
f Byron, Calif.; a sister,
Bennett Pittman of Waco;
grandchildren and six
andchildren.
amily has designated Tab-
Baptist Church for me-

## iulia (Dudie) Renno

Julia (Dudie) Renno, 94, of
nity Drive died Thursday
esidence.
ces will be at 2:30 p.m.
y at Wilkirson-Hatch Fu-
ome Chapel, the Rev. H.J.
officiating. Burial will be
Memorial Park.
Renno was born Aug. 2,
Dallas and attended Dallas
She moved to Waco in 1919
ked for Wood Manufactur-
everal years.
as a member of Columbus
Baptist Church where she
ated in the Kyle Yates
school class.
vors include nieces Mrs.
mma) Harry and Miss
foorefield, both of Waco,
eral other nieces and neph-

family will be at at 1713
Drive.
family has designated Co-
Avenue Baptist Church for
als.

## (Bud) Copeland

ESVILLE — L.R. (Bud)
d, 76, of Gatesville, a vet-
World War II and the Ko-
ar, died Thursday morning
tesville hospital.
ices will be at 11 a.m. Satur-
l Scott's Funeral Home
in Gatesville, the Rev. Rex
fficiating. Burial will be at
d Cemetery.
Copeland was born May 5,
Coryell County, the son of
and Annie Copeland. He
ared in the Seattle com-
in Coryell County.
as married to Lillian Twin-
Oct. 18, 1948. He retired
e Army in 1955 and moved
sville.
ivors include his wife; and
sisters, Johnnie Palmer,
Tippitt and Edna Rhea, all
sville.

## Edna Montgomery

Edna Montgomery, 51, of
1, Pecan Lane, in Bellmead
ursday at a local hospital.
ices will be at 2 p.m. Satur-
Marshall Chapter Mission

11:30 a.m. Saturday at ...
cemetery the Rev. ... Crep-
pon officiating.
Mrs. Hopkins was born Sept. 2,
1919, in Waco and attended Waco
public schools. She was married to
J.D. Hopkins in 1936. She was an in-
surance agent for American Na-
tional Life Insurance Co. for 20
years until her retirement.
Survivors include her husband;
a son, Brian Keith Hopkins of Bell-
mead; a sister, Mrs. Jackie Lee
Lyon of Waco; and one grandchild.
Wilkirson-Hatch Funeral Home
is in charge of arrangements.

## Odis Weldon Anderson

HUBBARD — Odis Weldon An-
derson, 68, of Hubbard and opera-
tor of a grocery store there for
several years, died Thursday at a
Hubbard hospital.
Services will be at 2 p.m. Satur-
day at First United Methodist
Church in Hubbard, the Revs.
Travis Franklin and L.E. Crabtree
officiating. Burial will be at Fair-
view Cemetery in Hubbard.
Mr. Anderson was born Dec. 18,
1917, in Hill County and was a long-
time Hubbard resident. He was a
member of the First United Meth-
odist Church in Hubbard and was
an Army veteran of World War II.
Survivors include his wife, Doro-
thy Garrett Anderson; three sons,
O.D. Anderson of Rocksprings, Jim
Anderson of Waco and Scotty An-
derson of Hubbard; two daughters,
Sharon McCann of Webster and
Nancy Smith of Liberty City; two
brothers, Glenn Anderson and
James Anderson, both of Hubbard;
and three sisters, Rozene Ham-
mer, Neek Adair and Bennie
Hughes, all of Hubbard; 11 grand-
children; and a great-grandchild.
Eubanks-Wade Funeral Home
in Hubbard is in charge of ar-
rangements.

## Mrs. Dorothy W. Duke

Mrs. Dorothy W. Duke, 79, of
Austin, formerly of Waco, died
Tuesday in Austin.
Graveside services will be at
noon Friday at Cloverhill Ceme-
tery in Lott, the Rev. Richard
Thompson officiating. Memorial
services will be at noon Sunday at
Central Presbyterian Church in
Austin.
Mrs. Duke was born June 4, 1907,
in Lott, daughter of Dr. R.B. and
Marguerite Sonora Whiteside. She
was a member of Central Presby-
terian Church for 50 years and was
active in the Circle No. 3 mission.
Survivors include her husband,
Ersell C. Duke; a son, Ersell Cal-
vin Duke Jr. of Austin; and two
grandchildren.
The family has designated Cir-
cle No. 3, in care of Central Pres-
byterian Church, for memorials.
Cook-Walden Funeral Home in
Austin is in charge of arrange-
ments.

## Feazell fans attend rally

### □ From Page 1C

"I was elected by the voters to
use my discretion," Feazell said. "I
was elected by the voters to see
justice done. To prosecute hard
when it needed to be hard, and to
give mercy when mercy needed to
be given."
Former Congressman W.R.
(Bob) Poage also was outraged at
Feazell's treatment at the hands of

Bob Thomas, said. Entrapment is
an affirmative defense. If the issue
of entrapment is raised and sub-
mitted, then the court must in-
struct the jury to acquit the de-
fendant if a reasonable doubt ex-
ists on the issue."
Thomas wrote in his statement
that evidence was at least suffi-
cient in the case to raise entrap-
ment as an issue, and Fluitt was
entitled to have the jury instructed
on entrapment.

## Police charge 22-year-old with murder

Waco police Thursday arrested
a 22-year-old man in the shooting
death of a Waco High School stu-
dent.
Police charged Edward De-
wayne Willis, 606 Lottie St., with
murder in the Wednesday night
shooting of 16-year-old Rodrick
Scott of 228 Clifton St., according
to spokesman Larry Murphy.
Scott and several other youths
were sitting in chairs in the 200
block of Clifton, according to the
police report, when Willis ap-
proached and asked Scott if he
wanted to fight.
The two men argued earlier in
the week, Murphy said.
Willis reportedly pulled a small-
caliber pistol and shot Scott once
in the side, police said. Scott died
at Hillcrest Baptist Medical Cen-
ter.
Willis is in McLennan County
Jail under $25,000 bond set by Jus-
tice of the Peace John Cabaniss.



BARK
Giant 3 Cu. Ft. Bag
4 Bags 25.00
Reg. 36.00 Value

1000'S FRESH
BULBS
PLANT NOW!
LIVE OAKS Reg. 29.95   24
LIVE OAKS Reg. 129.00   77

MYRTLES
Up To 50% OFF
Reg. 5.99   2.88
Reg. 17.88   9.99
IN BLOOM
WHILE 1000 LAST

SPRI
SA

LARGE LAN
2 GALLON
● DWARF RE
● 3FT RED LF
● DWARF JA
● DWARF CH
  HORN HOL
● DWARF GA
● RED BERR
  POINT HOL

CREATE AN
Things To
Now

WINTERIZE YOUR LAWN NOW
AND KILL GRUBS, Ticks, Fleas, Chinch Bugs
High Concentrate Fertilizer Plus Insect Killer

forti-lome
LAWN FOOD
PLUS DIAZINON

Covers 2500 sq. ft.
FREE USE OF SPREADERS
13.95 BAG

FLEAS    TICKS    SAVE YOUR LAWN
GRUBS    CHINCH BUGS

FERTILIZE ROSES
NOW! 10 lbs. 6.99

● FERTILIZE ALL TREES & SHRUBS
● PLANT FALL BLOOMING MUMS
● WINTERIZE & FERTILIZE GRASS
● PLANT PECAN TREES NOW
● PLANT SHRUBS NOW
● TREAT LAWNS FOR GRUB WORMS

WESTVIEW NURSERIES AND LANDSCAPE CO
2 LOCATIONS 1136 N. Valley Mills Dr., Waco 772-7890
10,000 Woodway Dr. (Poage & Hwy 84) Woodway-Hewitt L

WACO TRIBUNE HERALD
Leave Nothing to Imagination. Let Pictures
9/19/86



Be
Richland Mall

WE HAVE CONSOLIDATED SUMMER
FOR THIS GIGANTIC 50% ADDITION

● Ladies Shoes ● Junior Fashions ●
Toddlers ● Girls ● Shop Selected Clearan
Personnel Will Reduce the Clearanc

LOOK FOR THE ORANGE AS ADVERTISED CARD TOPPERS

FRIDAY A
TAKE AN
50%