## Active Pallbearers

Roderick Cummings        Wayne Crosby
Bruce Carr               Lynn McGruder
Lamont Johnson           Timothy Robinson

## Honorary Pallbearers

Kevin Hall                        Earl Brown
Joe Lacy Johnson                  Ricky Cummings
Devin Patton                      Jackie Mayberry

## Interment

Ridge Park Cemetery

## Acknowledgment

Mere words cannot express the gratitude in our hearts for the many acts of kindness shown during the death of our loved one. But in an attempt, we thank you so very much. For everything we are grateful.

The Roy Cleveland Family

*WILL THOSE DRIVING IN THE PROCESSION KINDLY TURN ON THEIR HEADLIGHTS FOR SAFETY.*

**Arrangements By:**
**DORSEY-KEATTS FUNERAL HOMES, INC.**
**Waco, Texas — Directors**

# In Loving Memory
# Of
# Mr. Roy Cleveland



— S e r v i c e —

SATURDAY, JANUARY 21, 1989
2:00 P.M.

WADE CHAPEL A.M.E. CHURCH

*Rev. D. W. Emanuel, Pastor, Officiating*

**003168**

## "WHEN I MUST LEAVE YOU"

When I must leave you for a little while
Please do not grieve and shed wild tears
And hug your sorrow to you through the years.
But start out bravely with a gallant smile;

And for my sake and in my name
Live on and do all things the same.
Feed not your loneliness on empty days,
But fill each waking hour in useful ways.

Reach out your hand in comfort and in cheer
And I in turn will comfort you and hold you near:
And never, never be afraid to die,
For I am waiting for you in the sky!

—Helen S. Rice

## Obituary

Mr. Roy Cleveland III was born June 7, 1972 in Hillsboro, Texas to Mr. Roy Cleveland of California and Mrs. Barbara Marie (Hale) Cleveland of Waco, Texas. He attended Hillsboro and Waco schools.

Mr. Cleveland united with Wade Chapel A.M.E. Church in Hillsboro at an early age.

Mr. Cleveland departed this life Thursday, January 12, 1989 in Waco, Texas. Leaving to mourn: his mother, Mrs. Barbara Cleveland, Waco, Texas; his father, Mr. Roy Cleveland, California; four sisters, Miss Felicia Lasha Cleveland, Waco, Ms. Alicia Williams, Dallas, Texas, Ms. Roynette Nicole Cleveland, Jackson, Mississippi and Ms. Sonna Ruthledge, California; two grandmothers, Mrs. Barbara Earl Hale Wigfall, Hillsboro, Texas and Mrs. Opal Jean Hale, Hillsboro, Texas; two grandfathers, Mr. Pinkey Wigfall, Hillsboro, Texas and Mr. Uzell Baker, Hillsboro, Texas; one great grandmother, Mrs. Gracie Parker, Hillsboro, Texas; seven aunts, one uncle, one niece, Shamira Sade Lucas, Waco, Texas; one nephew, Terry Daniels, Jr., Waco, Texas and many other relatives and friends.

## Order of Service

Processional

Selection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ms. Davis

Scripture . . . . . . . . . . . . . . . . . . . . . . Bro. Johnny Wilson

Prayer

Selection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Cousins

Resolutions and Remarks . . . (Please limit to two minutes)

Acknowledgements

Solo . . . . . . . . . . . . . . . . . . . . . . . . . Mrs. Glenda Brown

Obituary

Eulogy . . . . . . . . . . . . . . . . . . . . . . . . . . Rev. D. Emanuel

Viewing of remains

Recessional

**003169**