Case 6:01-cr-00164-CRW    Document 318-32    Filed 04/12/10    Page 1 of 1

DEPARTMENT OF COMMERCE—BUREAU OF THE CENSUS

# FOURTEENTH CENSUS OF THE UNITED STATES: 1920—POPULATION

STATE Texas
COUNTY Travis
TOWNSHIP OR OTHER DIVISION OF COUNTY
NAME OF INSTITUTION State Lunatic Asylum
NAME OF INCORPORATED PLACE Austin, Texas — City
ENUMERATED BY ME ON THE ____ DAY OF ____ 1920. Albert B. Craddock, ENUMERATOR.
SUPERVISOR'S DISTRICT NO. 10    SHEET NO. 10 A
ENUMERATION DISTRICT NO. 106

| NAME | RELATION | Sex | Color | Age | Marital | Birthplace (Person) | Father | Mother |
|------|----------|-----|-------|-----|---------|---------------------|--------|--------|
| Moore, Fannie | Patient | F | B | 34 | S | Texas | US | US |
| Yarbrough, Lula | Patient | F | B | 34 | M | Texas | US | US |
| Wicks, James | Patient | M | Mu | 37 | S | Texas | US | US |
| Jackson, Edith | Patient | F | W | 33 | S | Texas | US | US |
| McKinney, Sarah | Patient | F | B | 32 | S | Texas | | |
| Magnusson, Clara | Patient | F | W | 48 | Wd | Sweden | Sweden | Sweden |
| Brown, Joe | Patient | M | B | 49 | M | Texas | US | US |
| Fields, Mary | Patient | F | B | 28 | S | Texas | US | US |
| Galliger, Elna | Patient | F | W | 49 | M | Texas | US | US |
| Lewis, John | Patient | M | B | 31 | S | Texas | US | US |
| Houston, John | Patient | M | B | 54 | M | Texas | US | US |
| Marshall, Eliza | Patient | F | W | 68 | Wd | Texas | US | US |
| Smith, Lennie | Patient | F | B | 33 | M | Texas | US | US |
| Green, Mandy | Patient | F | W | 68 | Wd | Texas | US | US |
| Cate, Leander | Patient | M | B | 28 | S | Texas | US | US |
| Morgan, Jim | Patient | M | B | 52 | S | Texas | US | US |
| Fields, Leana | Patient | F | B | 32 | M | Texas | US | US |
| Miller, John D. | Patient | M | W | 50 | S | Texas | US | US |
| Bible, Will | Patient | M | W | 45 | M | Texas | US | US |
| Willis, Polly | Patient | F | B | 57 | M | Texas | US | US |
| Johnson, Henry | Patient | M | B | 49 | M | Texas | US | US |
| Anderson, Emma | Patient | F | B | 33 | Wd | Texas | US | US |
| Holut, Mary | Patient | F | W | 39 | S | Texas | US | US |
| Sims, Dock | Patient | M | B | 43 | M | Texas | US | US |
| Brooks, Minnie | Patient | F | B | 39 | M | Texas | US | US |
| Myers, Sam | Patient | M | B | 45 | S | Texas | US | US |
| Nixon, Bob | Patient | M | B | 49 | S | Texas | US | US |
| Knight, Wm. L. | Patient | M | B | 62 | M | Texas | US | US |
| Glosson, Tom | Patient | M | W | 44 | S | Texas | US | US |
| Wilkie, Roy I. | Patient | M | W | 41 | M | Texas | US | US |
| Cleveland, Jerry | Patient | M | B | Un | Un | US | US | US |
| Randolph, Maud | Patient | F | W | 44 | S | Georgia | US | US |
| Bowman, Martha | Patient | F | B | 37 | S | Texas | US | US |
| Kelton, Eva | Patient | F | W | 42 | M | Texas | US | US |
| Hammer, F. L. | Patient | F | W | 52 | Wd | Texas | US | US |
| Randall, Liza J. | Patient | F | W | 50 | M | Miss. | US | US |
| Edmondson, Idan | Patient | M | B | 29 | S | Texas | US | US |
| Cunningham, Adaline | Patient | F | B | 43 | M | Texas | US | US |
| Sanders, Julia | Patient | F | B | 49 | Wd | Texas | US | US |
| Debra, Carolina | Patient | F | B | 45 | Wd | Texas | US | US |
| Debola, Paul | Patient | M | W | 53 | M | Europe | OE | OE |
| Minifee, Carrie | Patient | F | B | 29 | S | Texas | US | US |
| Lockett, Ed | Patient | M | B | 45 | M | Texas | US | US |
| Coleman, Joe | Patient | M | B | 32 | S | Texas | US | US |
| Meadows, Laura | Patient | F | B | 45 | M | Texas | US | US |
| Johnson, Eddie | Patient | M | B | 42 | S | Texas | US | US |
| O'Kelly, W. E. | Patient | F | W | 43 | M | Texas | US | US |
| McVeigh, Jennie | Patient | F | W | 37 | M | Texas | US | US |
| Watson, Nannie | Patient | F | W | 79 | Wd | Kentucky | US | US |
| Carroll, Mary R. | Patient | F | W | 53 | Wd | | US | US |

009537