7-22-84

# No Man's Land: home of few changes

By DAVID BARRON
Tribune-Herald Staff Writer

Since the days before the Civil War, the area known as Lincoln Park has at various times been a haven for squatters, desperados, hunters and wild animals.

It's been a dumping ground; in some areas, junked cars are more plentiful than people. It's been a swamp. One city official once suggested flooding the area and turning it into a public park.

But for a lot of people, it's been home. They call it "No Man's Land," but to the Rev. Dewey Pinckney, Lillie Mae White and Jimmie Wiggins, it's been much more.

To Pinckney, it's his parish. As pastor of St. Mary's Baptist Church and a former Waco City Council member, he has spent the last 15 years rallying federal, state and local resources to provide water and sewer service and housing assistance to Lincoln Park residents.

His efforts helped attract $680,000 in federal grants to help extend utilities and to provide bathrooms, water heaters, kitchens and floor covering for almost 100 residents.

In the early 1970s, Pinckney was the leader of a group that proposed incorporating Lincoln Park as a separate city. Since then, he has been one of the leading proponents of annexation by Waco, Bellmead or both. Now that annexation of at least a small portion west of Interstate 35 appears imminent, Pinckney is cautiously optimistic.

"We understand there is a long-term plan to deal with the residential areas of Lincoln Park," he said. "We hope to get together with Councilman Cullen Harris, Mayor Malcolm Duncan and the city administration to find out what will happen and what the impact on the residents will be."

Longtime Lincoln Park residents indulge in an occasional grin when reminded that the long-awaited annexation was prompted not by their wants and needs, but by the efforts of a developer who wants to open a business at I-35 and Waco Drive. Pinckney, however, said he has "no hang-ups" about the events that led to this week's council vote.

"I've got no problems with that," he said. "I think everybody is for development in this area. We just want to make sure there are safeguards against people being uprooted against their will, and that people who have a chance to sell their land will get a fair price."

□□□□

No Man's Land originally was part of the La Vega land grant in the 19th century. Legal disputes over ownership of the land delayed its development, however, and squatters — known as "modocs" — began moving into the area as early as the 1850s.

Another problem that delayed the area's development was lack of drainage. Leo Berndt, a Baylor University graduate student who wrote his 1979 master's thesis on Lincoln Park, wrote that waist-deep water was not uncom-mon in residential areas after a rainstorm, and postal workers said their vehicles would be almost covered by water as they tried to plow along the unpaved streets.

While the isolation and poor drainage limited the value of No Man's Land for residential use, the area was a popular spot in the late 1800s and early 1900s for hunting and farming. Historical accounts quoted by Berndt said that deer, antelope, buffalo, bears, panthers, wolves and turkeys were plentiful in the 19th century.

Large-scale permanent settlements, inhabited mostly by blacks, began in the early 1900s. Census figures reported 63 permanent residents in 1930, 107 in 1941, 207 in 1951 and 210 in 1960. Figures in the late 1970s indicated almost 600 residents, 80 percent of whom were black.

But until Pinckney got the ball rolling with the help of local and state officials, including Gov. Dolph Briscoe, life in the 1970s was much like it had been 50 years ago.

"It was degrading, a sickening thing to see," he said. "Really, it was a dumping ground. There were no services whatsoever. Water would stand and become stagnant after a big rain, and most of the bathroom facilities were outhouses.

"We had a group from Baylor come in and do a test on the water, and they found human feces in it. This is what the people were drinking. It was a miracle that it didn't cause a hepatitis outbreak."

It took five or six years of pleading with city and state officials, but grant funds to extend water and sewer service to the area finally became available in the mid-1970s.

"This used to be the area where they had the county poor farm, where lawyers would get black people out of jail and take them out here to work. That's fact; that's history," Pinckney said. "The reason a lot of people are out here is because they couldn't do any better.

"But there are a lot of proud people here. They are proud of their community. And there's no doubt in my mind that some day,

all of Lincoln Park will be annexed. If an area doesn't want to be annexed, they'll leave it alone, I'm told, but I think most people will want the additional services.

"It'll be a proud day when that (annexation) happens."

□□□□

If you discount the junkyards and beer joints, perhaps the most successful business in Lincoln Park belongs to Lillie Mae White. Mrs. White has lived on East Twentieth, on the Bellmead side of I-35, since 1942 and has operated a beauty shop near her home for 20 years.

"My husband bought this land during the war, and the childern and I moved here while he went off to war for two years," Mrs. White said. "I've been here ever since."

The federal grants arranged by Pinckney and the cities of Waco and Bellmead enabled Mrs. White to trade in her septic tank for city sewage treatment, and she now enjoys the security of having a fire plug a few feet from her house.

But for the most part, she said, life in Lincoln Park hasn't changed in the 40 years she has lived there.

"It's never improved that much," she said. "We thought about leaving when we were younger, but we were raising children and it wasn't possible. It's been pretty good here, but we would have gone somewhere else if we could have."

The big pluses for annexation, said Mrs. White, would include better police protection, improved streets and the simple, overlooked details of life in the city such as street signs, for instance.

"I'd like to see this area annexed," she said. "It would be wonderful for people not to have to come out here and wander around all day looking for something because there aren't any street signs.

"But if they annex it, I want them to fix things up. If they're just going to come in here and raise our taxes; that won't do us any good."

Even if annexation and prosperity come to Lincoln Park, it will be too late to do Mrs. White much good, she said. She doesn't know what she would do if asked to sell her property — "I'm too old to go anywhere else," she said.

Besides, she has the best non-junkyard, non-nightclub business in No Man's Land. Working three days a week, she said she has as many as seven to eight customers at her beauty parlor each day.

□□□□

To Jimmie Wiggins, living in Lincoln Park is a matter of pride. His part of No Man's Land has been in his family for more than 30 years, and he's proud of it.

"Here's the thing," he said. "It's OK to annex this area as long as they make sure that people keep their property clean. A lot of people out here have hogs and stuff like that. If they'll do away with that, I'm for it."

The Wigginses' home at 1915 Harrison is in an area notable for its vacant, run-down structures. But Wiggins, a custodian for Texas Power & Light Co., and his wife, Geraldine, and daughter, Brenda, take pride in the work they've done on their home.

"This place belonged to my wife's family, and we moved in here later," he said. "You know, I've had an opportunity to buy land in the city, and I came close to doing it, but I like this here. It's not everything I want, but it's a safe street.

"The thing that upsets me is all the houses around here that are falling apart. You talk to people about cleaning things up, and then they don't do it. Maybe if they annex this area, the city might make them do something."

Despite the upcoming vote by the Waco City Council, annexation of most of the residential area of Lincoln Park may not come about for several years, if ever. Bellmead city officials thus far have expressed little interest in annexing the area east of I-35, which includes the Wiggins residence, so at least a portion of No Man's Land may remain in limbo for years to come.

In the meantime, Jimmie Wiggins has work to do.

"Some people have taken more pride in things since the cities did all the work out here. They act like they appreciate things a little more.

"You're right. I'm proud of this place," he said.

011453