Waco Tribune-Herald
Mar 9, 1980

# 'No Man's Land' Revisited

**By MIKE COPELAND**
Tribune-Herald Staff Writer

Life for residents of Lincoln Park, the unincorporated area between Waco and Bellmead, has improved dramatically in the past few years, says Waco City Councilman Dewey Pinckney.

And although funding snags have forced the temporary postponement of a key housing rehabilitation project, he feels the standard of living will continue to be upgraded.

Pinckney, pastor of St. Mary's Baptist Church in Lincoln Park since 1969, was among the first to take steps to improve the plight of residents living in the area once known as No Man's Land.

As Bellmead City Manager B.K. West put it, "He started the ball rolling. He got the city, county and state in on the project, and eventually the federal government."

"It was really a sad sight," Pinckney recalls. "I saw the need then for water and sewer service, but it took five or six years to get the project off the ground — before anyone really listened to us."

**MORE THAN $500,000** in grants provided by the Department of Housing and Urban Development have been poured into Lincoln Park during the past three years. Most was spent on installing 15,946 feet of sewer lines and 21,249 feet of water lines.

These grant requests were made on behalf of Lincoln Park by Waco and Bellmead. Funds were administered by the county.

How do residents of Lincoln Park feel about the efforts?

"Every one of them is appreciative," Pinckney says. "They are proud of the area in which they live. They know these improvements took some hard work and planning."

**ALTHOUGH FURTHER SEWER** and water projects in Lincoln Park temporarily have bogged down because of lack of funds, city and county officials remain optimistic.

According to Bob Willingham, Waco's Urban Redevelopment chief, the county's request for an additional $100,000 to continue the improvements "appears to be satisfactory" with HUD.

"We'll probably be getting the money the latter part of May," Willingham said. "We're trying to determine now what best to do with it. I don't know if we can do everything we want to do, but it looks better than a couple of months ago."

About $260,000 will be available for use in Lincoln Park if HUD approves the grant request. The City of Waco still has $160,000 on hand earmarked for Lincoln Park — money left from another HUD grant received two years ago.

Presently, the most pressing need for Lincoln Park residents — particularly those living west of I-35 in the extraterritorial jurisdiction of Waco — is water and sewer yard lines. Main sewer and water lines are of little use to residents if they don't have a way of tying on.

**WILLINGHAM SAID** some residents have tied on to the main lines in makeshift fashion. He added, however, that the practice is neither safe nor practical.

"We are going to tie yard lines up to the houses," Willingham said. "We'll definitely do that it looks like now, or we'll be sadly disappointed."

Just about all of the Lincoln Park residents living in Bellmead's extraterritorial jurisdiction have paid to tie on to the main waterline, West said.

"But only four of nearly 75 homes have tied on to the sewer lines," he added. "That's a lot harder to do."

West said most of the residents will need some type of federal assistance to tie on to the main sewer lines.

Plans to get plumbing fixtures installed in the 120 owned or occupied homes eligible for public assistance received a temporary setback recently when bids for the rehabilitation project went well beyond expectations.

**"WE'RE GOING TO** try and work a little closer with contractors on that; get a little more contractor interest and more than one bid," Willingham said.

Waco officials were thinking in terms of a little over $1,000 per home. To have a general contractor do the work would cost between $2,400 and $3,000.

The rehabilitation project was nothing fancy, Willingham said. Work included installing bathrooms and kitchen fixtures, and closing off old water lines and septic tanks.

Even with more contractor participation and possibly lower bids, Jim McDermitt, administrative assistant to County Judge Bob Thomas, said the $260,000 still won't cover the cost of the entire job.

"They have done a door-to-door survey and they know what each house needs done to meet sanitary conditions. It will probably cost $400,000."

**McDERMITT SAID ABOUT** 10 percent of the $260,000 on hand between county and city will go for the administration of the project. Each house will have to be let out for bid.

"With inflation," McDermitt said, "we'll probably need another $200,000 next year to complete the project."

Again, HUD will be the main source of income.

McDermitt assured residents that no home eligible for improvements will be left out of projects administered this year.

"We'll try to do what is equitable," he said. "Our next step is to get everyone up to a sanitary level with at least an indoor bathroom and hot and cold water. We won't arbitrarily decide who gets work this year and then next year."

**HE ADDED, "IN** the past, these homes would have water wells with septic tanks next to them. It was a very unhealthy situation."

In addition to water and sewer improvements, McDermitt said county commissioners have expressed a desire to pave "one or two" of the main streets in Lincoln Park. He said the paving could be done with community block development grants.

Minnie McMillion, a resident of Lincoln Park since 1944, said the paving couldn't come too soon for her.

"My son got stuck in a rut the other day," she said. "The county spread some new gravel on several roads near my home last week, and it was badly needed."

Though pleased with past improvements at Lincoln Park, Mrs. McMillion said she is growing impatient over sewage service she was promised.

"THEY'RE MOVING awful slow with that," she said. "We need it, and need it bad."

Mrs. McMillion said she paid on to the waterline a year and a half ago.

With the laying of waterlines in Lincoln Park came the installation of fire plugs. Pinckney said that both the Waco and Bellmead fire departments handle fires in their respective territories.

Criminal activity primarily is handled by the McLennan County Sheriff's Department, but Waco and Bellmead police also will respond, Pinckney said.

Garbage pickups are made weekly in Lincoln Park by the Bellmead and Waco sanitation departments.

Residents pay a single bill for garbage collection and any water or sewer service they receive.

**REACTIONS ARE MIXED** on the question of whether the surge of improvements in Lincoln Park may lead to annexation.

Pinckney says no; West and McDermitt say probably; and Willingham says it could happen.

"I wouldn't want to speak for Waco or Bellmead, but I would think that every public work or dollar of improvement would be a plus for annexation," McDermitt said.

Echoing McDermitt, West said, "what we're doing now will go a long way toward annexation."

"I don't think the work is a prelude to annexation," Pinckney counters. "If an/exation does come about, it won't be for a long time."

Pinckney said residents have on several occasions discussed incorporation.

011467

Lincoln Park