AN ENVIRONMENTAL ANALYSIS OF

LINCOLN PARK & REESE ADDITION

BY

LIB   DAVIS

GEOLOGY 452

ELLWOOD E. BALDWIN, INSTRUCTOR

011513

ABSTRACT

During the spring of 1972 it became clear that an unincorporated tract of land in McLennan County between Waco and Bellmead was an outstanding Environmental Problem. Police and fire protection are restricted; lack of street signs and street lights cause residents to loose identity; without a city monitored source of water and waste disposal and adequate drainage the residents of the area cannot improve their way of life.

A water shows 28% to 46% of the wells tested to be contaminated with coliform bacteria. Cars and kitchen wastes as well as dead animals are abandoned by non-residents. All contribute to the overall pollution of Marlin Creek which drains into the Brazos River within the City of Waco.

011514

## ENVIRONMENT

### GROUND WATER

Water is obtained from wells sunk into terrace gravels to a depth of 16-18 feet. This water is pumped by hand (fig.6) or with electric pumps. Houses with electric pumps have indoor toilets and kitchen sinks. Residents that do not have water may buy it from a neighbor.

Residents of Lincoln Park use treated Waco water except for houses on Park Street and Hamilton Street (Plate I). Residents of Reese Addition have water on 21st Street, Bithard Blvd., Harrison Street(Old Corsicana Road) see Plate II.

### WATER STUDY

Water studies were made by me in the Spring of 1972 and 1973. Tests were made on a random basis. During the summer of 1972 these tests were continued by Gibbs and Alexander. In all twenty eight out of an estimated fourty wells were tested( Plates X,XI).

Water enters the terrace gravels from rainfall and percolates through them carrying whatever toxic wastes are on the surface such as: (1) septic tank wastes, (2) petroleum distillates, (3) chemicals. The gravels act as a filter but quantities of toxic materials enter and contaminate this shallow aquifer (Burkett, 1965, Font 1970).

Marlin Creek was septic in June after the Bellmead Sewage Disposal Plant was phased out.

### METHOD

Samples were taken in a manner recommended by the McLennan

15

011515

County Health Department; faucets, spigots or pump openings were cleaned with alcohol, flashed (burned) and samples put into sterile bottles furnished by this department. Samples were taken to the lab within an hour of testing to facilitate testing.

Records are available in the department for the dates of testingwhich were on: May 5, 1972, July 10, 1973, and March 9, 1973.

Further tests of well samples on March 5, 1972 did not show dissolved solids or total organic carbon to exceed limits acceptable by Waco Water Department Standards which are stricter than State standards.



fig. 6
Hand pump typical of the area.

SEWAGE DISPOSAL

Residents of "No Manb Land" use septic tanks and outhouses (fig.7). When it rains overflow from the tanks stands in the

16                                          011516

yards and can flow into the streets and ditches. Children wade
through this contaminated water to get to the school buses which
go to La Vega School (Oral communication, Mr. Adams, Principal,
La Vega School).

Standing water leads to other health hazards such as flies,
mosquitoes and rats and thence to the diseases for which they are
the vectors. Many large dogs vigourously defending their terri-
tories contribute to the sanitation problem.

Some residents have small gardens in their backyards, others
raise swine, poultry or cows. All of which tends to add to the con-
tamination of the area. One of the main sources of contamination
is the dumping of trash, dead animals and garbage by outsiders
(fig. 9).



fig. 7
Typical outhouse.

17

011517



fig. 8
Small garden in backyard, Reese Addition.

SOLID WASTE

Garbage pickup is provided by the City of Waco for a small fee but not all residents avail themselves of this service. Progress has been made in successive clean-up campaigns sponsored by Rev. Dewey Pinkney who has organized Reese Addition. County Comisioners have cooperated by sending extra trucks to haul trash away.

Houses partially dismantled (fig. 10), burnouts in situ,(fig 11), automobile parts (fig.12) add a gloomy note to each block. Inability of the county to make and enforce zoning and building codes is a dominant factor in the present situation (Oral communication Calvary, Nail, March 1973).

011518



fig.9
Builders trash dumped in yard on Harrison Street.



fig. 10
House partially dismantled on Kate Street.

21                              011519



fig. 11

Burnout in situ on 21st Street.



fig. 12

Automobile parts stored, reason unknown.

22

011520

HUMAN RESOURCES

Under the leadership of Rev. Dewey Pinkney, minister of St. Marys Baptist Church and Brother Walter Washington the study area has been greatly improved, but without help from a municipal, state or Federal source residents can attain no better standard of living than they now have due to their obvious economic disadvantages.

All residents interviewed have expressed their willingness to pay for city services. They have expressed a desire to be incorporated into the City of Waco in order to receive city services. Apathy and further abuse of the environment wil be the result if outside help is not forthcoming.

The Federal Government has taken measures to aid the citizen to upgrade his environment in keeping with the basic human needs but at the present time funds and grants have been impounded.

Foremost concerns of citizens interviewed are police and fire protection and sewage disposal. The citizen has expressed a desire for cessation of publicity.

General health patterns have not been determined. Coliform bacteria (found in the wells) is enteropathogenic, it causes gastroenteritis, diseases of the blood and septicemia. Acute hepatitis is transmitted in water contaminated with human wastes (Merc Manual, 1961). A change in the existing natural weather conditions could precipitate an epidemic of infectious diseases.

Storage of inoperative cars (fig 13), building materials (fig. 14), animals kept in close proximity to dwellings (fig. 15) vanda-

23

011521

lized cars (fig. 16 and trash burners are indicators of a minimal economy.



fig. 13

Inoperative cars stored along with kitchen
appliances indicate low tax-base of area.

## WATER QUALITY

The City of Waco has been required by the State of Texas in Senate Bill 835 to formulate a master plan for all discharges of effluent within its territorial jurisduction. Texas Water Quality Board No. 71-1216-25 I(b), I(b)(2),(5) states:

I (b)(1) the development and maintainance of an inventory of all significant waste discharges into or adjacent to the water within the sity and, where the city so elects, within the extraterritorial jurisdiction of the city, without regard to whether or not the discharges are authorized by the Board:
(2) the regular monitoring of all significant waste discharges included in the inventory prepared pursuant to Paragraph (1) above:
(5) the development and execution of reasonable and



fig. 14
Building materials stored beside dwelling that has ›
been added to but not weather-proofed.



fig. 15
Chickens kept close to house and water source.

26                                             011523



fig. 16
Cadillac vandalized within hours after it was stored
on Johnson Street in front of vacant house.



fig. 17
Homade burner for kitchen trash, Cobbs Street.

011524