CONCLUSION

An Environmental Action Committee activated in the Spring of 1972 gathered data systematically about an unincorporated tract of 135 acres know locally as "No Mans Land". Action has been continued by participants listed on page 31.

All of the residents of the studied area use outhouses or septic tanks, over 50% drink untreated water, there is poor police and fire protection due to lack of dominion and lack of street lights and street signs. Domestic animals are kept in close proximity to houses, gardens are tended near septic effluent.

Septic tank effluent has contaminated the shallow aquifer in the Brazos Terrace gravels. Effluent on the surface percolates downward to the gravels. Existence of this condition within the extraterritorial jurisdiction of the City of Waco violates S. B. 835 and Texas Water Quality Board Ruling 71-1216-25.

On December 28,1970 the City of Waco agreed to annex Lincoln Park and the City of Bellmead agreed to annex Reese Addition. However neither city has taken action. On March 20,1973 the residents of "No Mans Land" petitioned the City Council of Waco to study annexation so that they might improve their way of life. The City agreed to study the feasibility of such a request for four months.

There are several alternatives the city may employ:

1. No action
2. Annex
   a. provide limited services
   b provide no services
      I. Finally deannex

33

011528

3. Annex Lincoln Park only
4. Annex all the studied area
   a. Zone commercial-industrial
   b. Relocate all or part of residents

The City should be cautioned against intimidating these residents with threats of tearing down sub-standard houses.

I recommend that churches, real estate companies and banks be contacted to organize plans that will provide a better way of life until these areas are annexed and zoned commercial-industrial and the occupants relocated:

(1) Organize a co-operative to plan improvements in minimum manner to satisfy City Code.
(2) Reduce plumbing charges
(3) Negotiate long term loans for repairs
   a. collateral may be lien

(4) Encourage resident-owners to certify titles.

Action must be continued to search for funds to rehabilitate dwellings and provide good water and sewage disposal, minimum living standards under the Human Resources ethic.

34

011529