January 6, 1973

Page 6-A—Waco, Texas

## NO CONTROL OVER POLLUTED WATER

# No Man's Land a Seeping Sore Much in Need of Medical Help

EDITOR'S NOTE: Tribune-Herald reporter Barry Walker examines the lifestyle, problems and hopes of the 472 residents of No Man's Land, the small, underdeveloped and unincorporated area sandwiched between the city limits of Waco and Bellmead. This is the first of a three-part series.

By BARRY WALKER
Staff Writer

Every morning, Mrs. Isah Halliburton takes a pan and goes to the hand-pump behind her home at 601 Congress in No Man's Land to draw water from the 14-foot well.

She boils the water in her kitchen, then skims the white scum off the top before using it.

Water is valuable to the residents of this unincorporated area sandwiched between Waco and Bellmead city limits. City water is piped to less than half the homes, mostly in the portion nearest Waco. The remainder use shallow wells sunk to the water table beneath. Recent tests showed 42 per cent of them yield poisoned water.

An antiquated lifestyle and poverty among many of the residents and the inability of McLennan County to cope with the necessities of bringing the area up to standard have combined to make No Man's Land a ghetto without the public utilities and services of the incorporated cities completely surrounding it.

Mrs. Lib Davis, a Baylor geology graduate student and member of the League of Women Voters, has conducted studies of the ecology of No Man's Land for the league and her class work.

Beginning her studies about a year and a half ago, Mrs. Davis, with the help of other Baylor students, has tested water in several of the wells and in Marlin Creek, and researched the geology of the area.

Her findings showed the area to be an important source of pollution in the Brazos River.

Water and Bellmead surrounded it through growth over the years. No Man's Land drained into nearby Marlin Creek. The soil is made up of fertile, loose silt loam, of river-bottom clay, that allows water and impurities to flow freely through it. It is not loose enough to allow adequate drainage, however.

Marlin Creek, at one time followed an unobstructed course due south to the Brazos. Now, it is hard to find. It was diverted from its bed westward to flow into a spot further up the eastern shore of the river just south of Baylor University. In many spots, the creek bed doesn't exist, forced underground by a variety of man-made structures.

These and other structures have made a basin of No Man's Land. It is a bowl without a drain, Mrs. Davis said. The Texas Highway Department parking lot and Highway 77 on the west, East Waco Drive on the north and the railroad tracks on the south and east are all built higher than the area. With a natural slope to the east, the entire area becomes a large scoop in which rain water collects and stands until it evaporates or soaks into the ground, said Mrs. Davis.

"Rain water stands for days in the area," she said. "Eventually it seeps to the water table about 12 to 15 feet below. After a while it begins to smell terrible."

Standing water is, by itself, not enough to pollute the water table, Marlin Creek and the Brazos. For some of it, the resident's rural life style is to blame. But they have no control over a large part of it.

According to the 1970 census, 472 residents live in 205 homes in No Man's Land. Almost 92 per cent are black and 36 per cent are 55 years or older.

Also living in the area are an uncounted number of hogs, cattle, chickens, dogs, rats and mice. In the summer, the standing water makes the mosquito population tremendous, the residents said.

Along with the many substandard homes, of which only 80 (of 205 homes) have complete plumbing and 119 have flush toilets, there are 34 vacant houses and innumerable junk cars. There is no sewage drainage system.

Runoff from the cars and waste from the livestock and emptying houses, mixes with the standing water. As it seeps into the ground, it picks up more human waste from the many septic tanks and cesspools.

Mrs. Davis said, "Most of the septic tanks here are above the bottom of the well casings. I think most of the tanks are about six to eight feet below ground and the wells are sunk to about 12 to 18 feet.

"The water, already polluted on the surface, picks up the human wastes from the septic tanks and carries the whole mess to the water table. The water is then pumped up through the wells for use by the residents."

Those 42 per cent of the wells that are polluted were found to contain coliform, a poisonous bacteria derived from human and animal wastes. It causes a disease of the stomach and intestines in children two years old and younger and a disease of the urinary tract in older persons. It is also responsible for septicemia, a disease of the blood and its symptoms are pneumonia and peritonitis, inflammation of the abdominal lining.

Those residents who pipe the water into their homes by electric pump find it corrodes their pipes and the pump. After it stands overnight, it turns a yellowish-brown color and has a strong odor.

Mrs. Davis said some of the wells had traces of petroleum residue in them, but she couldn't tell where it came from.

She said she feels the area contributes to the polluted condition of Marlin Creek. Even though the surface water is not drained by the creek as it once was, the subsurface water is picked up by Marlin Creek and eventually finds its way to the Brazos River.

"The condition of the water where Marlin Creek flows into the Brazos is just terrible," she said. "You would not believe the stench of the place."

She said Baylor students who recently helped her test the water at the mouth of Marlin Creek had to burn their tennis shoes because they smelled so badly after a short period of wading in the water. Several students had the rubber eaten off parts of their shoes by an unidentified acid in the water and a few reported sores on their feet for their efforts.

But the No Man's Land residents are not the only contributors to the pollution of the creek and the river.

In front of a junk car lot flows a drainage ditch leading directly into the creek. Rusting, rotting hulks of several hundred junk cars disperse their residue on the ground. The residue soaks into the soil with rain water and then into the ditch. Some of it finds its way into No Man's Land.

011537

January 7, 1973

## THE DILEMMA OF 'NO MANS LAND'

# No Police and No Firemen, No Water and Little Hope

To the south, near the Katy railroad tracks, there is a sludge pond which collects residue. It is a hole about the size of a good-sized swimming pool. Its sides are black with what appears to be oil. The ground around it is a reddish color of rust. Floating on top of the greenish-brown water is a gray-white matter. Through several rusted pipes, the water flows directly into Marlin Creek.

Toward the mouth of the creek, the water is in similar condition with the addition of detergent suds floating past, empty beer cans and plastic trash bags.

Since the area is unincorporated, there are no ordinances allowing the residents to keep junk from collecting. In No Man's Land, Mrs. Davis said the area's appearance has greatly improved just since February due to the several cleanup campaigns staged by the residents. But there is still an abundance of junk cars and its way there.

This reporter witnessed junk being brought there by a man with a camper truck towing a trailer. He had parked at the dead-end of Taylor in the yard of a vacant house. He was standing in the trailer, pitching various large items of scrap and cardboard into the yard.

Rev. Dewey Pinckney said three years ago when he began his pastorship of St. Mary's Baptist Church on Cobb Street, the area was "a junkyard for Waco." All of the streets then were unpaved dirt roads, he said. About a year ago, the county paved most of the roads in the southern portion, but not the northern part. The residents there say unpaved roads are their biggest problem.

His first move after becoming pastor of the church was to organize a general cleanup to haul off junk cars, washing machines and rubbish, he said. This lead to the formation of the No Man's Land Block Partnership Association whose goal is to improve the public utilities and services in the area. Eventually, annexation into Waco became the ultimate goal.

NEXT: How the residents view their home.

EDITOR'S NOTE: Tribune-Herald reporter Harry Walker examines the lifestyle, problems and hopes of the 473 residents of No Man's Land, the small, underdeveloped and unincorporated area sandwiched between the city limits of Waco and Bellmead. This is the second of a three-part series.

### By HARRY WALKER
### Staff Writer

Since the completion of Interstate 35, which splits No Man's Land into northern and southern portions, the separate sections have developed into different neighborhoods.

The interstate cleared a path through the middle of this less than a square mile of area, uprooting many of the residents and dividing neighbors. Now, few people in the southern portion know anyone in the northern part and vice versa.

Each neighborhood has developed different problems. Some problems they share, including being unincorporated. Residents of both sides say they are working for annexation into Waco.

Walter Washington and his wife have lived at 721 Johnson in the northern side since 1945. He is the past president of the No Man's Land Block Partnership Association, an organization to improve conditions in the northern portion.

The worst problem in his neighborhood is the poor condition of the streets, he said. "They go from bad to worse here," he said. "Witt Street over here is the worst."

Witt, like all the streets, is unpaved and without gravel. It is a dirt track of deep ruts and holes set closely together. Rain makes it a series of small ponds with axle deep mud.

Mary Owens of 229 Johnson has lived in the area 14 years and is president of the block Partnership. She said it is nearly impossible to drive after a heavy rain and many residents stay home rather than attempt to wade through the mud.

During dry spells, the streets are dusty, easily stirred into the air by a passing car.

Washington blames the McLennan County Commissioners for the unpaved roads.

"I've gone to see them a few times to get these roads paved," he said. "But I had a hard time just gettin' them to

Postage - paid bank - by - mail.
Round tripper from First National. We're First in Waco.
—adv.

put that gravel down here. Rev. Marshall went to see them about gettin' the roads paved and he said they told him they didn't care nothin' about out here. That's what he told me.

"Don't none of them care about out here," he said.

More than half the houses on this northern side have water. Mrs. Washington circulated a petition and signed residents up to get the pipes put in. The water comes from Waco.

There are no sewer lines, however, and most of the homes have septic tanks and cesspools, put in and maintained by the residents.

Mrs. Washington said gas lines were installed when a saleswoman from a Waco appliance store said gas ranges to the residents.

"I don't remember when it was, but she came out sellin' them ovens and told us if we bought one, she'd see gas lines was put down," she said. Almost everyone bought one, said Mrs. Washington, and true to the saleslady's word, the gas lines were put in.

The southern portion residents say their main problem is water. Mrs. Larmatha Wilson

See NO-MAN'S, Page 11-A



MARY OWENS, BLOCK PARTNERSHIP PRESIDENT
"Difficult to Drive After Heavy Rain"

011539



MRS. LUEREATHA WILSON OF NO MAN'S LAND
Made Futile Attempts to Get City Water

Page 12-A—Waco, Texas

# NO-MAN's

CONTINUED FROM PAGE ONE

of 209 East Twenty-first has lived there since March 12, 1944. While her husband was living, she used to haul water from a local gas station in milk cans. Several years ago she went to the Waco Water Department to get lines installed. But none of the residents on her street would agree to sign up for it, she said.

"I bought my own pipe and had it run over from my sister's place on East Twenty-first. The meter is over there, on East Twenty-first," she said.

Only recently have the residents without city water found many of their wells are polluted. Three homes at the 20 on East Twenty-first have city water, Mrs. Wilson said: now they all want it.

Rev. and Mrs. Isah Halliburton draw their water from a hand pump in the back yard of their house at 600 Congress, where they have lived since 1942. A decrepit outhouse nearby is their only toilet facility.

Water from the well turns muddy after a heavy rain, he said and they have to wait several days for it to settle before they can use it. They boil all their water before they use it.

Mr. and Mrs. Frank M. Gonzales live at 553 East Congress. Mrs. Gonzales has lived there for two years, but the neighborhood was her home before she married.

They use the well water for sewage and bathing, she said, and get their drinking water from her father-in-law's home across town. This water they carry home in plastic containers.

Otherwise, they get water from the tap behind a nearby store.

She said the electric pump supplying well water in the bathroom doesn't work half the time, nor does the water heater, as the water corrodes the pipes and eats them up. Recently, one of her children became ill from mosquito bites. The doctor ordered three baths a day for the child, but it was difficult to meet the required number, Mrs. Gonzales said, because the pump didn't work.

Traveling across Waco to get drinking water isn't so bad, she said, except when she is sick. Then the children must borrow water from a neighbor or trek down to the tap behind the store.

Mr. Gonzales, whose job requires him to live away from his family, said, "My wife tries to keep this place nice and make it a good home. But without water, you haven't got very much."

Though many of the homes on the southern side have water, the pipes are makeshift affairs, most of them laid by their owners. L. W. Anthony of 713 East Park is one of two residents on his street to have water in his home. His line runs from a house on another street, he said, and he signed a contract with the woman who used to live there to share the cost. That house is vacant now, and Anthony said the city recently cut off his water when no payment was received from the empty house. "I told them I made the payments, but they said I would have to get the weekly thing put in my name," Anthony said. He said he would have more problems if someone moves into the house.

The inadequate water lines make installation of fire hydrants nearly impossible for all of No Man's Land, leaving the area almost without fire protection.

Mr. and Mrs. Shelly M. Marshall have lived nine years at 820 Pearl. During that time he can remember at least five houses on his block burning to the ground, besides many more in the area.

"I don't know why all these houses out here catch fire," he said. He said the Bellmead Fire Department responds to calls from No Man's Land, but by the time they arrive it is too late.

Mrs. Owens, whose two boys were pulled from her burning house by a neighbor several years ago, said the Bellmead Fire Department told her they could no longer respond to calls on the northern side because of the Interstate. That job has now been taken over by the Waco Fire Department. But the lack of hydrants requires them to use tank trucks and their water capacity is often not enough even when they get to the fire in time, she said.

Many fires here are the result of substandard housing and the abundance of vacant houses.

A resident of the south side since 1942, Mrs. Virgil Collier of an East Twentieth said the area has gotten worse since she was a child here. "It's grown a lot," she said. "More people have moved in, along with chickens and hogs."

She said some people who moved into the area have an attitude of poverty. "A lot of them are old people who don't see any point in fixing up their places because they'll be passing on in a few years. They've never owned anything, don't own much of anything now and don't plan to own anything before they die. So they don't care."

Mrs. Alma Jefferson also grew up in the area. After living in California, she moved back here several years ago and now lives at 1917 Harrison.

"People moved into this area in the first place because the land was cheaper to buy then. The original residents tried to keep their places nice, kind of a matter of pride," she said.

But new people have a different set of values, she said. Cars and clothes are important to some people. "The young men try to attract girls with their clothes and cars and the women feel if they wear expensive clothes and drive expensive cars, they will attract a man with money and then he can have the old house," she said. For young people, the object is to get out of the area, she said.

Even if they wanted to, many residents of No Man's Land couldn't afford repairs on their homes, especially the 34 per cent who are beyond the working age.

Mrs. Wilson was once a cook in several cafes around Waco. She said she now draws $100 per month in social security. "I have nothing left after I pay my bills and taxes. By the end of the month, I'm just barely making it." She buys her groceries a month at a time.

011540

Rev. and Mrs. Iaiah Halburton receive about $160 each month in social security. Mrs. Halburton does maid work for several families in Waco to help pay the bills. Rev. Halburton still does some preaching, but he has been in ill health for several years.

Washington said he and his wife draw about $140 a month in social security and a $30 welfare assistance check.

Mrs. Owens, said Rayburn Potato Chip Company lets her work about 30 hours a week at $1.60 per hour.

Marshall, a retired Baylor janitor, and his wife brings in about $200 of social security benefits each month. He also get some assistance on his medical bills.

Out of 200 houses here, 24 are vacant. While 21 of those are listed for sale or rent, some have been unoccupied for nearly nine years, Washington said. Many are little more than sheds after years of neglect, without windows, and doors hang limply on their hinges. Mrs. Washington said she stands on her porch and watches the rats run along the eaves of a nearby vacant house.

Halburton said he recently bought a large sack of rat poison. Before he could put it out, the rats ate it. "But it don't seem to do no good," he said. "Poison keeps them down for a

while, but before long they're back just like before."

Without zoning ordinances the residents can do little about vacant houses, Mrs. Owens said she attempted to find some of the owners. They don't live in No Man's Land, she said. "The ones I checked on live in Dallas and California."

The residents said they have no police protection. Mrs. Franklin said someone tried twice to break into her house. "I was looking at him through the window and trying to call the police. But nobody came. I called the sheriff's department, Waco police and Bellmead police. Nobody came."

Mrs. Gonzales said there are many "widow-women" living in the area without a man to protect them. "A man broke into my sister-in-law's place next door cause he was hiding from somebody and she couldn't get him to leave. She called the police but nobody came. Finally, she called her brother and he came and threw the man out.

If it wasn't for our relatives, we'd be in pretty bad shape."

She said the numerous dogs help some. "When the dogs begin barking, the people bolt their doors and windows," she said.

Marshall agrees there is no police protection. "Next door here a while back, the lady had her door knocked in. Somebody threw a brick or something through it and when she went to see who it was, all she saw was somebody getting into a car and driving away. She called the Waco police and they told her to call the Bellmead police. The Bellmead police told her to call the sheriff and the sheriff's office asked her all these questions over the phone. They never did come out."

Washington said, "The police come out to investigate sometimes, mostly when somebody's murdered or shot. We call 'em when something' happens and most times they get here. Sometimes in the same day, sometimes it's the next day. Course, if somebody's trying to get in your house, that don't do much good."

Parents with school-age children face the problem of having them bused to Waco or La Vega schools, Mrs. Owens said. She said her children, like most others, are bused to La Vega schools five miles or more away. Others who go to Waco schools are bused to Richfield and other schools across town "since they closed these two all-Black schools nearby," she said.

While the residents pay an $11 tax to the county, most of them, say they don't know where it goes. Washington said, "I don't know what happens to it. I just know I go to the county courthouse and give them the money."

The residents also pay about $35 a year in school taxes to the La Vega school district.

Tomorrow: The prospects of annexation.

011541