# Politics

by Mitch G...

# THE RUN-AROUND

## A small settlement near Waco is getting kicked around in a classic case of political football.

Surrounded by twenty fellow bureaucrats, the Texas Water Development Board official shrugs his shoulders in response to a question from Waco state representatives Lane Denton and Lyndon Olson. "Our program is only for hardship cases," he says blandly. "I don't think No Man's Land would qualify."

Denton and Olson can hardly believe their ears, even though they've heard it all before. If No Man's Land isn't a hardship case, what is? Its 730 predominantly black residents have been drinking water contaminated by raw sewage for more than six years now, and still no agency of government seems to know or care what to do about it. During that time the obligation of government—some government, any government—to provide clean water has been ignored in favor of interagency nitpicking and buck-passing, causing legal and administrative excuses for inaction to proliferate more rapidly than fecal bacteria.

You won't find No Man's Land on any map, but hundreds of bureaucrats in Texas and Washington know exactly where it is. This tiny, unincorporated community sandwiched unhappily between Waco and fast-growing suburban Bellmead has become the number one bureaucratic nightmare in Texas. It has produced a bundle of red tape so huge and a jurisdictional Gordian knot so tight that by now the people of No Man's Land must be getting the idea it is illegal for them to drink clean water.

The potful of water on Mary Phillips' stove comes from an artesian well in her front yard. As soon as it starts to boil, she skims a brownish-white scum off the top. "I've been messing with this for so long now I don't pay it no mind no more," she says, apparently ignoring the rancid odor that accompanies the impurities bubbling out of what will soon be her drinking water.

Mary Alice's life in No Man's Land was not always so gruesome. When she first moved to Lincoln Park (the official but seldom-used name) after World War II, the area was a pleasant rural alternative to the more expensive urban life of Waco. Since that time No Man's Land has been victimized twice: first



*The water from this pump may be undrinkable, but it is all Mary Phillips...*

by progress, which passed it by, and then by the bureaucracy, which has left it stranded in its own waste matter.

Progress never came to Lincoln Park. Instead it surrounded it. No Man's Land has been left behind, a suburban ghetto for blacks and poor whites with as many dilapidated buildings as inhabitable ones. Occasionally the rows of shanties and shacks are interrupted by a brick home—a rare sign of relative affluence. But privies are a much more common sight. Animal pens and vegetable gardens are the only remains of the rural dream, and they are scattered among rusted, junked automobiles that outnumber people and animals by two to one. No Man's Land may once have been a rural area. But the rural bureaucrats in Washington say it is now too urban to be considered within their bailiwick.

No Man's Land is built in a shallow depression surrounded by concrete. A Texas Highway Department maintenance and storage facility has paved over a vast tract to the south. More roads, factories, and railroad tracks lie to the north and west. Interstate 35 splits the community down the center. The effect has been to create a basin

without a drain. After a rain... has no place to go. It runs... the highly developed surround... into the unpaved streets of N... Land. The giant puddles are... mosquitoes, polluted by rusted... and poisoned by fecal mat... animal pens, privies, and shall... tanks. It is this water, laden... potential to cause cholera, typh... dysentery, that sinks to the w... and returns to the surface via... artesian well to be used for... by more than half the res... lucky few have tapped the w... that serves the Texas State... Institute near the Interstate... spite the fact that the proble... Man's Land are urban proble... by urban growth, the urban b... say No Man's Land is not in... and therefore can't qualify f... their programs—or money.

The Reverend Dewey... church is just down the road... Alice's home. It's a small cin... structure built five years ago... the one that burned to the g... cause there wasn't any run... to fight the fire. A self-sty... Luther King type, Pinckne...

No Man's Land's fight for modern plumbing for six years. He has conceived grandiose schemes like a giant benefit concert featuring Muhammad Ali, Jane Fonda, James Brown, and Harry Belafonte, followed by a march on Washington. His actions have been more modest, mostly consisting of a never-ending round of meetings with city councils, county commissioners, and planners. God and local politicians, to whom he has appealed with equal success, know him for his persistence.

"Those bureaucrats, they could solve this thing with one eye closed. All they need to do is sign some papers," he says, turning the steering wheel back and forth as he dodges puddles of stagnant water on the streets of No Man's Land. His finger is like a divining rod, zeroing in on all the signs of modern plumbing. The Highway Department facility has running water and a fresh sprinkler system for the lawn. There are unused fire hydrants on the borders of No Man's Land, and all the gas stations on IH 35 have had water and sewage lines installed at their own expense. Even the few homes that tie into the Technical Institute water lines have no sewage connection, although a large sewer main runs into the community. Mechanical and bureaucratic reasons make it impossible to tap.

"We know what the plan is," confides the Reverend. "Waco wants to drive us off and annex this land and use all the transportation facilities to turn this place into a booming industrial area that will raise themselves a lot of taxes. Well, we ain't moving anywhere except the graveyard, so somebody might as well start fixing things up.

"It's disgusting. Somebody is responsible for a violation of human rights, and unless something is done I'm going to sue."

But sue whom? No Man's Land has managed to escape the jurisdiction of every agency a jurisdiction has ever been legislated for. It's easy to understand how No Man's Land could physically get into such a mess. It's harder to understand why government is having such a difficult time getting it out.

Since nobody else will solve No Man's Land's problems, why doesn't it just incorporate and try to solve them itself? The answer is simple: it can't. No Man's Land is an unincorporated subdivision within the extraterritorial jurisdiction of both Waco and Bellmead. Both cities share a reserved first claim over the future use of the land. Under Texas law either city may block incorporation but neither has any responsibility unless it decides to annex the area. And annexation is unlikely, because as a black ghetto, No Man's Land is not worth it. It is a liability which would require a million-dollar investment for water and sewer lines, not to mention



For 19″ by 21″ color reproduction of the Wild Turkey painting by Ken Davies, send $1 to Box 929TM-11, Wall St. Sta., N.Y. 10005.

# This Thanksgiving serve Turkey before dinner.



## WILD TURKEY
101 PROOF/8 YEARS OLD

Austin, Nichols Distilling Co., Lawrenceburg, Kentucky

012322

millions more to bring the area into compliance with city codes. It's an investment Waco is understandably hesitant to make for an area which would add virtually no tax base to the city. Until annexation becomes more lucrative—until, for example, industry can somehow be lured to No Man's Land—the city is content to maintain the status quo, refusing to yield its extraterritorial jurisdiction and legally blocking any chance for No Man's Land to make it on its own.

If the investment is too much for Waco, it's obviously too much for the impoverished residents to finance themselves. Nor can they afford to relocate.

Their only hope is that a governmental body will act out of something other than economic motivation. That agency will obviously not be the City of Waco. Assistant City Manager June Likes says that if it costs money, Waco's not interested. "We feel that our first obligation is to citizens of Waco who have been paying city taxes." Besides, Likes says, Waco has met its obligation to the area—it has constructed sewage and runoff facilities on the outskirts of No Man's Land that the community could connect to—if No Man's Land ever gets anything to connect.

McLennan County is no more inclined to help No Man's Land than

Waco. "The county has never gotten into the business of providing water and sewer lines for unincorporated areas," explains County Judge Bob Thomas. "We've got several areas in the county that are just as bad as Lincoln Park, and we can't spend money on Lincoln Park without these areas thinking it's special treatment."

Even the bureaucratic fail-safe of creating a new agency has failed. Earlier this year the governor's Department of Community Affairs (DCA) proposed a direct $1 million grant to No Man's Land. The request came up before a legislative subcommittee chaired by none other than Lyndon Olson, but despite the hometown edge, the proposal died. The chairman of the full committee, E. L. Short of Tahoka, objected to a provision which would have required Waco to annex Lincoln Park within three years. Olson shared Short's concerns about jiggling the legal framework of annexation to accommodate an exception—and down went No Man's Land again. "It seems that as far as No Man's Land is concerned," Olson said afterward, "what's legally reasonable and what's morally reasonable are two different things."

The Vice President of the United States couldn't help. Neither could the Texas A&M Predatory Animal Control Service, the Rockefeller Foundation, Senator Edward Kennedy, the NAACP, nor the Black Caucus of the Texas House of Representatives. They all expressed concern, but no one bothered to carry the problem any farther than referring it to another agency—in most cases, one which had already announced its inability to help. In February 1975, the Texas Water Quality Board became the latest agency to explain why it couldn't solve the problem; six months later, in a maddening bureaucratic irony, it awarded Waco and the Brazos River authority $243,000 to plan regional sewer needs. No doubt the TWQB will learn from its quarter-million-dollar investment that a place called No Man's Land has a terrible problem.

Reflecting on all of this, a bureaucrat at the Department of Community Affairs who spent two years wrestling with No Man's Land's difficulties concluded, "It just may be that it is not legally possible to solve this thing." But Reverend Pinckney hasn't given up. His latest hope is the resurrection of an old idea, that No Man's Land be declared a disaster area eligible for emergency federal funds. The ploy has been rejected once by the governor's Division of Disaster Emergency Services, but it still has the ring of truth to it. The people of No Man's Land have suffered a disaster. It's not something that has happened to them; instead, it's what has not happened. ❧



# Parlez-vous?
## Black & White Scotch.
It's how you say fine scotch in 168 countries. And it all began in 1884.

IMPORTED BLACK & WHITE® BLENDED SCOTCH WHISKY, 86.8 PROOF, © 1975, HEUBLEIN, INC., HARTFORD, CONN.



From England and *Lister* with love for the Texas sun and wind and rain and sleet.

TEAK FURNITURE FOR GARDENS AND PATIOS
The natural beauty endures for generations . . . becomes lovelier with age.

Exclusively at
alegre interiors

115 El Prado Dr. West
San Antonio, Texas 78212
(512) 826-5711