## MC LENNAN COUNTY JAIL FACILITY
## NOTIFICATION OF DISCIPLINARY HEARING

CID# _71651_
CELL# _056 - 7_

_Fields, Sherman_____, you are hereby notified that a disciplinary hearing to determine whether there
INMATE
is evidence to believe that you have committed a rule violation(s), will be held at least 24 hours after this notification.

During this hearing you have the right to be heard, and present evidence and witnesses. Reasons for any limitations placed on testimony of witnesses, would be if it were unduly hazardous to institutional safety and correctional goals.

You may request assistance in preparing your case from a member of the Corrections Staff, or another prisoner as determined by the Disciplinary Officer. You may call witnesses. List witnesses on this form. The Disciplinary Board will limit the number of witnesses called, if their testimony is deemed repetitive. Failure to list witnesses will result in none being called in your behalf.

If the Disciplinary Board determines evidence of guilt, you may receive a maximum of thirty (30) days in disciplinary separation (Major Violations), fifteen (15) days (Minor Violations), denied any or all privileges, and/or loss of county "good time" where applicable.

You are entitled to appeal disciplinary actions to the Jail Administrator, in writing, within twenty-four (24) hours of the hearing completion.

You are alleged to have committed the following Facility rule violation(s).
*(A) Denotes major violations   (B) Denotes minor violations. Example: Rule (#A2)
#_A7_ #_A23_ #_A25_ #_B1_ #_B13_ #_____ #_____ #_____ #_____ #_____ #_____ #_____

Incident Date: _2-12-02_    Time: _1815_

You may waive your right to appear before the Disciplinary board hearing for any rule violation(s). If you waive this right, the Disciplinary Board may render a decision and your punishment well be assessed as: _____
Place your initials here if waiving the formal hearing: _____

Brief description of incident: _Inmate refused to take contraband down by Sgt. Armstrong, had in his possession a torn sheet, cursed this officer, and masturbated in front of me when told to stop._

1. WITNESS_____    3. WITNESS_____

2. WITNESS_____    4. WITNESS_____

Date Given to Inmate: _2-12-02_, (time)_____, Inmate Signature_____

by (Officer Signature)_D. Kilgo_____, Assisting Officer_____
*************************************************************************************************

### DISCIPLINARY BOARD'S PROCEDURE AND DETERMINATION

DATE OF HEARING _____    TIME _____

DECISION: _____
_____
_____
_____

MEMBER _____    MEMBER _____    MEMBER _____
DISCIPHEAR.DOC

001014

FIELDS 038904

**MC LENNAN COUNTY JAIL FACILITY**
**NOTIFICATION OF DISCIPLINARY HEARING**

CID# 11051
CELL# 568 - violent

INMATE: Fields, Sherman , you are herby notified that a disciplinary hearing to determine whether there is evidence to believe that you have committed a rule violation(s), will be held at least 24 hours after this notification.

During this hearing you have the right to be heard, and present evidence and witnesses. Reasons for any limitations placed on testimony of witnesses, would be if it were unduly hazardous to institutional safety and correctional goals.

You may request assistance in preparing your case from a member of the Corrections Staff, or another prisoner as determined by the Disciplinary Officer. You may call witnesses. List witnesses on this form. The Disciplinary Board will limit the number of witnesses called, if their testimony is deemed repetitive. Failure to list witnesses will result in none being called in your behalf.

If the Disciplinary Board determines evidence of guilt, you may receive a maximum of thirty (30) days in disciplinary separation (Major Violations), fifteen (15) days (Minor Violations), denied any or all privileges, and/or loss of county "good time" where applicable.

You are entitled to appeal disciplinary actions to the Jail Administrator, in writing, within twenty-four (24) hours of the hearing completion.

*Indecent Exposure*

You are alleged to have committed the following Facility rule violation(s).
*(A) Denotes major violations  (B) Denotes minor violations.  Example: Rule (#A2)

#A7  #____  #____  #____  #____  #____  #____  #____  #____  #____  #____  #____  #____

Incident Date: 12-4-01        Time: 0750

> You may waive your right to appear before the Disciplinary board hearing for any rule violation(s). If you waive this right, the Disciplinary Board may render a decision and your punishment will be assessed as:_____
>
> Place your initials here if waiving the formal hearing:

Brief description of incident: Inmate was masturbating

1. WITNESS_____          3. WITNESS_____
2. WITNESS_____          4. WITNESS_____
Date Given to Inmate_____, (time)_____, Inmate Signature Inmate in violent cell
by (Officer Signature) Amy Dennis , Assisting Officer_____

**DISCIPLINARY BOARD'S PROCEDURE AND DETERMINATION**

12-11-01                                      14:35
DATE OF HEARING                               TIME

DECISION: 10 days LOAP start 12-11-01 thru 12-20-01
off losent 12-21-01

_Cpl. Ed Henry_____          _____          _____
MEMBER                         MEMBER                    MEMBER

001015

FIELDS 038905