## MC LENNAN COUNTY JAIL FACILITY
## NOTIFICATION OF DISCIPLINARY HEARING

Fields, Sherman _____, you are hereby notified that a disciplinary hearing to determine whether there

INMATE

is evidence to believe that you have committed a rule violation(s), will be held at least 24 hours after this notification.

During this hearing you have the right to be heard, and present evidence and witnesses. Reasons for any limitations placed on testimony of witnesses, would be if it were unduly hazardous to institutional safety and correctional goals.

You may request assistance in preparing your case from a member of the Corrections Staff, or another prisoner as determined by the Disciplinary Officer. You may call witnesses. List witnesses on this form. The Disciplinary Board will limit the number of witnesses called, if their testimony is deemed repetitive. Failure to list witnesses will result in none being called in your behalf.

If the Disciplinary Board determines evidence of guilt, you may receive a maximum of thirty (30) days in disciplinary separation (Major Violations), fifteen (15) days (Minor Violations), denied any or all privileges, and/or loss of county "good time" where applicable.

You are entitled to appeal disciplinary actions to the Jail Administrator, in writing, within twenty-four (24) hours of the hearing completion. *Indecent Exp (masturbation)/Insolence/*

You are alleged to have committed the following Facility rule violation(s).
*(A) Denotes major violations  (B) Denotes minor violations. Example: Rule (#A2)
#A-7 #A-25 #B-1 # _____ # _____ # _____ # _____ # _____ # _____ # _____ # _____ # _____

Incident Date: 2-26-02 ___ Time: 1515 _____

You may waive your right to appear before the Disciplinary board hearing for any rule violation(s). If you waive this right, the Disciplinary Board may render a decision and your punishment well be assessed as: _____
Place your initials here if waiving the formal hearing: _____

Brief description of incident: *after doing the 1500 check on the inmate, when I returned 15 minutes later, the inmate was standing at his door in full view, masturbating, and grinning at this officer.*

1. WITNESS _____    3. WITNESS _____

2. WITNESS _____    4. WITNESS _____

Date Given to Inmate 2-26-02 (time) 1715, Inmate Signature *Refused*

by (Officer Signature) D. Kelso Jailer, Assisting Officer *Billy Hughes*

### DISCIPLINARY BOARD'S PROCEDURE AND DETERMINATION

14:03

2-28-02
_____ TIME
DATE OF HEARING

DECISION: *30 days in indecent exposure, 5 day on insolence Total 35 day LOAP in D&G starting 3-17-02 thru -4-20-02 off restrictions 4-21-02*

_____    _____    _____
MEMBER              MEMBER              MEMBER
DISCIPHEAR.DOC

001019

FIELDS 038909