DSG-4

# MC LENNAN COUNTY JAIL FACILITY
## NOTIFICATION OF DISCIPLINARY HEARING



COPY

CID#_____71651_____

CELL#____DSG4____

INMATE: Fields, Sherman_____, you are herby notified that a disciplinary hearing to determine whether there is evidence to believe that you have committed a rule violation(s), will be held at least 24 hours after this notification.

During this hearing you have the right to be heard, and present evidence and witnesses. Reasons for any limitations placed on testimony of witnesses, would be if it were unduly hazardous to institutional safety and correctional goals.

You may request assistance in preparing your case from a member of the Corrections Staff, or another prisoner as determined by the Disciplinary Officer. You may call witnesses. List witnesses on this form. The Disciplinary Board will limit the number of witnesses called, if their testimony is deemed repetitive. Failure to list witnesses will result in none being called in your behalf.

If the Disciplinary Board determines evidence of guilt, you may receive a maximum of thirty (30) days in disciplinary separation (Major Violations), fifteen (15) days (Minor Violations), denied any or all privileges, and/or loss of county "good time" where applicable.

You are entitled to appeal disciplinary actions to the Jail Administrator, in writing, within twenty-four (24) hours of the hearing completion.

You are alleged to have committed the following Facility rule violation(s). _Indecent Exposure (Masterbation)_
*(A) Denotes major violations  (B) Denotes minor violations.  Example: Rule (#A2)

# A7 #_____ #_____ #_____ #_____ #_____ #_____ #_____ #_____ #_____ #_____ #_____ #_____

Incident Date:_3-17-02_____  Time:_1030_____

| You may waive your right to appear before the Disciplinary board hearing for any rule violation(s). If you waive this right, the Disciplinary Board may render a decision and your punishment will be assessed as:_____ Place your initials here if waiving the formal hearing: |
|---|

Brief description of incident:_As officer was doing 15 min watch_
_Inmate fields was ford masterbating_____

1. WITNESS_____   3. WITNESS_____

2. WITNESS_____   4. WITNESS_____

Date Given to Inmate_3-17-02_____ (time)_1035_____, Inmate Signature_Refused_____

by (Officer Signature)_Amber Aguirre_____, Assisting Officer_____

**************************************************************************************

## DISCIPLINARY BOARD'S PROCEDURE AND DETERMINATION

_3-19-02_____                                      _15:25_____
DATE OF HEARING                                    TIME

DECISION: _30 days Loup DSG starting 4-21-02_
_thru 5-20-02_____

_____   _____   _____
MEMBER            MEMBER            MEMBER

001021

FIELDS 038911