DSG-4

## MC LENNAN COUNTY JAIL FACILITY
## NOTIFICATION OF DISCIPLINARY HEARING

COPY

CID# 76651
CELL# DSG-4

Fields, Sherman , you are hereby notified that a disciplinary hearing to determine whether there
INMATE
is evidence to believe that you have committed a rule violation(s), will be held at least 24 hours after this notification.

During this hearing you have the right to be heard, and present evidence and witnesses. Reasons for any limitations placed on testimony of
witnesses, would be if it were unduly hazardous to institutional safety and correctional goals.

You may request assistance in preparing your case from a member of the Corrections Staff, or another prisoner as determined by the
Disciplinary Officer. You may call witnesses. List witnesses on this form. The Disciplinary Board will limit the number of witnesses called,
if their testimony is deemed repetitive. Failure to list witnesses will result in none being called in your behalf.

If the Disciplinary Board determines evidence of guilt, you may receive a maximum of thirty (30) days in disciplinary separation (Major
Violations), fifteen (15) days (Minor Violations), denied any or all privileges, and/or loss of county "good time" where applicable.

You are entitled to appeal disciplinary actions to the Jail Administrator, in writing, within twenty-four (24) hours of the hearing completion.

You are alleged to have committed the following Facility rule violation(s). *Indecent Exp (Masterbation*
*(A) Denotes major violations, (B) Denotes minor violations. Example: Rule (#A2) *Exposure / Harrassing*
#A-7 #A-25# B-1 #B-13 # # # # # # # #

Incident Date: 4-9-02    Time: 1545

You may waive your right to appear before the Disciplinary board hearing for any rule violation(s). If you waive this right, the Disciplinary
Board may render a decision and your punishment well be assessed as: X Sherman Field
Place your initials here if waiving the formal hearing:

Brief description of incident: the subject stood in front of his window
and masturbated while laughing.

1. WITNESS
2. WITNESS
3. WITNESS
4. WITNESS

Date Given to Inmate 4-9-02 , (time) 1700 , Inmate Signature TORE UP ORIGINAL
by (Officer Signature) D. Kilp, Jailer Assisting Officer Billy Hughes
*************************************************************

## DISCIPLINARY BOARD'S PROCEDURE AND DETERMINATION

4-16-02                                          1325
DATE OF HEARING                                  TIME

DECISION: Pled guilty waved hearing except 20 days LOAP
Starting 4-16-02 running cc with other charges

MEMBER                    MEMBER                    MEMBER
DISCIPHEAR.DOC

001031

FIELDS 038921