## MC LENNAN COUNTY JAIL FACILITY
## NOTIFICATION OF DISCIPLINARY HEARING

CID# 71651

CELL# DSG 4

INMATE: Fields, Sherman , you are herby notified that a disciplinary hearing to determine whether there is evidence to believe that you have committed a rule violation(s), will be held at least 24 hours after this notification.

During this hearing you have the right to be heard, and present evidence and witnesses. Reasons for any limitations placed on testimony of witnesses, would be if it were unduly hazardous to institutional safety and correctional goals.

You may request assistance in preparing your case from a member of the Corrections Staff, or another prisoner as determined by the Disciplinary Officer. You may call witnesses. List witnesses on this form. The Disciplinary Board will limit the number of witnesses called, if their testimony is deemed repetitive. Failure to list witnesses will result in none being called in your behalf.

If the Disciplinary Board determines evidence of guilt, you may receive a maximum of thirty (30) days in disciplinary separation (Major Violations), fifteen (15) days (Minor Violations), denied any or all privileges, and/or loss of county "good time" where applicable.

You are entitled to appeal disciplinary actions to the Jail Administrator, in writing, within twenty-four (24) hours of the hearing completion.

You are alleged to have committed the following Facility rule violation(s). A-6 Making Sexual Advances
*(A) Denotes major violations  (B) Denotes minor violations. Example: Rule (#A2) A-7 Indecent Exposure

# A6 # A7 # ___ # ___ # ___ # ___ # ___ # ___ # ___ # ___ # ___ # ___ # ___

Incident Date: 7-25-02     Time: 21:45

You may waive your right to appear before the Disciplinary board hearing for any rule violation(s). If you waive this right, the Disciplinary Board may render a decision and your punishment will be assessed as: _____
Place your initials here if waiving the formal hearing: _____

Brief description of incident: Inmate across Fields cell was making conversation about his case. When the conversation became repetitive I turned around to see Fields masturbating while standing on his bunk staring a this officer.

1. WITNESS_____    3. WITNESS_____

2. WITNESS_____    4. WITNESS_____

Date Given to Inmate 7-25-02 , (time) 21:45 , Inmate Signature Refused/Violent Aggressive

by (Officer Signature) Cpl Dru Riggs , Assisting Officer_____

**************************************************************************

## DISCIPLINARY BOARD'S PROCEDURE AND DETERMINATION

7-31-02
DATE OF HEARING

1143
TIME

DECISION: Held board hearing. rec 30 days LOAP - DSG starting 11-18-02 thru 12-18-02

_____          _____          _____
MEMBER                    MEMBER                    MEMBER

**001049**

**FIELDS 038939**

## MC LENNAN COUNTY JAIL FACILITY
## NOTIFICATION OF DISCIPLINARY HEARING

CID# 71651

CELL# DSG-4

INMATE: Fields, Sherman , you are herby notified that a disciplinary hearing to determine whether there is evidence to believe that you have committed a rule violation(s), will be held at least 24 hours after this notification.

During this hearing you have the right to be heard, and present evidence and witnesses. Reasons for any limitations placed on testimony of witnesses, would be if it were unduly hazardous to institutional safety and correctional goals.

You may request assistance in preparing your case from a member of the Corrections Staff, or another prisoner as determined by the Disciplinary Officer. You may call witnesses. List witnesses on this form. The Disciplinary Board will limit the number of witnesses called, if their testimony is deemed repetitive. Failure to list witnesses will result in none being called in your behalf.

If the Disciplinary Board determines evidence of guilt, you may receive a maximum of thirty (30) days in disciplinary separation (Major Violations), fifteen (15) days (Minor Violations), denied any or all privileges, and/or loss of county "good time" where applicable.

You are entitled to appeal disciplinary actions to the Jail Administrator, in writing, within twenty-four (24) hours of the hearing completion.

You are alleged to have committed the following Facility rule violation(s).
*(A) Denotes major violations  (B) Denotes minor violations.  Example: Rule (#A2)

#A23 #A25 #A31 #B16 #A1 #____ #____ #____ #____ #____ #____ #____ #____

Incident Date: 9/6/02     Time: 16:55

You may waive your right to appear before the Disciplinary board hearing for any rule violation(s). If you waive this right, the Disciplinary Board may render a decision and your punishment will be assessed as: _____
Place your initials here if waiving the formal hearing: _____

Brief description of incident: Throwing Juice on Officer _____
_____
_____
_____

1. WITNESS_____    3. WITNESS_____

2. WITNESS_____    4. WITNESS_____

Date Given to Inmate_____, (time)_____, Inmate Signature_____

by (Officer Signature) _____Johansel_____, Assisting Officer_____

*********************************************************************************

### DISCIPLINARY BOARD'S PROCEDURE AND DETERMINATION

DATE OF HEARING_____        TIME_____

DECISION:_____
_____
_____
_____

MEMBER_____    MEMBER_____    MEMBER_____

**001050**

**FIELDS 038940**