**U.S. Department of Justice**
Federal Bureau of Prisons

**Incident Report**

*1075925*

| 1. NAME OF INSTITUTION |
|---|
| FMC FORT WORTH |

**PART I – INCIDENT REPORT**

| 2. NAME OF INMATE | 3. REGISTER NUMBER | 4. DATE OF INCIDENT | 5. TIME |
|---|---|---|---|
| FIELDS | 15651-180 | 2-12-03 | 3:15PM |

| 6. PLACE OF INCIDENT | 7. ASSIGNMENT | 8. UNIT |
|---|---|---|
| SHU | ADM DET M | JAIL: |

| 9. INCIDENT | 10. CODE |
|---|---|
| ASSAULTING ANY PERSON (MINOR ASSAULT) | 224 |

11. DESCRIPTION OF INCIDENT (Date: 2-12-03  Time: 3:15PM  Staff became aware of incident)

ON ABOVE DATE AND TIME, INMATE FIELDS #15651-180 WAS RELEASED FROM A/D LTCU AND WAS ESCORTED TO A/D SPECIAL HOUSING UNIT.  AFTER THE INMATE WAS PLACED IN CELL #B-13 HE SPIT ON THIS LIEUTENANT.HITTING THE BACK OF MY JACKET.

| 12. SIGNATURE OF REPORTING EMPLOYEE | DATE AND TIME | 13. NAME AND TITLE (Printed) |
|---|---|---|
| *[signature]* | 2-12-03 / 3:25PM | H.R. GENTRY, LIEUTENANT |

| 14. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY | 15. DATE INCIDENT REPORT DELIVERED | 16. TIME INCIDENT REPORT DELIVERED |
|---|---|---|
| *[signature]* | 2-15-03 | 12:15 PM |

**PART II – COMMITTEE ACTION**

17. COMMENTS OF INMATE TO COMMITTEE REGARDING ABOVE INCIDENT

I'm not denying I did it, Because I did it. I was mad the way the did me. I reacted without thinking.

18. A. IT IS THE FINDING OF THE COMMITTEE THAT YOU:
_____ COMMITTED THE FOLLOWING PROHIBITED ACT.

_____ DID NOT COMMIT A PROHIBITED ACT.

B. ✓ THE COMMITTEE IS REFERRING THE CHARGE(S) TO THE DHO FOR FURTHER HEARING.
C. _____ THE COMMITTEE ADVISED THE INMATE OF ITS FINDINGS AND OF THE RIGHT TO FILE AN APPEAL WITHIN 15 CALENDER DAYS.

19. COMMITTEE DECISION IS BASED ON THE FOLLOWING INFORMATION

We are referring this to the DHO Because of the seriousness of the incident

20. COMMITTEE ACTION AND/OR RECOMMENDATION IF REFERRED TO DHO (CONTINGENT UPON DHO FINDING INMATE COMMITTED PROHIBITED ACT)

180 Day Loss of phone / comm / visit.

21. DATE AND TIME OF ACTION  2/21/03   1030   (THE UDC CHAIRMAN'S SIGNATURE NEXT TO HIS NAME CERTIFIES WHO SAT ON THE UDC AND THAT THE COMPLETED REPORT ACCURATELY REFLECTS THE UDC PROCEEDINGS.)

*J. Jandil* *[signature]*  *H. Solis* *[signature]*

Chairman (Typed Name/Signature)     Member (Typed Name)     Member (Typed Name)

Original – Central File Record    Blue – To Inmate after UDC Action
Yellow  – DHO    Pink – To Inmate within 24 hours of Part I preparation    Previous editions not usable    001055    BP-288(52) JANUARY 1988

FIELDS 038945