# Sherman Fields' Family Tree

