## DECLARATION OF DR. J. RANDALL PRICE

I, Dr. Randall Price, state:

1. I am a clinical and forensic psychologist and neuropsychologist. I have been licensed as a psychologist in the State of Texas since 1983. I am also licensed in the State of Oklahoma. I have bachelors and masters degrees, as well as a Ph.D. from the University of North Texas. I also completed a post doctoral internship at the Baylor Institute for Rehabilitation and a post-doctoral fellowship at the University of Kentucky. I am board certified in forensic psychology by the American Board of Professional Psychology and in neuropsychology by the American Board of Professional Neuropsychology. I have consulted in more than 200 capital murder cases during the past 20 years with both the defense and prosecution.

2. During August of 2003, I was contacted by Robert Swanton to evaluate and possibly testify in the matter of United States v. Sherman Fields, who was charged with capital murder in United States District Court for the Western District of Texas. On September 8, 2003, I received a court order appointing me on the case to assist Robert Swanton in his defense of Sherman Fields.

3. Prior to meeting with Mr. Fields, I reviewed relevant legal and medical documents including a social history completed by Jane McCann. I did not retain those records and have no specific memory of what records were provided to me.

4. Mr. Fields was initially reluctant to be evaluated, and on my first attempt to evaluate him, he refused to be seen. Eventually, he consented and participated in the evaluation. I evaluated him on December 29, 2003 and January 6, 2004 at the Federal Bureau of Prisons in Fort Worth, Texas.

5. During the course of my evaluation, I conducted an IQ test and a clinical interview. Mr. Fields' full scale IQ on the Wechsler adult intelligence scale was 113. Mr. Fields verbal IQ score was 107. His non-verbal IQ score was 121. One reason for this disparity is that Mr. Fields score was comparatively lower on the general knowledge part of the test, which was likely due to his poor educational experiences. I did not conduct any additional testing on Mr. Fields. I also did not conduct any neuropsychological testing on Mr. Fields as I did not find any suggestion of congenital or acquired brain damage.

6. While I was not asked and did not evaluate Mr. Fields on the issue of whether he was competent to represent himself, I discussed his ability to represent himself with Mr. Swanton. I opined that while I found no mental disorder that

1

specifically precluded his competency to represent himself, I expressed the opinion that his decision to do so was poor judgment on his part.

7.    During trial, I testified about Mr. Fields' IQ test results. I opined that Mr. Fields has the intellectual ability to further his education in prison. In reaching this opinion, I considered Mr. Fields' IQ score, along with the fact that he completed his GED while incarcerated. I further opined that Mr. Fields' failure to do well in school was partially attributable to his chaotic home life as a youth. During trial, I also opined that, partially as a result of Mr. Fields' intelligence, he had the ability to adapt to a prison environment.

8.    I was not asked to offer an opinion about the risk of Mr. Fields to engage in violence while incarcerated, but I was asked to offer an opinion about Mr. Fields' ability to adapt to a prison environment. Mr. Swanton and I discussed this in detail, and Mr. Swanton decided that to limit the extent of information presented about his risk to engage in violent behavior in prison due to his prior behavior while incarcerated. Consequently, I did not conduct an "actuarial" risk assessment. However, such actuarial risk assessments can be useful in predicting the potential risk of future violence by an offender in prison., and experts, such as Dr. Mark Cunningham, who is experienced in both mitigation analysis and risk assessment might be of assistance in a case such as that of Sherman Fields.

I declare under the penalty of perjury of the laws of the State of Texas that the above is true and correct.

Dated this 8th day of January , 2009.

Dallas, Texas
_____
Place

Randall Price
_____
Dr. J. Randall Price

2