## Second Affidavit of Jane Bye.

I, Jane Bye, state as follows:

1. I am over 18 and competent to make this affidavit.

2. I have recently received and reviewed a number of materials related to Sherman Fields' family and mental health history which were provided to me by his current lawyer, Jeffrey Ellis.

3. These documents describe in much greater detail the multigenerational family history of mental illness, Mr. Fields' own history of mental illness, and the trauma to which Mr. Fields was repeatedly exposed.

4. Although I conducted an investigation into these aspects of Mr. Fields' life, the materials that I have recently reviewed contain many more details than I discovered.

5. In a future declaration, I can explain the differences with more specificity.

6. There was no tactical reason for me not to have uncovered this information. To the contrary, this was exactly the type of information that I was attempting to uncover.

I declare under the penalty of perjury that the foregoing is true and correct.

4/11/10 San Diego, CA
Date and Place

Jane Bye