Case 6:01-cr-00164-WSS   Document 300-8   Filed 03/07/09   Page 1 of 1

## Affidavit of Dr. Steven Mark.

I, Dr. Steven Mark, state as follows:

1.     I am over 18 and competent to make this affidavit.

2.     I am a psychiatrist.  My practice includes both clinical and forensic work.

3.     I was appointed to evaluate Sherman Fields to determine if he was competent.

4.     In order to conduct my evaluation, I met with Mr. Fields in person for approximately 30 minutes. Prior to meeting with Mr. Fields, I received some limited information about his background.  However, I was not provided and consequently did not review any documents related to Mr. Fields' prior terms of incarceration or any prior mental health diagnoses.

5.     I testified to the extent of my opinions.

I declare under the penalty of perjury that the foregoing is true and correct.

12/31/08
_____
Date and Place

_____
Dr. Steven Mark