## Affidavit of Edward Outley III

I, Edward Outley, state as follows:

1.   I am over 18 and competent to make this declaration.

2.   I was a witness in the capital trial of Sherman Fields.

3.   I did not want to testify against Mr. Fields.

4.   The only reason I testified is because the Government gave me complete immunity for any charges.  Thus, because I could not be prosecuted for any crimes, I had to testify—my attorneys told me I could not take the Fifth on anything.

I declare under the penalty of the perjury that the above is true and correct.

12-5-08
Date and Place

*Edward Outley*
Edward Outley III

D
J

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Texas*

---

700 S. University Parks, Suite 770          (817) 750-1580
Waco, Texas 76706

January 2, 2004

Stan Schwieger
Attorney at Law
P.O. Box 975
Waco,   Tx.   76703

Re: Edward Lee Outley

Dear Mr. Schwieger,

This letter is written concerning the cooperation furnished by your client, Edward Outley, in connection with an investigation and trial being conducted by the United States into the murder of Suncerey Coleman and related crimes. This is to certify that your client is considered a witness in the case and not a target or subject of the investigation.

Correspondingly, any statement or testimony, or evidence derived directly or indirectly from the statements or testimony which your client  provides regarding this matter or any other matter into which he  may be inquired by any agent or attorney associated with this case or any testimony furnished to a grand or petit jury  will not be used against him in this or any further criminal proceeding, either federal or state, except a prosecution for perjury or otherwise making a false statement.

This grant of immunity is completely conditional upon Mr. Outley's truthful, candid cooperation and is voidable by the United States in the event it can demonstrate to a court that Mr. Outley has made a material misstatement of fact to  the Court or ceases to cooperate in this case.

Sincerely,

JOHNNY SUTTON
United States Attorney

by:   STEVEN L. SNYDER
Assistant United States Attorney

**FIELDS 032134**