## Affidavit of Rick Ojeda

I, Rick Ojeda, state as follows:

1. I am a former FBI agent and police officer with over 25 years of investigative experience. I own and operate Orion Security & Investigations Inc., a full service investigative and consulting firm located in Austin, Texas. I am a licensed private investigator, Texas license # C10121.

2. I have been retained as an investigator by counsel to Sherman Fields, Jeff Ellis of Ellis, Holmes & Witchley.

3. On December 19, 2008 I interviewed Homero DeLeon, an inmate currently residing at the Federal Correctional Institution ("FCI") – Low, Yazoo City Mississippi. Peter Isajiw, also counsel to Sherman Fields, accompanied me at this interview.

4. In preparation for this interview I reviewed several documents provided to me by counsel including: (1) DeLeon's trial testimony; (2) Documents related to DeLeon's various sentence reductions; (3) a February 12, 2003 letter from DeLeon to Mark Frazier, Chief Assistant U.S. Attorney and Greg Gloff, attached as Exhibit A, and; (4) A report of a November 13, 2003 Interview of DeLeon by Assistant United States Attorney (AUSA) Gregory Gloff and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Special Agent (S/A) Douglas J. Kunze, attached as Exhibit B.

5. Several topics were discussed during the interview. Most of what DeLeon said about these topics was inconsistent with his trial testimony. In addition, DeLeon's version of events changed during the course of our interview with him.

6. We asked DeLeon how he came to be a witness at Fields' trial.

7. In response, DeLeon gave two somewhat contradictory explanations.

8. In his initial description, DeLeon explained that he approached Fields while they were together at FMC Fort Worth. DeLeon explained that he initially solicited information from Fields concerning the events surrounding the murder of Suncery Coleman.

9. DeLeon explained that after Fields provided him with information, DeLeon immediately contacted AUSA Gloff by letter and later met with AUSA Gloff. After DeLeon's contact with AUSA Gloff, DeLeon sought additional information from Fields by attempting to have several additional conversations with him. According to DeLeon, he would write down the substance of each conversation on a piece of yellow legal pad and immediately forward it to AUSA Gloff.

10. Later in the interview, DeLeon changed his story and explained that prior to his first meeting with AUSA Gloff, DeLeon met with Fields on several occasions, recorded

USActive 14867863.1

the contents of the conversation on a piece of yellow legal pad paper, and then sent all of his notes (along with a summary) to AUSA Gloff.

11. Mr. DeLeon did not clarify these differences for us.

12. In any event, DeLeon insisted that he sent AUSA Gloff a package of approximately 10 or 11 pages of notes that he took of his conversations with Mr. Fields.

13. When asked what Mr. Fields told him about the crimes, DeLeon stated that Fields escaped from the jail by crawling through a vent, carjacked an old lady and drove to the hospital, picked up his girlfriend, and then drove her to a deserted location where he shot her. Deleon indicated that these details would be contained in his notes.

14. The topic of DeLeon's notes was discussed several times, and in several ways during the interview. Unlike other aspects of our conversation, each time DeLeon described the notes consistently. He asserted that the notes contained several details of the purported conversations, including the caliber of gun used, the names of people mentioned in conversations and other details about the shooting. DeLeon explained that without those notes, he would not have been able to remember all the details.

15. The details allegedly contained in DeLeon's notes are not contained in S/A Kunze's interview notes. This is significant because it is standard investigative procedure to note details like these if they were discussed during a witness interview.

16. DeLeon consistently told us that he sent all his notes to AUSA Gloff without retaining a copy.

17. DeLeon denied asking for or being offered any "time cut" or other benefit in exchange for his testimony. DeLeon persisted in his denial of requesting or being offered a "time cut" even after it was pointed out to him that he actually received one.

18. Also among the topics of discussion during the interview was the number of meetings DeLeon had with representatives of the prosecution team before trial. Deleon remembered two meetings, one in November of 2003 with AUSA Gloff and S/A Kunze at the U.S. Bureau of Prisons (BOP), Three Rivers and another, closer to the time of trial with AUSA Snyder at a facility DeLeon described as in "downtown Waco."

I declare under the penalty of perjury that the foregoing is true and correct.

2/27/09, GEORGETOWN TEXAS

_____
Date and Place

_____
Rick Ojeda

Anna Jackson
My Commission Expires
03/13/2010



Att'n: Mark Frazier, Gloff
Chief Assistant US. Attorney
700 S. University Parks Dr. Suite 770
Waco, Tx. 76706

February 12, 2003
RE: Homero DeLeon
03309-180
Federal Medical Center
P.O.Box 15330 SHU
Fort Worth, Texas
Zip Code 76119

Dear: Mr. Frazier , Mr. Gloff

The purpose of this letter is to inform you in some Information I have concening the Sherman Fields and Mr. Garrett (guard) case.

I was incarcerated at the glass house MCDC. back in August 2001 - November 2001 in Waco, Tx. Well, I was in Protected Custody in the high five section of the jail. There were two other people in the cell with me. There names are Steven Sais, Alvis Colin Smith. Mr. Garrett (guard) brought us a cell phone, Ciggarettes, and Crown Royal whiskey. This was on weekly basis, that he brought us contraband. This went on between September - November 2001. I was there when he gave Sherman Fields the keys to escape. But, after Sherman Fields escaped I caught the Chain to Seagoville Jail. Well, I'm at Federal Medical Center in Fort Worth, Tx. Now. I received an incident report, so I was placed →

FIELDS 013949

in disciplinary segregation (Special Housing Unit). When I was placed in the Special Housing Unit I saw and talked to Sherman Fields. That was back in December 12, 2002 we talked for about one week. We were in rooms right across from each other, so we were able to talk. He remembered me from when we were at the glass house. So, he started talking to me. I asked him why was he here at the Federal Medical Center. Sherman Fields told me that the reason he was here is, that he espaced from McClennan County Jail Hwy. 6. He told me in detail the way he escaped. He said he escaped through the vent. He made it out the roof but there was a jail deputy with a gun outside. So, he got caught trying to escape. That's why he's here. He told me that I was the only one that didnt testified in front of the grand jury against him and Mr. Garrett (guard). He also told me that I was the only one that's not on the witness ist of the people that's going to testify against him and Mr. Garrett (guard). The majority of the people that were at the glass house with us are on the witness list. So, I told Sherman Fields since I'm the only one that's not testifying against you. I'm going to ask you two questions and be trueful when you answer them. I asked Sherman Fields if he →

FIELDS 013950

killed that girl? His answer was yes I did killed that bitch because she was fucking everybody. So, then I asked him if Mr. Garrett (guard) gave him the keys to escape. His answer was yes that damn fool knew what I was going to do and he still gave me the keys to escape. And he told me that he will do anything to escape again and anybody who gets in his way he will kill because, he has nothing to lose. He told me alot of more detailed things. About the case, and about other things. I need to talk to you as soon as possible. I'm willing to testify, and cooperate in anything you want me to do. I have alot of detail information that can help your prosecution on Sherman Fields and Mr. Garrett (guard)

Respectfully Submitted,
Homero DeLeon 03309-180
Homero DeLeon 03309-180

P.S. I was the star witness in my co-defendant's trial, and both of my co-defendants were found guilty. So, in case you want me to testify against Sherman Fields and Mr. Garret (guard) I am more than happy to testify. You can check all the dates I was in the Glass House and here. →

FIELDS 013951

All the information I have given you is true and I will Sign a Sworn Statement. And you Can investigate all the Information I have given you, and it will come out to be true. Would you please talk to me or write me and let me know if you want me to be a witness.

Respectfully Submitted,
Homero DeLeon #03309180
Homero DeLeon # 03309-180

FIELDS 013952

Homero DeLeon #03309-180 (S.H.U.)
Federal Medical Center
P.O. Box 15330
Fort Worth, Tx 76119




Mark Frazier, Mr. Gloff
Chief Assistant U.S. Attorney
700 S. University Parks Dr. Suite 170
Waco, Tx. 76706

(Very Important Legal Mail)

FIELDS 013953

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## REPORT OF INVESTIGATION

Page 1 of 2

| ADDRESSED TO:<br>Special Agent in Charge<br>Houston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Houston Field Division<br>FY-04<br>Report 022 |
|---|---|

**TITLE OF INVESTIGATION:**
FIELDS, Sherman Lamont

| CASE NUMBER:<br>782010-02-0042 | REPORT NUMBER:<br>22 |
|---|---|

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)*<br>Douglas J. Kunze | SUBMITTED BY *(Title and Office)*<br>Special Agent, Waco Satellite Office | SUBMITTED BY *(Date)*<br>12/18/2003 |
|---|---|---|
| REVIEWED BY *(Name)*<br>Mark W. Curtin | REVIEWED BY *(Title and Office)*<br>Resident Agent in Charge, Waco Satellite Office | REVIEWED BY *(Date)* |
| APPROVED BY *(Name)*<br>Donnie A. Carter | APPROVED BY *(Title and Office)*<br>Special Agent in Charge, Houston Field Division | APPROVED BY *(Date)* |

## DESCRIPTION OF ACTIVITY:

Interview of Homero DeLeon DELEON.

## SYNOPSIS:

On November 13, 2003, Assistant United States Attorney (AUSA) Gregory Gloff and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (S/A) Douglas J. Kunze interviewed Homero DeLeon DELEON at the U.S. Bureau of Prisons (BOP), Three Rivers, Texas Unit.

## NARRATIVE:

1. On November 13, 2003, AUSA Gloff and S/A Kunze interviewed Homero DeLeon DELEON (DOB 04/23/75) and BOP #03309-180 at the U.S. Prison in Three Rivers, TX.
2. DELEON said that he was convicted in Federal court in Waco, TX for Conspiracy and Possession with Intent to Distribute Cocaine. He was sentenced to 72 months in the BOP in November 2001.
3. DELEON said that he was cellmates at the "glass house" (Civigenics Detention Center in Waco) in November 2001 with Sherman FIELDS, Alvin SMITH and Steve SAIS.
4. DELEON stated that the jail guard "Garrett" would provide the prisoners with Crown Royal (alcohol) for $100, cell phones, cigarettes, food (Whataburger, Taco Cabana, etc.), lighters and keys to get out of the jail!
5. DELEON said that he was transferred from the "glass house" about a week or two after FIELDS escaped. He then saw FIELDS again about November 2002, in the Ft. Worth, TX BOP Unit.

ATF EF 3120.2 (5-98)

**FIELDS 031123**

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

Page 2 of 2

| ADDRESSED TO:<br>Special Agent in Charge<br>Houston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Houston Field Division<br>FY-04<br>Report 022 |
|---|---|

TITLE OF INVESTIGATION:
FIELDS, Sherman Lamont

| CASE NUMBER:<br>782010-02-0042 | REPORT NUMBER:<br>22 |
|---|---|

6. DELEON stated that while at the Ft. Worth Unit FIELDS told him that 'he killed his girlfriend cause she was fucking off with other people'. FIELDS said the only reason he was telling DELEON was because DELEON was the only person not on the list to testify against him!

7. FIELDS also told DELEON about how he escaped from the McLennan County Highway 6 Jail. FIELDS claimed he dug through a vent in the ceiling with a light switch plate and metal part from a shower. DELEON believed that FIELDS said he escaped on a Saturday.

8. When asked if FIELDS provided more information about killing his girlfriend, DELEON stated that all he said was "I shot the bitch"! FIELDS also told DELEON about a tree where he killed his girlfriend.

9. FIELDS stated to DELEON that the same person that gave them the cigarettes, etc. gave him the key. FIELDS said he was going to give $5000 for the key but never paid it.

10. FIELDS also talked to DELEON about wanting to escape from the Ft. Worth BOP Unit.

ATF EF 3120.2 (5-98)

FIELDS 031124