## DECLARATION OF ALICE SWINNIE

I, Alice Swinnie, declare the following:

1.  I am Sherman Fields's mother. My date of birth is 01/05/1959, and I live at 3833 Cumberland, Waco, TX 76707. I live in this house with my mom, Jessie Mae Fields my sister Shirley, my boys when they're around and my man-friend, Kenneth Hazley. Kiesha stays here too – April and Sherman's daughter. April stays a few blocks away.

2.  I've got five boys and twenty-something grandkids. I am a great-grandmother four times over. All my great-grandkids are by Sherman's children – Kiesha, Derrick, Shelby and Shermonica.

3.  Sherman was born on July 14, 1974, when we lived on E. Johnson Street. According to his birth certificate, he weighed 8 lbs 7 oz, and he was 20 inches long.

4.  My mom and dad weren't married. I was mostly with my sisters Patricia, Dorothy and Shirley. They used to take care of me. I'm only three or four years older than their kids. Mom used to work. She worked in a cleaners and she did housework. There was never a man living in the house.

5.  When I was growing up, we stayed in an old house with a wood-burning stove. It had an outside toilet. We had a pump for water. There was a pump in the yard. There was a tin tub to bathe in. It was set up in the dining room part. We had to fill it up with water that we heated on the wood stove. I slept with my mom in her bed – unless my dad was there and then I'd go and get in bed with my sister. My dad came by every night after work. He would just stop in. Sometimes he ate dinner, sometimes he would take me places – to Kim's Drive-In, Lee's Drive-In. We'd get hot-dogs and sodas and malts. He'd take Patricia too. It was mostly just me and her because we were both small.

6.  My mom used to wake us up in the morning. They had to bathe me every morning cause I would pee myself in the night. We had slop buckets that we emptied in the morning so we didn't have to go outside to use the bathroom in the night. Mom would have to bathe too cause I'd pee on her. They had to change the sheets on my mom's bed every morning. We had feather mattresses so my mom put plastic over me so I wouldn't ruin the mattress when I wet the bed. Bessie used to pee the bed too. She peed on her husband after she got married. I think I stopped doing it when I was about 10 years old. I didn't do it in the day. I don't know if I was scared to get out of bed in the dark. I always was scared of the dark. It was so spooky there in the dark. We didn't have any electricity and there were no street lights over there. We had oil lamps they used in the house after dark.

7.  After that we moved to 725 E Johnson and that had everything – a bathroom, electricity, water coming from a faucet. I thought I was in heaven. I was about 12 or 13 then.



8. I would be dressed by my sisters and we'd all walk to school together. We would get breakfast at school. It was a low-income service. We would get little boxes of cereal and milk. We left by like 7 am, so we could get to school and eat before 8 am. We got lunch at school. My mom cooked dinner. We had a different kind of bean every day of the week. We had red beans, black-eyed peas. It seems it was usually chicken when we did have meat. We had beans everyday.

9. I started school at an all black school and then I went to LaVega when it integrated. By the time I was in 6th grade I was at a school with black and white. The older kids in high school had problems with integration but we all got along. I can get along with anybody – just sometimes I get a bad feeling about people.

10. All the blacks stayed in East Waco and all the whites were in North Waco, Robinson and Bellmead. My sisters - Patricia and Shirley lived at some apartments on Tabor at Clifton Street there. That was where all the prostitutes and pimps and the bad people were.

11. My son Charles' daddy was Acie Sadler. I met him near where Patricia and Shirley lived. I looked 17 or 18 when I was 12 or 13. His friend tried to talk to me. I told him I was 18 and we just got together and I got pregnant.

12. Acie wasn't the first man I had sex with. I got raped when I was 11. I remember his name. He was probably in his middle-20s. We'd moved and I met a girl named Earline in her 20s. I went to clubs with her because I looked older. We were going to get something to eat and he wanted me to ride with him. He took me over there and made me have sex with him in the car. I can't remember how I got back. Did I walk? Did I go home? It was right over by my house. I think I blacked it out. I didn't tell anyone until after I got grown. I met a woman called Barbara who was raped by him after she was grown. She was telling me about it and she didn't even need to tell me his name - I knew before she said it. A whole lot of women said he'd raped them.

13. The rape had a huge effect on me. I was just angry. Even today, I can't stand him. I don't know why I didn't tell my mom. One time my sister Patricia's husband Alton tried to mess with me – when I was 11 – I think before the rape. I was asleep and I woke up and he was on top of me, trying to mess with me. I told Patricia afterward, and she didn't believe me. She told my mom, "Get this little hollering bitch out of my house!" I still remember her saying that – it hurt. They made him marry Tricia. He's a pervert. He was 21 and she was 14 and they caught them together in a hotel. She was pregnant so they made them get married. When she was little his daughter told me he'd tried to mess with her – that's little Sheila – when they were living in the projects. I called CPS and they came around. Tricia said if she told them what happened, welfare would take them away. I guess she never told them anything.

14. I don't know why I didn't tell anyone about the rape. I stayed away from where I thought he'd be. I used to have nightmares. It was always about somebody holding me down but I could never see who it was. I guess that's why I grew up so fast. Messing with men or boys didn't cross my mind before



that happened.  It changed the way I thought about myself.  I felt I wasn't the innocent little girl I was at first.  Before the rape I thought I was going to be a nurse.  I wanted to take care of people.  Afterwards I just thought I was gonna end up on the street or something – just out there, just nobody – like everybody else.  I didn't go to the doctor after the rape.  I probably should have.  I guess I was too embarrassed because I never said anything until I got grown.  It was a relief to tell it to someone.  I cried a lot.  I never got support or counseling.

15.    I was 12 years old when I first got pregnant.  I don't even remember going to the doctor.  I never had any morning sickness.  I knew I was pregnant because my periods stopped.

16.    My mom probably was a little upset that I got pregnant so young.  I kept going to school until around the 10th grade.  I went to school after I had Charles and Sherman.  My mom watched them.  Then I got sick one day and I had to go home and never went back.

17.    Acie wasn't involved until Charles got grown.  My mom kept Charles after he was born.  I didn't have nothing to do with no baby.  When I had the baby I couldn't take no bath, couldn't wash my hair, go outside – not for the first six weeks.  That was what the old folks were saying.  After my six weeks, I went back to school.  By the time I had Jimmy I had learned better.  With Charles and Sherman, I was a dumb little girl.

18.    I met Sherman's daddy at the little café where I'd be with mama at.  Melody May's – it's still there at 700 E. Park Street.  Buddy, Sherman's father, lived in Mart.  He worked at Johnson Roofing – he would go to the café after work.  He was 40-something and I was around 13.  I think he must've started talking to me – he was too old for me to start talking to him.  I didn't stay with Buddy.  I guess he was shocked when he found out about the baby.  I think I just stopped going round once I got pregnant.

19.    Buddy was always at the café and he would always mess with me.  I was young.  I had nothing, and he had a little money and would always give me something.  We were kind of in a relationship.  I wasn't in love with him.  I would see Buddy every day.  He was at work every day and he'd come to the bar every day.  Maybe Sundays I didn't see him.  He had one daughter, Connie Mims, who was probably about my age.  I wasn't surprised he was interested in me – in those days they didn't care how old you were.  I found out I was pregnant with Sherman early – because my period stopped.  I was okay with it.  I was like, "whatever" – I wasn't excited.  We would usually go to my house because my mama wasn't never at home.  She was out everyday at the bar.  Sometimes she would come back at midnight, sometimes in the morning, but she was always there before I went to school.

20.    When I was pregnant with Sherman, I think I came out of school when I started showing.  I went back to school six weeks after the birth.  I think the labor started when I was at home.  My water didn't break.  I think that only happened with Jeffrey.  They broke the water at the hospital.  I can't remember how I got there.  I think my mama was with me.  They didn't put

me to sleep, no painkillers, no gas, no nothing – I guess they didn't have any. I would rather have been asleep. When he first came out they took him and washed him off in some little place and then they put him in my arms. I thought he was a cute little fat baby. He had a fat, chubby face.

21. Buddy came to see Sherman. He bought diapers and stuff. He came a lot on his first year. I think he got sick and stopped working. He saw him once or twice after Sherman was one year old but then he stopped helping out and he didn't come around anymore.

22. We lived on Pearl Street for about five years after Sherman was born. The Pearl Street house was two bedrooms, kitchen, living room and a bathroom. There was a house in the back that had two rooms but no bathroom or kitchen – just two rooms. My brothers stayed there and came in to use the bathroom. There wasn't any heat in there – it was built as a storage room.

23. I had a room with the kids, Mama had her own room. Then when I met Jimmy's daddy, he moved in with us. Mama did most of the cooking. I had $116 a month, spent $25 on rent, the lights were about $25-$30, gas was $6-$7 in the summer and $30-$35 in the winter. Water was probably $9-$10. The rest had to go to food. We didn't have much money for food. I didn't start getting food stamps until after Sherman was born, when we were living on Reynolds. You had to buy them at the post office back then – they were just at a reduced price – you could get maybe $200 of food for $40 or $50. I had food stamps on Pearl.

24. We would get groceries maybe two times a month. We went to like HEB or Apperson's on Hillsboro Drive – that was like a little country store. If we didn't have money, we put it on account and paid after we got the food stamps. If you needed milk, bread or sugar, basics, they would let you do that. We walked to Apperson's and then later we went to HEB on Elm and Safeway too. We still walked to the HEB when it was on Bellmead. Usually it was me that went and maybe the kids. Jimmy's daddy and me would go. If I had a lot to carry I would ask Joe and Leon to come with me.

25. We would mostly eat chicken, beans, rice, cornbread – made out of meal and flour. We had to go without a lot. A lot of times we just had beans and bread, or just rice. It wasn't much, but it was something. I went hungry a lot of times. Might've been a whole lot of time I went to bed hungry. Every month I could go and get something from Caritas or the Salvation Army. My sister and them helped out a lot – Big Bessie, Shirley and Dorothy helped the most. I'd eat about twice a day – probably lunch and dinner. I wasn't too much into breakfast anyway. Lunch was usually a sandwich – white bread and salami and the babies ate the same thing. For dinner, if I only had rice and beans and only enough for them, I would feed them, not me. Mama would be out drinking and I don't know if she ate or not. It's been such a long time since I went to bed hungry, I can hardly remember.

26. When I only had rice and beans, the rice I would just cook with sugar in the water if we didn't have any butter or margarine. The cornbread we made with just cornmeal, flour and baking powder and salt. Beans I just cooked in water



– I didn't have meat or any seasoning to put in them. Sherman wouldn't eat the black-eyed peas. He thought the eyes were looking at him – he always used to say that. I think he'd eat anything but black-eyed peas. Unless he ate them in the pen, he's never eaten them. I think he was about 12 when I last heard him say that they were looking at him. He was deadly serious – he wasn't trying to be funny. The others would laugh at him but he wasn't fitting to touch it. He was crazy.

27. For the boys' clothes, I bought what I could from the Salvation Army. After I had Sherman, I went to work at McCory's five-and-dime at 7th and Austin. I had Charles and Sherman then and stayed on Pearl. Mama watched them in the daytime. She was still out at nights, but usually just on the weekends. She used to drink just about everyday.

28. I used to not whoop the kids but William Bradford used to whoop them. If I'd get a belt, Sherman would be gone. I met William Bradford, "Brad," Jimmy's dad in 1975, I think, when I was around 15 or 16. I used to go to a club across the track where Shirley worked – Dottie's Bar. It's gone now. Jimmy Humphrey is Jeffrey's daddy.

29. I don't know when things started getting bad between Brad and me. Brad got to be very violent. When I was pregnant with Shaffer, he'd hit me. He gave me a black eye. He'd always whoop my kids, and I hated that. He used to whoop Charles and Sherman because they weren't his. He'd whoop them with a belt every time they did something – that was most days. They always had whelps on them. He'd hit them wherever. I always tried to get him to stop and most of the time he'd hit me too – in front of the kids. He'd whoop them with or without their clothes – just however they were. They'd cry when he whooped them.

30. He hit me and gave me a black eye when I was pregnant with Shaffer because I went to look for him at the club and he was there with another woman. He was with a whole lot of women before my friend Ivory, who he eventually married. I was fussing at him that time and he hit me. He didn't say he was sorry for being with another woman and he didn't say sorry for hitting me.

31. I thought Brad was crazy, but I never thought about leaving him. I don't know why not. Sherman's dad had slapped me once because I was fussing, I think. Brad didn't care. He never said he'd stop messing around. I was about 8 months pregnant with Shaffer that time he hit me. The black eye he gave me that time was a bad one. It took weeks for it to heal. It was kinda red after. You could still see something there when I went into hospital to have Shaffer.

32. Brad hitting Charles and Sherman went on a long time. A lot of times they were off in the streets – but that was after I shot him actually. They got into trouble after I shot him and we moved to the projects. It seemed like in the projects they just went crazy.

33. Every time Brad hit me, I'd fight him – especially when he came home drunk. He was drunk all the time – on beer and gin. He would drink in the day, sometimes first thing in the morning. Mostly he'd hit me when he was real

drunk or when I'd try to take up for the kids. He hit the kids more than he hit me. I was too scared to be caught with another boyfriend. He mostly just hit Charles and Sherman, not the other kids. I know they felt bad because I feel bad. I just hated for him to be whooping my kids. I never whooped them. They were getting whooped enough – mostly by Brad. My mom whooped them with a belt on their behinds but only when they got into something.

34.  I thought it wasn't normal for Brad to just keep whooping them. He didn't talk about why he whooped them so much – just said that they were bad. They weren't worse than the other kids. I have no idea what the problem was with him.

35.  I can't remember when Brad first hit me but it was a long time before I got pregnant with Shaffer, but that time he hit me really sticks out. The police would come out – I don't know how much, but quite a bit. I think when I was on Pearl Street the police came quite a bit. Sometimes he would just hit me for no reason that I could tell. I would call the police – not if we were just arguing, but if he hit me, I did. I'd call from my house. He'd take off most of the time and then I'd call the police. The police would come and tell me that if he came back, to call them again. I guess Brad was an alcoholic. He used to drink a lot, drink in the mornings. It got to the point where we had no good times at all – that was probably about a year before I shot him.

36.  I shot Brad when I caught him having an affair with my best friend, Ivory Monroe. My mom went out one night. Ivory and her got into it and she stabbed my mom in the arm. I was keeping her kids – my five boys and her three girls. They were both drunk. Ivory said that if she hadn't cut my mom, my mom would've stabbed her – and she's a cousin on my daddy's side, so I forgave her. We were living on Pearl when that happened. We moved to North 16th. I didn't think anything was going on between her and Brad, and then I found out. One night I was riding in a car with my girlfriend and we saw Brad going down Waco at like 95 miles per hour. He was in my car with Ivory and was trying to get away without me seeing them. The next day I went to the club and we got into a big argument and I shot her five times. I don't know what I was thinking. I shot her with a .22, and she wouldn't fall so I just kept shooting. I don't know if I was trying to kill her. My mind was messed up. I went to my dad's and he wasn't there. I went to his lawyer's office – Tom Ragland – and they took me to the police. I was in jail overnight and then I came out on bond. It was $5,000 and my dad paid it.

37.  When I shot Brad I was thinking, "I wish he died." I shot Ivory on the Tuesday and shot him on Saturday. Brad was coming from the store and we started arguing. He said if I shot him, he would shoot me back. I went and got a gun from under my dad's mattress on Friday night.

38.  I was young and crazy. Now I would think about it before I did it. On the Saturday, we were arguing and I just started shooting. I shot him six times. He was on the other side of the street. The lady I cleaned for, Rowena Wilson gave me the .22 to shoot Brad; that was the gun I used to shoot Ivory, though.



I always used to come to her house all beat up and so she gave me the gun. She was a white lady. She's dead now.

39.   After I shot Brad, I drove off and went to Miss Wilson's. My dad was doing yard work for her. He took me to his lawyer. I thought I was going down that time. When I had gone to jail, they came on the radio and they said he was dead. I couldn't do anything but laugh and laugh. I just felt like such a weight was lifted off me.

40.   When the kids came to visit me in jail, Sherman was the only one who cried. He hated to see his mother locked up. The others didn't care. They would come with my dad on Saturdays. You could only visit for 15 minutes. The visit was behind glass. Sherman would cry every time. He was about 11 years old. He didn't usually cry but he always cried when he came up to the jail house.

41.   I guess I was properly depressed for about six months before I shot him. It's real hard to concentrate when you are depressed. All you want do is lay around and sleep. My mom helped with the kids. I was pretty much out of commission. I drove the school bus at that time and I do not know how I did it. I guess it was like – get out of bed or starve. When I look back on shooting them, it seems like that was a different person. I can't make sense of it. I put it down to being that depressed. You just hurt. Depression hurts. You just hurt. You feel funny like your nerves be crawling – it's a creepy feeling. That was the first time I'd felt that way. Not even when I was raped did I feel quite like that.

42.   I tried to do the chores, do the cooking and I guess I got it done. I think for the kids it was just terrible. I can't explain it. Sometimes I would snap at them. When they'd come to me, I'd always send them to Mama. I wasn't around them much. Mostly they'd be watching TV and I would be asleep in the bedroom or in the front room. I slept a whole lot. I'd go to work, go to sleep, work, come back and go to sleep. I'd eat sometimes but you don't have an appetite. I would wake up in the night a whole lot. I would just wake up and couldn't sleep hardly – wake up and go back to sleep, wake up and go back to sleep. I was feeling anxious when I woke up at night and I would get anxious in the day sometimes. I guess I was just anxious about everything that was going on. I don't really remember a lot of my thoughts – I blocked them out. Brad would come home at 3 or 4 o'clock in the morning. My heart would race sometimes and I couldn't breathe. I was having panic attacks I guess about a month or so before I shot them. I don't get panic attacks like that anymore. Sometimes with Sherman's death-penalty case I get jittery and I feel my nerves crawling and I've cried a lot. Sometimes when I think about him it happens. Sometimes I wake up with a funny feeling and my nerves be crawling. I take a Xanax when that happens and I feel better. I don't get nightmares anymore.

43.   Before the shootings, my mom had the kids most of the time. Brad didn't notice I was depressed or he didn't care. That made me feel worse. There was one time when I had took some pills to try to kill myself. That was about four

or five years before the shooting, I think. I don't know what it was that I took but I took a lot and went to the hospital. I went to Hillcrest and I started throwing them back up. Me and Brad were having problems and I just took them. He was hitting me a lot. I felt that I loved him and I just couldn't leave. I think it was a cry for help. The day I took the pills, Brad found me. I was at this motel room over on Dallas Highway. He had left. He had left and was at the motel for a while because we got into it and I put him out but I'd visit him there. My mom was at home with the kids when it happened. I had all the boys. I have no idea how old Sherman was then. The boys didn't come to the hospital.

44. After Brad left, things were better. It was just me and my kids. We moved to some apartments and Mama was across the street. All the fussing and fighting was over. That was Estella Maxey. I was working and taking care of my kids. I could be a better mom than before. I could go to work and come back and didn't have to worry about him fussing and fighting.

45. After Brad, I went with a guy called Lee Edward Degrate for a while. He was nice but we didn't live together. I started seeing Lee Edward about a week after I got out of jail. We were together about a year. It was mostly me that broke it off – he just wasn't the one for me I guess. After him I had a friend called Julius Scott. It didn't last very long. I found out he was a murderer and it scared me. He had killed some people in Hillsboro and gone to prison and it scared me. I married Melvin Swinnie in December 1985. I was still driving the school bus when I married Melvin. Me and Melvin were driving school bus together. It was me, Melvin and Brad. After Brad, I got together with Melvin. We decided to get married. It was his idea and I don't know why I wanted to get married. He was not a good catch – he was a dope fiend. His mom told me he was and I didn't know. He took heroin and then moved on to crack. He was supporting his habit through burglarizing. I got his check. If I had known, I wouldn't have married him. Melvin got arrested a few times. He was in jail when we got married. He stayed in there a couple of years – I think on an attempted murder charge because he shot his wife and her cousin. Later, he shot me too.

46. It seemed like my kids were more happier kids after Brad left. They got to go out and play with their friends. Brad wouldn't let them visit their friends – that was a no-no. They had to stay in the yard. All the time Brad lived with us they couldn't visit their friends. Sometimes other kids could come around but it seemed like they could never go to their friends – unless he was gone and I let them go. Most of the time he just said no and that was for all the kids – not just Charles and Sherman. Brad wouldn't let me visit people. He would always say I was with another man so I would stay at home to avoid trouble.

47. I saw Sherman and Charles change the most after Brad left. They didn't talk about it. Sherman was quiet. He was kind of quiet before Brad left. They kind of listened to me but most of the time I was working they were with my mom. I drove the school bus two times a day and I cleaned house every day. I did Miss Wilson's and The Millers. Then I went to the nursing home at night for four hours. I moved on to eight hours in the end.

-8-

48. I was working the three jobs and the kids were always with my mom. My mom lived across the street. Leon was with me and Joe was with my mom. I guess I could've had Leon watch the kids, but Leon wasn't all there. He was kind of like retarded. You had to help him, run his baths, make him bathe. He couldn't cook. He could make him a sandwich. Leon always had to live with someone. He went to special classes at school. He was in prison and something must have happened to him there because his problems were much worse after he got out. Hattie also went to special classes when she was a kid but she didn't have problems taking care of herself and stuff like Leon did.

49. Leon and Arthur were probably the ones who drank most in the family. They were both drunk a lot. Mama used to get drunk too. She didn't do nothing but go to sleep. She would be drunk on the weekends mostly. She would be out a lot, just not drunk as often as she was out. Daddy was drunk all the time. All the time I knew him he would drink whiskey, gin – he liked the gin. He drank every day and he'd pass out when he got drunk. I never saw him getting angry at Mama. He was probably an alcoholic. It didn't seem to affect his health though – he didn't even take medicine. He didn't have any liver problems or anything.

50. My sister Shirley's been to DePaul Psychiatric Center and my nephews Otis, and Acie. Acie was recently in Austin State Hospital– there's no hope for him. Otis is doing so-so. He takes medication now. I've never been to DePaul. I went to a psychiatrist on Bosque during my probation. I think it was a man and he had me talk to him. I didn't take any medication. The first time I had Xanax was during Sherman's trial.

51. Sherman had a lot of friends getting killed. He lost more friends than my other kids. I saw it affect him. He always cried. He'd cry in front of me and probably in his room too. I think Roderick Cummings was his first friend to die. He got shot at one of the projects – Sherman Manor Apartments. They were real close. They used to hang out together. I remember we were coming down the road and we were following the ambulance. Sherman had broken out of juvenile and I thought they were going to get him. He was somewhere hiding and he found out about the ambulance. Sherman knew about it before I could tell him. He cried. He seemed depressed afterwards. He got quiet. They took him to juvenile and I didn't get to see him because I didn't have a way to get up there.

52. I think Roy's death affected Sherman the most. He just cried a whole lot and they put him in DePaul and he wasn't the same after. He just didn't seem to be the same person. It was like he didn't care – didn't care about himself. He always cared about other people. He was very protective of his brothers, and of me. He was the most protective of all of them – more than Charles was. He was just always doing stuff for somebody. He did try to protect me from Brad, he was just scared.

53. I went to Sherman's capital trial on and off. I was in the courtroom. Charles and them went. I couldn't make myself to go. Maybe I went one day that he was representing himself but mostly I was there when the lawyers did it.



54.    I think the attorneys asked us to find some people. They didn't say what kind of people. They asked for Vince and Edward – I guess they knew about them from Sherman. They didn't say they wanted the brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___9___ th day of April, 2010.

McLennan County, TX.

Alice Swinnie