## DECLARATION OF ALTON ROBINSON, JR.

I, Alton Robinson, Jr., declare the following:

1. I am Sherman Fields's first cousin and Patricia Robinson's oldest son. I am 5 years older than Sherman. My date of birth is 04/30/1969. I am currently incarcerated at Hutchins State Jail.

2. My mom Patricia Robinson is deceased and my father is Alton Robinson Sr. He's still living. My grandma on my dad's side is Ruth Robinson. I got two brothers and one sister. I'm the oldest and we're all two years apart. After me it's Sheila, then Timothy and then Corey.

3. The first place I remember living was a house on Clifton Street. They tore it down now. We never lived in No Man's Land but my grandma, Jessie Mae, lived there a long time and we stayed at her house a lot. I lived on Clifton Street until I was about 10 or 11. That's in East Waco. Then we moved to Garland Street in North Waco. We stayed there about 3 or 4 years and then we went to Estella Maxey Apartments.

4. Grandma Jessie, who is also Sherman's grandma, watched us in the evenings a whole lot. Grandma Jessie is the mother of my mother and Sherman's mother. I would see my aunties and uncles on my mom's side, but two of them are passed away now –that's Arthur and Leon. I haven't seen Joe in some years. I used to see Leon and Joe pretty much every time I seen my grandma. They were all living together then.

5. I was close to Sherman and Charles, Sherman's older brother – Charles is closer to my age.

6. Jessie's house was on Pearl in No Man's Land. Charles and Sherman lived there with their mom. That house was where most all the grandkids would be. It would be me, Charles, Lisa, Mildred, Sheila – all of us – big ones and small ones. That was where our moms would take us when they wanted to go out. They would go to some of the clubs close to there on Clifton Street. I guess my mom went out with them like every other weekend. I think the aunties all went out together. We would probably get taken over there at like 8 at night.

7. The house on Pearl was about three rooms. There was a big living room. I think my uncles stayed there too in a place in the back. Sometimes they'd be in the house. We'd just play together when we were there. There was nothing to do around there so we'd just play tag or something. That area looked different than where we lived. It was like dusty roads. Some of the houses were empty and they weren't in that good shape.

8. The porch on my grandma's house was always tore up. It was wooden and you had to avoid the places on it where you could fall through. It would be real muddy when it

-1-

rained so we had to stay over up on the side of the road where it was higher up because there weren't any sidewalks. It just smelled dusty over there all the time.

9.  Nobody in No Man's Land really had cars – most people would just walk around. There were some empty lots where people had dumped like washing machines, old tires, old furniture.

10. My grandma would cook for us all. We ate beans a lot. Sometimes we had chicken and meatloaf too. She would put newspaper down in the kitchen and we'd all sit on the floor and eat. There was no table in the kitchen. The living room just had couches and a TV and some curtains.

11. Sometimes we spent the night at my grandma's. All of us would make a big pallet on the living room floor. We'd get a couple of covers and blankets and stack them til they were comfortable. The floor was a wood floor. All the kids would sleep on that pallet on the ground – Charles and Sherman too. There would probably be about 11 or 12 kids sleeping on that. A few of the kids would pee the bed on the palette – cause there were a lot of us there. My brother Corey peed the bed a lot. I think he stopped when he was about 8 years old. I think Corey was in Special Education. He always was *A RJ.* Kinda slow. He didn't go too far in school. I don't think he could have.

12. My mother used to come back and get us every night around like 12 or 1 o'clock. The others, like Mae and Sarah might stay out all night – they'd go out again I guess. My mom would just make sure she got her kids. She didn't want to be a burden to no one. Every now and then she would leave us with our dad but most of the time they would be out together so we had to go to my grandma.

13. I would see rats at the house on Pearl every night. They were always there – they stayed there. They were like wood rats. They are like the size of a cat. They would mostly be in the kitchen. I was scared. I hate those rats right to this day. They tried to catch them sometimes with these big traps that just like slam on their tails. I don't know if they got poison. I guess poison is more expensive.

14. Brad was at that house too – Sarah's boyfriend. He was a big guy. I'd stay out his way. He never really had nothing to say to us kids. Charles didn't like Brad. Brad would would whoop them. One time when Charles was about 6 or 7, I saw Brad whoop him with a switch. I don't know what Charles had did. Brad was there and the other kids were out there hunting eggs and I don't know what Charles did to deserve that. I don't think he did anything deserve that. He whooped him in the living room. Charles was crying. No one tried to stop Brad. He probably left marks on him cause Charles is real light-skinned. That really made me afraid of Brad right there. That made me know not to mess with him. Sherman didn't like Brad neither. Most of us were scared of Brad. He was kind of intimidating to us. He was a real tall man – like 6'4" or 6'5". He was muscular. I think he was drinking a lot of the time.

*ARJ*

15. My grandma would whoop us. She would whoop us if we keep running in and out the house and slamming the screen door. If you act like you're not listening – that was another thing. She'll catch you sooner or later. She would shout, but she had to raise her voice cause there were so many kids. She usually wouldn't get us right away. It would depend. If you did something real bad, she might come for you right away. Most of the time she would just wait – let everything build up and then when you finally relax, that was when she'd get you. She'd just let a lot of stuff add up and get you later that day.

16. Grandma used to whoop us with a belt or a switch. We would usually get about 6 or 7 licks. She was kinda old, but she was strong. I thought she was mean. You know how some people make differences between kids? She had her picks. Charles was her number one pick. It was obvious to all of us. Maybe it was because Charles lived there. He didn't get too many whoopings but I'd get a lot. She liked every kid a different way. She would whoop Sherman. Sherman would cry and run away from her. He'd be upset and he'd be trying to get away. He usually couldn't because our uncles would come and get him and bring him back in the house.

17. We would have dinner and lunch at my grandma's. Sometimes my mother would bring food for us. When we ate lunch there it was usually a sandwich – bread and pressed ham. We would have some chips and juice. Sometimes we were still hungry after we finished eating. We just had to wait for our mom to come and get us to get something else to eat. Charles and Sherman – they would just have to wait until the next meal. We couldn't go get things from the kitchen cause if one did, then everybody would do it. If we keep hitting the ice box, someone would end up getting a whooping. We would just try and get sandwiches, chips or juice. There wasn't a store around there. There was an HEB at Bellmead but it was too far for us to go, across the highway.

18. Grandma Jessie did the best she could to keep the house clean, but with all us kids there she couldn't keep doing that. There were rats and roaches at my grandma's. The roaches were usually in the kitchen area, but they were really all around.

19. Sherman took some medication when he was young. I used to always see him when he be having temper tantrums, going crazy. I knew he was on some type of medication. He would lose his temper if his mom didn't come home or didn't come and get them. Mostly when he got like that my grandma would call him in and make him sit down. He would be stomping and kicking stuff. He'd kick toys, anything in the way. I remember that happening when he was about 5 I guess. It would come out of nowhere. Sometimes he would cry when he was having a tantrum.

20. Sherman wanted to be by his mom a lot – he'd stay under her when he could. It was him more than Charles that would stay by Sarah.

21. I remember when Sherman and Roy hung themselves. I don't know how he was coping after Roy died. He used to talk to my brother Timothy a lot – a few of their friends had passed at that time. Timothy and Sherman would talk about what happened with Sherman and Roy. Sherman was sad after it happened. It was probably because he died so young. If there was a conversation when people talked about people that were dead, Sherman and Timothy always talked about Roy. Sherman said it was like Roy was in there hollering and then all of a sudden he wasn't saying nothing. Then they found him dead.

22. Before Roy died, Sherman and him used to be together a lot. They were good friends. If you saw one, you would probably see the other. I can picture them walking to the basketball court together. It might be just them, or Timothy would be with them a lot. They'd joke around together. Roy wasn't from the projects so he probably looked up to Sherman. I think Roy talked more than Sherman did.

23. Sherman would talk if he knew you, but he was kinda quiet around people he didn't know. Sherman was kinda always like that. I guess he was mostly a loner. He would be by himself. When he was on his own he'd be at home most of the time – he liked to stay home when he was younger. He'd watch the Westerns with my grandma.

24. Sherman's friend Roderick Cummings died too. He didn't talk about it to me. He didn't really say anything about it – not like he did with Roy.

25. Sherman would say he heard stuff that wasn't there. I think he first said that when he was like 16 or 17. I worried about him when he told me that. I think he was getting some help from a doctor but I'm not for sure. I knew he was on SSI cause my aunties told me. I didn't talk to him about that. I thought he needed a check cause Sherman was always like a loner and was quiet all the time and you never knew what was on his mind. He never would talk about what he was thinking or feeling. I used to always think something was wrong with Sherman. It was like Sherman always be the same way – he never was too happy and never was too sad. I thought maybe it came from his father or something. Maybe his dad was like that, but we never knew him.

26. Sherman didn't like to be sitting in the same spot too long. We'd be some place and he'd say, "I'm fitting to go." He didn't like to just sit still and chill. The rest of us could just sit and shoot the breeze somewhere. Sherman was always off to himself – it looked like he was thinking about other things. If we were riding around or something, he might seem kinda distracted, but if you called his name, he'd come back. I can't really picture him telling me that he's been thinking about – he would always pretty much be to himself. The rest of us showed our feelings more than Sherman did. We'd go fishing and he wouldn't. We'd be out there a long time and he didn't like sitting around too long.

-4-

ARJ

27.	When Sherman came out of prison, there was no place for him to go but back to the projects. There would be people there that would be shooting at Sherman. Even when he told me about people shooting at him, he didn't talk like he thought he could get killed. He would talk about it. He didn't wanna die but at the same time he kept going in that world. It was probably because he'd been in the pen those 8 years and he had no friends so he just kept doing what he do. When Sherman came out, he acted like he really didn't want to get into more trouble – he'd just gamble, shoot dice and mind his own business. But then he started getting back in it – I probably was just the place he was in. I think he was only out about 6 or 7 months.

28.	Sherman used to like to stay up late. He couldn't sleep when he got out of prison. He would stay up for a *long* time. Sometimes he'd be up til the sun come up. When he got out of prison, he never did like to be in the house. He was a nightowl and he'd be up in the daytime too. He'd sleep at different times – usually in the daytime. I think Sherman said he was hearing things a few times when he came out of prison. It scared him – it scared him to sleep sometimes. It could happen any time. He'd say, "Certain things bothering me" or "Man... I can't sleep." I think he was worried about a lot of stuff. He really wasn't sleeping at all sometimes. He would get up when he couldn't sleep and come to my Grandma Ruth's in the night. He would say he couldn't sleep so he would come be with me. I like to stay up at night too.

29.	I don't think he trusted anybody. I think it was because no one had written him or visited him in the penitentiary. It affected him a lot because he really loved his family. He felt like they was doing him wrong by not visiting. When he'd talk about that he'd look like he'd be wanting to cry but he just don't cry in front of us. His eyes would water.

30.	I think Sherman liked our uncles. Leon was "off." He didn't know how to spell or do anything with paperwork. The way he talked, you could tell something was wrong with him. Leon had an accident – he was run over by a truck when he was on his bicycle. I was probably 12 when that happened. He was like that before the accident though – he couldn't read back then neither. Joe always been "off" like Leon. It could be the way he talks – he be repeating himself a lot. Joe got his little boy, William. William is retarded. He was born that way. It's obvious from the way he talks.

31.	My mom went to DePaul. I don't remember when. I remember it happening. She was sad around that time. I don't know what made her sad. She had disabilities – health problems. She had real bad asthma in the later years of her life. She probably went to DePaul more than once. She was suicidal. She would talk to me about it sometimes – I think because I was the oldest. She would say, "Sometimes I wish I wasn't even on this earth." I don't know why she said it but I think she meant it. I would just tell her it was gonna be alright. I believed it would be alright. I would just tell her to keep her head up.

-5-

32.    I take medicine in here. They give me Navane and Prozac. I've been on it about a year. I was diagnosed with Major Depression. I only talked to a doctor here – not back in Waco.

33.    I take my pills in the eveing. One is 5mg I think and the Prozac is 25mg. It kind of helps. I think I probably need a higher dose. I don't know if my mom got diagnosed with anything. I think my father probably took her to DePaul. Sometimes you couldn't even understand her – her medicine would have her out of it. She took Thorazine. She was taking the Thorazine since I was little.

34.    Sherman used to always look after my grandma. He would go get her stuff from the store. She can't walk and she had to stay in her room. He'd run errands for her and talk to her. He was always free-hearted towards his cousins. He wouldn't turn you down. If you needed some money or something, or you needed some advice, he'd help you. He used to always try to keep the younger cousins out of trouble. If they were out too late, he would tell them to go home.

35.    None of Sherman's lawyers came to talk to me. If I could've helped him in any way, I would have. I would've testified if they asked me to.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on this 8th day of April, 2010.


Alton Robinson, Jr.

-6-