## DECLARATION OF ANNIE LUCILLE LEAKS

I, Annie Lucille Leaks, declare the following:

1.      My date of birth is 11/04/1950.  I live at 2329 Lasker Ave, Waco, TX 76707. My family calls me Lucille.

2.      I am the half-sister of Alice Swinnie.  Alice is Sherman Fields's mother. Jessie Mae Fields is my mother and Alice's mother.  We call Alice "Sarah."

3.      The first of our siblings is Shelly Leon Fields.  He is now deceased.  His Father is Shirley Gaines.  Our next sibling is Arthur Fields.  Arthur is also deceased, and Shirley Gaines is his father too.  Next is Dorothy Randle.  I don't know who her father is.  Shirley Mae Fields Bouye is the next oldest. Her father is Shirley Gaines.  George "Joe" Gaines is our next sibling.  His father is Shirley Gaines.  Bessie Gaines was born after Joe.  Her father is Shirley Gaines also.  Then I was born after Bessie, and my father is Shirley Gaines.  After me, came Hattie Love.  Her father is also Shirley Gaines.  Next came Patricia Robinson.  I don't know who her father is.  The youngest is Alice Mae "Sarah" Fields Swinnie.  Her father is Shelby Mitchell.

4.      I've had six kids.  Two have passed now – my daughter Kim and Larry passed a year ago.  Larry had diabetes, but he died of a heart attack.  Kim was stabbed and died when she 16.

5.      Our mother, Jessie Mae was from a little town in the country.  My great-grandma raised my mom.  Julie Johnson was my grandma.  Leanna Fields and "Papa" Fields raised Jessie Mae.  Jessie Mae always raised us.  When I was 4 or 5, we'd go and see Shirley.  He never lived at the house with us – they were separated.  He was married to another lady.  I don't know what her name was. When we were older he wasn't there.

6.      There was a time when all ten of us lived with my mom.  That was when we were living on Park Street in East Waco – they call it "No Man's Land."

7.      My father, Shirley, was always hitting my mother and doing her wrong.  He was also a drinker.

8.      When I was born, we lived on Park Street.  We lived there a long time – I think until I was in 5th grade – I think.  I moved out when I was 16 or 17 – when my oldest child, Larry, was born.  That was 1968.  I went to school at Jenkins and Carver.  I went to Jenkins for grades one to five and then Carver was sixth 'til ninth.  I didn't graduate.  I stopped when I was 16, because I was pregnant.  I had to grow up fast. I moved to Dallas with my husband, Larry Leaks.  He was very abusive and his mother used to call the police when he would beat me.  I remember one time, he cut me on my eye when I was pregnant with Jerry.

9.      The house on East Park was about three bedrooms.  It was me, Hattie and Mae in the back and mom in a bedroom in front and my brothers were in the middle

-1-



room – that was really a dining room. I think Dorothy was in the middle room too but she was in and out because she'd stay with friends a lot I guess. We kids used to do the chores.

10. We would all get breakfast at school. We didn't cook in the morning – we'd only cook after school or if we didn't go to school.

11. We didn't have a bath in the house. There was no bathroom at our place or at our great-grandma's. We had a tin tub so we would usually just wash our faces in the morning. Mom would warm the water and stuff, on our wood stove.

12. We'd get clothes from the store on Elm A L Street and sometimes from Goodwill because there were so many of us. Mae and Dot were not going to school in the time I remember. It was just me, Hattie, Bessie and Tricia.

13. School was alright. It was all black children and black teachers. I never did any after-school programs or anything. I would just come straight home. After school we would do our chores – we had to bring water in from the yard and bring wood in and get our homework done for a while. Then we could go play in the yard or in the streets and play ball and stuff.

14. I think my mama was working. She was working at a cleaner's – sewing and cleaning. I think she'd come home in the evening. Leon and our oldest brothers and Mae would watch us when my mom was out. They were okay – they weren't mean, so long as we did our chores and stuff.

15. Leon was nice and would get along if we cleaned up and didn't make him mad. He'd get upset if we didn't clean up if he told us to. He'd come down with a belt. One time I remember he hit me with a belt. Leon was in special school. I think he had trouble learning. Leon could write a little bit but I don't think he knew how to read or add money. My sister Sarah would cash his check for him and then only give him money in little amounts – not $20s or $50s. If he had big amounts of money – well he don't know how to count, so they'd probably charge him too much or take too much. He didn't help out at home. He'd cook eggs and he loved bread. He'd open a can of beans or something but mama did most of the cooking. He loved bread – he ate a lot of bread. Leon never lived alone. I think he had a girlfriend with some kids but he never lived alone. He always stayed with Mama I guess. He had a check for being disabled because he was special. When he was grown up he stayed with Sarah.

16. Hattie got disability and Leon, and I got one when I was up in age. My son Jerry was born in Dallas. He lives in Temple now. He gets disability because he's slow. He takes medicine, something to calm him down. My brother Joe gets a check. So does his son William, because he's slow. Mae is on a check, Dorothy is on a check. Most all of us is disabled and sickly.

17. My sister Mae has mental problems. I'm not sure when they started, but she's been in hospitals for them, DePaul and Austin. I just know she got real upset and depressed and stayed that way. When she wasn't on her meds, one day

-2-

Mae was real disturbed. I think this was last year and she went to DePaul. She walked off and was running around. She was at a store down there and she kept calling phones, saying something crazy so they called DePaul and they came and got her. Afterwards, she stayed in some apartment and she'd come here wanting me to wash her. She'd stay and eat and call people.

18. I don't know how my mom met our daddies. I don't know my daddy. Sarah's daddy would come over to see Sarah and if we needed food or shoes, during the cold months, he'd come bring us shoes. My mom had hard times with my dad. She's strong though. I've never seen my mom cry – unless she's had too much to drink. I don't know what she did for money. I think Sarah's daddy helped her once she quit working. My daddy always said Hattie wasn't his child. I know Hattie was his. When my mama had me, my daddy would come in drunk. He threw clothes on top of me when I was a baby and he was looking for something. He hit my mama with an axe. She's got a big scar on her leg where he hit her from that axe. He drove over here when she was pregnant with Hattie, and he hit her with the car. She finally left him.

19. If mama had it, we would get presents on birthdays or at Christmas. Shelby would give us a dollar or $5. Mom would give us a dollar and we would buy candy and cookies. At Christmas she'd go to the Salvation Army and get us toys and food. We got commodities for food through the year. They mostly gave you things like cheese and meat in a can.

20. No lawyer or investigator ever spoke to me before Sherman's trial. No one ever asked me to testify for him.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _9_ th day of April, 2010.

McLennan County, TX.

Annie Lucille Leaks

-3-