## DECLARATION OF CHARLES FIELDS

I, Charles Fields, declare the following:

1.  I am Sherman Fields's older half-brother. We share the same mother. I am the oldest of five boys by our mother. My date of birth is 03/28/1972. I live in Waco, Texas.

2.  My brother Jeffrey and I were at Sherman's trial. I went to both parts. I used to take our mother and his kids to visit him when he was held at the Federal Building before his trial, but none of Sherman's lawyers or social workers ever talked to me about anything. I would have testified at Sherman's trial about all the things I'm saying here, but no one ever asked.

3.  I thought it was crazy that Sherman represented himself. He's not a lawyer; there's no law library in Waco jails. I think he just lost it.

4.  We moved around a lot when we were kids. I remember living on Pearl Street from the time I was three until I was in about Third grade. Sherman was there from when he was about one or two until he was about seven. Then we moved to La Vega, when William Bradford, "Brad," my mother's boyfriend and the father of my brothers Jimmy and Shaffer, came to live with us. We lived on North 16th from Third to Fifth grade, then on North 13th from Fifth to Eighth Grade. That's where we lived when my mom shot Brad. We lived at the projects called Estella Maxey after that and stayed there about a year. After Mom shot Brad, she couldn't pay the bills without him so we went to low income housing. Then we moved to North 11th Street. I dropped out of Ninth Grade when we were living there. Then we moved to Sanger, where we stayed for about a year. Then we moved to Herring, which is when my grandfather was run over by a car and killed. Then we moved to Lyle and 24th, then back to Herring, which is when our cousin Kim was killed. Her mom is my mom's sister, Lucille Leaks. Lucille and some of her kids were living with us at that house when Kim was killed. Then we moved to Lyle and 21st. Since then we've lived on Cole, at Pecan Gardens, on Pine, back on North 11th, on 26th and Cole, and on Cumberland.

5.  The house on North 16th was a 4 or 5 bedroom house but there were extra little rooms they turned into bedrooms. It was crowded. The people living there were: me, Brad, my Aunt Wonder, our cousin Mildred, my grandma, Jimmy, Jeffrey, Sherman and Shaffer. Leon was there too but Joe was living with his wife. It was a big old house. There were lots more kids in that area, but there used to be a lot of times when we didn't want to bring other kids over to our house.

6.  Our houses always used to be crowded. When we lived at Pearl Street it was my mom, Brad, my grandma, me and Sherman. The Pearl Street house had a living room in front and there was a kitchen behind it and two bedrooms off to the right. My mom's room was in front and my grandma's room in the back. There was a bathroom between the bedrooms. The house had tin around it. Instead of brick, there was tin that you could peel back and crawl under the porch. We were poor, so it was a little raggedy porch. I fell off the porch and cut my face. You can see I still got this scar under my eye. I didn't

*C F.*

go to the hospital. I was four years old or so. All the rooms in the house came off the living room and then there was the shack in the back where my uncles Joe and Leon lived. The Pearl Street house was next door to the brick one that's still there. There's an empty field there now where our house used to be. I guess they tore it down in the late 80s, early 90s.

7.     Sherman and I shared a bed at the house on Pearl Street but most of the time we'd get in bed with my grandma. I know Sherman used to pee the bed all the time when we were little – every night. I guess he stopped when we moved to North Waco. I don't know why he did – I think he didn't want to get up because he was scared of ghosts or something like that.

8.     My grandma didn't get mad about him peeing the bed. She probably had to change the sheets every day though. She would run the bathwater in the morning and tell him to get in. She hand-washed all our stuff in those days. She had a little tub in the backyard with a washboard. I think the first time we had a washing machine was at Estella Maxey. We had cloth diapers when we were small – or I know me and Sherman did. It probably was all we could afford back then. There was a lot of washing for my grandma.

9.     My mom had boyfriends that never stayed with us back then before Brad moved in. We stayed with my grandma, Jessie, our mom's mom. My mom was like 14 when she had me so my grandma pretty much raised me and Sherman. My mom was young and running the streets. My mom would be gone places with her friends. Ivory Monroe was her best friend and Betty was another one, but I don't know her last name. I don't know where they would be gone to – we'd be at the house. I knew my mom was my mom but Sherman and I called my grandma "mom." I think I started calling my mom "mom" when I was about 10 – but sometimes I still call my grandma "mom."

10.    I went everywhere with my grandma. She'd sit up and tell me and Sherman stories about her life when she was young. She said she got hit by an axe and that Shirley's daddy ran over her in a car. She said she'd catch our Grandpa Shelby in rooms with girls and she'd want to whoop him and stuff. He was a ladies' man I guess. From what I remember, my grandma and Shelby weren't together. I think she met Shelby when they were out drinking. My grandma and my granddad drank a lot – they were both alcoholics. He drank Gilbey's Gin – drank it every day early in the morning and all the way through the day. At night, he'd start getting drunk. He had a real high tolerance. When he was drunk, we could get anything from him – car keys and stuff. Brad showed me how to drive when I was 10 or 11 or 12 and my grandfather had three or four cars, so he didn't care and let us drive whenever we wanted to.

11.    Brad was an alcoholic too. He was drunk every day. He'd drink Bull's Malt Liquor. He drank B & J and Christian Brothers too – they're brandies. He used to whoop us. If I told on Sherman, he'd whoop both of us – me for telling and him for doing. Sherman and I didn't like him because we saw him whoop our mom too. It seemed like every time he got drunk, things got violent. He messed with Ivory, my mom's best friend. They were friends since they were kids – they grew up together and my mom trusted her and cared for her – loved her. I guess that's why my mom shot her and then shot Brad when she

found out they were having an affair.  My grandma was the type to speak her mind.  She'd come back and tell my mom things.  She told her she'd seen Brad with Ivory.

12.  I remember that before Brad came to live with us, we were always poor.  We had beans and chicken every day.  We didn't have much money for food.  We kept a lot of Caritas cheese – the processed cheese.  We would chop it up and make grilled-cheese sandwiches.  That's what they call government cheese.  We were eating a lot of beans and chicken.  We got chicken from the store and we'd eat every last bit of it.  I remember being hungry as a kid.  We would be hungry a lot at the end of the month.  We would have a little food, but we had to try to stretch it out.  It was probably the last two weeks of the month that would be like that.  We would get help from Caritas and that and some churches – I can't remember which ones.  Caritas was on S. 8th or 9th or something.  It would be a long line – you had to sit and wait to get something.  In those last two weeks of the month, we could have two meals and that was it during the day.

13.  My grandma and her kids lived in houses without running water or electricity until right before I was born.  In the daytime my grandma would cook, clean up, do everything around the house.  She washed the clothes in a tub with a board.  We just had those rough wood floors, no carpets.  We used to get bad splinters off those floors.  We had beds with mattresses with springs in.  That probably was the worst poverty we had.  We never had anything.  Everything was Payless, K-Mart, Caritas, Goodwill.

14.  We used to have big rats and stuff.  We had to fight them for our food.  They'd jump up on the stove – big rats, about a foot long.  I'd be the Lone Ranger and Sherman was Tonto and we'd hunt the rats at night.  We had holes all over the house – rat holes everywhere.  We were too poor to get rat poison but we had traps and we'd throw them out behind the shack.  At Pearl, the rats were out of control.  We had rats at some of the other places we lived too.

15.  Sherman and I used to get depressed because we had less than other people.  There were times the rental center would come and re-possess some of our furniture.  It was like that really until we could buy things ourselves.  After I dropped out of school, I worked with my grandfather and had money.  He made sure we had clothes.  We were real poor.  The house was raggedy and the stuff we had wasn't too far from being in the dumpster.  My mom was trying to work and raise all of us.  My mom always worked.  All our bad habits, we picked up on the streets.  My grandma was there because my mom always worked and then in the projects, I was there to watch the others.

16.  When we lived on North 16th 13th St., I think my mom worked driving the school bus and as a nursing aide at the same time.  When I was in 2nd to 3rd grade my mom worked and went to school.  Then we would just see my mom later in the day or early, before school.  She'd be at home on the weekends until she went to Dairy Queen – probably at 2pm until 10pm.  She'd have an hour to rest after school before she went to Dairy Queen.

17.  At the time my mom was working at Dairy Queen, she was going to school to be like a meat-cutter or butcher too.  She went to Texas State Technical College.  She didn't finish.  She started doing nursing aide at nursing homes after that.  My grandma never had a job.

-3-

We didn't have a lot of structure. I guess we would get up when my grandma got up. Me and Sherman used to play in the yard. We would watch Cowboys and Westerns and the Dukes of Hazzard. My grandma liked to watch Westerns. We liked Starskey and Hutch too. My mom would go out to school in the mornings and then she'd be at work after that at the Dairy Queen. Jimmy and Shaffer and them, they didn't come up like we did and they don't know about the struggling we went through.

18. When we lived on North 13th, it was all the same people living with us as at North 16th, except Wonder and Mildred. Joe was back with us now and his son too – William.

19. When we lived at Estella Maxey Projects, it was me and my four brothers, Mom and Leon. Joe and my grandma lived across the street in their own apartment. My mom was working, cleaning, driving the school bus, working as a nursing aide and stuff. While she was working, I made sure the younger kids ate. I was like 15, 16, and Mom was never there. She was having financial problems. She was out on bond for those shootings. She had lost her job on the school bus after she was convicted. She used to do cleaning – cleaning a lawyer's office. She was barely at home and when she was at home she was asleep.

20. When we moved to North 11th, it was me, my mom, my grandma, Leon and Joe and all of us kids. William was there. Joe and William lived with us until we moved on Herring and then they lived on Homan with my grandma. At the place on Sanger it was just me, my mom and my brothers living here. Melvin Swinnie, my mother's husband, was in and out. We got a little extra money because Melvin had a crack habit so he gave mom his check for like $20 cash. He worked and gave the money to my mom but if he was going to party, he would go burglarize. He didn't really steal from us most of the time, but eventually he shot my mom. In the years after my mom shot Brad, she was depressed but as the years passed, she got better – until she met Melvin. That was the worst mistake of her life. He was a crackhead and he would steal anything. He was crazy. When Melvin shot my mom, I was at work at Plantation Foods. They called me. My first thought was that I was going to kill him. I told Melvin when he first got with my mom, that I'd heard he'd shot his other wife and I told him to expect me if he did something to my mom.

21. It was the same living situation on Herring as it was on North 11th. When we moved to Lyle and 24th, it was me, my mom and my brothers.

22. When I was a kid, Sherman and I lived with my grandfather off and on because of Brad. Brad used to whoop me and Sherman a lot. He used to beat us and not touch his sons. I was 3 or 4 when Brad came. He was nice at first. He would take us riding, buy us candy. After he got in there, he laid his rules down. I guess once he moved in he thought he could run the house like he wanted to. Brad didn't like me because my grandmother was so protective of me. I got punished quickly. She would always come to my aid.

23. We tried to do whatever Brad thought was right because otherwise he'd tear us up. Mostly he would pull us into his room and tell us what we supposedly did wrong and whoop us. It was mostly just him around and my mom would be out at work or



-4-

something. A lot of times when Brad whooped him, Sherman would cry, even though he tried hard not to. Sherman was kind of bull-headed. I think he didn't want to give Brad the satisfaction of knowing he made him cry. I'd try not to cry too. I felt like he'd feel he'd accomplished his mission if he made us cry. If we did cry, he wouldn't stop – didn't make a difference to Brad. But if we could take it and not cry, we felt good because we hadn't given him the satisfaction. Sherman you'd have to whip real good for him to cry, so I knew Brad must have been hitting him hard, especially when that would happen.

24. I felt like my mom put Brad before us. She knew he was whooping us – even though he was whooping her too so she couldn't do too much. I felt she should've got out of the relationship. She was with him all the way until 1985—ten years. It took a hell of a toll on us. We felt our mom loved him more than us. He was like a drill sergeant to us. He was in the military. Sherman and I hated him – mostly because he put his hands on our mom and auntie and grandma.

25. Brad didn't discipline Shaffer and the younger boys, but every little thing we did, we'd get a whooping – yet, we were good! He treated his kids different. They'd get hurt and we'd get a whooping for not watching them. When Brad beat us, he did it with a belt. He would pull the belt out his pants. We didn't run because he would catch us – he was tall and fast. And we didn't try to run because it just made the beatings worse. If we ran, he'd hit us for longer. When he did it he'd yell, "Come on! Get in this room!" He'd whoop us any chance he got. Sherman would always be there when I got whooped, whether he got whooped at the same time or not. He didn't try to stop it – he was too scared of Brad.

26. Brad would whoop you until he got tired. It was usually 20, 25 licks with our clothes on. We always had whelps. We would be black and bruised. It would hurt for maybe two days. He would get us on our backsides so you could barely sit down. It hurt to sit down. I think my grandma's the only one that seen it – no cousins or friends or anything and especially not teachers. We were scared we'd be taken away. Mom said to make sure the teachers didn't see it because she was in love with that man. I never told anyone outside the house but my granddad.

27. By the time we started spending more time at my granddad's, Brad had been around us about 6 or 7 years. I wanted to live with my granddad because of Brad's violence. My granddad used to always tell me, "Shoot his ass!" about Brad. That was when I was like 10, 11 years old. He told me to come get one of his guns. I seriously thought about it. I guess I didn't have real access to go get the gun though. Once we were in the country, Sherman and I stopped talking about how we were going to get Brad. We didn't see it as much and he would never beat our mom around my granddad. We felt protected from Brad once we were with my granddad. We knew Brad would always be different around him because he was scared my granddad would shoot him. Brad never beat us or our mom in front of our granddad.

28. My grandma used to whoop Sherman and the other kids too. She'd chuck a shoe, whatever. First thing she would grab, she would hit you with it. My grandma wasn't friendly. If you talked like grown folks, she'd pop you in the mouth. Kids weren't



-5-

supposed to be around grown folks at all. If they were drinking or something, we had to go outside and play. My grandma kept all the kids in line. She did whoop me – but not that often. I was her baby. She had these long switches. She had one that will reach on there and get you if you tried to run. Sometimes she'd make you go cut your own switch with a knife. She'd say, "Cut a nice size one – if you come in here with a little one, I'll cut it myself!" She'd keep one or two switches on the couch with her. She'd whoop us with belts too – she'd whoop you with the first things she could grab. When my grandma came for you, you'd get a lot of licks. She'd stop when she got satisfied – and it would hurt. We mostly really got in trouble when we were with my cousins. Maybe my grandma would give my cousins up to like twenty licks – not less than ten. I would probably get six or seven. Sometimes it would leave marks. With grandma though, you knew if you got a whooping, you had done something to deserve it.

29.  With Brad it was very different. He was like military. I think he treated us bad from the beginning. He was a *real* alcoholic – he drank "breakfast beers." He probably started beating us the same time as he started beating my mom. We didn't have to do much for him to decide to beat us – you had to tiptoe around him. He would beat us once or twice a week at least.

30.  Brad wouldn't fight a man. One of our neighbors, LB Belcher, caught him one time when he beat my mama and my grandma and my auntie, and Brad ran from him.

31.  Being with Brad was making my mom sad. Mom and Brad would fight all the time. It would get physical almost every time. They fought at least four or five times a week. We saw him beat her many times. The Bellmead police used to come all the time when Brad and Mom would fight. The police had been at our house so many times, they would always know why they were coming. Sometimes Brad and Mom would be fighting for a long time – say about an hour. He would be hitting her the whole time. We would be in the bedroom, listening at the door and talking about running him out of there. He would always hit my mom and grandma with his fists, and he was like 6' 7", and he wasn't skinny. He looks exactly like Jimmy. It was loud when he'd hit my mom – real loud. We would hear them arguing and fighting in that little house. They argued a lot – mostly about him and Ivory cheating. Sometimes they would go in their room and shut the door but we still could hear it. They would never argue long before he hit her – he had a quick fuse.

32.  We'd be real afraid. We'd be real quiet when Brad was around. We felt like he was a bad presence in the house. Sometimes when he came home, we'd go to our bedroom but usually my grandma was in the living room and we would cling to her. Brad always got the better of Mom during their fights. She'd chased him a couple of times before she shot him – one time with a shotgun and another time with a pistol. Sherman and I saw that. She was in the yard with my grandma's shotgun. My grandma had had it, and she said, "Shoot that motherfucker before he jumps that gate! Hurry up and shoot him!"

33.  Brad beat my grandma a lot – whenever she tried to get into their business. He didn't like her cause she would see him out and tell on him. I felt like at first, he would hit my mom once or twice a week, but as time went on they would get into it more and more as



-6-

he was cheating. Sometimes he would hit her with one punch and sometimes he would hit her a whole lot. If my grandma was there, she was going to be in it. One night, Ivory stabbed my grandma at a café. My mom was at home watching us and Ivory's kids and my grandma came back and Ivory had stabbed her in the bicep area – kind of deep. That was probably between '77 and '79. My grandma didn't go to the hospital. My grandma never liked hospitals or doctors.

34. My grandma stayed tipsy. She was an alcoholic. She drank Schlitz beers at home. She'd drink three or four days out of seven. She usually started on a Thursday and would drink through Sunday. She would drink beer at home on the weekends and would also go out. She'd get drunk. When she was drunk she would get very outspoken – and she speaks her mind even when she isn't drunk. When she was drunk, she'd speak her mind to whoever got on her nerves, and that was usually Brad and Ivory. That was because she used to see them out together all the time. She'd tell my mom to leave them alone – this was before my mom had Jimmy – but my mom didn't ever listen. My grandma would say she had seen them *together* together. My mom didn't go to the clubs and my grandma did so she would see them. When my mom was out she was probably at a friend's house, playing cards.

35. The worst fight I remember was when Brad whooped my mom, my grandma and my auntie. Brad and my mom were getting into it and when he hit my mom, my Aunt Hattie chunked an iron at him. Then he hit Hattie in her face with his fist. Then he pushed my grandma off the porch. He slapped them, punched them in the face, arms, wherever. My grandma was old then. When LB Belcher came running over there he ran off. LB was yelling, "Come back here and fight a man! You fight these women, come fight a man!" I think my mom and Hattie were bleeding. I think Hattie had a busted lip and my mom was bleeding from the corner of her eye. Sherman and I were peeking around the door, seeing everything. We were both crying. Right then we said we were going to get him when we were older.

36. We used to see my mom get so many whoopings that we made a vow not to let that happen again. My mom didn't try to fight back – she'd just ball up on the ground. He kept her with black eyes and swollen lips. He'd still try to punch her when she was on the ground. Mom had black eyes a lot. It made me feel mad. She'd be going outside with a black eye, a busted lip. Sometimes she would wear sunglasses. We would see her bleeding and she would bleed a lot. There would be blood on the floor. My mom would be screaming and crying every time. We felt helpless. Sherman and I would talk about it – we used to always plan to get him when we were like 4, 5, and 6. We said we were going to catch him sleeping. We'd see it all the time and get tired of it – and then you're young and you can't do nothing about it. We would just talk about getting him all the time, "We going to get him!" We never tried anything. You could tell it was wearing my mom down. Her confidence went down. I guess she felt like she was stuck with him. She'd be at home a lot, stopped seeing friends. After Ivory and Brad started messing around, she didn't trust friends anymore.

37. We only ever talked to my grandma about what was going on at home. We were ashamed. I guess we wanted to keep things calm and we were afraid of Brad. We were

C.F.        -7-

ashamed because my mom was going out with black eyes. She would try and hide it and wear glasses. My aunties knew he was whooping her. We thought that if we told anyone like a teacher, they'd probably take us away.

38. After Brad beat my mom he would go out. He'd go get drunk some more and stay out until late that night. When he came back he would just act like it never happened.

39. I wished my mom would be home more. I used to feel we barely saw her. She pretty much just worked after she shot Brad and Ivory. It was probably because of her probation fees and stuff that she owed after she shot Brad and Ivory. I was pretty much mad. My mom was working her fingers to the bone. That's what made me start hustling when we were living at 11th. We had an entertainment system, and the people from the rental center came and took it away because my mom owed them money for the home entertainment system and we didn't have enough. Then I decided to start paying for things myself.

40. Sherman was good when he was little. He made a lot of A's -- he was way better than me. He loved to write. He'd write poetry and stories. Most of the poems were about girls or my mom. Sherman was always generous. If he's got it, he'll give it to you. If he was your friend, he was your friend. You could count on him for anything.

41. All my brothers and I were in and out of juvenile detention, jail, and prison. Our mom couldn't handle us, so she'd call the cops over a lot of little things. I don't know why my mom called the cops on us. I guess she felt that if we were in juvenile, nothing else was going to get us in trouble and we'd be off the street. Or maybe she worried someone would shoot us if we weren't locked up.

42. When we moved back to Herring, I was there at first but then I was mostly locked up.

43. By the time we moved to Lyle and 21st, I was back out of jail. Sherman was with us off and on all the way down the line, when he wasn't in and out of juvenile. It was us boys, Mom and Melvin was in and out. I think that's when he shot my mom and got the 35 years. Jimmy got his ten years when we were living at Pecan Gardens. On Pine Street, it was Mom, me, Jeffrey and Shaffer. Then we moved back to the ghetto part of town on North 11th Street. Since then, we've lived on 26th and Cole and Cumberland.

44. Our grandfather, Shelby Mitchell, raised us up that it was better to get caught with a gun than without. My grandfather always carried a pistol -- even to church. He'd say, "You can shoot a black man and get away with it. Shoot a white man and you'll go to jail." He taught us to believe that no one was better than us. He told us we should always use a gun if someone pulled a gun on us. He said he could always get us out of jail but he couldn't get us out the grave.

45. My mom had black eyes from Brad all the time when she worked cleaning for a white lady named Miss Wilson. Miss Wilson gave my mom the .22 she shot Ivory with. Miss Wilson had a senile old husband, and he used to beat on her once he got sick. My grandfather used to work for her before my mom did and my granddad used to help Miss Wilson with her husband – pull him off her. He'd be there doing the yard and hear him



going off and he'd go restrain him. She told my mom about Brad, "Don't let him put his hands on you no more." She'd gone to work all the time with these black eyes. She and my grandfather said they'd foot the bill for any trouble my mom got into for that.

46.  When my mom shot Ivory, I remember, my granddad and I drove up to his house, and I was driving. Sherman was in the house. My mom came out of the trailer and she was crying. My granddad thought it was Brad. He said, "God damn it! I'm going to kill him!" My mom said, "I just shot Ivory at the Brown Derby." My granddad said, "Come on girl, don't cry. Daddy'll fix it." He took her to the police and they took her fingerprints and then she walked right out. My granddad called an attorney. When my mom shot Brad and was in jail, I'd tell my granddad, "It's your fault she's going to the pen!" He'd tell me, "As long as I got money to stretch down Waco Drive, she ain't never going to see a day in the penitentiary." And he was right. He'd give you anything you need. But he said, "You always got to be a man and don't fear no one but God." We all turned out the same way. We believe that.

47.  My mom got in and out the police department when she shot Ivory. My granddad told me, "Always keep a good lawyer on hand. The devil is always at work and you got to be prepared for him. Give your lawyer money even when he don't need it." I guess he meant it literally when he said the devil is always at work. I know he was serious when he said that the tornado that tore Waco up was payback from God after a lynching that happened here.

48.  After my mom shot Ivory, Sherman and I were on the couch watching my grandfather when he gave my mom a .38 and said, "You shot the wrong person." He gave her the gun and she went and shot Brad. The day my mom shot Brad, we were coming walking from my half-uncle Vince Green's sister's house. She's called Shirley and she lived on 17th and Live Oak. It was raining. It was me, Sherman, Vince and Acie. We'd seen an ambulance rushing into Providence. Someone said, "What if Sarah shot Brad?" When we got back my grandma came out on the porch and said the sheriff or the police had been there at the house but my mom had already gone to my granddad's. But this time she didn't come home and that kind of scared us. We lived on 13th, off Monroe and Waco Drive – 703 North 13th. We all was happy like at first, "Yeah, she finally got him!" About a week later, we realized this was different. I guess we had to wait until we could get the bond reduced. My granddad tried to tell us he was just waiting for her to cool down a little bit. There was so much heat because she'd shot two people in one week. My granddad knew we had to wait until things died down a bit. Everyone at school was saying she'd get life this time, and we were really scared that she'd spend a long time in jail. In the end, my mom walked away from shooting two people with 5 years probation. They said it was a crime of passion.

49.  My granddad had connections, and he was a survivor. He had houses and work and a little money and knew some rich and powerful people around Waco. He was pretty set in his ways and he loved to work. He loved to drink the Gilbey's Gin too. He claimed he got like 37 DWIs and he never got locked up. He had a little money to get out of it every time. If you've got money in Waco, you can get away with a lot. That was what my grandfather always told us – "No money, no say." If you don't have money, they'll do

what they want with you. When he was hit by the drunk driver and killed, he was cutting the yard at Herring.

50.    I think my granddad had a lot to do with how we handled things when we got older. He would say, "A black man ain't got no say unless he got some money. No money, no say." I think I was really first aware of the racism in Waco when I was at Alternative School when I was in like 9th Grade. I was sent there. I got into a fight at the school with this Mexican dude, and I went to the principal's office. The principal said, "That's why we didn't want the school over here by all these niggers cause you all don't know how to act." Then my mom walked in. We went to the school board and filed a complaint. That was in 1985, maybe 1986. They had me and my mom give a statement. There was no police – my mom just filed a complaint. The school board found she didn't say it. The principal kicked me out the school and the Mexican guy got suspended for two weeks. That was really what made me realize, "Poor black people ain't got no say." People around that woman knew she was racist. After that I felt pretty much like racism was everywhere in Waco. I wasn't expecting the principal to say "niggers" like that.

51.    There was a lot of kidnapping and abductions and the KKK when we were kids. The KKK took out one dude and cut off his penis and put it in his mouth. They threw him in the Brazos. We had to walk that way, from the project in East Waco, across the bridge to the baseball field. The field was where the zoo is now in Cameron Park. Our parents told us, "Stick together because they can't get you all." We were scared to go across the bridge – especially at night. We would be crossing that bridge and have people chunking beer bottles at us. Drunk white boys were going by and they'd hit us with something. They would yell at us and use the N-word. The parents would tell us to all go together. They'd say, "If something happens, then the others will see it."

52.    We knew who the murdered guy's kin was and they said he was fast and they still caught him. They killed him around 1980, maybe as late as 1983. We used to get chased out of Cameron Park a lot. Once we made it to Sherman Manor we were alright because it was a black neighborhood and we knew they wouldn't try and follow us over there. There didn't used to be any housing in front of that project – you had to run up from the river, through all these bamboo stalks and bushes. It was so scary because you had to run up through there in the dark and you wouldn't be able to see if someone was waiting in the bushes to get you. That bridge crosses at Herring.

53.    A lot happened in Cameron Park, because it's so big. We used to ride bikes there in the daytime. We used to get chased by young drunk white guys and sometimes it was older guys. It would be hard to know how old they were if they was wearing those white hoods. There was a section where they'd meet. We were on our bikes one time and they started chasing us in cars and trucks. Sherman scabbed his knee one time when he was 7 or 8, running from white dudes. We got chased by like 25 of them when they were down there wearing the white hoods. They were in a big pack wearing the white and they had a big bonfire burning. There was one standing up in a red suit talking to the ones in white.

54.    I'd say me and Sherman were chased four or five times like that. None of them ever got a hold of us. I remember one time, me and a couple of friends were on our way back from

a baseball game at Cameron Park – Alvin, Derrick and Calvin. There were some white boys wearing white sheets and riding in a truck, and they chased us down. We'd go to the park, but we would never go unless we were in a big group. That's why project kids looked like they're in a gang or something because we always had to go everywhere together. The people from Parkside lived right there by the park but we had to cross the bridge and get all the way up into the neighborhood. They would pick on the East Waco kids real bad. I guess they felt the ones that lived in North Waco would recognize them so they didn't mess with them so much. After being chased like that, I would just see drunk white people going past and I'd get nervous.

55.    Stuff still happens. About five years ago, two black guys got stabbed on the bridge by white guys. The KKK marched down Valley Mills around 1998 and they had police escorts. My Aunt Bessie moved to Chicago a long time ago and I don't think she would ever come back cause of the racism here. If there are black/white couples, they need to watch out because if it's at night and the white boys think they can get at them, they will.

56.    I know the racism in Waco affected me. At an early age I knew, by the color of my skin, that black is wrong, white its right. We knew that. Racism was like a part of dealing with life. You just know you got to run from white folks at night time – that's what it was. You had to stop thinking about it and just do it regardless. Sherman didn't really talk about it with me, we just knew if we get caught by one, we will have to fight for our lives. But that's why we always looked out for each other so much. We knew it was unfair but it was just the way it was. They say it's all supposed to be over with but it doesn't feel that way around here.

57.    My grandfather used to tell us that he and his brothers were at home and Klansmen came to their house and beat his daddy with a whip and raped his mama right there in the house in front of all of them. He said he don't care if they're white or black – he's going to shoot anyone who messed with him. My granddad grew up in Axtell. He had a brother Eligie and a sister called Sarah. I don't know who else he had for brothers and sisters. I guess it was the three of them that saw the Klansmen. It probably happened in Axtell and probably never was reported. Back then, you cleaned up and prayed on it – go to the police and they'd be likely to kill you. That's the score around here.

58.    My granddad told the story about the KKK coming to his house a lot. It seemed like he told it every other night. He tried to always get us to understand that there was a difference in color in the world and that everybody wasn't treated fairly. He would always tell that story exactly the same way. He'd say he was scared, looking out the door. He'd seen all the white people out there wearing sheets and burning crosses. I guess he heard all of them shouting, "Niggers leave!" I don't know why they picked on them. He said they just came up there one night. He said they'd already been getting other people around there – burning crosses and raping people's women and stuff. They lived on a farm and I think he said they just walked in the door.

59.    My granddad used to talk about other racist stuff. He would say people just used to harass him. That thing with the KKK wasn't the only thing that happened. He used to talk about lynchings. He told us about how a mob of white people they dragged a black

man downtown – took him out the courthouse and hung him. He said they dragged him down the same path the tornado took. He said God showed them that what they did to that man was very wrong and that's why he sent that tornado down there to tear up everything.

60. I saw the KKK marched down Valley Mills. They had the police escorting them through. They were still wearing the outfits and they had signs and everything saying, "Nigger go home!" My grandma would talk about a lot of stuff she went through too. She used to go through a whole lot when she was young. She would say how they had to go use the restroom in the back. She said they couldn't drink out the water fountain. She said she was a grown woman and a little white girl slapped her cause she drank out the wrong water fountain.

61. Our grandfather also gave us another example of the way black folks and white folks related to each other in Waco by the way he acted with the people he worked for, even after it seemed to us he had a lot of money and knew a lot of powerful people. He had his own lawn service. Sherman and all of us used to go out and cut the yards. Granddad had some rich clients and he might spend the whole day at their home and then on Thursdays and Fridays, he would cut a lot of lawns. When he spent all day, he would do their lawns and their flowers. He used to kiss up to them all the time. He would tell us *never* to kiss up to anyone and then he'd get in front of these rich white folks and be all, "Yes ma'am, yes ma'am, yes ma'am." It was like back in the slave days when he'd get around white people. He seemed like he had all this money but he was still in these raggedy shoes and work pants like he didn't have a dime. I asked him, "Why you be acting like that?" He'd say, "Sometimes you just got to be like that to get where you want to be in life. If they sit around and think you a poor black dude, they're going to give you money on Christmas, stuff like that." It made me feel kind of embarrassed to see him like that though because he would throw his weight around with everybody else.

62. We were around guns from when we were kids. When we were out with my granddad, he had lots of guns. He would say, "I'm old. I can't fight with y'all youngsters but so long as this trigger-finger stay strong, I can handle you." And he meant it. He had shotguns and would go hunting out there all the time. We'd drive his truck and there was a shotgun that stayed behind the driver's seat – always. We went hunting with 410s and stuff. My granddad always said you only pull a gun to use it. I remember first having guns when I was like 12 years old.

63. My granddad would tell us, "Use a gun if you have to. Stick up for yourself. Don't take no shit off nobody." We took that to heart. He would say that from when we were young. He used to drill it in our heads. He would talk to us about the stuff he did in West Texas. He was living there when he was young and he said he went to the penitentiary for killing someone. I think my granddad killed a black man in West Texas. He said he was dancing with a girl in a club and this dude came up trying to get in I guess and they got into it.

64. My grandma talked about catching him with other women. I guess she meant when they would go out to the same little cafes. I guess she would catch him in motel rooms too

-12-   C.X.

cause she said she'd catch him in rooms with girls. Maybe she'd go looking for him. I guess this was all before we got there. My granddad was married to a lady named Corine for a while until she died. Alice Green, my half-uncle Vince's mom, used to come and visit. My granddad raised his son Vince. Vince wanted to be with his daddy and he had the finances to take better care of him.

65. I was with my granddad until he got killed. I'd say that was about 4 or 5 years. Sherman really started getting locked up after my grandfather died really. If you got in trouble when my granddad was still living, you were pretty much safe. After he got killed, that's when I *really* realized we had no help.

66. I think I was like 15 the first time I used a gun to shoot at someone. Our homeboys had jumped on a dude at the Laundromat, and we went to a party and we seen the dude. He shot at us and we shot back. I was scared. I knew I didn't want nobody to hurt me. Our granddad always put this in our heads, "I can get you out the jail, but I can't get you out the graveyard." He would tell us, "Don't never pull a gun unless you're going to use it and only use it if you shoot to kill – a dead man can't tell no stories." He would definitely say something like that at least one time a week.

67. When my granddad gave my mom the gun to shoot Brad, he said, "You can kill any black man in Texas and get away with it. If you kill a white boy you will have to do a little time." Then when my mom got probation, it proved it.

68. Sherman didn't hang with too many people. He just had this certain group – Roy, Treyboy, Chae and Roderick. That was it. He was mostly with family – that's how all of us is. We pretty much stay within the family. I guess it's maybe that we don't trust others, but really we were just always told to watch out for the others – look out for the rest. Sherman started getting in trouble when he started messing around with Treyboy.

69. Roy and Sherman, they was best friends. I would see them together all the time. They saw each other every day of the week. They would always talk about what they were doing together. Roy was spending nights at ours and everything. Roy was a little bit older, but it seemed like an equal thing – not like one looked up to the other. I think they'd known each other about four years when they hung themselves and Roy died.

70. I remember when it happened, and I remember seeing changes in Sherman after Roy died – that was his best friend. Sherman slept a lot after that. I don't know if he felt like he it was his fault or what. That was when he started getting worse. I guess he felt that they let him die. He was always talking about this big fat guard who worked at the juvenile. He said he took his time to get Roy down and he could've got him sooner. He thought it was a deliberate thing. Me and my mom went to see him at juvenile after they hung themselves. He was sad and depressed and he said the guard could've got him down.

71. Sherman really didn't open up too much to his feelings. We really didn't trust anybody but each other. Sherman didn't even talk to me about his feelings though. I'd talk to him about my feelings. I guess he didn't want to burden me. He was more like the big brother than I was. I don't know why he was like that. I guess it was from us growing up

-13-

and always looking after each other. I know he worried about me because he always used to check on me. He would page me if he got home and I wasn't around. We'd always be in the room together and he'd tell me to be quiet. I'd be speaking and he'd say, "Be quiet before he [Brad] come in here and hurt you."

72.   When Brad was living with us, it was a relief to be with our granddad. Our granddad would whoop us but it didn't hurt. He didn't whoop us hard. We'd do our own thing. We were 10, 11, 12 years old, yet we could have girls over there – it was like a bachelor pad out there in the country. It was great. I'd still come to my mom's every day after school. My granddad told us all kinds of stories. Most of the time he'd be telling us how hard it was for him to get money and keep it. He tried to tell us to hold on to our money. I went and stayed with him because of Brad whooping us. I guess we got wilder there with my granddad – there were no rules. So long as we would get up in the morning and feed the horses, we were good. We thought our granddaddy was a bad-ass – in a good way. He'd whoop you with anything but it didn't hurt. He was still getting around like he was in his 30s, 40s. Most of the time, we loved the country – that isolation from everybody, from Waco. We had a few little friends and all we did was ride horses. We got wilder in the country because even though my granddad would be there, he was drunk all the time. He drank from wake-up to sundown. He would be passed out in his room after he was done working. He could drink and work all day but as soon as he kicked his shoes off, he would pass out. We did anything we wanted to, even when he wasn't passed out. Mostly we would leave in his car and shoot off to Waco. He'd give us the keys to his car. I think I was 12 years old and driving into Waco. I drove him around all the time. Sometimes he would be too drunk, so I'd drive or he'd just say, "C'mon Charles, let's go." It seemed he mostly wanted me to drive him around – even when he wasn't drunk.

73.   With my mom, we were so young and we couldn't do anything to help her. When Brad hit her, she'd be crying and just taking it – I don't even remember her fighting back. They would be *into* it – there would be a lot of blows and it would go on a while. The area we lived in when we lived on Pearl Street was called, "The Sands." It was also known as "No Man's Land." Back then it was just gravel streets over there. They was gravel and dirt and when it'd get wet it would be all muddy on the street. We had to watch for rocks too when cars passed and when people cut their yards, because the rocks would fly up. We got hit by rocks and it hurt. When it got muddy, it was real muddy. That's why they called it The Sands cause it was nothing but sand and gravel. You couldn't get around that mud, you just had to walk through it. It probably came up to our ankles. We went to LaVega Elementary in Bellmead then. We took the bus there and the stop was about two streets away on Old Dallas Highway. We would have muddy shoes all day at school. Sometimes the smaller kids got carried through the mud.

74.   People used to dump all kinds of trash over there in No Man's Land. They had an after-hours place there where people used to come and gamble – a whole lot went on there because the police weren't really around. It was down the street from us 3 or 4 blocks. There was a line of little bars right off Bellmead Drive – off of Corsicana Road. The after-hours place was like a little store with a bar in the back and it stayed open until like 6 in the morning. The older kids would tell us about it and the grown folks – that's where

they'd go. My grandma went there. I think she broke her hip at a bar. When we were still in The Sands she used to get around a lot more than she does now.

75. Sherman's daddy used to come by every now and then when Sherman was really small, but we never really knew him. He stayed in Mart. I don't know if the rest of his family knew about Sherman. I don't know if his daddy was married to someone or not.

76. When we lived on Pearl, the other cousins used to come around when their moms would go out. A lot of kids came over there – could just be a few at one time or if it was a big thing and all the aunties were out, all the cousins would be there cause they knew my grandma was going to keep them in line. It was probably about 20 kids or more. They would spend the night until the next day. Sherman and I had our own bed in my grandma's room. There were two beds in there. The other kids would all sleep in the living room on a palette – they just put blankets down on the floor. Most of the time me and Sherman would get in bed with our grandma. I guess it was because we were scared. There used to be a lot of guns firing over there. It was every day. Every weekend there were some gunshots. You'd just hear it off in the distance – I guess at that after-hours spot. That was around the time Brad moved in with us.

77. Another reason we were scared of Brad is that he kept a pistol and a shotgun all the time. We thought he'd use it on someone in the family. The shotgun was in the closet in the bedroom but he always carried the pistol. You would see it in his waistband. The only person we felt could protect us some was my grandma. The police used to come over there all the time. They'd talk for a while and then leave – they'd never take Brad. We felt helpless when the police would leave and Brad was still there. I guess that's why we don't call the police now. We've seen so many years when the police came and they did nothing. Like when those boys shot April, Sherman's daughters' mother. I was in the country with my granddad when it happened. April and Sherman were walking down the sidewalk at 21st and Herring and a guy drove by and shot April in the leg. I guess he was aiming at Sherman. I think the cops and an ambulance came. April went to the hospital. He did that and then the brother of the guy who shot April killed another guy. When he was killed, the cops did nothing. They said it was self-defense. I don't know why they didn't do anything about April's shooting though.

78. Our granddad was mine and Sherman's biggest influence. He did alright for himself. It was only my mom and grandma raising us. Brad taught us how to face up to our problems and our own self but he was just abusive. Our granddaddy was mostly the one we looked up to.

79. When our granddad was telling us stuff – like how you only shoot to kill – my mom used to tell him, "Don't be telling them boys that. You going crazy?" My granddad would say, "You got to get them prepared. You can't let these boys go out there thinking everything okay and it fair – cause it ain't like that." Everything he seen really carried into the way he raised us. Our granddad always said, "Don't let nobody hurt you." He didn't care if we had guns as kids, so long as you were old enough to know who to shoot and who not to. He'd say, "If you get in trouble, come to me. For everything, come to me."



-15-

80. Even when I was a kid I tied my granddad's drinking to what he'd been through. I would always ask him why he drank so much and he said it calmed his nerves. He'd say, "If y'all had seen some of the things I seen as a child, y'all would drink too." He used to say how lucky we all were cause we didn't have to go through some of the harassment he did – with people kicking in the doors. I guess that's why he had as many guns as he did – to protect himself. He had about 16 guns. Most of them were rifles and shotguns. He has 7 or 8 pistols – from .38s to .22s. He kept a whole bunch of 38s – snub-noses, long barrels. He would say that he liked them cause they ain't too powerful, but they enough to stop somebody. I guess he meant they were powerful enough to kill someone.

81. My granddad drank every day – morning to night. He'd have a shot of coffee first thing and the gin is next, or a Coors. He had a lot of friends and they all bought him liquor and beer. He had plenty food and so much beer and liquor round the house. We used to steal his beer. When we got to be about 17, he said, "I'll buy y'all your own beer. Y'all can't keep drinking up my beer." Sherman would drink then too, but Sherman wasn't never a drinker or a smoker. He was always sober. I don't know why that was. He just didn't drink. He would smoke a little weed every now and then. He was more like my mom – if it was a special occasion he might drink a little. He never said why he didn't drink.

82. I used to be an alcoholic from when I was like 15 until I was about 23. I drank beer all day long, every day – sometimes I drank wine. It started when I got to hanging around the wrong crowd. After my mama shot Brad, we moved to the projects and all the young'uns did was drink – before school in the mornings and after they got out of school. I guess alcohol was a stress-reliever for me. After my mom shot Brad, I was most stressed about whether my mom was going to jail or not and where us five were going to end up. I was scared we'd go to care and there were five of us so it would be hard for someone to take all of us. I guess my granddad probably would've taken us all if he had to, but I still worried about it a lot.

83. A lot of people in our family have mental problems. You know, my granddad used to always be talking to himself in the back room. He told us his wife who died, Corine, would always come visit him at night and talk to him. I didn't believe it – I felt like he was going crazy. Uncle Leon, our mom's brother, was crazy. He'd be looking at TV, at Westerns with our grandma and just be like, "Look mama! Look mama! They fitting to shoot each other!" He would say what he was seeing – kind of like a little kid. They say the last time he came out of the pen he came back crazy. Some people can't handle it in prison. Acie did those 8 years and he went crazy. Leon didn't bathe or keep himself up. Leon could never remember his birthday. He didn't have any education. Back then you didn't have to go to school to read or write; I've seen my grandma write. But Leon couldn't read or write. Leon had a temper. We'd mess with him and he'd say, "Imma...Imma...y'all leave me alone!" Sometimes he'd bust a hole in the wall. We knew we could get Leon worked up real easy. We would mostly get in front of the TV because he watched TV a lot. He would watch stories and Westerns with my grandma – whatever she watched, he watched.

84. Uncle Joe and his wife and son, William, are all slow. Joe's wife was a nice woman, she was just cross-eyed. She was like completely looking at her nose. She talked slow; I



-16-

think she was mentally retarded. She stayed drunk all the time – *all* the time. Joe was similar to her – mentally retarded. He's still like that and his son is retarded too. Joe had a little more sense than Leon. Leon was all the way out there. He was living with his wife probably two or three years until she died. My mom would let him watch us if she went to the store.

85.    Joe and Leon were living with us on Pearl and 16th and 13th. In the projects, Leon was with us and Joe was with my mom. I guess Joe was with my mom because she had more space and he had William. People say not to be alone with Joe. I guess it's because he hit my auntie in the head and raped her. He said weed made him crazy. I wouldn't leave him with my kids. Him and his son are throwed off. They don't take baths. They just eat. Joe didn't let William go anywhere. I think Joe did some drugs or booze. All my grandma's kids by Shelly Gaines are kind of throwed off. Shirley and all of them are throwed off. All Joe does is look at is the internet all day – at freaky movies. He's got pictures of women covering every inch his walls. He be cutting them out of magazines and hanging them on the walls – it's just girls everywhere. Joe is a person that like to be by himself. If he goes out, it's just to pay bills. I used to always tell Joe to let William out – let him meet some people. I don't know why he wouldn't let him out. Some people in the family be thinking he's been doing his son.

86.    My mom gets SSI. It seems like she gets distant – like she be day-dreaming a lot. It seem like she scared of the police now. She takes anything they say but really they take advantage of her. Like when they said Jeffrey shot someone, all the police were around our house harassing everyone. They still harass us.

87.    Sherman used to get a check because the doctors and the psychologists said he was kind of special – that he was not all right in the head. Teachers always said he was smart – it's not that. I think he started having mental problems in like 3rd grade. I don't know why it started then. He was mostly in juvenile after that. My earliest memories of his problems are of him just getting real quiet and he'd go be by himself. Sherman would go to his room but I wouldn't talk to him – I'd just leave him alone and let him have his space. Sherman didn't get talkative around us. I remember Sherman liked to write. He would always talk about how he was going to be a writer or a rapper – because he thought he could rap too. He was alright. I knew he could write because he wrote poems. I think they published one of them somewhere. At times he would talk like he thought he could make it – he believed in himself. He wanted everyone to read his books.

88.    Then at other times it would seem like Sherman was like the rest of us; we didn't think about our future because we just thought we would be happy to live to adulthood. There was so much kidnapping going on then. We would see stuff on the news about black kids being snatched by white people. I don't remember any details. My grandma would say, "That's why I don't let y'all go nowhere."

89.    I didn't talk to Sherman about his suicide attempts. I thought they were all real because I always thought Sherman had a little problem. He didn't too much go to no one to talk about his problems or what he was feeling. We didn't talk about Roy's death much – I didn't bring it up with Sherman cause I know it kind of messed with him – with Roy

-17-

dying and him living. He got a prescription for some pills after that happened but I don't know why or what it was. Those pills made him slowed down – like he was high all the time. He lost interest in everything.

90. Sherman would get upset easy if someone said something about my mom. He was like my granddaddy – "I'm Sherman Fields. They'll respect *me*." My granddad would always say, "I'm Shel Mitchell godammit!" That's why so many people out there know his name because he would always tell it to people, "You must not know about me. I'm Sherman Fields. You haven't *heard* of me?" A lot of people wouldn't talk to him. He was living a very risky life doing what he was doing, but he didn't care. If I was out when Sherman came out of TDC, and I could've talked to him before he got with Treyboy, we would not be sitting here now. I would've told him, "It's not 1993 anymore. You can't be around them. Your homeboys will turn you in now." I have seen so many people lie on someone to get their time cut.

91. Our granddad taught us to be outspoken and not to take shit from nobody – Sherman was doing what he was supposed to do, especially because we never thought the police were there to protect us, so we listened to our grandfather and learned to protect ourselves. One time, some people almost shot my mom. That was the house on Herring. Sherman, Jeffrey and my mom were there. I was in the country. They yelled out, "Charles Fields" and shot at the house 4 or 5 times. My mom was coming out of the house and they shot all around the porch and the police didn't do anything. They said they couldn't find out who it was.

92. I remember when my mom was on probation after the shooting, she was away all the time. She worked in the day and then worked at the lawyer's office at night. She also played a lot of cards. We had a rough time in the projects. My mom was *never* there because she had so many people to pay. We was kind of like lonely and sometimes we would want our mom. Things changed for us then– we were out and about with friends and then we started getting in trouble at school because we were stealing and robbing. That all started in the projects. We started off stealing and stuff because we were trying to help our mom out. After Brad was gone, it was just her. We would get stuff for the house and two weeks later they'd be coming to take it away because she couldn't make the payments. We started looking for ways to get money. If Sherman would see someone with a house that was looking bad, with no couches to sit on and they had little kids, he'd say, "Don't worry, we'll get you something."

93. When Sherman was in his teens he was different. You'd think, "This boy's losing his mind." You could be talking to him and he'd be off. I'd tap him and he'd be like, "Uh? Oh, okay." He did that a lot – zoning out. You couldn't get his attention. When he got to be 15 or 16 he always used to get up in the night and watch TV. As a little kid we didn't get up in the night. I would see him up like that maybe twice a week. He would go to bed and then get back up. I would go to use the restroom and see him in there watching TV at like 1 or 2 in the morning. Sherman didn't seem to think about getting killed out there. He seemed more like, "If it's my time, it's my time. God decides when you die and you can't argue with that."



-18-

-19-

94.     I want people to know how caring Sherman was.  If he was your friend, he would do anything for you.

95.     I was there for all his trial.  His lawyers never talked to me.  I didn't understand why they let him represent himself when I was pretty sure they knew that he was getting a check for being mentally ill right from the beginning of the case.  I was available during Sherman's trial and would have testified at Sherman's trial to any of the information in this declaration if anyone had asked me to.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___8___th day of April, 2010.

Charles Fields