## DECLARATION OF DOROTHY RANDLE

I, Dorothy Randle, declare the following:

1. I am Sherman's half-aunt. I live at 2324 Ethel Avenue, Waco, TX 76707. Sherman's mother, Alice Mae "Sarah" Fields Swinnie, is my half-sister. We have the same mother, Jessie Mae Fields.

2. Jessie Mae had ten kids: Shirley Fields Bouye, Shelley Leon Fields, Arthur Fields, George "Joe" Gaines, Bessie Gaines Jackson, Annie Lucille Leaks, Hattie Love, Patricia Robinson, Sarah and myself.

3. My sister, Shirley Fields Bouye, suffers from depression and schizophrenia. She's been at DePaul Psychiatric Center and if she doesn't get better there, they send her to Austin State Hospital. She hasn't been out of Austin too long. Her son Acie Bouye was in Austin State Hospital last year. He's as crazy as a bed bug. He hallucinates. He used to stay here with me and he'd jump up, saying, "Look! Someone called the cops! Someone got your house bugged. I told you someone told them I was here" and there's no one outside. He'd say, "Your TV is bugged." He's very paranoid. He has schizophrenia. Acie and Shirley are okay if they're on their medication. They're on anti-depressants or some kind of medication. Shirley is taking her pills now because if she come off it, they said they'll take her to Austin. I know Shirley's daughter Mildred Bouye is bipolar as well.

4. My brothers, George "Joe" Gaines and Shelley Leon Fields, were slow. Joe is not normal. I don't think Joe can read and write real good.

5. I think my sister, Hattie Love, was in special education at school.

6. I don't think my mother was happy. A lot of times she would be humming a song and crying. We didn't have much food. Maybe that was what it was. We'd eat and she would offer us more and she would wait until everybody got full. If there was anything left after that, she would eat. If it was all gone, she would just put some snuff in her lip. When she cried, she wouldn't talk – it was just silent crying. She'd hum a church song and tears were just running down her face and dripping off her. I don't know why she cried, who knows, she might've been abused or something. When she would cry she would usually be lying down or sitting on the side of the bed. Sometimes she would cry while she was in the kitchen cooking. You wouldn't know she was crying and then you would see her face and the tears were there.

7. Otis Leaks, my sister Lucille Leaks' son, was just at DePaul. He said he was going to kill himself. The police came and he said he was going to kill himself and they took him to DePaul. He was in there and then he called wanting to get out, wanting someone to come get him. Sarah has anxiety attacks or something. She said she takes medicine for it.

-1-

8.  William Bradford was real bad news. He liked to fight. He would fight with Sarah a lot. I guess he was there with them for around 7 years or so. They stayed together until they got into that shooting. He said he'd take his kids and her car. He went to get his gun and she said she wouldn't let him shoot her. When they were fighting, he'd mostly be pushing her around. He would hit her too. That was all he'd start it for – to get away. He'd take off saying, "I might be back, I might not." Or he'd say, "I'll be back once you cool off." I think one time he fought mama and mama was hitting on him.

9.  One time Sherman said to me that he didn't see how come Sarah stayed with Brad. I told him that Sarah loved him. He said, "There ain't that much love in the world."

10. When Sarah was living in No Man's Land, that was her hardest time. She was poor then. She had Charles and Sherman. Sarah didn't discuss her money situation with me, but I gave them stuff. I gave them stuff whether they wanted it or not. I'd get groceries for them – greens, cabbage, neck bones, skins, all that stuff.

11. When we lived in No Man's Land, the water we got from the pump. We'd complain cause we'd say, "Everybody got running water and a inside bathroom but us!"

12. Bellmead wasn't going to help anybody in No Man's Land because they were real prejudiced. The washaterias in Bellmead were white only. They were the last ones to take the signs out the window. Even after the signs came down, someone would meet you at the door and stop you. They did that for a long time once it was supposed to be over with. We were one mile from Bellmead and two miles from Waco so it would've been easier to walk to Bellmead – but there was nowhere we could go in Bellmead. They took the signs down and we would walk over there with the clothes and either the people who worked there or the people using it would come to the door and said, "No. This is white only – you can't wash here." They'd say it in a nice way so you'd just turn around, but of course we felt real bad. I was about 13 or 14 when they were doing that – it was probably close to 1960. I used to walk up to Bellmead to buy something from the bakery and white boys and girls would pass by in the car and holler out, "Get out the way nigger!"

13. I quit school. I don't think any of my brothers and sisters graduated high school. Sarah left school when she had Charles and I don't think she went back. The people at LaVega, the integrated school, would always say they weren't prejudiced, but they were. Hattie went to school in Bellmead. It was prejudiced. She got into it with a white boy when she went there. He called her a "black bitch" and she called him a "white sap-sucker". He went to the teacher and told her what she said and she said, "He called me a black bitch." The teacher said, "Well you are black aren't you?" I couldn't deal with that – no way. All that prejudice would make you want to fight. Then there was a riot and the teachers

were failing the black kids. I don't know why they didn't just let it stay the way it was. Nothing changed – not for the black ones – it just got worse.

14.   One thing I used to hear was that they drug a black man through the streets of Waco and killed him in the square. I don't know when that happened but people talked about it.

15.   My friend Mary Degrate's brother was dating a white girl and he went to Moore High School in Waco. The white girl's brothers killed her brother. They warned him not to be with her but they kept on and they killed him. That might've been in the 1960s.

16.   All the prejudice in Waco made me angry. I just remember it made me sad and angry and made me stay away from them. I didn't talk to my mom about all that. She would just say, "Well that's just the way it is." Big Mama, my great-grandmother, would say, "Just pray and go on." I didn't want to hear that – that just meant, "take what they dish out." That was probably why my Big Mama didn't get no schooling. Back then, if you wanted to live, you had to take what they dished out.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _8_ th day of April, 2010.

McLennan County, TX.

_Dorothy Randle_
Dorothy Randle