## DECLARATION OF JIMMY FIELDS

I, Jimmy Fields, declare the following:

1. I am Sherman Fields's half-brother. We have the same mother. My father is William Bradford. I was born on September 17, 1976.

2. Growing up, we moved a lot. When we lived on East Pearl, I was about three years old. I don't know where we lived after we left Pearl Street. I remember being in 16th Street. I think I was in Kindergarten in Dripping Springs. After that we were on Bosque and 15th. I think I was in 1st or 2nd grade then. We used to walk to school – Providence Heights Elementary. We were at Estella Maxey one time when I was still little. We moved to 13th Street. I was in 3rd grade then. I think I was at Crestview or Mountain View. I used to go to the school on 25th and Bosque. It's a new school now, but I think it's still Waco ISD. I stayed in Killeen for a bit and then went to Junior High – that was 7th grade.

3. We went to Killeen with Shirley for a bit – left Waco and then came back. We were on 11th Street I think in 1987. We were on 21st and Herring in 1988, 1989. Then we went to Killeen. We came back and mama was at 24th and Lyle and then back to Herring – to the same house. Then we went to 27th and Cole.

4. When we were kids, my grandma lived with us most of the time.

5. My mama lived in so many houses. I don't why she moved so much.

6. My mom was never really at home. She was working and then when she wasn't working, she was probably at card games. I don't know where she did it – they had a card game group. I told Sherman one time, "Mom raised us the best she knew how, but in other people's eyes she might not have been good. She might not have been a good influence." When I look at life, I see how it could've been a whole lot different. If she'd spent more time with us, it could've been a whole lot different. When I told Sherman that, he told me I shouldn't talk about her like that.

7. I used to call my grandma, Jessie Mae, "Mama." My mom was still young and she was always working. Some nights she wouldn't be home. It seemed *every* night she played cards for money. It was someone else's game every night. That was their thing. I didn't care at the time – as long as she wasn't there to get on me for stuff I was doing that I shouldn't be doing. They would play all night. Back then, I know on the weekends my mom would stay gone. When we were young, she'd mostly be gone. As far back as I can remember, she always played cards.

8. I used to be the favorite child. I don't know why.

9. Mom told us we could do whatever we want, so long as we do it at home. We could smoke dope and all that. I stopped getting whooped at age 11 because I stopped crying, and then I started getting in trouble.

10. We weren't getting enough attention. Mom worked and did her thing. A lot of things I learnt on my own. I don't know if my mom was having problems. When you're young you don't think about it. You just think, mama's always gone somewhere so you don't have to worry about mama bugging you. My grandma was around most all the time but she was still barely getting around.

11. One time I was chasing Sherman around the porch and I cut my eye on the tin sticking out the porch. I was bleeding, but my mom said, "Stop playing in that ketchup!" I'm not sure if I went to the hospital.

12. Once we became teenagers, we were on our own. When we were little, my mom would be gone for two or three days straight.

13. My mom whooped us. She would whoop me for peeing the bed. I didn't do it every night. I used to pee the bed. I'd be scared to go to the bathroom. I used to always watch Poltergeist and I used to see things in the dark – still do. When mama whooped us, she whooped us with a belt. Most of the time I would cry because I was scared of the whoopings. She only whooped us when we did something real bad. My dad used to whoop me too. He used a belt or extension cords. I know my granddad whooped Charles with a water hose one time.

14. I remember my parents fighting. Sometimes it would be late at night. You'd just hear them in their room. They would try and be slick about it but you'd hear it – it would wake me up at night. I don't remember what they'd be saying. My daddy used to drink. I was young so I didn't think about him messing around. I know one night I heard them arguing and I had to hold Jeffrey because he was crying about their fight.

15. My granddad thought he was the toughest man on earth. It was the way he used to talk to you. He wasn't afraid of anyone. He used to work and drink gin all day. He just used to work, work, eat and pass out. He went to church on Sundays. He drank gin from the time he got up to the time he passed out. He'd be sitting in the kitchen eating in the trailer and fall out on the floor and get comfortable until he went to bed.

16. I remember once our granddad whooped us and we tried to hide under the bed.

17. My grandma used to tell us some stories about when they were young. Uncle Leon was kinda crazy after someone ran over him and tried to kill him. Some dude hit him when we were on 13th Street. He nearly died. He was in the hospital. He broke his leg and messed his head up. Leon had issues – he had a problem. We were scared of him. He was unpredictable for real. He stank and he put cooking grease on his face.

18. I remember hearing stories about my mom shooting my dad. I didn't get to see him when he was in hospital. I probably felt nothing when he left. For a while I hated him because of things you go through. The music I listened to was all about anger toward fathers who weren't around and all of that. He wasn't there.



19. I remember one time my mom came on this one field trip with me to Baylor. That's when you start seeing things from different eyes, knowing things could be different. I started seeing stuff and thinking, "The way we're living ain't right."

20. I don't know if I felt loved. I didn't think about it. Now I might go to my mom for advice, but back then I wouldn't.

21. When Sherman was younger, he was quiet, laid back. He changed as he got older. He was loyal to his friends. Any time I had a problem, I could count on him. He helped me with any problem – big or little. I would definitely go to him before my mom.

22. Sherman lost a lot of friends and all of them were like brothers to the family. When Roderick got killed – he was like a big brother to all of us. He used to be over our house all the time. I was over there when Roderick got killed. ~~I heard a gunshot.~~ My mama beat me because I had just walked off that porch. I had just asked him if he'd seen Sherman. He hadn't seen him. He had that blank look – he was in that zone. He had a little kid with him and was pushing him out the way when he got shot. I know now that he looked like that because he probably knew he was getting ready to die. Then I went out to the front and when I came back in, I saw his brother Ricky cradling him and half his head was shot off – for real, all this side was missing. I hadn't even heard gunshots. I heard nothing. Then I seen the cops and heard the sirens.

23. I know Sherman lost a lot of friends. Roy died and Roderick and another guy called Duke. My brother went to see Duke at the funeral home. My granddaddy took us. That was the first time I had seen my brother cry – tears were running down his face. I think they found Duke dead in Pecan Gardens, shot. When I saw Sherman crying at that funeral home it surprised me.

24. I don't really know if Sherman got help after Roy died. That was when he was dealing with SSI.

25. I'm a loner. I always have been a loner – people gets on my nerves. I had to sleep alone when I was a kid. I used to eat dinner in my room. I'm so used to just being by myself. Everywhere we stayed, I had a room by myself.

26. I have records for suicide attempts. There were times when I got mad and I wished someone else was dead. I don't know if my brothers ever felt like that. When we were young we all said, "I wish I was dead!" – like when you got your butt whooped. My grandma used to whoop us – my mom sometimes. My daddy whooped us too when he was still around. When I was little my grandma was always there with that switch.

27. I've had lots of problems over the years. I've been in detention. I was sent to some psych units too. I went to a psychiatric hospital, MHMR. I was having issues. The second time I was in Corsicana they called me mentally insane. They had me on medication. The pills always made me sleep. I'd be drugged up. It was Melaril. I used to take 200mg a day – 100 in the morning and 100 at night.



28.    I went to Skyview and Jester IV.  Going to Jester IV was good.  Jester IV is a state hospital.  It's a unit for mental patients.

29.    I was telling them I was suicidal or homicidal.  I was real mad.  I was just back from Jester IV and I threatened to hang myself.  An officer grabbed me and chunked me to the ground.  They locked me up for assault on an officer.  I was in a pre-hearing detention cell with no toilet paper, no soap, just lying there freezing in my boxers.  They didn't feed me.  I carved 'LOVE NO ONE' into my arm and cut all my arm up and slung blood all over the wall.  That was just what popped into my head when I was mad.  I went three days without food and the guards wouldn't get an officer to come see me.  I went to Skyview after that and went to a segregation cell.

30.    I haven't seen Sherman since around 1990.  I always admired my brother.  He's just the one I always been closest to.

31.    No one working for Sherman came to see me before the trial.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on this __9__ th day of April, 2010.


Jimmy Fields

-4-