## DECLARATION OF SHAFFER FIELDS

I, Shaffer Allen Fields, declare the following:

1.	I am Sherman Fields' youngest half-brother, the youngest of Sherman's four brothers.  We have the same mother.  My father is William Bradford.  My birth date is 06/09/1979.  I live in Waco, TX.

2.	Charles was born around 1972, but he was away from the house and wasn't really that older brother for me.  Sherman was the one who was more like the protector.  He was the man of the house.  I guess he had to be.  He was the one who made sure we did what we had to do, that we'd go to school.  The last three of us are all one year apart.  Sherman was a bit older than us.

3.	My most fond memories of Sherman are just of him being my big brother.  We used to play cops and robbers.  He'd be one of the cops me and Jeffrey and our cousin would be the robbers.  They would chase us in cars.  We'd be playing a long time.  They would play beating us up and we'd be talking about police brutality.

4.	I don't remember living at Pearl Street, which is in an area called "The Sands" or "No Man's Land" but I was born there in 1979.    The first place I remember living is Estella Maxey – the projects in East Waco.

5.	I don't remember much from Estella Maxey.  I remember the people that used to be around.  We were in one apartment and Auntie Tricia was in the next one.  Grandma lived diagonally across from us and Uncle Leon and Uncle Joe lived with grandma.  I think we were there a while.

6.	At Estella Maxey the whole back was a playground with merry-go-rounds, swings, a jungle gym.  There was some violence there but at that age we didn't care.  You see cartoons where people get hurt and just bounce back.  I don't think I thought about getting killed or hurt back then.  We would come in after it got dark.

7.	I don't remember getting dinner back then.  We didn't eat together all the time.  Sometimes we would go in the kitchen and put stuff together.  I remember in 2nd or 3rd grade the teacher told us how to make cinnamon toast so I used to do that.

8.	I was a straight-A student at Providence Heights and I was in the D.A.R.E. program.  I was in that a long time – "Say no to drugs!"  I liked school – I loved it.  I just liked to learn new stuff and I liked all the little programs.  I went to all of them – I'd dive into it.  Some of the programs were after school and some were during lunch or whatever.  I was in the D.A.R.E. a long time.

9.	I used to try and be good for Sherman. I don't know why I wanted to do good for him – I just looked up to him.  I used to always go to school.  If I did good in school Sherman would go buy me something.  If I did bad, he'd give me a punch in the arm or the chest – just in a big brother way.  It wasn't like I was

SF -1-

afraid to do bad. I wanted to do good though, because I loved him. He would usually just buy me candy – I didn't want nothing more – I was only little. Every time we got a report card, we'd take them to him.

10. On a typical day, we took a bus to get to school. We would get breakfast at school, so we had to get up a bit earlier. I liked school so I would be the first one up and I would wake everybody else up. We would get ourselves dressed I think.

11. We moved schools a lot because we were moving houses a lot. I have no idea why we moved so much. Maybe my mom couldn't make the rent. She gambled a lot. She was a real live gambling addict. She would be gone for days at a time. She would go to these people's house. Our grandma would watch us when she was gone gambling. Grandma always stayed with us or stayed close by.

12. I think my mom worked in the day time. Most of the time, she'd be at the card deck. We would see her for an hour and then she would be gone again. It was that way as early back as I can remember. She could stay up for three days straight. There would be 7 or 8 people at the table and there would be people standing around waiting to play. They would relieve people so they could take a break and shower and come back to the table. There would be like $2-300 in the pot. I don't know if she lost more than she won. Most days she would be gone gambling. It upset me, but I didn't talk to her about it. Almost every evening, Mom was gone.

13. I think I was mad at my mom– about everything. She was never around. I guess it was because she didn't like our daddy – that's why she liked my brother so much. Jeffrey was definitely her favorite. He always was. When I was little, she'd just leave. That was after my dad was gone. She'd tell me to go get my shoes and I'd come out and she'd be gone with Jeffrey. She would go and be gone for the day. I'd be left with Uncle Leon, sitting in his room all day.

14. Grandma was a stand-in mom back then. We had no choice but to get along. Back then they didn't care – be good or get whooped. She used to whoop us with a switch – go get one and if it breaks, get another one. I just remember getting whooped one time by my mama. Our grandma would whoop us every day – every day. We'd get whooped for not moving too fast when she said something. My grandma was the only one to whoop us with switches. She was extra mean.

15. A lot of times we got whooped for no reason. I guess she wanted total control. If you look at them wrong, you're going to get whooped. I guess when we were little I thought it was the way things were – go get a switch, come back, give it to her. She'd whoop us over our clothes – but it doesn't matter if you're wearing clothes – if you're hit with a switch it's still going to sting. Sometimes Uncle Joe would hold us down. Uncle Leon wouldn't hold me down because I was the favorite. As we got older, we would give her the switch and run. But she would never forget. Early in the morning, surprise attack – whack! It would make little holes in you and it would bleed. She

-2-



would hit us wherever. She'd hit your face too if you moved the wrong way, but you learned to protect that area.

16. My earliest memories of our Grandma are her always going to the little juke joints. We would be sent to get her when we were kids – if she got too drunk. As we got older, she'd go dumpster diving – looking for cans to cash in at the scrap place. She'd make us go with her. We'd have to hide from kids we went to school with. I guess she did it to make money. She'd get all the soda cans and she tried to make us eat stuff out of there too. It was embarrassing. She didn't always have to do that. She made all the family do that – all the young ones.

17. My grandma and them – if they were there – would cook every day. They made red beans and cornbread every day, but sometimes that would be the only thing they would make when we were short of money. We got breakfast and lunch at school, but on the weekends, we would be hungry the rest of the day. Every day we had some kind of beans and cornbread. Sometimes we would get meat too – neck bones and stuff. But sometimes we didn't have food. It would depend. Sometimes it would only be free food, like from Caritas. You'd look at it sometimes and it would be moving. You had to search the cereal for weevils and stuff. The food they gave you was like expired or open and stuff – they gave you anything. I don't know if we got food stamps. When we were younger, we didn't know anything about money. My mom got child support for me and I didn't know anything about it until I saw it in the mailbox when I was 17. Sometimes she'd have a good week gambling, and sometimes she wouldn't. No money came back to us – it would go into the next card game.

18. Our granddad would take care of us too – though I think he was kind of a bad influence. He was like old school – he'd tell us, you know, if someone wrongs you, whoop their ass. He kept a lot of guns. He taught us all how to shoot – when we were little kids. We'd go out and shoot 38s. He used to stay drunk – all the time. We could chill in the house and he'd leave and we be drunk. We'd get our homeboys over there. But if we needed something, we'd call him. If we get mad, go to the country. We'd be with him a lot. Sherman was there when our granddaddy was killed. Sherman's attitude changed towards people after that.

19. We did a lot of looking after ourselves. Half the time we were by ourselves. We had to take responsibility for ourselves. I looked up to Sherman. He was everything to me. I don't even remember Charles being around. I really remember Sherman when he was 15 or 16 and Sherman was the man of the house. He'd make sure we did our school work and went to school and if we didn't have clothes and shoes, we'd go ask him. Mom didn't really believe in that. Mom was there in the mornings, but then she'd be gone gambling. I didn't have to worry about a thing when Sherman was around – we did all have to grow up fast though.

20. I was in the 6th grade when I started having problems. I was about 11 years old. Sherman was the one that made sure we went to school and that we acted

   -3-

right. He first left and went to juvenile when I was in 6th grade. I had nobody to want to do right for. At that time I started smoking weed with Jeffrey and his friend – when I was 11.

21. School could be hard when you don't have anything. That was why I started acting up a lot. I used to be the class clown so they wouldn't try saying anything about my clothes and my shoes. I had seen other kids get a hard time over that stuff. I'm sure Sherman had the same experience. He didn't talk about it though. Back then, that was a common thing. Once you reach a certain age, you're old enough to survive on your own. I never felt like anyone gave me anything.

22. When Sherman started getting locked up, we started getting in trouble. He kept me away from bad things and I was off in my own little world. When Sherman was locked up and went to juvenile, I'd be feeling like – I'm alone again, like nobody cared. I'd go to Sherman with my problems. Me and my other brothers would fight. If I'd go to someone else with my problems, they wouldn't even say anything back to me. I felt like no one cared when he was gone. I think Sherman worried about me.

23. The first time I went to juvenile, I was 11 years old. What made me mad was that the first time I went, everyone got out the next day and my mom left me in there for eleven days. The very first time you go there, they just hold you for 24 hours to scare you and then your parents are allowed to come and get you. There's no bond to pay or anything. I have no idea where my mom was – she just didn't come to get me. If Jeffrey was locked up, she'd get him the next day – the rest of us, she would just leave us there. Eleven days, just sat there, in a cell alone. That was my first experience of being in trouble. I think because of how my mom made me feel like that, I just started doing stuff until she would act like she care, but she never did.

24. I would never stay out on probation. I'd be out two weeks and then back in, do two weeks out and then be back in again. I knew all the probation officers. When I was 12 years old, they sent me to boot camp. Then I went to TYC. I turned 13 years old in boot camp. I turned 15 in TYC. I really liked going to TYC. I'd get in trouble on purpose. I wasn't that happy at home. Our mom wasn't there for us. There wasn't nowhere I could go to relax. I'd go walking if I wanted to be alone.

25. The whole time I was at boot camp, my mom came to see me twice. I wasn't far away and she only made it out there two times. I remember one time, my mom was up there cause Jeffrey had court. I was standing ~~behind the fence~~ in the parking lot and I seen them pass by – they just waive and blow the horn. Back then you could wear your own clothes, but I was the only one in there wearing the state clothes. I was in boot camp ~~and TYC~~ when I was 12. My mom never came when I was in TYC at all.

26. I was very depressed when I was a kid. I used to pray that I would die. In juvenile I would sit with a razor and just hold it over my wrist. That was between 11 and 16. I used to always do that. I knew the Old Testament told me I'd go to hell if I did it, but I remember that – wishing and praying I would

-4-

die as far back as I can remember. I had major problems. I was really depressed. I used to be mad at God. I feel a little bit the same now. I believe in God, but not in Jesus. I felt every time I prayed to Jesus, bad things happened. I used to pray that someone would show me some love – that someone would just show they cared. I'd pray and I'd wait and wait and nothing happened.

27. I think I've had some panic attacks maybe. Last year my heart was racing and I couldn't breathe properly. It was probably from drugs or drinking or taking X. I stopped doing everything now. It just started, but it still be happening. I can be just drinking a soda and I feel my chest hurting. I know it's just in my mind.

28. I used to have a lot of dreams when I was little and I'd believe them. The last dream I had was about a woman who told me when I would die. I woke up real sweaty. I woke up and I seen the woman up against the wall and she was still there when I closed my eyes again. That was when I was in jail. It was crazy. She told me I died on May 30 – now I always stay at home on that day. She told me it was time for me to come home. That stuff scares me. In '05 or '06 some dude shot at us on that day or right around it. The guy that was with him knew me and told him to stop. I ran behind the club.

29. Growing up where we did, we seen people get killed and bloodied up – like Roderick, and he was like our cousin. He used to only be with my brother and he always come over our house. I know I seen people killed before I saw him. Roderick just stick in my mind cause he was the first I really knew. I was like 9 or so when that happened. We were coming through the projects and heard the shots and we went over there and seen him – all bloody and the ambulance and everybody crying. Roy and Roderick were the main two people Sherman would be with.

30. Acie been crazy as long as I can remember. He was in Austin State Hospital now. He's been in there a lot. Acie does the craziest things. He broke into a stranger's car and boo-ed on their seat – that was in Killeen. He's schizophrenic and some more. His sister Mildred is crazy too.

31. I think I was 6 or 7 when my dad went away. After my dad left my mom got with some crazy men. At one point, Mom was with this dude that was crazy – he jumped off our house when we were in the projects. He had jumped off the house with a knife. I think he jumped off and was trying to hurt my mama – I don't remember why now. I don't think the cops came. I don't remember how long that guy was around. Half the time she was gone so her boyfriends weren't there either. Most of the time we were at Estella Maxey, it was just us boys in the house.

32. I have no idea when my mom met Melvin, but he started coming around on 11th Street. I think Melvin was drinking and smoking crack from the beginning. I have no idea why my mom wanted to be with him. When she first met him he wasn't all-the-way strung out. He shot his first wife's finger off. His daughter Tameika came to live with us. She was probably 8 or 9 then – she's the same age as me. She told us about him shooting her mom. Her

mother was a prostitute. My mom and Melvin would fight every day. He stole all our stuff. He stole all our Christmas presents one year.

33.     Sherman was there for some of the time Melvin was with us. I think Sherman and Jimmy used to confront him about him stealing stuff from us but mom wouldn't let them. My mom would defend Melvin. He would steal from us every day – he was crack head. Me and my brothers used to talk about that all the time. We knew he was a crack head before she did. He had crack pipes all around the house. I don't think my mom was naïve. I think as long as it was benefiting her, she didn't care. He probably was stealing shit to give her money to play cards. Back then all she cared about was card games. She still goes, but not as much as she used to.

34.     I don't like *any*thing about Waco. Here, they won't let black people do nothing – you can't gather in the park anymore. The police came and cleared it out. Yet, when the KKK protest here, the police protect them. They would only do that on the courthouse steps – they would be too scared to show themselves in any neighborhoods. The white people get to do anything they want down on Valley Mills. They do their drag racing up and down there every weekend and the police don't care. If we go anywhere on the weekends, it's not happening. We used to go to the park over by the Villages every Sunday. Now they put road blocks up on Saturday and don't take them down until the end of Sunday. People used to go there on Sundays in the daytime. They say we were blocking the streets, but everybody who comes down there was going to the park – no one was trying to get through there. There were no complaints or anything. I don't think there are any black people in powerful positions here.

35.     No one came to talk to me before Sherman went to trial. I was in jail ~~and after that I went to state prison.~~ during his trial *SF* If you go to jail in this family, you're on your own. We didn't get letters.

36.     I was in jail before the trial, was out for about a month and was in jail during the trial. I watched the news about it in the jail. The Federal Marshalls came to talk to me in jail. I guess they were looking for him. I think his lawyers only talked to my mom. If they'd asked me to, I would've testified.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on this __9__ th day of April, 2010.

McLennan County, TX.


S. Fields

Shaffer Fields