RANDLE  T.R.

**DECLARATION OF TAMEIKA ~~SWINNIE~~**

_Randle_
I, Tameika ~~Swinnie~~, declare the following:

1.    I was born on February 5, 1980.                T.R.

2.    My dad is Melvin Swinnie.  He married Alice Swinnie, who is Sherman's mom.  She's known as "Sarah" by most people.  When I was real young, I came to live with Sarah.  I was in elementary school.

3.    I lived with my real mom before I went to Sarah.  When I lived with my real mom, I was molested and was sent to live in foster homes after that.  I went to live with Sarah when she married my dad.

4.    I lived with my dad and Sarah until my dad shot her.  Then, he went to prison.

5.    The house we stayed in on Lyle Street was like a four-bedroom.  I lived there with Sarah, Sherman, April, Kiesha, Jimmy, and Jeffrey.   Jeffrey was mama's baby.  He was more attached to my mama than all of us and she favored him.  If he said, "Mama, I need some money" she would give it to him.  It wasn't quite like that for the rest of us.  Sometimes Shaffer was there and sometimes he was in TYC.  I think some of these young boys wouldn't have got in trouble if they had dads.  I didn't have my mama and I think that's why I lashed out a lot.

6.    A number of people would stay at my mom's – grown people and kids too.  She didn't turn anybody away.   Sometimes we just turn the dining room into a bedroom

7.    My mom would leave in the morning.  One of her jobs I went with her – she used to clean up for a lawyer.  In the evenings my mom wasn't home.  She'd probably go to the bingo or something.  She played cards at people's houses, too.  Sometimes, I'd go with her. Kids could go, but the boys didn't go.  It was more of a ladies thing.  I always went if I wanted to. Sometimes she'd play cards until the next day.  She'd go a lot.

8.    When my mom was gone, Sherman would tell me to be home a certain time and my grades had to be A's or I'd have to stay in the house.  He was the one to oversee us.  Mom moved around a lot and worked all the time so he was the one that made sure we did stuff.  Sherman was always home in the evenings.

9.    When we'd bring Sherman our report cards he'd just be standing in the house and we'd give him our cards.  If we did good, he'd congratulate us and give us a few dollars – maybe up to like ten dollars.  If we didn't do good, he'd just tell us to try and do better. If he could help us, he would.

10.   Sherman was good to me.  He was my big brother.  Anything I asked for, I could have – if he had it.  He loved his mother.  He never talked back to her.

11.   I don't think I would've made it without Sherman.  He would talk to me about life and trouble.  He would tell me to go to school – he was strict about it.  I guess the reason was

-1-

he wanted to see me do something.  He felt like a dad more than a brother to be honest. I'd be ready to show him my report card.  He would tell me I was doing good and to keep doing good – "That's what you want – your education."  He'd buy me stuff I liked when I did good – I always just wanted cake and candy.

12.    Sherman got a check every month – an SSI check.  They say he was crazy – he probably needed help.  It was like, you just felt like a part of him was missing.  Sherman was quiet a lot.  He was emotional.  I could look at him and tell that a part of him wanted to know about his father, too.  He suffered a lot from that.

13.    I dropped out of school once he got locked up.  I probably would've graduated if he had been around to keep encouraging me.  Then I quit caring about stuff.  I moved out at 14 because I got pregnant and I got my own place.  I was using drugs out on the streets.  I had four kids but they all went to CPS when I got locked up.  They're all separated now.

14.    When I got pregnant, I left home because there were too many people staying at my mom's.  My mom's house was just too crowded.  I didn't like that – living around too many people – it felt bad to me.  I felt better when I moved to a place that was quieter.

15.    I stayed with one lady.  She didn't have no kids.  I should've stayed with her.  I think she was giving me too much love, so I left.  She was crying when I left, trying to get me to stay.  She said people had violated my trust so much, it was hard for me to trust them or love them.  For some reason, I just felt she was against me.  But she really just loved me and wanted to adopt me.  Sarah showed me love, but it was nothing like that lady.

16.    Sherman's lawyers never contacted me or talked to me prior to his trial.  I would have been willing to talk to them and I would have told them everything I mentioned in this statement.  If they had asked, I would have also been willing to testify in court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __9__ th day of April, 2010.

McLennan County, TX.

Tameika ~~Swinnie~~ Randle