# DECLARATION OF VERA LEBLANC

I, Vera LeBlanc, declare the following:

1. My name is Vera LeBlanc. My maiden name is Vera Mims. I am the half-sister of Sherman Fields. Our father is Sherman Mims. People called him Buddy.

2. I did not know of Sherman Fields's existence until an investigator who said she was working on his death penalty case came and talked to me on March 31, 2010. I had no idea my father had a child named Sherman, and I of course had no idea that Sherman had been convicted of a capital crime and sentenced to death.

3. My father's living children that I knew about are me, Connie, Doris, Anne, Roy and Tony. There were two sisters who died as babies: Dianne, who is buried in Riesel, Texas. She had diphtheria, and Antoinette – she didn't receive a lot of food – she failed to eat and only lived like a day. Both the dead girls were Buddy's. So my mom had six living and two dead by Buddy and had ten living and two dead altogether.

4. Finding out that my father had a child I didn't know about wasn't really all that much of a surprise. He was a terrible father. He lived with us and whenever he was there, he never did anything good for us. I wish I could say he taught me something, or praised me for something, but I can't. All I can remember was Buddy giving me a dollar. At school we would have a secret Santa and Mom said not to pull names because she couldn't afford to do it. Well I was embarrassed one year so I pulled a name out and I forgot and had to bring a gift. I walked to the apartment where my dad was staying – across from Paul Quinn College. He was living with another woman then. I told him I needed money. He gave me the dollar. The $1 gift – that's on the good list. Everything else involving him is on the bad list. I never remember a Christmas present. He only gave me bad memories. I'm 60 now and there's still a little bitterness.

5. At one point my father got locked up in the federal penitentiary in Kansas when I was about three. He stayed there three to five years. My mother couldn't afford to take care of all of us, so she sent all but one of us to live with different relatives for a while. My youngest brother, Anthony, is just like him. He has been in jail off and on since he was 13 years old. At one point, my grandmother sent Anthony to live with my father and his wife in Mart. I hear Buddy was jealous of his son – a child – and they were fighting over women.

6. I have a sister that lives in Arlington – Connie Mims. She loves Buddy. She bought her name back after two marriages. Doris Broussard is my youngest sister. Buddy lived with her after his kidneys failed and he got sick, at the end of his life.

7. He was already here with Doris when I came back to Houston in '80, but her husband didn't get along with him. He didn't help and pay bills. He was getting

1

disability and he still didn't help. He was still living that kind of life – prostitutes, whores.

8. He would be drunk and use foul language a lot around my mother and my aunts. Buddy was an alcoholic. I think he mostly drank every weekend – if he was not gonna feed his kids, he might as well spend it on something. In his later life, Buddy didn't work. He worked for Garrett and Marr's Roofing Company in Waco until it went out of business. He went to work but he didn't share. He didn't pay bills or feed his children.

9. From what I hear, Buddy was an abused child – abused by his father, Harold Mims. My aunt in Kansas told me about it. Apparently Harold was very abusive. He hung Buddy from the clothes line; he put him in ant beds. Eventually, Buddy's grandparents went and got Buddy because his mother was letting Harold abuse him, so Buddy came to live with his grandparents in Waco. One of Harold's brothers was a child molester. My oldest sister had a bad experience with one in the early 1950s. My great-grandmother ran him off because he tried to molest my sister. That was in Waco.

10. Buddy had heart and kidney disease. He died January 26 1985 and he was born April 18 1928. When we buried him, his six children were the only people at the funeral. I don't know if we even bothered making a program.

11. I think the kidney failure is maybe in Buddy's mother's line. My grandmother, Addie Maye, was definitely an alcoholic. Buddy and her, they were always fighting.

12. Buddy thought he was invincible – like he was going to live forever and chase young girls all his life. Even after he had really bad kidney disease, he decided he would give himself his own dialysis and they brought him a machine. When he was staying with my sister, he just threw the machine in the backyard and he didn't care. He was effectively killing himself.

13. Our sister Connie is neurotic. She does crazy stuff. She thinks all white people are out to get her. In her mind, men never do wrong. Everything is the woman's fault. She takes a few pills she claims she can't live without. Don't cough around her, because whatever you have, she's got it too. If I have a pill – "oh I need those." She's a hypochondriac – she feels a lump in her breast as soon as someone else in the family has a lump and she'll have to go for a check-up.

14. Connie has her ups and downs. She has a strange laugh. She will be very critical – she will go on and on. You have to praise her. One day she will be a people person and the next day, she's not. I think she fantasizes like our brother Tony does. I feel like she has a nervous habit of making things up and I think if you do that long enough, it will actually start to become true to you. She is very unpredictable. I can call her today and she's fine and she loves her grandkids and the next day she just hates them and then she loves them again.

2



16. She apologizes for every man on earth. She claims she has everyone else's diseases. Now she decided she'll go accept Christ – now you can't get on the phone with her without her telling you when the world will end, when you're going to die.

17. Connie is extremely talkative. She will talk and talk and talk until she falls asleep. Then we all let her have a rest and we have a moment to socialize without being interrupted by her. Then she'll wake up and continue wherever she left off! She can sleep for three hours and start talking about exactly the same thing, where she left off. That really freaks me out. And sometimes she gets so down on the world! She tells us she's suicidal. She's hysterical. She will call all her brothers and sisters until someone agrees with her. You have to say, "Okay, I'm sorry. I didn't mean that." She is always saying someone doesn't like her. She says that about Nicole, our youngest sister. She calls us all a lot, wanting us to visit Tony. Connie herself just starting visiting and writing him, but we're all tired of it now. She will drive down to Houston and never stops to see him in Huntsville, but then will go on and on, "Oh, I should've stopped and seen him!"

18. Connie loves to shop. She's always got an overflowing basket and then she gets to the counter and she starts to go through it all and puts it all back. She will pick out 80 outfits, 60 blouses, 30 shoes and she just loves everything. But we all know her house is very sparse and tidy and she won't buy something if there is not a space for it in her house. It's maddening because she always wants us to go to the mall with her and she does the same thing every time. She'll say, "I'm only going to get one thing – I promise." Then she does it again. That's crazy, neurotic. You have to agree with her about everything. I think my oldest sister usually goes with her now.

19. Connie will cry over anything. If she says the moon is green and someone else says it's white, she'll cry. Connie will tell us that we're not paying attention and God is giving us signs. I guess she feels she has been chosen to save the world, to be a prophet. She's a religious fanatic. She has a nervous laugh.

20. According to Connie and Tony, I'm bitter and that's why I'm always dressed in pajamas like this in the middle of the day. My family thinks Buddy was suicidal because he let himself die and they compare me to him. They say I'm depressed. It could be a DNA thing. I feel, "What's the point in getting dressed?" I don't see the point in cleaning the yard, getting dressed – I've got nowhere to go. I could take a shower I guess and put clean clothes but why bother? Some days I am bitter. I have Buddy's height, his eyes, his illnesses. I believe it's bad DNA. I dislike that I am so much like him. I never had children. I never would bring kids into the world because they would look like him. I elected to have a hysterectomy at 25 years old.

21. Buddy just didn't care about his health. He did everything that's detrimental to a human being. That's why my brothers and sisters think he was suicidal. I won't take advice and Buddy wouldn't either. I have a pride – I won't ask for food or gas money.



Buddy got SSI in later years.  It seemed he never even reached retirement age.  I guess he was about 57 when he died.

22.  He never mentioned this boy, Sherman Fields, but then he never mentioned us to anyone either.  I feel he lived his life strictly for personal pleasure.  He worked.  He worked hard – he did overtime and everything.  He had a lot of energy.  He drove nice cars – had a new one every year.  He wore alligator shoes.  He had to look good.  He would stay up all night – maybe even a few nights.  He would party all night I bet – afraid of missing out.  He had money to spend and a wife who accepted whatever he threw at her.  Buddy was chasing women 'til he died.  I'd hear neighbors when we were kids saying, "He's going with this girl and this girl too" or "I just saw your dad go by with this woman in his car."

23.  If I leave the personal out of it, maybe Buddy was suicidal.  I'd rather see him as thinking he was invincible, not giving a damn but the others feel he was suicidal.  They told him he was going to die if he didn't keep up with the treatment.  You got to know that that life can only lead that way – you couldn't possibly imagine it wouldn't kill you.

24.  You've got to have some mental issues to live the way Buddy did.  No one can chase sex forever and leave everything else for that.

25.  No lawyer or anyone who was representing Sherman Fields in his capital case contacted me before March 31, 2010.  If I had been contacted, I would have been happy to cooperate and give them any information they asked for.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on this $\underline{10}$ th day of April, 2010.

Vera LeBlanc

4