## DECLARATION OF VINCENT GREEN

I, Vincent Green, declare the following:

1.  I am Sherman Fields' uncle.  His mother, Alice Swinnie, is my half-sister, and his grandfather, Shelby is my father.  My date of birth is 08/27/1973.

2.  Sherman and I are the same age.  I think we first met when I was nine years old.  I stayed with my dad all my life.  Sherman came to live with us when I was about 10.  My dad had houses on Dunbar in East Waco, on McKenzie in North Waco and the place in the country where we stayed.  He bought it all himself.

3.  When Sherman came to stay, he stayed off and on about five years.  It was me, Sherman and my dad – my mom had passed and my brother was grown and gone. Sherman and I got real close.

4.  My dad wasn't like a real affectionate type – it was more like we'd be men doing men stuff.  We had our own lawn business so we'd help with that.  We had our own horses too.  My dad was a heavy drinker all his life.  He drank every day – later on in the day.  He drank beer, liquor, whatever.  Sometimes Sherman and I would get his drink.

5.  Sherman was sent to live with us because he kept getting in trouble and my sister couldn't really control him.  In the country, my dad tried to control him.  He'd discipline him – whoop him and punish him.  When he was living with me he would go see his mom and them on the weekends.  When he came back he'd say that he missed his mama and brothers.

6.  I remember Sherman was passionate about riding horses.  He said it was fun and would wake me up wanting to go ride horses.  He rode more than I did.  He had his own horse called Billy.  He was Arabian and my dad bought him for Sherman. I remember he was happy to get him.  He lived for a while and then we got more after that.  We took care of the horses.  We had to feed them, water them, make sure then had all their food – oats, grains and hay.  We would feed them in the morning and evening.  Sherman did it most of the time – more than I did.  He would go ahead and do mine for me when he fed his horse.

7.  I think Sherman's step-dad, Brad, had a lot to do with why he'd get in trouble because he'd beat Sherman a lot.  One day at the country, Sherman showed us the whelps on his back where his step-dad whooped him.  There were like six whelps across his back –lashes that were all swollen.  They were like 6 or 7 inches long. I never got whelps like that.  Sherman would say he was tired of getting whooped. He'd say that when he came to visit – he'd come for a break from it.  Maybe four times or more I remember him coming there and talking about whoopings.

8.  The only ones that Brad whooped were Sherman and Charles.  They didn't like it that he singled them out.  Sherman knew it was because they weren't his sons.  He

-1-

used to whoop them with belts, extension cords – whatever he could find to whoop them with. I think all the whoopings probably made him angry, but when he talked about it, he seemed more sad though than angry. He never cried and he didn't cuss him out. He was maybe 8 or so when it started and I think it went on for at least 3 or 4 years after that. He never stopped whipping them – I think it stopped because my sister shot Brad and he went away.

9. I told my sister, "It was the biggest mistake you made, letting him move back to Waco." I remember when his friend died when he was in juvenile. I think he was living with his mom then though so I don't remember much. He was in juvenile and Sherman didn't die but Roy did. Sherman didn't talk about Roy's death after, but I saw a change in him – his attitude changed. He thought, "My friends are gone." He seemed sad and it hurt him a lot because that was his best friend. He said it was all his fault because it was their plan. I don't think Sherman was getting any medical treatment after what happened with Roy, but I think he should have.

10. I remember some of my sister's other boyfriends but I didn't like them. Some of them were no good. Melvin was no good. He had shot his first wife and another guy. He started using drugs real heavy. He'd act weird, talk crazy. He'd start talking about how he shot his woman and her boyfriend. Sherman didn't like Melvin after he shot his mama.

11. I think the only time I've seen Sherman cry is after my dad died. We were all doing the yard work with him when the car struck. Sherman took it pretty hard. I didn't see him much after that – I used to go visit him at Sarah's. I was staying with her some. Sherman was still sad because he'd seen it happen.

12. When Sarah was staying in the projects in East Waco, I stayed with her. I stayed with her in North Waco too when she was with William Bradford. She had her mom and Joe and Leon there, but I don't know how many bedrooms it was. Sometimes they had no food and stuff. I knew they would run out of food because Sarah would come and tell daddy she had no food and ask if she could borrow some money. They would have like pork, or beans or wieners – when I was over there that was all they had.

13. She would come and tell my dad they had no food a lot because there wasn't much money coming into the house. My dad would give her maybe $60, something like that. My dad would worry. He would say that maybe she should get her feet dirty and get a job and get rid of her man. He would say how her mom and her brothers were all drawing checks they *should* have enough. I guess it all went to bills and I think they had loans they were paying back and stuff.

14. Jessie Mae, Sherman's grandma, was kind of mean. She would beat the kids with a switch. She would go digging in trash cans. She'd find thrown-away donuts and bring them to the house. The kids would eat it. I wouldn't touch it. It was nasty. I thought, "How can y'all eat this?" But they really had no choice. The



-2-

donuts would be in a box but they were coming out the trashcan. You don't know what other crap is in there. But they had no choice. Jessie always walked around with a shopping cart and would go to the dumpsters in apartment complexes, alleys, the dumpsters and the stores and whatever she could find, she'd go get it.

15. The kids, including Sherman, were embarrassed about the dumpster-diving but I guess they had no choice. She'd take the boys with her when she went looking in the dumpsters. Sherman would be forced to go with her sometimes. I think the kids in the neighborhood would say stuff like, "Man! Y'all eat out the trashcans!" Jessie Mae dipped and used a can to spit in and she'd use the restroom in the living room in front of everyone. I guess it was from childhood, when they had an outhouse for the bathroom. That embarrassed the kids – that she'd pee in there, in like a 5-gallon bucket.

16. There were rats and roaches in their houses. The rats would be in the kitchen or running across the living room floor. I'd never seen that at home. Roaches were everywhere. They'd always be out in the kitchen and stuff – *always* – it wasn't like you'd see one every once in a while. It would bother the kids because their friends would come over and it would be embarrassing for them. I had to get used to it. Before I went there, they told me, "Man, you might see some stuff you don't like." They brought a few friends around but rarely.

17. Leon, Sherman's uncle, was mentally ill. Sherman would watch out for him. He needed help if he couldn't understand something. He couldn't read and write and Sherman would read something to him or explain what it means. He couldn't cook or clean – mostly Sarah, Joe or Sherman took care of him. Charles would help too – they all would. When Leon was drunk he would pee on himself.

18. Sherman's Uncle Joe was on a check – I guess SSI – for mental health reasons. Jessie Mae was on a check for disability. She couldn't focus anymore. I think it was maybe from digging in all those trashcans and all the chemicals getting in her pores. She would have her arms stuck in there all the time. She probably did get inside the dumpsters sometimes and she would get a stick and pull stuff out. I thought it was shocking to see someone getting in the trash just to get enough food to survive.

19. I talked to my dad about it and he didn't understand either. He thought they'd have plenty of food with the government assistance and the checks. But even when they had food, Jessie would go to the dumpsters looking for toys. She got little trucks and toys out of them. I'd say I wouldn't play with the stuff out the trashcans. She'd get mad – "Shut up little boy – you're a guest in this house." I'm not saying I'm better than them, but I never was brought up like that. I still respect Jessie Mae to this day – I visit her. But all that hurt the kids and it embarrassed them a lot.

-3-

20.   Sherman was protective of his family. He would get mad if someone fought his brother and he would try to help – what brother wouldn't I guess. He worried about his brothers a lot.

21.   For Sherman's capital trial, I was subpoenaed. I was in Nacogdoches at the time, working over there and Sarah called and asked if I would testify as a character witness and they subpoenaed me. I left Waco when I was through with my part. I wasn't there for much of the trial. When I got to the courthouse, I hadn't met with anyone like his lawyers or anything before that. Sarah asked me because I was an uncle and I was close to Sherman. I can't remember her name, but a black lady in her early 40s maybe spoke to me before I went on the stand. I don't think she testified but she worked for the lawyers and we spoke for maybe 15 minutes. I can't remember what she said to me. When I got on the stand I had no idea what questions they were going to ask me. I was never asked about what is in this declaration. If I had been asked, I certainly would have been willing to testify to this information.

22.   I thought it was a bad deal that Sherman represented himself. He should've let the lawyers handle it. It confirmed for me that something wasn't right with his mind when I heard he was doing that.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this $\underline{9}$ th day of April, 2010.

Vincent Green