Case 6:01-cr-00164-WSS  Document 309-12  Filed 03/01/09  Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA        §
                                §                      Feb. 21.2003
V.                              §
                                §          CRIM. NO. W-01-CR-164
SHERMAN LAMONT FIELDS           §
                                §
                                §

**FILED**

MAR 04 2003

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
              DEPUTY CLERK

### DEFENDANT'S MOTION TO APPEAR PRO SE

TO THE HONORABLE WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE:

Comes now Sherman Lamont Fields, a party to the above-entitled cause and represents to the Court the following:

1. As the Defendant in the above cause I would like to exercise my sixth amendmant right to self representation;

2. That he believes that the counsel appointed to represent him in the above styled cause and he, himself (DEFENDANT) has a conflict of interest that would deny defendant a fair trial with the best possible results;

3. Attorney's for defendant have failed to provide defendant with copies of evidence produced by and through defendants motion for Discovery Production, and inspection of evidence leaving defendant totally in the "blind" as to what evidence, if any, the government intends to present at trial.

4. The Defendant have yet to see "Any Evidence". That includes physical evidence, photographs, documentary evidence, the results of scientific tests, the written summary of testimony of expert witnesses, et'cetera. Earlier inspection of this evidence would have allowed the defendant a chance to participate in his defense ,therefore being able to show his attorneys of record that the government witnesses statements are fabricated, improper, and prejudicial.

Wherefore, Defendant respectfully requests that the court grant this motion and that defendant be allowed to represent himself.

Respectfully Submitted

*Sherman Fields*

Sherman Lamont Fields
Fort Worth F.M.C.
3150 Horton Road
Fort Worth, Tx 76119

2-28-2003
State of Texas
County of Tarrant
My Commission expires 1-5-2005
*Tracy Karl*

51

84

FIELDS 004220