COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

UNITED STATES OF AMERICA    \*
   \*
   \*
VS.    \* CRIMINAL ACTION NO. W-01-CR-164
   \*
SHERMAN LAMONT FIELDS    \*    September 2, 2003

BEFORE THE HONORABLE WALTER S. SMITH, JR., JUDGE PRESIDING
HEARING ON DEFENDANT'S REQUEST TO PROCEED PRO SE

APPEARANCES:

For the Government:    Greg Gloff, Esq.
Steven Lloyd Snyder, Esq.
Assistant United States Attorneys
PO Box 828
Waco, Texas 76701

For the Defendant:    J. Scott Peterson, Esq.
1701 Austin Avenue
Waco, Texas 76701
- and -
Robert T. Swanton, Jr., Esq.
Norwest Plaza
1105 Wooded Acres, Suite 630
Waco, Texas 76710

Court Reporter:    Kristie M. Davis
United States District Court
PO Box 20994
Waco, Texas 76702-0994

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

FIELDS 009871

2

(September 2, 2003, 1:13 defendant present.)

LAW CLERK:  All rise.

THE COURT:  Be seated, everyone.

MS. WILLIS:  Hearing on defendant's request to proceed pro se in Criminal Action No. W-01-CR-164 styled United States of America vs. Defendant No. 1, Sherman Lamont Fields.

MR. GLOFF:  Greg Gloff and Jake Snyder for the United States, Your Honor.  Good afternoon.

MR. SWANTON:  Rob Swanton and Scott Peterson here for Mr. Fields, Your Honor.

THE COURT:  Good afternoon, counsel.

MR. SWANTON:  Judge, would you like us to approach the podium?

THE COURT:  Would you, please?

Mr. Fields, I have your request to represent yourself and not have the availability of a lawyer to represent you, and I need to know, is that still what you wish?

THE DEFENDANT:  No, sir.

THE COURT:  Are you sure?

THE DEFENDANT:  Yes, sir.

THE COURT:  Okay.  Then, Mr. Fields, that's a -- in my opinion the right decision for you to make.  You'd be better served by having two well qualified competent lawyers such as you have to represent you.  What I need to tell you, though, is that if you change your mind again -- this is your second

FIELDS 009872

3

request to represent yourself. If you change your mind again and decide that you want to represent yourself, you can't use that as a delaying tactic. You can't come into court or send me a letter or send me a motion a short time before your trial is scheduled and ask to represent yourself because you want to delay the trial. Do you understand that?

THE DEFENDANT: Yes, sir.

THE COURT: Okay. Do you have any questions you want to ask me, Mr. Fields?

THE DEFENDANT: No, sir. I just want to say at the time that I composed that I was frustrated -- you know what I'm saying -- and I'm not too enthusiastic about my legal team, but I realize that to try to change lawyers or represent myself at this point would be a grave mistake. So I'm just going to stick with them and try to do the best that I can.

THE COURT: Well, they will do the best that they can, and in my estimation, Mr. Fields, I've been sitting up here for almost 20 years. They will do about as good a job as anybody could.

THE DEFENDANT: Yes, sir.

THE COURT: Mr. Swanton, anything you wish to add?

MR. SWANTON: That's all we have, Your Honor.

THE COURT: Mr. Snyder?

MR. SNYDER: No, Your Honor.

THE COURT: Then if there's nothing further --

FIELDS 009873

4

MR. SWANTON: Judge, it's my understanding that Mr. Fields is going to be transferred back to the Fort Worth facility? Is that correct?

THE COURT: I have no idea.

MR. SWANTON: Okay. We'll find out.

THE COURT: The marshals are nodding their head affirmatively.

MR. SWANTON: Thank you, Your Honor.

THE COURT: We'll stand in recess.

(Hearing adjourned at 1:16.)

FIELDS 009874