IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA

V.

SHERMAN LAMONT FIELDS

CRIM. NO. W-01-CR-164(1)

MOTION TO FIRE COUNSEL AND PETITION THE COURT TO
APPOINT NEW COUNSEL

TO THE HONORABLE WALTER S. SMITH, JR
UNITED STATES DISTRICT JUDGE:

1. On December 14, 2003 Defense Counsel informed Me. of their Strategy and I disagreed therefore rose a conflict. I'm scheduled for trial January 12, 2004 and my life hangs in the balance. I cannot go to trial with Attorneys that are not looking out for my best interest. This motion is not for the purpose of delay as you so callously remarked when I filed a motion to proceed pro se. There is a serious conflict of interest and if my Attorneys would have informed me. of their strategy sooner, this motion would have reached you sooner.

WHEREFOR, Defendant prays for the relief requested herein.

Respectfully Submitted

Sherman Fields

Sherman Fields
P.O. Box 15330
Fort Worth, Texas 76119

MIRRANDA WILLIAMS
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
MAY 1, 2007

Mirranda, notary, 12/30/03
expires 5/1/07

FIELDS 022808