FILED

FEB 0 6 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF TEXAS

# WACO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v | § | **CRIMINAL NO. W-01-CR-164 (1)** |
| | § | |
| **SHERMAN LAMONT FIELDS** | § | |

## SPECIAL FINDINGS FORM

## COUNT THREE

### PRELIMINARY MATTER

Do you find, unanimously and beyond a reasonable doubt, that Defendant was at least 18 years of age at the time of the murder of Suncerey Coleman?

Unanimously        YES    ✓

                   NO    _____

If your answer is "No," then stop your deliberations and advise the Court that that is your decision.  Proceed no further.

### I. PART ONE -- THE ELEMENT OF INTENT

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of the listed element of intent in the death of Suncerey Coleman **beyond a reasonable doubt**; answer "NO" if you do not so find:

207

509

**FIELDS 000563**

Case 6:01-cr-00164-WSS   Document 300-17   Filed 03/01/09   Page 2 of 17

A)  The defendant, Sherman Lamont Fields, intentionally killed the victim, Suncerey Coleman;

> Unanimously   YES   $\checkmark$
>
> NO   _____

(B)  The defendant, Sherman Lamont Fields, intentionally inflicted serious bodily injury that resulted in the death of the victim, Suncerey Coleman;

> Unanimously   YES   $\checkmark$
>
> NO   _____

(C)  The defendant, Sherman Lamont Fields, intentionally participated in an act, contemplating that the life of the victim, Suncerey Coleman would be taken or intending that lethal force would be used in connection with another person other than the Defendant and the victim, Suncerey Coleman, died as a result of the act;

> Unanimously   YES   $\checkmark$
>
> NO   _____

(D)  The defendant, Sherman Lamont Fields, intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to another person, such that participation in the act constituted a reckless disregard for human life, and the victim, Suncerey Coleman, died as a result of the act.

> Unanimously   YES   $\checkmark$
>
> NO   _____

2

510

FIELDS 000564

Case 6:01-cr-00164-WSS Document 300-17 Filed 03/01/09 Page 3 of 17

**Instructions**:   If you answered "No" with respect to <u>all</u> of the elements of intent listed in Part One, above, then stop your deliberations, fill out Decision Form A, and advise the Court that you have reached a decision.

If you answered "YES" with respect to <u>one or more</u> of the elements of intent listed in Part One, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Two.

FIELDS 000565

## II. PART TWO - STATUTORY AGGRAVATING FACTORS

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

(A)   The defendant, Sherman Lamont Fields, committed the offense after substantial planning and premeditation to cause the death of the victim, Suncerey Coleman.

Unanimously        YES _____

NO   √ _____

(B)   The death , or the injury resulting in death, of the victim, Suncerey Coleman, occurred during the commission or attempted commission of an offense, that is, escape.

Unanimously        YES   √ _____

NO   _____

(C)   The defendant, Sherman Lamont Fields, has previously been convicted of a federal or state offense punishable by a term of imprisonment of more than one year involving the use or the attempted or threatened use of a firearm against another person.

Unanimously        YES   √ _____

NO   _____

4

562

**FIELDS 000566**

**Instructions**: If you answered "NO" with respect to <u>all</u> of the statutory aggravating factors in Part Two, above, then stop your deliberations, fill out Decision Form B, and advise the Court that you have reached a decision.

If you answered "YES" with respect to <u>at least one</u> of the statutory aggravating factors in Part Two, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Three.

513

**FIELDS 000567**

Case 6:01-cr-00164-WSS   Document 300-17   Filed 03/01/09   Page 6 of 17

## III. PART THREE - NON-STATUTORY AGGRAVATING FACTORS

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that non-statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

(A)     The defendant, Sherman Lamont Fields, caused injury, harm, and loss to Suncerey Coleman, her family and children, and her friends as demonstrated by the victim's personal characteristics as an individual, including the fact that she was a new mother to a prematurely born infant, and the impact of her death upon her family, children and friends.

Unanimously        YES  ___✓___

NO  _____

(B)     Prior to the murder of Suncerey Coleman, the defendant, Sherman Lamont Fields, participated in attempted murders and other serious acts of violence. **Serious acts of violence** means serious criminal activity, causing or intending to cause serious bodily injury or death; not trivial, accidental, reckless or negligent acts.

Unanimously        YES  ___✓___

NO  _____

6

FIELDS 000568

(C) The defendant, Sherman Lamont Fields, is likely to commit serious acts of violence in the future which would be a continuing and serious threat to the lives and safety of others, including, but not limited to, inmates and correctional officers in an institutional correctional settings, as evidenced by the offenses charged in this case and the statutory and non-statutory aggravating factors alleged in this case. In addition to the capital offense charged in this case and the statutory and non-statutory aggravating factors alleged in this case, Sherman Lamont Fields has engaged in a continuous pattern of violent conduct, has threatened others with violence, has demonstrated low rehabilitative potential, has made specific admissions of violence, is an escape risk, and/or has demonstrated lack of remorse.

Unanimously     YES   $\underline{\checkmark}$

NO   $\underline{\phantom{xxxx}}$

**Instructions**: Regardless of whether you answered "YES" or "NO" with respect to the Non-Statutory Aggravating Factors in Part Three, above, continue your deliberations in accordance with the Court's instructions and proceed to Part Four.

7

FIELDS 000569

## IV.  PART FOUR - MITIGATING FACTORS

**Instructions**:  For each of the following mitigating factors, indicate the number of jurors who find the existence of each particular mitigating factor by a preponderance of the evidence; if none of the jurors so find, write the number "0" in the blank provided:

### A.  Statutory Mitigating Factors

(A)     The Defendant's capacity to appreciate the wrongfulness of his conduct or to conform his conduct to the requirements of the law was significantly impaired, regardless of whether his capacity was so impaired as to constitute a defense to the charge.

Number of jurors who so find, if any ____O____

(B)     The Defendant was under unusual and substantial duress, regardless of whether the duress was of such degree as to constitute a defense to the charge.

Number of jurors who so find, if any ____2____

(C)     The imposition of a death sentence would cause emotional injury, harm and loss to the Defendant's mother, children and other family members.

Number of jurors who so find, if any ____11____

(D)     The Defendant has lived most of his life without having a significant father figure.

Number of jurors who so find, if any ____12____

(E)     The Defendant has spent a large portion of his life incarcerated.

Number of jurors who so find, if any ____12____

_Sl6_

**FIELDS 000570**

(F)  The Defendant's periods of incarceration have included significant time in solitary confinement.

Number of jurors who so find, if any    12


(G)  That as the Defendant ages, his behavioral problems may decrease.

Number of jurors who so find, if any    11


(H)  The Defendant suffered from physical abuse during his formative years,

Number of jurors who so find, if any    12


(I)  The Defendant suffered from emotional abuse during his formative years.

Number of jurors who so find, if any    12


(J)  The Defendant suffered from parental neglect during his formative years.

Number of jurors who so find, if any    12


(K)  The Defendant has talents, capabilities or qualities which are of some value to society.

Number of jurors who so find, if any    0


(L)  The Defendant grew up in an atmosphere of violence and fear, which misshaped his perception as to the acceptability or necessity of violent conduct.

Number of jurors who so find, if any    7

9

517

FIELDS 000571

Case 6:01-cr-00164-WSS   Document 300-47   Filed 03/07/09   Page 10 of 17

(M)  The Defendant can be controlled in a prison setting.

Number of jurors who so find, if any      0

(N)  The Defendant can be of some productive value in a prison setting.

Number of jurors who so find, if any      9

(O)  The Defendant has the love and support of other members of his family.

Number of jurors who so find, if any      2

(P)  The Defendant is the product of an impoverished background which impaired or hampered his integration into the social and economic mainstream of society.

Number of jurors who so find, if any      12

(Q)  The Defendant has recently responded well to a structured environment and would likely adapt to prison life if he were sentenced to life imprisonment without the possibility of release.

Number of jurors who so find, if any      1

(R)  The Defendant's mother has a history of criminal behavior and incarceration.

Number of jurors who so find, if any      12

(S)  The Defendant was exposed to the violent deaths of family members, loved ones, and friends during his formative years.

Number of jurors who so find, if any      12

10

517

FIELDS 000572

Case 6:01-cr-00164-WSS   Document 300-17   Filed 03/07/09   Page 11 of 17

**B. Additional Mitigating Factors, if any**

(A) _____

Number of jurors who so find, if any _____

(B) _____

Number of jurors who so find, if any _____

(C) _____

Number of jurors who so find, if any _____

(D) _____

Number of jurors who so find, if any _____

(You may include as many as you wish.)

Proceed to the next page for further instructions.

11

519

FIELDS 000573

**<u>Instructions:</u>** Continue your deliberations in accordance with the Court's instructions and then complete either Decision Form C recommending a sentence of death, or Decision Form D recommending a sentence of life imprisonment without the possibility of release.

Additionally, complete the certificate attached at the end of the decision forms and advise the Court that you have reached a decision.

FIELDS 000574

## DECISION FORM A

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the elements of intent.

_____
PRESIDING JUROR

Date: _____, 2004

13

521

**FIELDS 000575**

**DECISION FORM B**

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the statutory aggravating factors.

_____
PRESIDING JUROR


Date: _____, 2004

14

**FIELDS 000576**

## DECISION FORM C

Based upon consideration of whether all the aggravating factor or factors found to exist sufficiently outweigh all the mitigating factor or factors found to exist to justify a sentence of death, or, in the absence of a mitigating factor, whether the aggravating factor or factors alone are sufficient to justify a sentence of death, we, the jury, recommend, by unanimous vote, that the defendant should be sentenced to death.

*Thomas O. Michaelis*

PRESIDING JUROR

Date: *Feb 6* , 2004

15

523

FIELDS 000577

**DECISION FORM D**

We, the jury, recommend, by unanimous verdict, a sentence of life imprisonment without possibility of release.

_____
PRESIDING JUROR


Date: _____, 2004

524

FIELDS 000578

## CERTIFICATION

By signing below, each juror certifies that, in considering whether a sentence of death is justified, consideration of the race, color, religious beliefs, national origin, or sex of the Defendant or the victim was not involved in reaching his or her individual decision, and that the individual juror would have made the same recommendation regarding a sentence for the crime in question no matter what the race, color, religious beliefs, national origin, or sex of the Defendant, or the victim may be.

## SIGNATURES OF ALL JURORS:

_(signatures)_

PRESIDING JUROR

Date: _Feb 6_ , 2004.

17

S25

FIELDS 000579