## VERIFICATION OF MOTION

I, Sherman Fields, certify under penalty of perjury that the foregoing is true and correct and that the attached *Motion Under 28 U.S.C. § 2255* is filed on my behalf.

DATED this 12th day of April, 2010.

*Sherman L. Fields*
Sherman Fields