The Hon. Walter S. Smith, Jr.

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff/Respondent.<br><br>    v.<br><br><br>SHERMAN L. FIELDS,<br><br>                Defendant/Movant. | NO.  W-01-CR-164;<br>      W-09-CA-009<br><br>MOTION TO SET DATE FOR<br>MR. FIELDS  TO FILE A<br>REPLY/TRAVERSE TO ANSWER<br><br>* **THIS IS A CAPITAL CASE** |

## MOTION

Mr. Fields intends to file a reply and/or traverse to the Government's answer to his motion filed pursuant to 28 U.S.C. § 2255.  The Government filed its response on March 22, 2010.  Mr. Fields seeks to have 90 days to file his reply/traverse.  He moves this Court to set June 21, 2010, as the date by which Mr. Fields should file his reply/traverse. If the Government seeks to file an amended answer, then Mr. Fields respectfully requests that the Government indicate its intent to file an amended answer, and that this Court direct that Mr. Fields should file his reply/traverse within 90 days of the Government's amended answer.

DATED this 20th day of April, 2010.

Respectfully Submitted:
/s/ Jeffrey E. Ellis

Motion to Set Date for Reply--1

Jeffrey E. Ellis
*Attorney at Law*
Law Offices of Ellis,
Holmes & Witchley
705 Second Ave., Suite 401
Seattle, WA 98104
(206) 262-0300
(206) 262-0335 (fax)

## **CERTIFICATE OF SERVICE**

I, Jeffrey E. Ellis, hereby certify that on April 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record in the above-entitled case:

Gregory S. Gloff
Assistant United States Attorney
800 Franklin
Suite 280
Waco, TX 76701
Email: Greg.Gloff@usdoj.gov

/s/ Jeffrey E. Ellis
Jeffrey E. Ellis
*Attorney at Law*

Motion to Set Date for Reply--2