The Hon. Walter S. Smith, Jr.

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff/Respondent.<br><br>v.<br><br>SHERMAN L. FIELDS,<br>Defendant/Movant. | NO.  W-01-CR-164;<br>W-09-CA-009<br><br>ORDER SETTING DATE FOR<br>REPLY/TRAVERSE |

## ORDER

On this day came on to be considered Mr. Fields' Motion to Set Date for Reply/Traverse, and the Court being fully advised of the premises, finds said Motion meritorious.

IT IS HEREBY ORDERED that Mr. Fields' reply and/or traverse in support of his Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C.A. § 2255 shall be filed no later than June 21, 2010.

DATED this _____ day of April, 2010.

_____
WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Order Setting Date for Reply--1