The Hon. Walter S. Smith, Jr.

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA,
              Plaintiff/Respondent,

      v.

SHERMAN L. FIELDS,
              Defendant/Movant.

NO.  W-01-CR-164

STIPULATED MOTION TO EXTEND TIME TO FILE REPLY

\* **THIS IS A CAPITAL CASE**

## STIPULATED MOTION TO EXTEND TIME

Sherman Fields respectfully moves this Court to extend the time to file his reply until August 23, 2010.  Counsel has contacted opposing counsel, who has no objection.  A proposed order is attached.

DATED this 3rd day of June, 2010.

Respectfully Submitted:
/s/ Jeffrey E. Ellis
Jeffrey E. Ellis
*Attorney at Law*
Law Offices of Ellis,
Holmes & Witchley
705 Second Ave., Suite 401
Seattle, WA 98104
(206) 262-0300
(206) 262-0335 (fax)

*Stipulated Motion to Extend Time--1*

# **CERTIFICATE OF SERVICE**

I, Jeffrey E. Ellis, hereby certify that on June 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record in the above-entitled case:

**Gregory S. Gloff**
Assistant United States Attorney
800 Franklin
Suite 280
Waco, TX 76701
Email: Greg.Gloff@usdoj.gov

/s/ Jeffrey E. Ellis

Jeffrey E. Ellis
Attorney at Law

*Stipulated Motion to Extend Time--2*