**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff/Respondent,<br>　　v.<br><br>SHERMAN L. FIELDS,<br>　　　　　　　Defendant/Movant. | NO.　W-01-CR-164<br><br>ORDER GRANTING ADDITIONAL<br>TIME TO FILE REPLY |

**ORDER**

This Court grants Petitioner's stipulated motion to extend the time to file his

reply.  Petitioner's reply shall be filed on or before August 23, 2010.

DATED this ____day of June, 2010.

_____
The Hon. Walter S. Smith, Jr.