The Hon. Walter S. Smith, Jr.

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff/Respondent,<br><br>    v.<br><br><br>SHERMAN L. FIELDS,<br><br>                    Defendant/Movant. | NO.   W-01-CR-164<br><br>MOTION FOR PRESERVATION OF ALL PHYSICAL EVIDENCE FOR POSSIBLE DNA OR OTHER SCIENTIFIC TESTING<br><br><br>* **THIS IS A CAPITAL CASE** |

## MOTION

Sherman Lamont Fields, Defendant/Petitioner ("Mr. Fields"), moves this Court to order the Government and its agents to preserve all of the physical evidence seized in this case for possible forensic examination and DNA testing.  In addition, the order should specify that the Government and its agents in possession of those items take all reasonable steps to prevent against the contamination and/or spoilage of that evidence.

Mr. Fields expects to file a related discovery motion to compel production of this evidence in the near future.  Mr. Fields has previously sought to obtain an agreement with the Government for access to this evidence for examination and possible testing. However, the Government has been unwilling to agree.

As a result, Mr. Fields now brings this motion.

Motion to Preserve--1

## FACTS

The facts of this case are both well known to this Court and well documented in the pleadings that have already been filed in this case. Further, because Mr. Fields currently seeks only the modest remedy of a protective order compelling the preservation of the physical evidence and because he will set forth the facts in greater detail in his motion to compel production, he sets forth only an overview of the most relevant facts along with argument.

## ARGUMENT

Mr. Fields seeks an order compelling the Government and its agents to preserve all physical evidence seized in this case and to take all reasonable steps to protect that evidence from contamination and/or spoilage.

It has long been recognized that courts have broad inherent equitable powers "over their own process, to prevent abuses, oppression, and injustices." *Int'l Prods. Corp. v. Koons*, 325 F.2d 403, 407-408 (2d Cir. 1963) (quoting *Gumbel v. Pitkin*, 124 U.S. 131, 144 (1888)). To this end, district courts have authority to enter preservation of evidence orders. *See, e.g.*, *Cherrix v. Braxton*, 131 F. Supp. 2d 756, 783 (E.D. Va. 2001) (noting that the Fourth Circuit and many district courts outside of that Circuit have recognized a district court's authority to enter a preservation order).

In the appeal that followed in *Braxton v. Cherrix*, 258 F.3d 250 (4th Cir. 2001), the Fourth Circuit upheld the district court's grant of the petitioner's motion to preserve DNA evidence which was submitted in conjunction with his federal habeas petition. "Without passing on Cherrix's claims of innocence, the district court determined that, at

Motion to Preserve--2

the very least, 'the habeas petition raises disturbing questions regarding the constitutionality of Cherrix's trial proceedings that are heretofore unanswered.'" *Id.* at 255.

Likewise, Mr. Fields' habeas petition raises serious constitutional claims and claims of innocence.  Pending resolution of those claims, the Government should be ordered to preserve all seized physical evidence.

Frankly, it would be stunning if the Government argued that it should be permitted to destroy items that could possibly contain DNA or other biological evidence relevant to this case.  As a result, Mr. Fields reserves the right to fully reply if the Government opposes this motion.

**CONCLUSION**

Mr. Fields respectfully requests that this Court order the Government and its agents preserve all of the physical evidence seized in this case and that all reasonable steps be taken to prevent the contamination and/or spoilage of that evidence.

DATED this 17th day of June, 2010.

Respectfully Submitted:
/s/ Jeffrey E. Ellis
Jeffrey E. Ellis
Law Offices of Ellis, Holmes & Witchley
705 Second Ave., Suite 401
Seattle, WA 98104
(206) 262-0300 (office)
(206) 262-0335 (fax)

Motion to Preserve--3

## CERTIFICATE OF SERVICE

I, Jeffrey E. Ellis, hereby certify that on June 17, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record in the above-entitled case:

Gregory S. Gloff
Assistant United States Attorney
800 Franklin
Suite 280
Waco, TX 76701
Email: Greg.Gloff@usdoj.gov

/s/ Jeffrey E. Ellis

Jeffrey E. Ellis
Attorney at Law

Motion to Preserve--4