The Hon. Walter S. Smith, Jr.

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff/Respondent,<br><br>        v.<br><br>SHERMAN L. FIELDS,<br>                    Defendant/Movant. | NO.   W-01-CR-164<br><br>ORDER FOR PRESERVATION<br>OF ALL PHYSICAL EVIDENCE |

### ORDER

This Court hereby orders that the Government and its agents to preserve all of the physical evidence seized in this case for possible forensic examination and DNA testing. In addition, any Government agent currently in possession of any physical evidence related to this case shall take all reasonable steps to prevent against the contamination and/or spoilage of that evidence.

DATED this ____ day of June, 2010.

_____
The Hon. Walter S. Smith, Judge

Order to Preserve--1