UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff/Respondent | § | |
| | § | |
| V. | § | CRIMINAL NO. W-01-CR-164 (1) |
| | § | |
| | § | |
| SHERMAN L. FIELDS, | § | |
|     Defendant/Movant. | § | |

<u>GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME</u>

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the United States of America, by and through the United States Attorney for the Western District of Texas, and requests an enlargement of time, pursuant to Rule 45, Fed.R.Crim.P., in order to respond to Defendant/Movant's Motion, and would show this Honorable Court as follows:

The undersigned has been involved in trial preparation and witness interviews for an upcoming bank robbery case involving banks in Dallas, Temple, and Waco.  The Government anticipates needing an additional two (2) weeks to complete its response.   Therefore, the United States Attorney requests an enlargement of time.

The United States Attorney's Office asks that the date for its response be extended to July 14, 2010.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant this motion.

Respectfully submitted,

JOHN E. MURPHY
United States Attorney

/s/ Gregory S. Gloff

By:    GREGORY S. GLOFF
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX  76701

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2010, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Jeffrey E. Ellis
Attorney at Law
705 Second Avenue
Seattle, WA

/s/ Gregory S. Gloff

GREGORY S. GLOFF
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff/Respondent | § | |
| | § | |
| V. | § | CRIMINAL NO. W-01-CR-164 (1) |
| | § | |
| | § | |
| SHERMAN L. FIELDS, | § | |
| Defendant/Movant. | § | |

O R D E R

On this day came on to be considered the Government's Motion for Enlargement of Time,

and the Court being fully advised of the premises, finds said Motion meritorious.

IT IS HEREBY ORDERED that the Government's Motion be GRANTED and it is

ORDERED that a response to Defendant/Movant's Motion shall be filed no later than July 14, 2010.

SIGNED this _____ day of _____, 2010.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE