UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff/Respondent | § §<br>§ | |
| V. | § | CRIMINAL NO. W-01-CR-164 (1) |
| | § § | |
| SHERMAN L. FIELDS,<br>    Defendant/Movant. | § § | |

ORDER

On this day came on to be considered the Government's Motion for Enlargement of Time, and the Court being fully advised of the premises, finds said Motion meritorious.

IT IS HEREBY ORDERED that the Government's Motion be GRANTED and it is ORDERED that a response to Defendant/Movant's Motion shall be filed no later than July 14, 2010.

SIGNED this ____8____ day of ___July___, 2010.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE