IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA,        *
                                 *
              Plaintiff,          *
                                 *
V.                               *        CRIMINAL NO.  W-01-CR-164 (1)
                                 *
SHERMAN LAMONT FIELDS            *
                                 *
              Defendant.          *

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR PRESERVATION OF ALL PHYSICAL EVIDENCE FOR
POSSIBLE DNA OR OTHER SCIENTIFIC TESTING

Now comes the United States of America, (hereinafter the "Government"), by and through the United States Attorney for the Western District of Texas, and files this, its Response to Defendant, Sherman Lamont Fields, (hereinafter the "Defendant"), Motion for Preservation of All Physical Evidence for Possible DNA or Other Scientific Testing, and would show the Court as follows:

The Government will retain all physical evidence that is in the Government's custody pursuant to office policy as it would in any criminal case when the appeal process is still ongoing.  The evidence will remain in Government custody until Mr. Fields' appeal process is exhausted.  The Government attempts to always preserve such evidence in such as a manner so as to prevent contamination and/or spoilage, however, the Government cannot guarantee this.

The Government will retain the physical evidence as it does in criminal cases during the appeal process; however, by doing so, the Government is not agreeing that the Defendant is entitled to any discovery and testing of the evidence pursuant to his appeal process to include any

habeas petitions.

In light of the Government's practice of maintaining evidence in criminal cases during the appeal process and its representations, the Government respectfully argues that there is no need for the Court to order the Government to do so.

Respectfully submitted,

JOHN E. MURPHY
United States Attorney

*Gregory S. Gloff*

By:    GREGORY S. GLOFF
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX 76701
(254) 750-1580

CERTIFICATE OF SERVICE

I hereby certify that on the 15th of July, 2010, the above Governments Response to Defendant's Motion was electronically filed with the Clerk of the Court using the CM/ECF system which will transmit notification of the filing to the following CM/ECF participant:

Jeffrey E. Ellis
Law Offices of Ellis, Holmes & Witchley
705 Second Avenue, Suite 401
Seattle, WA 98104

*Gregory S. Gloff*
Gregory S. Gloff

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CRIMINAL NO.  W-01-CR-164 (1) |
| | * | |
| SHERMAN LAMONT FIELDS | * | |
| | * | |
| Defendant. | * | |

ORDER

Came on to be considered the following Defendant's Motion for Preservation of All

Physical Evidence for Possible DNA or Other Testing and the Court having considered said

motion and  response of the Government hereby finds that Defendant's motion is hereby

DENIED/GRANTED.

ENTERED on this the _____ day of _____, 2010.


_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE