UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff/Respondent | § | |
| | § | |
| V. | § | CRIMINAL NO. W-01-CR-164 (1) |
| | § | |
| | § | |
| SHERMAN L. FIELDS, | § | |
|     Defendant/Movant. | § | |

## GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the United States of America, by and through the United States Attorney for the Western District of Texas, and requests an enlargement of time, pursuant to Rule 45, Fed.R.Crim.P., in order to respond to Defendant/Movant's Motion to Compel, and would show this Honorable Court as follows:

The undersigned needs additional time to prepare a response. The Government anticipates needing an additional two (2) weeks to complete the paperwork. Therefore, the United States Attorney requests an enlargement of time.

The United States Attorney's Office asks that the date for its response be extended to September 7, 2010.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant this motion.

Respectfully submitted,

JOHN E. MURPHY
United States Attorney

/s/ *Gregory S. Gloff*

By:   GREGORY S. GLOFF
      Assistant United States Attorney
      800 Franklin, Suite 280
      Waco, TX  76701

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2010, a true and correct copy of the

foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF

System which will transmit notification of such filing to the following CM/ECF participant:

Jeffrey E. Ellis
Attorney at Law
705 Second Avenue
Seattle, WA

/s/ *Gregory S. Gloff*

GREGORY S. GLOFF
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff/Respondent | § <br> § <br> § | |
| V. | § | CRIMINAL NO. W-01-CR-164 (1) |
| | § <br> § | |
| SHERMAN L. FIELDS,<br>    Defendant/Movant. | § <br> § | |

O R D E R

On this day came on to be considered the Government's Motion for Enlargement of Time, and the Court being fully advised of the premises, finds said Motion meritorious.

IT IS HEREBY ORDERED that the Government's Motion be GRANTED and it is ORDERED that a response to Defendant/Movant's Motion shall be filed no later than September 7, 2010.

SIGNED this _____ day of August, 2010.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE