UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO: W-01-CR-164(1) |
| | * | |
| SHERMAN L. FIELDS | * | |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR LEAVE TO COMPEL
PRODUCTION OF PHYSICAL/BIOLOGICAL EVIDENCE
FOR DEFENSE EXAMINATION AND POSSIBLE DNA TESTING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Attorney for

the Western District of Texas, and in response to Defendant's Motion, would show the Court as

follows:

Sherman L. Fields, Movant, asks the Court to compel the Government to produce the physical

evidence seized in the case so that Fields' experts can examine the evidence for biological or other

foreign material and then subject the evidence to DNA testing.  Fields' makes this request pursuant

to Habeas Rule 6(a) and pursuant to the Justice for All Act of 2004.

Fields does not specify what specific evidence he believes the Court should order the

Government to produce and, as such, the Government is not in a position to evaluate the request under

Habeas Rule 6(a) and the Justice for All Act of 2004.  It is unclear what specific evidence Fields

believes he is entitled to and the reasons why the Court should compel these specific items of

evidence.  For instance, DNA samples were obtained from the victim's mother for identification

purposes and from the .22 caliber Ruger pistol.  It is unclear whether Fields is requesting all the

evidence or specific items.

In order for Fields to obtain and test DNA evidence, he must satisfy several statutory requirements of the Innocence Protection Act, 18 U.S.C. 3600. Some of these requirements are: 18 U.S.C. 3600(a)(3), (evidence was not previously subjected to DNA testing or improved testing procedures have become available); 18 U.S.C. 3600(a)(4), (evidence to be tested is in the possession of the Government and has not been protected from substitution, contamination, tampering, replacement, or alteration); 18 U.S.C. 3600(a)(6), (identify a theory of defense that would establish the actual innocence); 18 U.S.C. 3600(a)(8), (proposed DNA testing may produce new material evidence that would raise a reasonable probability that the applicant did not commit the offense).

Since the Government does not know which specific items of evidence Fields seeks, the Government cannot adequately respond to the motion until Fields' identifies which specific items of evidence he seeks.

The Government requests that Fields identify which specific items of evidence he seeks for DNA testing and the reasons why he feels entitled to such evidence so that the Government can adequately respond to such requests which will assist the Court in ruling on the request.

Respectfully submitted,

JOHN E. MURPHY
United States Attorney

/s/ *Gregory S. Gloff*

BY:    GREGORY S. GLOFF
       Assistant United States Attorney
       800 Franklin, Suite 280
       Waco, TX 76701

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 7th day of September, 2010, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Jeffrey Ellis
Attorney at Law


/s/ *Gregory S. Gloff*

GREGORY S. GLOFF
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA          *
                                  *
v.                                *          CRIMINAL NO: W-01-CR-164
                                  *
SHERMAN L. FIELDS                 *

## ORDER

On this day came on to be heard the Defendant's Motion, and the Court having considered said

motion and the Government's response thereto, hereby,

ORDERS that Defendant's Motion is GRANTED/ DENIED.

SIGNED AND ENTERED this _____ day of September, 2010.

WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE