# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF TEXAS

## WACO DIVISION

| | | |
|---|---|---|
| **SHERMAN LAMONT FIELDS,** | § | |
| **Movant,** | § | |
| | § | **CIVIL NO. W-09-CA-009** |
| **v.** | § | |
| | § | **CRIMINAL NO. W-01-CR-164 (1)** |
| **UNITED STATES OF AMERICA** | § | |
| **Respondent.** | § | |

## J U D G M E N T

In accordance with the Order heretofore entered in this case, the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED and DECREED** that the Motion to Vacate, Set Aside or Correct Sentence filed by Sherman Lamont Fields (Docs. 297, 298, 300, 318) is **DENIED** and this action is **DISMISSED**.

**SIGNED** on this 25th day of September, 2012.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE