IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SHERMAN LAMONT FIELDS,

                Movant,

         *-against-*

UNITED STATES OF AMERICA,

                Respondent.

CIVIL No. W-09-CV-009

CRIMINAL No. W-01-CR-164

**\*THIS IS A CAPITAL CASE**
*Oral Argument Requested*

**SHERMAN LAMONT FIELDS MOTION FOR LEAVE TO EXCEED
PAGE LIMIT IN HIS MOTION TO ALTER OR AMEND ORDER**

Movant SHERMAN LAMONT FIELDS respectfully requests leave to file a brief in excess of ten pages entitled Sherman Lamont Fields' Motion To Vacate, Alter, or Amend The Court's Order Denying His First Amended Motion for a New Trial and To Vacate, Set Aside and Correct Conviction and Death Sentence, and for Relief from Judgment, Made Pursuant to 28 U.S.C. § 2255 or Rule 33 of the Federal Rules of Criminal Procedure ("Motion for Reconsideration of Order Denying § 2255 Relief"). In support of this motion, Mr. Fields states as follows:

1. In an Order dated September 25, 2012 [Dkt. No. 334], the Court denied Mr. Fields' First Amended Motion for a New Trial and To Vacate, Set Aside and Correct Conviction and Death Sentence, and for Relief from Judgment, Made Pursuant to 28 U.S.C. § 2255 or Rule 33 of the Federal Rules of Criminal Procedure [Dkt. No. 318].

2. It is not possible to properly address the basis for Mr. Fields' Motion For Reconsideration of Order Denying § 2255 Relief within the traditional ten page limit. The

additional pages are not excessive and will assist the court in understanding and addressing the issues.

3.      Undersigned counsel for Mr. Fields attempted to contact Assistant United States Attorney Gregory S. Gloff on October 18 and 22, 2012 to obtain consent to this motion, but opposing counsel has not responded to this request for a page extension.

Dated:      October 23, 2012

                                                Respectfully Submitted,


                                                /s/ Jeffrey E. Ellis

                                                Jeffrey Ellis
                                                Attorney at Law
                                                Law Office of Alsept & Ellis
                                                621 SW Morrison St., Ste 1025
                                                Portland, OR  97205
                                                Tel:  (206) 218-7076
                                                Email:  JeffreyErwinEllis@gmail.com

                                                Peter J. Isajiw
                                                *Pro Hac Vice* Admission Pending
                                                Cadwalader, Wickersham & Taft, LLP
                                                One World Financial Center
                                                New York, NY  10281
                                                Tel:  212-504-6000
                                                Fax:  212-504-6666
                                                Email:  Peter.Isajiw@cwt.com

                                                *Attorneys for Mr. Fields*

## **CERTIFICATE OF SERVICE**

I, Jeffrey E. Ellis, hereby certify that on October 23, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record in the above-entitled case:

**Gregory S. Gloff**
Assistant United States Attorney
800 Franklin Ave., Ste 280
Waco, TX  76701
Email:  Greg.Gloff@usdoj.gov

/s/ Jeffrey E. Ellis
Jeffrey E. Ellis
Attorney at Law