United States District Court

Western District of Texas

Waco

**Deficiency Notice**

| | |
|---|---|
| To: | Ellis, Jeffrey E. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, October 24, 2012 |
| Re: | 06:01-CR-00164-WSS / Doc # 337 / Filed On: 10/23/2012 05:19 PM CST |

Pursuant to the Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: No Proposed Order was attached to the Motion. Please file a separate Proposed Order for this Motion. This can be e-filed as a separate document and linked back to the appropriate Motion.