United States District Court

Western District of Texas

Waco

**Deficiency Notice**

| | |
|---|---|
| To: | Ellis, Jeffrey E. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, October 24, 2012 |
| Re: | 06:01-CR-00164-WSS / Doc # 345 / Filed On: 10/24/2012 11:24 AM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: A Proposed Order was not attached to the Motion. Please e-file a separate Proposed Order and link it back to the appropriate Motion.