# EXHIBIT B

# Fields: A Witness to Extreme Violence



**Fields Age 11**

**June 18, 1985**

Alice Swinnie, Fields' mother, shot Ivory Lee Monroe, her close friend, five times at Brown Derby Café. Monroe was having an affair with Ivory Lee Monroe and was Alice Fields' common law husband, William Bradford.



**Fields Age 11**

**June 23, 1985**

Alice Swinnie, Fields' mother, shot her common law husband, William Bradford, five times for having an affair with Ivory Lee Monroe. Bradford was found lying in a field near Dripping Springs Road and was sent to the ICU in critical condition after the shooting.



**Fields Age 12**

**September 17, 1986**

Roderick Scott, 16, a friend of Fields', died when he was shot in the chest on Clifton Street. Scott was shot once with a small-caliber gun and was found lying next to a car. Scott and several other youths were sitting in chairs in the 200 block of Clifton when the shooter approached and shot Scott.



**Fields Age 14**

**January 12, 1989**

Roy Cleveland, 16, one of Fields' two best friends, hanged himself in his cell at the McLennan County Juvenile Detention Center. An employee of the detention center found Cleveland hanging from a bedsheet looped through a steel plate covering a window in his room. Fields, who was in the neighboring cell, also attempted to hang himself minutes before, but employees found him and pulled him down.



**Fields Age 14**

**March 11, 1989**

Roderick Cummings, 16, the second of Fields' two best friends, was killed when he was caught in the crossfire of a gun battle at the Sherman Manor Apartments. Police described Cummings as "an innocent bystander."



**Fields Age 14**

**June 22, 1989**

John Walker, 15, a friend of Fields', was killed by a .22-caliber gunshot wound to the upper chest.



**Fields Age 15**

**July 15, 1990**

Donnell Dewayne Swinnie, 16, a friend of Fields', was found lying face down in the 1200 block of North Ninth Street in Waco, dead from a gunshot wound to the back. He was shot to death by a Fort Hood soldier after getting into an argument with the 25-year-old soldier earlier in the day.

---

**DWI**

**Fields Age 16**

**September 29, 1990**

Shelby Mitchell, 85, Fields' grandfather and by all accounts the most stable figure in Fields' life, was hit by a drunk driver. He died from his injuries on October 12, 1990. Mitchell was struck by a car while he was mowing his yard at 2:30 p.m. on a Saturday afternoon. Fields, along with several other family members, witnessed this devastating accident.



**Fields Age 17**

**February 9, 1992**

Albert Donnell Sims, 20, a friend of Fields', was shot several times with a .25-caliber semiautomatic handgun after an argument erupted between his cousin and another man.



**Fields Age 18**

**August 14, 1992**

Terryll Collins, 18, a friend of Fields', died from a gunshot wound to the head suffered during his arrest. Waco police allegedly came to Collins' residence to arrest him and gave chase when Collins fled with a gun. As Collins struggled with the arresting officer, Collins was shot in the head with his own gun.



**Fields Age 19**

**November 19, 1992**

Michael Campbell, 29, a friend of Fields', was found shot to death, slumped over behind the wheel of a car. Campbell was pronounced dead at the scene, having been shot multiple times.



**Fields Age 19**

**November 3, 1993**

Kimberly Leaks, 16, Fields' cousin, was found suffering from a stab wound to the upper chest and was pronounced dead at a hospital less than an hour later. This stabbing occurred in the Fields family home.



**Fields Age 19**

**December 10, 1993**

Guan Scott, 21, a friend of Fields', was shot in the head in the parking lot of Dottie's Bar. Scott was taken to a hospital, where he died from his injuries.

---



**Fields Age 19**

**April 27, 1993**

Melvin Swinnie, Jr., Fields' stepfather, shot Alice Swinnie, Fields' mother, in the head. Waco police found Alice lying on the bed with a wound on the left side of her head. Melvin and Alice had been arguing over Alice's leaving Melvin, and Melvin reportedly had threatened Alice in the past, telling her that if he couldn't have her then no one could. Melvin shot at Alice once through the screen door of their residence and continued to pull the trigger on the gun several times, although it would not fire. April Fields, Fields' wife, told police that Melvin kept pointing the gun at April, April's daughter, and Alice and pulling the trigger but the gun wouldn't fire.



**Fields Age 19**

**April 26, 1994**

Lee Walley McKinney, 16, a friend of Fields', was found dead lying on the ground near some trash. The medical examiner determined that McKinney died from a gunshot wound to the head.



**Fields Age 20**

**October 17, 1994**

Marcus Thornton, 24, a friend of Fields', was shot in the torso by a security guard in an apartment complex after reportedly exchanging fire with the guard staff. Thornton was taken to a hospital, where he died from his injuries.



**Fields Age 20**

**November 18, 1994**

Doug Harbert, 21, a friend of Fields', was shot in the head and killed by a bar owner when Harbert and a 16-year-old allegedly attempted to rob the bar.



**Fields Age 20**

**March 19, 1995**

Robert Lee Evans, 21, a friend of Fields', was riding in a vehicle when a shooter walked up to the car and opened fire, shooting Evans in the head and killing him. The shooter continued to fire into the vehicle, killing a 16-year-old passenger and injuring the 18-year-old driver.



**Fields Age 24**

**October 27, 1998**

Lionel Stewart, 26, a friend of Fields', died at a Dallas hospital.



**Fields Age 24**

**November 2, 1998**

Yoshima Calhoun, 22, a friend of Fields', died after suffering two gunshot wounds to the leg. Calhoun bled to death.

**Fields Age 27**

**April 29, 2002**

Tiron Wesley Sterling, 22, a friend of Fields', was found shot to death. Sterling's brother was also shot numerous times in the incident and was in the ICU.

---

**1980s**   **1990s**   **2000s**