IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SHERMAN LAMONT FIELDS,

    Movant,

   *-against-*

UNITED STATES OF AMERICA,

    Respondent.

CIVIL No. W-09-CV-009

CRIMINAL No. W-01-CR-164

**\*THIS IS A CAPITAL CASE**
*Oral Argument Requested*

## <u>ORDER</u>

   Movant SHERMAN LAMONT FIELDS' Motion for Leave to Exceed Page Limit in his Motion to Alter or Amend Order, dated October 23, 2012 [Dkt. No. 339] is hereby GRANTED.  Movant is hereby granted leave to file its motion for reconsideration pursuant to Fed. R.. Civ. 59(e) in excess of ten pages.

   IT IS SO ORDERED this ___ day of October 2012.

       WALTER S. SMITH, JR.
       United States District Judge