IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SHERMAN LAMONT FIELDS,

Movant,

-*against*-

UNITED STATES OF AMERICA,

Respondent.

CIVIL No. W-09-CV-009

CRIMINAL No. W-01-CR-164

**\*THIS IS A CAPITAL CASE**
*Oral Argument Requested*

## ORDER

Movant SHERMAN LAMONT FIELDS' Motion for Reconsideration of the Denial of Movant Sherman Lamont Fields' First Motion for Discovery (Docket No. 330), dated October 23, 2012 [Dkt. No. 345] is hereby GRANTED.

The Court's Order [Dkt. No. 334] denying Docket No. 330 is hereby VACATED, and Movant's Motion for Discovery is hereby GRANTED.

IT IS SO ORDERED this ___ day of October, 2012.

_____
WALTER S. SMITH, JR.
United States District Judge