IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SHERMAN LAMONT FIELDS,

        Movant,

        *-against-*

UNITED STATES OF AMERICA,

        Respondent.

CIVIL No. W-09-CV-009

CRIMINAL No. W-01-CR-164

**\*THIS IS A CAPITAL CASE**
*Oral Argument Requested*

## <u>ORDER</u>

Movant SHERMAN LAMONT FIELDS' Motion for Reconsideration of the Denial of Movant Sherman Lamont Fields' Motion for Leave to Compel Production of Physical/Biological Evidence for Defense Examination and Possible DNA Testing (Docket No. 327), dated October 23, 2012 [Dkt. No. 337] is hereby GRANTED.

The Court's Order [Dkt. No. 334] denying Docket No. 327 is hereby VACATED.

The Court hereby directs the parties to appear before the Court either in person or by telephonic conference on November \_\_\_, 2012, to set forth a Discovery Plan establishing guidelines and procedures for the testing and examination of physical and biological evidence.

IT IS SO ORDERED this \_\_\_ day of October, 2012.

        WALTER S. SMITH, JR.
        United States District Judge