IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SHERMAN LAMONT FIELDS,

     Movant,

   *-against-*

UNITED STATES OF AMERICA,

     Respondent.

CIVIL No. W-09-CV-009

CRIMINAL No. W-01-CR-164

**\*THIS IS A CAPITAL CASE**
*Oral Argument Requested*

## ORDER

   Movant SHERMAN LAMONT FIELDS' Motion for Reconsideration of the Denial of Movant Sherman Lamont Fields' Motion for Authorization of Funds for Expert Assistance (Docket No. 329), dated October 23, 2012 [Dkt. No. 338] is hereby GRANTED.

   The Court's Order [Dkt. No. 334] denying Docket No. 329 is hereby VACATED, and Movant's Motion for Authorization of Funds for Expert Assistance is hereby GRANTED.

   The Court, pursuant to 18 U.S.C. § 3599(f), hereby authorizes $10,000 in fees for Movant's engagement of a reasonably necessary expert pending approval of a detailed budget to be submitted to the Court no later than January ___, 2013.

   IT IS SO ORDERED this ___ day of October 2012.

             _____
              WALTER S. SMITH, JR.
              United States District Judge