IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SHERMAN LAMONT FIELDS,

            Movant,

    *-against-*

UNITED STATES OF AMERICA,

            Respondent.

CIVIL No. W-09-CV-009

CRIMINAL No. W-01-CR-164

**\*THIS IS A CAPITAL CASE**
*Oral Argument Requested*

## <u>ORDER</u>

Movant SHERMAN LAMONT FIELDS' Motion to Vacate, Alter, or Amend the Court's Order Denying his Motion for a New Trial and to Vacate, Set Aside and Correct Conviction and Death Sentence, and for Relief from Judgment, made pursuant to 28 U.S.C. § 2255 or Rule 33 of the Federal Rules of Criminal Procedure (Docket No. 318) ("§ 2255 Motion"), dated October 23, 2012 [Dkt. No. 340] is hereby GRANTED.

The Court's Order [Dkt. No. 334] denying Docket No. 340 is hereby VACATED, and Movant is entitled to the following relief:

- o Judgment entering jury verdict on criminal counts 1-7 and sentence of death [Dkt. No. 230] is hereby VACATED;

- o Movant's Motion for a New Trial is hereby GRANTED;

- o Movant's Motion for a New Sentencing Hearing is GRANTED;

- o Movant's Motion for Discovery is hereby GRANTED;

- o Movant's Motion for an Evidentiary Hearing following discovery is hereby GRANTED;

-2-

o It is hereby ORDERED that the Government respond to Movant's § 2255 Motion no later than _____, 2012, to which Movant is entitled to Reply, no later than _____, 2012;

o Movant's Motion for oral argument on its § 2255 Motion is hereby GRANTED;

o Movant's Motion for Recusal is hereby GRANTED;

o The Court hereby AWARDS a Certificate of Appealability to all the claims set forth in Movant's § 2255 Motion;

o The Court hereby GRANTS such other relief that the Court finds necessary in the interests of justice, to wit: _____ _____.

IT IS SO ORDERED this ___ day of October, 2012.

WALTER S. SMITH, JR.
United States District Judge