## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
#### WACO DIVISION

SHERMAN LAMONT FIELDS

vs.                                                    Case No.:  6:01-CR-164

UNITED STATES OF AMERICA


## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Peter J. Isajiw                            , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western District of

Texas pro hac vice to represent Sherman Lamont Fields                    in this case, and

would respectfully show the Court as follows:

1.   Applicant is an attorney and a member of the law firm (or practices under the name of)

Cadwalader, Wickersham & Taft LLP                    with offices at:

Mailing address:  One World Financial Center

City, State, Zip Code:  New York, NY 10281

Telephone:  212.504.6000            Facsimile:  212.504.6666

2.   Since  June, 2003                          , Applicant has been and presently is a

member of and in good standing with the Bar of the State of New York              .

Applicant's bar license number is NY Attorney Registration #4151239              .

3.   Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| United States Supreme Court | October 29, 2007 |
| US Court of Appeals, Second Circuit | June 25, 2008 |
| USDC, Southern District of New York | September 21, 2004 |

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.  I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:  Jeffrey E. Ellis

Mailing address:  621 SW Morrison St., Ste 1025

City, State, Zip Code:  Portland, OR 97205

Telephone:  206.218.7076

Should the Court grant applicant's motion, Applicant shall tender the amount of $25.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Peter J. Isajiw                                    to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Peter J. Isajiw
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the _24_ day of _October_, _2012_.

Peter J. Isajiw
[printed name of Applicant]

[signature of Applicant]

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### WACO DIVISION

SHERMAN LAMONT FIELDS

vs.                                                    Case No.: 6:01-CR-164

UNITED STATES OF AMERICA

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _Peter J. Isajiw_____, counsel for

_Sherman Lamont Fields_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_Peter J. Isajiw_____ may appear on behalf of _Sherman Lamont Fields_____

in the above case.

IT IS FURTHER ORDERED that _Peter J. Isajiw_____, if he/she

has not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _October_____, 20_____.


_____

UNITED STATES DISTRICT JUDGE