# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

SHERMAN LAMONT FIELDS

vs.                                                   Case No.: 6:01-CR-164

UNITED STATES OF AMERICA

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _Peter J. Isajiw_____, counsel for

_Sherman Lamont Fields_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_Peter J. Isajiw_____ may appear on behalf of _Sherman Lamont Fields_____

in the above case.

IT IS FURTHER ORDERED that _Peter J. Isajiw_____, if he/she

has not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the **30** day of _October_____, 20_12_____.

_____
UNITED STATES DISTRICT JUDGE