IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS,<br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. W-09-CV-009<br><br>CRIMINAL NO. W-01-CR-164 (1) |

ORDER

Before the Court is the Government's Motion for Extension of Time. (Doc. 356). On December 11, 2012, the Court ordered that the Government shall have through and including January 11, 2013, to file a response to all of Movant's pending post-judgment motions. (Doc. 355). The Government now seeks an additional thirty-days to file this response. For good cause shown, the Court finds that the Government's motion (Doc. 356) has merit and is, therefore, **GRANTED**. Accordingly, it is

**ORDERED** that the Government shall have through and including Monday, February 11, 2013, to file a response to all of Movant's pending post-judgment motions. It is further

**ORDERED** that Movant shall have through and including Monday, March 4, 2013, to file a Reply brief to the Government's response.

**SIGNED** this _14ᵗ_ day of January, 2013.

WALTER S. SMITH, JR.
United States District Judge