UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

SHERMAN LAMONT FIELDS,              §
    Movant,                              §
                                         §
V.                                  §    CIVIL ACTION NO. W-09-CV-009
                                         §    CRIMINAL NO. W-01-CR-164 (1)
                                         §
UNITED STATES OF AMERICA             §
    Respondent.                          §

GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the United States of America, by and through the United States Attorney for the Western District of Texas, and requests an enlargement of time, pursuant to Rule 45, Fed.R.Crim.P., to respond to Movant's post-judgment motions.

Because the Movant's motions are quite voluminous and contain numerous issues which need to be addressed, the United States requests additional time to properly research and gather information necessary to prepare an adequate response.

The United States Attorney's Office respectfully requests that the date for its responses be extended to February 25, 2013.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant this motion.

Respectfully submitted,

ROBERT PITMAN
United States Attorney

/s/ Gregory S. Gloff

By:    GREGORY S. GLOFF
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX  76701

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2013, a true and correct copy of the foregoing

instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will

transmit notification of such filing to the following CM/ECF participant:

Jeffrey E. Ellis
Attorney at Law
705 Second Avenue, Suite 401
Seattle, WA 98104

/s/ Gregory S. Gloff

GREGORY S. GLOFF
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION


| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | § | |
|     Movant, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. W-09-CV-009 |
| | § | CRIMINAL NO. W-01-CR-164 |
| | § | |
| UNITED STATES OF AMERICA | § | |
|     Respondent. | § | |


O R D E R

On this day came on to be considered the Government's Motion for Enlargement of Time,

and the Court being fully advised of the premises, finds said Motion meritorious.

IT IS HEREBY ORDERED that the Government's Motion be GRANTED and it is

ORDERED that a response to Movant's post-judgment motions shall be filed no later than February

25, 2013.

SIGNED this _____ day of February, 2013.


_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE