ßH

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF TEXAS

### WACO DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS,<br>    Movant, | §<br>§<br>§ | CIVIL NO. W-09-CV-009 |
| v. | §<br>§ | |
| UNITED STATES OF AMERICA,<br>    Respondent. | §<br>§<br>§ | CRIMINAL NO. W-01-CR-164 (1) |

## O R D E R

Before the Court is the Government's Second Motion for Extension of Time. (Doc. 358). On December 11, 2012, the Court ordered that the Government shall have through and including January 11, 2013, to file a response to all of Movant's pending post-judgment motions. (Doc. 355). The Court subsequently granted the Government a thirty-day extension of time to respond. (Doc. 357).

The Government now seeks until February 25, 2013, to file its response, contending that "Movant's motions are quite voluminous and certain numerous issues . . . need to be addressed." (Doc. 358). For good cause shown, the Court finds that the Government's motion (Doc. 358) has merit and is, therefore, **GRANTED**. Accordingly, it is

**ORDERED** that the Government shall have through and including Monday, February 25, 2013, to file a response to all of Movant's pending post-judgment motions. It is further

**ORDERED** that Movant shall have through and including Monday, March 18, 2013, to file a Reply brief to the Government's response.

**SIGNED** this __12__ day of January, 2013.

WALTER S. SMITH, JR.
**United States District Judge**