38

DEFENDANT PADGETT:  Yes, sir.

THE COURT:  Do you, Mr. Culverhouse?

DEFENDANT CULVERHOUSE:  Yes, sir.

THE COURT:  And you, Mr. Fields?

DEFENDANT FIELDS:  Yes, sir.

THE COURT:  And you, Mr. Cogburn?

DEFENDANT COGBURN:  Yes, sir.

THE COURT:  At a trial and at every stage of the proceedings against you, you have the right to be represented by an attorney.  If you can't afford to pay an attorney to represent you through a trial, then one would be appointed to represent you at no cost to you.

During a trial, you would be presumed to be innocent. The government would have the obligation of proving your guilt, using competent evidence, and beyond a reasonable doubt before you could be found guilty.  You would never have to prove that you're innocent.

Also during a trial the witnesses for the government would have to come into court and testify in your presence. Your attorney would have the right to cross-examine those witnesses, to object to their evidence, and to offer evidence on your behalf.  You would have the right to testify yourself if you wished, but you couldn't be forced to, and if you elected not to testify, the fact that you did not couldn't be used against you as any suggestion or inference of your guilt.

39

Do you understand those rights that you would have if you elected to go to trial, Mr. Padgett?

DEFENDANT PADGETT:  Yes, sir.

THE COURT:  Do you, Mr. Culverhouse?

DEFENDANT CULVERHOUSE:  Yes, sir.

THE COURT:  Do you, Mr. Fields?

DEFENDANT FIELDS:  Yes, sir.

THE COURT:  And do you, Mr. Cogburn?

DEFENDANT COGBURN:  Yes, sir.

THE COURT:  If you continue in your guilty plea and I accept your guilty plea, then you will waive your right to a trial and all those other rights I just discussed.  There will be no further trial, and I will enter a judgment of guilty and sentence you on the basis of your guilty plea, after considering a presentence report.

Do you understand that, Mr. Padgett?

DEFENDANT PADGETT:  Yes, sir.

THE COURT:  Do you, Mr. Culverhouse?

DEFENDANT CULVERHOUSE:  Yes, sir.

THE COURT:  Mr. Fields, do you?

DEFENDANT FIELDS:  Yes, sir.

THE COURT:  Mr. Cogburn, do you?

DEFENDANT COGBURN:  Yes, sir.

THE COURT:  Having discussed these rights with you, do you still want to plead guilty?