IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SHERMAN LAMONT FIELDS,

       Movant,

    *-against-*

UNITED STATES OF AMERICA,

       Respondent.

CIVIL No. W-09-CV-009

CRIMINAL No. W-01-CR-164

**\*THIS IS A CAPITAL CASE**
*Oral Argument Requested*

### SHERMAN LAMONT FIELDS MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN HIS REPLY IN FURTHER SUPPORT OF HIS MOTIONS FOR RECONSIDERATION

   Movant SHERMAN LAMONT FIELDS respectfully requests leave to file a reply brief in excess of five pages entitled Sherman Lamont Fields' Reply In Further Support Of His Motions For Reconsideration (Docket Nos. 337, 338, 340, 345).  In support of this motion, Mr. Fields states as follows:

   1.  On October 23, 2012, Mr. Fields' filed four motions for reconsideration: Motion to Vacate, Alter or Amend the Court's Order Denying His Motion for a New Trial and to Vacate, Set Aside and Correct Conviction and Death Sentence, and for Relief from Judgment, Made Pursuant to 28 U.S.C. § 2255 or Rule 33 of the Federal Rules of Criminal Procedure (Docket No. 318) ("Rule 59(e) Motion") [Docket No. 340]; (ii) Motion for Reconsideration of the Denial of Movant Sherman Lamont Fields' Motion for Leave to Production of Physical/Biological Evidence for Defense Examination and Possible DNA Testing (Docket No. 327) ("DNA Reconsideration Motion") [Docket No. 337]; (iii) Motion for Reconsideration of the Denial of Movant Sherman Lamont Fields' Motion for Authorization of Funds for Expert Assistance (Docket No. 329) ("Expert Reconsideration Motion") [Docket No. 338]; and (iv)

Motion for Reconsideration of the Denial of Movant Sherman Lamont Feilds' First Motion for Discovery (Docket No. 330) ("Discovery Reconsideration Motion") [Docket No. 345] (collectively, the "Reconsideration Motions").

2.     In an Order dated December 11, 2012 [Docket No. 355], based upon a determination of "good cause shown," the Court granted Mr. Fields' request for leave to file a brief in excess of ten pages with respect to Mr. Fields' Reconsideration Motions.  *See* Docket No. 355 at 2 n.1.

3.     On February 25, 2013, the Government filed a 17-page response ("Government's Response") to Mr. Fields' Reconsideration Motions.  [Docket No. 360]  The Government did not seek leave to file a brief in excess of ten pages in connection with its Response.

4.     Contemporaneously with this motion, Mr. Fields filed his Reply in Further Support of His Motions for Reconsideration (Docket Nos. 337, 338, 340, 345), a single brief in further support of all four of his Reconsideration Motions and addressing the Government's Response.  It is not possible to properly reply to the issues raised in the Government's Response within the traditional five-page limit for each reply (totaling 20 pages for all four reply briefs, if Mr. Fields' filed each reply individually).  The additional pages are not excessive and will assist the court in understanding and addressing the various issues presented in Mr. Fields four Reconsideration Motions.

5.     Undersigned counsel for Mr. Felds attempted to contact Assistant United States Attorney Gregory S. Gloff to obtain consent to this motion, but opposing counsel has not responded to this request for a page extension.

Dated:        March 18, 2013

                                        Respectfully Submitted,


                                        _____/s/ *Jeffrey Ellis*_____

                                        Jeffrey Ellis
                                        Attorney at Law
                                        Law Office of Alsept & Ellis
                                        621 SW Morrison St., Ste 1025
                                        Portland, OR  97205
                                        Tel:  (206) 218-7076
                                        Email:  JeffreyErwinEllis@gmail.com

                                        Peter J. Isajiw
                                        Admitted *Pro Hac Vice*
                                        Cadwalader, Wickersham & Taft, LLP
                                        One World Financial Center
                                        New York, NY  10281
                                        Tel:  212-504-6000
                                        Fax:  212-504-6666
                                        Email:  Peter.Isajiw@cwt.com

                                        *Attorneys for Mr. Fields*

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey E. Ellis, hereby certify that on March 18, 2013, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to the following attorneys of record in the above-entitled case:

**Gregory S. Gloff**
Assistant United States Attorney
800 Franklin Ave., Ste 280
Waco, TX  76701
Email:  Greg.Gloff@usdoj.gov


/s/ *Jeffrey E. Ellis*
Jeffrey E. Ellis
Attorney at Law