IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SHERMAN LAMONT FIELDS,

        Movant,

-*against*-

UNITED STATES OF AMERICA,

        Respondent.

CIVIL No. W-09-CV-009

CRIMINAL No. W-01-CR-164

**\*THIS IS A CAPITAL CASE**
*Oral Argument Requested*

## ORDER

        Movant SHERMAN LAMONT FIELDS' Motion for Leave to Exceed Page Limit in his Reply In Further Support Of His Motions For Reconsideration (Docket Nos. 337, 338, 340, 345), dated March 18, 2013 is hereby GRANTED.  Movant is hereby granted leave to file his reply brief in excess of five pages in further support of his motions for reconsideration pursuant to Fed. R. Civ. 59(e).

        IT IS SO ORDERED this ___ day of March 2013.

                           _____
                              WALTER S. SMITH, JR.
                            United States District Judge