Bit

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF TEXAS

### WACO DIVISION

SHERMAN LAMONT FIELDS,  §
   Movant,  §
                            §    CIVIL NO. W-09-CV-009  
                            §  
v.  §  
                            §    CRIMINAL NO. W-01-CR-164 (1)  
UNITED STATES OF AMERICA,  §  
   Respondent.  §

### O R D E R

Before the Court is Movant's letter that has been docketed as a Motion to Proceed Pro Se (Doc. 363). On September 25, 2012, the Court denied Fields's 28 U.S.C. § 2255 motion as amended, his motion for new trial as amended, as well as various motions seeking discovery, DNA testing, and funds for a trauma expert. The Court recently has denied Movant's various motions for reconsideration.

Movant informs the Court in his letter that he "will be proceeding to the 5th Circuit *pro se.*" He complains that: (1) the prosecutors and their witnesses intentionally engaged in a criminal conspiracy; (2) his attorneys "have not taken the necessary steps to bring this to light"; and (3) the Court "knew all along what the prosecution and their cabal was up to [sic]." Movant, however, is represented by counsel in this case. Accordingly, his *pro se* motion (Doc. 363) is hereby **DENIED**.

SIGNED this 10th day of June, 2013.

_____  
WALTER S. SMITH, JR.  
**United States District Judge**