**United States District Court**
**Western District of Texas**
**Waco Division**

William G. Putnicki
Clerk of Court

800 Franklin, Room 380
Waco, Texas  76701

September 17, 2013

Honorable Lyle W. Cayce III, Clerk
United States Court of Appeals, Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3479

RE: UNITED STATES OF AMERICA VS SHERMAN LAMONT FIELDS W-01-CR-164-1
     APPEAL NO. 13-70025

        In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

_____    Certified copy of the Notice of Appeal and docket entries.

_____    Certified copy of Notice of Cross-Appeal and docket entries.

_____    Judgment and Commitment Order has not been entered.

_____    SUPPLEMENTAL Record on appeal consisting of   _1_   Electronic Volumes of the Record; _
            _ Original Volumes of the Record; __ Sealed Envelopes; and _1_ Volumes of Transcripts

_____    Copy of CJA-20 appointing counsel.

__xx__    Other: Government's Exhibits

            In regard to the Notice of Appeal, the following additional information is furnished:

_____    The Court of Appeals docket fee HAS _____ HAS NOT _____ been paid.

_____    This case is proceeding In Forma Pauperis.

_____    Although the Court of Appeals docket fee was not paid at the time of the Notice of Appeal

            was filed, it was paid on _____.

_____    District Judge/Magistrate entering this final judgment is _____.

_____    Court Reporter assigned to this case is _____.

_____    If criminal case, names and numbers of other defendants are _____

_____    This case was decided without a hearing.  There will be no transcript.

                                            Sincerely,

                                            *Melissa Copp*

                                            Melissa Copp
                                            Deputy Clerk

ENTRY  UPS  GROUND TRACKING NUMBER
  1      1Z E2E 648 03 1008 588 0