# United States District Court
## Western District of Texas
## Waco Division

William G. Putnicki
Clerk of Court

*800 Franklin Ave., Rm 380*
*Waco, TX 76701*

*October 22, 2013*

**FILED**

NOV 0 4 2013

CLERK, U.S. ~~~~~~
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Jeffrey E. Ellis

Oregon Capital Resource Center

621 SW Morrison St., Suite 1025

Portland, OR 97205

RE:   UNITED STATES OF AMERICA VS SHERMAN LAMONT FIELDS (1)
     W:01-CR-164-1        Appeal No 13-70025

Dear Mr. Ellis,

In connection with this appeal, the following documents are being transmitted to you for the preparation of your appellate brief.   Please acknowledge receipt on the enclosed copy of this letter and return it to this office in the envelope provided.

   **XX**       **Record on appeal consisting of__1__DVD of the electronic Record**
   _____      _____ **Volumes of Transcripts**
   **XX**       **Via U.S. First Class Mail**

   When you have completed your use of this appellate record, there is no need to return the DVD to our offices. Please keep the certified record on DVD for your records.

Sincerely,

*Melissa Copp*
**Deputy Clerk**

I hereby acknowledge receipt of the above-referenced appellate record.

_____
Signature/Address/Telephone

10/30/13
_____
Date

**JEFFREY ELLIS**
_____
Print Name