**United States District Court**
**Western District of Texas**
**Waco Division**

*800 Franklin Ave., Rm 380*
*Waco, TX 76701*

William G. Putnicki
Clerk of Court

*November 15, 2013*

Joseph H. Gay, Jr.

Assistant U.S. Attorney

601 N. W. Loop 410, Suite 600

San Antonio, TX 78216

RE:   UNITED STATES OF AMERICA VS SHERMAN LAMONT FIELDS (1)
        W:01-CR-164-1        Appeal No 13-70025

**Dear Mr. Gay,**

In connection with this appeal, the following documents are being transmitted to you for the preparation of your appellate brief.   Please acknowledge receipt on the enclosed copy of this letter and return it to this office in the envelope provided.

_XX_        Record on appeal consisting of__1__DVD of the electronic Record
              _____ Volumes of Transcripts
_XX_        Via U.S. First Class Mail

        When you have completed your use of this appellate record, there is no need to return the DVD to our offices. Please keep the certified record on DVD for your records.

Sincerely,

*Melissa Copp*
**Deputy Clerk**

I hereby acknowledge receipt of the above-referenced appellate record.

_____                    _____
**Signature/Address/Telephone**                                      **Date**

_____
**Print Name**