**United States District Court**
**Western District of Texas**
**Waco Division**

William G. Putnicki
Clerk of Court

*800 Franklin Ave., Rm 380*
*Waco, TX 76701*

*November 15, 2013*

**FILED**

NOV 2 5 2013

CLERK, U.~~~~~~~~~~
WESTERN D~~~~~~~~~~~
BY ~~~~~~~~~~~~~~~~~~
         DEPUTY CLERK

Joseph H. Gay, Jr.

Assistant U.S. Attorney

601 N. W. Loop 410, Suite 600

San Antonio, TX 78216

RE:  UNITED STATES OF AMERICA VS SHERMAN LAMONT FIELDS (1)
     W:01-CR-164-1        Appeal No 13-70025

Dear Mr. Gay,

In connection with this appeal, the following documents are being transmitted to you for the preparation of your appellate brief.   Please acknowledge receipt on the enclosed copy of this letter and return it to this office in the envelope provided.

   _XX_           Record on appeal consisting of__1__DVD of the electronic Record
   _____           _____ Volumes of Transcripts
   _XX_            Via U.S. First Class Mail

     When you have completed your use of this appellate record, there is no need to return the DVD to our offices. Please keep the certified record on DVD for your records.

Sincerely,

*Melissa Copp*
**Deputy Clerk**

I hereby acknowledge receipt of the above-referenced appellate record.

_____ 210-354-7099 _____        11/21/13
**Signature/Address/Telephone**                                    **Date**

*Rita Diaz*
**Print Name**