# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

June 8, 2015

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re:  Sherman Lamont Fields
v. United States
No. 14-772
(Your No. 13-70025)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 09, 2015

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 13-70025    USA v. Sherman Fields
                 USDC No. 6:09-CV-9
                 USDC No. 6:01-CR-164-1

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _____
                  Charlene A. Vogelaar, Deputy Clerk
                  504-310-7648