# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 28, 2015

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

RECEIVED
SEP 0 1 2015
CLERK, U.S. DIS
WESTERN DISTRICT OF
BY_____
DEPUTY CLERK

> No. 13-70025    USA v. Sherman Fields
> USDC No. 6:09-CV-9
> USDC No. 6:01-CR-164-1

Dear Ms. Clack,

The following is(are) returned:

Supplemental Record,      ( 27 ) Vols.

Original Exhibits,       (1) Box    ( ) Env.    ( ) Package

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
Monica R. Washington, Deputy Clerk
504-310-7705