**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | Criminal Case No. W-01-CR-164 |
| Movant, | ) | Civil Case No. W-09-CV-009 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Movant SHERMAN LAMONT FIELDS' Motion To Vacate Conviction Under 28 U.S.C. § 2255, dated May 17, 2016, is hereby GRANTED for the reasons set forth in his motion.

Movant is entitled to the following relief:

- Count Three of the Judgment entering jury verdict on criminal counts 1-7 and sentence of death [Dkt. No. 230] is hereby VACATED;

- Count Five of the Judgment entering jury verdict on criminal counts 1-7 and sentence of death [Dkt. No. 230] is hereby VACATED;

- Count Seven of the Judgment entering jury verdict on criminal counts 1-7 and sentence of death [Dkt. No. 230] is hereby VACATED;

- Movant's request for leave to amend this Motion or to submit a Memorandum of Law in support of the sentencing amendments to Count Three, Count Five and Count Seven is hereby GRANTED.

IT IS SO ORDERED this ___ day of _____ 2016.

_____
WALTER S. SMITH, JR.
United States District Judge