IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SHERMAN LAMONT FIELDS,           §
                                 §
    Movant,                      §
                                 §     6-16-CV-132  RP
V.                               §     (6-01-CR-164(01))
                                 §
UNITED STATES OF AMERICA,        §
                                 §
    Respondent.                  §

## ORDER OF RECUSAL

Before the Court is the above-referenced matter which has assigned to the docket of the undersigned.

Pursuant to the dictates of Canon 3D of the Code of Conduct For United States Judges and pursuant to 28 U.S.C. § 455(b)(3), the Court finds recusal from this matter is appropriate.

Accordingly, IT IS ORDERED that the above-referenced matter be removed from the docket of the undersigned and assigned to the docket of United States District Judge Lee Yeakel. Pursuant to the most current Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.

All current settings remain in effect.

**SIGNED** on May 18, 2016.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE