**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | CRIMINAL NO. 6:01-cr-00164-LY-1 |
| | § | |
| **SHERMAN LAMONT FIELDS** | § | |
| **Defendant.** | § | |

**GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through its undersigned counsel and hereby gives notification that Assistant United States Attorney Jennifer S. Freel will be co-counsel for the Government in the above-captioned case. It is requested that service of copies of all notices, pleadings, and other papers be effected upon and addressed to Jennifer S. Freel, Assistant United States Attorney for the Western District of Texas, and current counsel for the Government, Gregory S. Gloff, Assistant United States Attorney for the Western District of Texas.

Respectfully submitted,

RICHARD L.DURBING, JR.
United States Attorney

By      /s/
Jennifer S. Freel
Assistant United States Attorney
816 Congress Avenue, Suite 1000
Austin, TX 78701
Tel: 512/916-5858
Fax: 512/916-5855
Texas State Bar No. 24051327

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May 2016, a true and correct copy of the forgoing

instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which

will transmit notification of such filing to the following CM/ECF participants:


Jeffrey E. Ellis
Oregon Capital Resource Center
621 SW Morrison St.
Suite 1025
Portland, OR 97205
(206) 218-7076
Email: jeffreyerwinellis@gmail.com

Peter J. Isajiw
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
212 556-2235
Fax: 212-556-2222
Email: pisajiw@kslaw.com

Attorneys for Sherman Lamont Fields

/s/
JENNIFER S. FREEL
Assistant United States Attorney