FILED

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

2017 MAY -1  PM 3: 29

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| **SHERMAN LAMONT FIELDS** | § | |
| | § | |
| **V.** | § | **W-16-CV-132** |
| | § | **(W-01-CR-164-1)** |
| **UNITED STATES OF AMERICA** | § | |

### ORDER

On March 20, 2017, the Supreme Court denied Petitioner's petition for writ of habeas corpus. *In re Fields*, Case No. 16-293, 197 L. Ed. 2d 544, 2017 U.S. LEXIS 1771 (Mar. 20, 2017). On the same day, the Supreme Court denied Petitioner's petition for writ of mandamus. *In re Fields*, Case No. 16-294, 197 L. Ed. 2d 545, 2017 U.S. LEXIS 1750 (Mar. 20, 2017).

In light of these denials, the parties are **ORDERED** to show cause by May 5, 2017, why this case should not be dismissed for want of jurisdiction.

SIGNED this _1st_ day of _May_, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE