**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | No. 6:16-cv-132 |
| Movant, | ) | (No. 6:01-cr-164-1) |
| | ) | |
| v. | ) | |
| | ) | **THIS IS A CAPITAL CASE** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF VOLUNTARY WITHDRAWAL OF § 2255 MOTION**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Movant Sherman Lamont Fields hereby voluntarily withdraws his Motion to Vacate Conviction Under 28 U.S.C. § 2255, which has been held in abeyance by this Court since its filing on May 18, 2016.

On January 30, 2004, Fields was convicted and sentenced to death for using a firearm causing death in relation to a "crime of violence," in violation of 18 U.S.C. § 924(c)(1). Having previously challenged his conviction under § 2255, on May 18, 2016, Fields moved the Fifth Circuit for authorization to file a successive § 2255 motion, arguing that his § 924(c) conviction and death sentence were constitutionally deficient in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015), which invalidated a materially identical sentencing statute. Fields contemporaneously filed a successive § 2255 in this Court (Dkt. 377), and sought a stay pending a decision from the Fifth Circuit (Dkt. 378). On May 19, 2016, this Court entered a text order holding Fields's successive § 2255 in abeyance.

On June 17, 2016, the Fifth Circuit denied Fields authorization to file a successive § 2255 motion. *In re Fields*, 826 F.3d 785, 787 (5th Cir. 2016) (holding that a successive § 2255 is not warranted because the Supreme Court has not extended its holding in *Johnson* to § 924(c)). Because the Fifth Circuit's decision was not appealable in the ordinary course, *see* 28 U.S.C. § 2244(b)(3)(E), Fields filed an original Petition for Writ of Habeas Corpus and a Petition for Writ of Mandamus in the United States Supreme Court. *In re Fields*, Nos. 16-293, 16-294 (U.S., filed Aug. 24, 2016). This Court continued to hold Fields's successive § 2255 in abeyance pending the Supreme Court's decision. On March 20, 2017, the Supreme Court denied Fields's petitions. *In re Fields*, No. 16-293, 2017 WL 1041026 (U.S. Mar. 20, 2017); *In re Fields*, No. 16-294, 2017 WL 1041031 (U.S. Mar. 20, 2017). On May 1, 2017, this Court issued an Order to Show Cause as to why Fields's case should not be dismissed for want of jurisdiction (Dkt. 386).

In light of the Supreme Court's decision, and in response to this Court's Order to Show Cause, Fields hereby voluntarily withdraws his successive § 2255 motion. This withdrawal is made without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Fields respectfully reserves the right to seek further relief under § 2255 in this Court and petition the Fifth Circuit for authorization of same in light of any intervening Supreme Court jurisprudence, or under any other circumstances giving grounds for § 2255 relief.

Respectfully submitted,

/s/ Jeffrey Ellis
JEFFREY ELLIS
621 SW Morrison St., Suite 1025
Portland, OR 97205
(206) 218-7076
jeffreyerwinellis@gmail.com


PETER J. ISAJIW
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100
pisajiw@kslaw.com

*Counsel for Sherman Lamont Fields*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 4th day of May, 2017, a copy of the foregoing document was served via the CM/ECF electronic filing system upon:

Gregory S. Gloff, United States Attorney
Western District of Texas
800 Franklin, Suite 280
Waco, TX  76701

Mark L. Frazier, United States Attorney
Western District of Texas
800 Franklin, Suite 280
Waco, TX  76701

Joseph H. Gay, Jr., United States Attorney
Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, TX  78216

Jennifer Sheffield Freel, United States Attorney
Western District of Texas
816 Congress Avenue, Suite 1000
Austin, TX  78701

Office of the United States Attorney
Western District of Texas
800 Franklin, Suite 280
Waco, TX  76701

/s/ Jeffrey Ellis
Jeffrey Ellis

4