IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

2017 MAY 15  AM 8: 36

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS | § | |
| | § | |
| V. | § | W-16-CV-132 |
| | § | (W-01-CR-164-1) |
| UNITED STATES OF AMERICA | § | |

## ORDER

Before the court is Movant Sherman Lamont Fields's Motion to Vacate Set Aside, or Correct Sentence by a Person in Federal Custody Under 28 U.S.C. § 2255. At the time he filed his Section 2255 motion, Fields also filed a motion to hold the case in abeyance pending authorization from the Fifth Circuit because the Section 2255 motion was successive. The court granted the motion to hold the case in abeyance on May 19, 2016. The Fifth Circuit then denied Fields's request to file a successive Section 2255 motion. Following the Fifth Circuit's decision, the United States filed a motion to dismiss Fields's Section 2255 motion. Fields subsequently sought relief from the Supreme Court. The Supreme Court denied Fields's motions. This court then issued an order to show cause why this case should not be dismissed and Fields responded to the show cause order by agreeing to voluntarily dismiss his successive Section 2255 motion pursuant to Federal Rule of Civil Procedure 41(a). Accordingly,

It is therefore **ORDERED** that Sherman Lamont Fields's Motion to Vacate Set Aside, or Correct Sentence by a Person in Federal Custody Under 28 U.S.C. § 2255 (#377) is **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that the United States's Motion to Dismiss (#381) is **DISMISSED.**

SIGNED this 15th day of May, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE