UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | Criminal Case No. |
| Movant, | ) | 6:01-cr-00164-LY-1 |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING |
| | ) | MOTION TO HOLD |
| UNITED STATES OF AMERICA, | ) | CASE IN ABEYANCE |
| | ) | |
| Respondent. | ) | |

## ORDER

For the reasons specified therein, Mr. Fields' Motion to Hold Case in Abeyance is GRANTED. It is hereby ORDERED that Mr. Fields' successive § 2255 proceedings will be held in abeyance pending the United States Court of Appeals for the Fifth Circuit's authorization to file a successive § 2255 motion.

Dated this _____ day of _____, 2020

_____

UNITED STATES DISTRICT JUDGE