UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | Criminal Case No. |
| Movant, | ) | 6:01-cr-00164-LY-1 |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING |
| | ) | MOTION TO TRANSFER |
| UNITED STATES OF AMERICA, | ) | SUCCESSIVE § 2255 |
| | ) | MOTION |
| Respondent. | ) | |

## ORDER

For the reasons specified therein, Mr. Fields' Motion to Transfer Successive

§ 2255 to the Court of Appeals is GRANTED. It is hereby ORDERED that Mr.

Fields' successive § 2255 motion is transferred to the United States Court of

Appeals for the Fifth Circuit.


Dated this ____ day of _____, 2020



_____
UNITED STATES DISTRICT JUDGE