IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CAUSE NO: 6:01-CR-164-LY |
| | § | |
| (1) SHERMAN LAMONT FIELDS | § | |

TRANSFER ORDER

Before the court is the above-styled and numbered cause of action. It appears to the court that the above-styled and numbered cause should be transferred from the docket of the Honorable Lee Yeakel to the docket of the Honorable Alan D Albright, United States District Judge, both judges having consented to the transfer.

**IT IS ORDERED** that the above-styled and numbered cause is **TRANSFERRED** to the Waco Docket of the Honorable Alan D Albright, United States District Judge, for all purposes. Pursuant to the Amended Order Assigning the Business of the Court effective January 1, 2020, the District Clerk shall credit this case to the percentage of business of the receiving Judge.

SIGNED this 16th day of June, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE