## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Criminal Case No. |
| Plaintiff, | ) | 6:01-cr-164-ADA |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE OF ATTORNEY

Please take note that Attorney Florence Italia Patti of the Indiana Federal Community Defenders will appear on behalf of Defendant Sherman Lamont Fields in the above-captioned matter.

Respectfully Submitted,

/s/ F. Italia Patti
F. Italia Patti
Indiana Bar No. 34725-02
Indiana Federal Community
Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
317.383.3520 (phone)
317.383.3525 (fax)
italia_patti@fd.org

## Certificate of Service

I certify that on October 29, 2020, I electronically filed this document with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification to the following CM/ECF participant(s): Zachary C. Richter, zachary.c.richter@usdoj.gov; Gregory S. Gloff, greg.gloff@usdoj.gov.

/s/ F. Italia Patti
F. Italia Patti