**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **SHERMAN LAMONT FIELDS** | § | |
| | § | **CIVIL NO. W-20-CV-527-ADA** |
| **v.** | § | **CRIMINAL NO. W-01-CR-0164(1)-ADA** |
| | § | |
| **UNITED STATES OF AMERICA** | § | **\* CAPITAL CASE \*** |

## <u>ORDER</u>

Before the Court is Movant Sherman Lamont Fields's Third Motion to Vacate Set Aside, or Correct Sentence by a Person in Federal Custody Under 28 U.S.C. § 2255 (ECF No. 401).  At the time he filed the instant Section 2255 motion, Fields also filed a Motion to Hold Case in Abeyance (ECF No. 402) pending authorization from the Fifth Circuit because the Section 2255 motion was successive.  On October 23, 2020, the Fifth Circuit granted, in part, Field's motion for authorization to file a successive Section 2255 motion.  *In re Fields*, No. 20-50351 (5th Cir. 2020); (ECF No. 405).

Accordingly, **IT IS HEREBY ORDERED** that Movant Sherman Lamont Fields's Motion to Hold Case in Abeyance (ECF No. 402), filed June 15, 2020, is **DISMISSED** as moot;

**IT IS FURTHER ORDERED** that the Clerk shall deliver or serve a copy of the Motion to Vacate (ECF No. 401), together with a notice of its filing, upon the United States Attorney. Service by electronic means is acceptable, absent further order from the Court. *See* Rule 3(b), Rules Governing Section 2255 Proceedings, following 28 U.S.C. § 2255;

**IT IS FURTHER ORDERED** that the United States Attorney, on behalf of the Respondent United States of America, shall file an answer or other response to the Motion to

Vacate in full compliance with Local Court Rule 1(e) and the Rules Governing Section 2255 Proceedings, following 28 U.S.C. § 2255, **within sixty (60) days** of the date of this order;

**IT IS FURTHER ORDERED** that the United States Attorney shall include a transcript of the underlying proceedings, or portion of that transcript, if the transcript or portion thereof is relevant to the movant's arguments; and

**IT IS FINALLY ORDERED** that, after the answer or other response has been filed by the United States Attorney, the movant shall have **sixty (60) days** from the date of receipt of the answer or other response in which to file any reply.

**SIGNED this the 12th day of November, 2020.**

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

2