United States District Court
Western District of Texas
Waco Division

United States of America,
    Plaintiff,

v.

(1) Sherman Lamont Fields,
    Defendant.

No. 6:01-CR-164-ADA

**United States' Unopposed Motion to Extend Time
to File Sentencing Memoranda**

The United States respectfully moves under Federal Rule of Criminal Procedure 45(b)(1)(A) to extend the parties' time to file sentencing memoranda in this case from March 24 to March 31, 2021. Defendant Sherman Fields does not oppose this extension.

1.   In response to a motion to vacate under 28 U.S.C. § 2255, this Court has vacated Fields's convictions and sentences on Counts Three and Seven and has scheduled resentencing for April 7, 2021, at 1:30 pm. (Order 1-2, ECF No. 412.) The parties favor keeping that date for resentencing.

2.   Nevertheless, good cause supports a seven-day extension in the deadline to file sentencing memoranda:

    a.   Sentencing memoranda are currently due March 24, 2021—14 days before resentencing. (Order 2, ECF No. 412.)

    b.   The U.S. Probation Office anticipates circulating a revised presentence report today or in the near future. Less than a week remains before sentencing memoranda would be due. To allow the parties sufficient time to review and analyze the revised presentence report before submitting sentence memoranda, especially in light of the age and length of the original trial and sentencing record, an extension is necessary.

    c.   Any sentencing memoranda will still be filed at least week before sentencing.

**U.S. Motion to Extend Deadline for Sentencing Memoranda**        **1**

Therefore, this Court should extend the parties' time to file sentencing memoranda in this case from March 24 to March 31, 2021.

Respectfully submitted,

Ashley C. Hoff
United States Attorney

By:    /s/ Zachary C. Richter
Zachary C. Richter
Assistant United States Attorney
Texas Bar No. 24041773
903 San Jacinto, Suite 334
Austin, Texas  78701
(512) 916-5858 (phone)
(512) 916-5854 (fax)
Zachary.C.Richter@usdoj.gov

**Certificate of Service**

I certify that on March 18, 2021, I electronically filed this document with the Clerk of Court using the CM/ECF system.

☒  The CM/ECF system will send notification to the following CM/ECF participant(s):

Florence Italia Patti
italia.patti@fd.org

☐  I also certify that I have mailed this document by United States Postal Service to the following non-CM/ECF participant(s):

n.a.

/s/ Zachary C. Richter
Zachary C. Richter
Assistant United States Attorney

**U.S. Motion to Extend Deadline for Sentencing Memoranda**                    **3**