United States District Court
Western District of Texas
Waco Division

United States of America,
    Plaintiff,

v.

(1) Sherman Lamont Fields,
    Defendant.

No. W-01-CR-164(1)-ADA

## ORDER

Before the Court is the United States' unopposed motion to extend the parties' time to file sentencing memoranda in this case. For good cause shown, that motion is GRANTED. The parties shall submit any sentencing memoranda no later than March 31, 2021.

Signed: _____

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE