# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | WA:01-CR-00164(1)-ADA |
| | § | |
| (1) SHERMAN LAMONT FIELDS | § | |

## ORDER RESETTING SENTENCING BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for

**SENTENCING BY ZOOM** in District Courtroom #1, on the Third Floor of the United States

Courthouse, 800 Franklin Ave, Waco, TX, on **Wednesday, April 07, 2021 at 01:00 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to

counsel for defendant, the United States Attorney, United States Pretrial Services and the United

States Probation Office. Counsel for the defendant shall notify the defendant of this setting and,

if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FINALLY ORDERED that in the event the services of a court interpreter are

required, counsel for the defendant shall notify the U.S. District Clerk's Office within five days

of the date of the hearing.

IT IS SO ORDERED this 1st day of April, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE