DISTRICT COURT FOR THE WESTERN
DISTRICT OF TEXAS
(WACO DIVISION) **FILED**

**April 28, 2025**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ cap _____
DEPUTY

SHERMAN LAMONT FIELDS

v.                                          6:01-cr-00164

UNITED STATES

<u>NOTICE OF APPEAL</u>

At or about January 15, 2025 the Petitioner filed a RULE 60(b) motion in the 5th Circuit Court of appeal seeking relief. Today, April 10, 2025 Mr. Fields received a letter from the 5th Circuit stating that he "may file a notice of appeal in the U.S. District Court" ; and " You may address your 60(b) motion to the Clerk of the U.S. District Court". This motion serves as my notice to the Court; Petitioner will be filing a RULE 60(b) motion soon that "Relates back" to his original appeal(s).

Respectfully Submitted

Sherman Fields # 15651-180
USP LEE
P.O. Box 385
Jonesville, VA 24263



Sherman Fields
#15651-180
USP LEE
P.O. Box 305
Jonesville, VA
        24263

Legal Mail

CHARLOTTE NC LPC 281

22 APR 2025  PM 2  L

RECEIVED

APR 28 2025

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
            DEPUTY CLERK

To the Clerk
United States District Court
800 Franklin Ave. Room 380
Waco, Texas 76701

Special Mail
28 C.F.R. § 540.18

76701-193480