# AFFIDAVIT ACCOMPANYING MOTION FOR
# PERMISSION TO APPEAL IN FORMA PAUPERIS

United States District Court for the __VIIESTERAL__ District of ___TEXAS___

UNITED STATES OF AMERICA

v.

SHERMAN LAMONT FIELDS

Case No. 6:01-CR-164-1

U.S. COURT OF APPEALS RECEIVED JUN 03 2025 FIFTH CIRCUIT

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.)<br><br>Signed: _Sherman Field_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: 5/28/25 |

My issues on appeal are: ACTUAL INNOCENCE; PROS. MISCONDUCT; FALSE EVIDENCE; FRAUD ON THE COURT; JUDICIAL BIAS; BRADY; PREJUDICE; AEDPA UNCONSTITUTIONAL

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months<br>You | Amount expected next month<br>You |
|---|---|---|
| Employment | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 |

MISC-14

| | | | |
|---|---|---|---|
| Unemployment payments | $ | | $ |
| Public-assistance (such as welfare) | $ | | $ |
| Other (specify): _____ | $ | | $ |
| Total monthly income: | $ | | $ |

2.   List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

3.   List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4.   How much cash do you and your spouse have? ·$_____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

MISC-14

5.  List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home          (Value) | Other real estate (Value) | Motor vehicle #1     (Value) |
|---|---|---|
| | | Make & year: |
| | | Model: |
| | | Registration # |

| Motor vehicle #2    (Value) | Other assets  (Value) | Other assets  (Value) |
|---|---|---|
| Make & year: | | |
| Model: | | |
| Registration #: | | |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | | |
| | | |
| | | |

7.  State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

8.  Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real-estate taxes included? 9 Yes  9 No Is property insurance included? 9 Yes  9 No | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |

MISC-14

| | | | |
|---|---|---|---|
| Clothing | $ | $ | |
| Laundry and dry-cleaning | $ | $ | |
| Medical and dental expenses | $ | $ | |
| Transportation (not including motor vehicle payments) | $ | $ | |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ | |
| Insurance (not deducted from wages or included in Mortgage payments) | $ | $ | |
|     Homeowner's or renter's | $ | $ | |
|     Life | $ | $ | |
|     Health | $ | $ | |
|     Motor Vehicle | $ | $ | |
|     Other: | $ | $ | |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): | $ | $ | |
| Installment payments | $ | $ | |
|     Motor Vehicle | $ | $ | |
|     Credit card (name): | $ | $ | |
|     Department store (name): | $ | $ | |
|     Other: | $ | $ | |
| Alimony, maintenance, and support paid to others | $ | $ | |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ | |
| Other (specify): | $ | $ | |
| Total monthly expenses: | $ | $ | |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes  ☒ No     If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☒ No

If yes, how much? $

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

MISC-14

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes  ☑ No

If yes, how much? $ _____0_____

If yes, state the person's name, address, and telephone number:

_____0_____

_____0_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.  N/A.

13. State the [city and state] of your legal residence.

WACO, TEXAS

Your daytime phone number: ( N ) A

Your age: 50  Your years of schooling: GED

[Last four digits of] your social-security number: __3007__

# All Transactions

PRINT

| Inmate Reg #: | 15651180 | Current Institution: | Lee USP |
| Inmate Name: | FIELDS, SHERMAN | Housing Unit: | LEE-C-A |
| Report Date: | 05/06/2025 | Living Quarters: | C02-404L |
| Report Time: | 2:27:38 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 12/16/2024 11:05:07 AM | TRUL Withdrawal | ($30.00) | TL1216 | | $95.11 |
| 12/14/2024 5:09:12 AM | Lockbox - CD | $125.00 | 70123301 | | $125.11 |
| 12/9/2024 2:34:25 PM | FRP Quarterly Pymt | $0.00 | 5FRP1224 | | $0.11 |
| 12/2/2024 9:36:28 AM | Sales - No FP (Non-FP Session) | $0.00 | 26 | | $0.11 |
| 11/14/2024 5:09:45 PM | TRUL Withdrawal | ($10.00) | TL1114 | | $0.11 |
| 11/14/2024 5:08:54 PM | TRUL Withdrawal | ($15.00) | TL1114 | | $10.11 |
| 11/14/2024 1:41:45 PM | Sales - Fingerprint | ($26.05) | 88 | | $25.11 |
| 11/14/2024 5:07:21 AM | Lockbox - CD | $25.00 | 70121301 | | $51.16 |
| 11/13/2024 5:10:05 AM | Lockbox - CD | $25.00 | 70121201 | | $26.16 |
| 10/31/2024 8:34:23 AM | TRUL Withdrawal | ($10.00) | TL1031 | | $1.16 |
| 10/31/2024 8:04:18 AM | Sales - Fingerprint | ($4.70) | 5 | | $11.16 |
| 10/31/2024 8:02:50 AM | Sales - Fingerprint | ($44.40) | 4 | | $15.86 |
| 10/31/2024 7:16:32 AM | TRUL Withdrawal | $60.00 | TL1031 | | $60.26 |
| 10/30/2024 9:25:56 AM | TRUL Withdrawal | ($5.00) | TL1030 | | $0.26 |
| 10/30/2024 9:25:27 AM | TRUL Withdrawal | ($15.00) | TL1030 | | $5.26 |
| 10/30/2024 9:24:55 AM | TRUL Withdrawal | ($30.00) | TL1030 | | $20.26 |
| 10/30/2024 9:16:55 AM | TRUL Withdrawal | ($30.00) | TL1030 | | $50.26 |
| 10/26/2024 8:07:45 PM | Western Union | $80.00 | 33324300 | | $80.26 |
| 10/21/2024 9:53:14 AM | Sales - Fingerprint | ($46.55) | 42 | | $0.26 |
| 10/16/2024 5:33:27 PM | TRUL Withdrawal | $45.00 | TL1016 | | $46.81 |
| 10/10/2024 12:49:56 PM | Sales - Fingerprint | ($88.20) | 66 | | $1.81 |
| 10/9/2024 7:45:56 AM | TRUL Withdrawal | $90.00 | TL1009 | | $90.01 |
| 10/1/2024 7:02:48 AM | TRUL Withdrawal | ($2.00) | TL1001 | | $0.01 |
| 9/30/2024 7:43:32 PM | TRUL Withdrawal | ($2.00) | TL0930 | | $2.01 |
| 9/30/2024 3:08:30 PM | TRUL Withdrawal | ($5.00) | TL0930 | | $4.01 |
| 9/30/2024 12:41:59 PM | TRUL Withdrawal | ($30.00) | TL0930 | | $9.01 |
| 9/30/2024 12:26:31 PM | Sales - Fingerprint | ($11.70) | 8 | | $39.01 |
| 9/30/2024 12:23:02 PM | Sales - Fingerprint | ($49.35) | 6 | | $50.71 |
| 9/29/2024 2:19:20 PM | TRUL Withdrawal | ($30.00) | TL0929 | | $100.06 |
| 9/29/2024 2:18:44 PM | TRUL Withdrawal | ($30.00) | TL0929 | | $130.06 |
| 9/29/2024 2:18:01 PM | TRUL Withdrawal | ($30.00) | TL0929 | | $160.06 |
| 9/29/2024 12:07:27 PM | Western Union | $100.00 | 33324273 | | $190.06 |
| 9/29/2024 6:58:28 AM | TRUL Withdrawal | $90.00 | TL0929 | | $90.06 |
| 9/24/2024 5:57:10 PM | TRUL Withdrawal | ($5.00) | TL0924 | | $0.06 |
| 9/24/2024 1:55:16 PM | Sales - Fingerprint | ($19.50) | 89 | | $5.06 |
| 9/24/2024 1:41:41 PM | Sales - Fingerprint | ($69.60) | 83 | | $24.56 |
| 9/21/2024 6:25:39 PM | TRUL Withdrawal | ($5.00) | TL0921 | | $94.16 |
| 9/20/2024 6:01:36 PM | TRUL Withdrawal | ($5.00) | TL0920 | | $99.16 |
| 9/20/2024 5:31:14 PM | TRUL Withdrawal | ($30.00) | TL0920 | | $104.16 |
| 9/18/2024 10:08:01 PM | Western Union | $5.00 | 33324262 | | $134.16 |
| 9/14/2024 7:08:37 AM | Western Union | $15.00 | 33324258 | | $129.16 |
| 9/12/2024 8:06:49 AM | Sales - No FP (Non-FP Session) | $7.80 | 12 | | $114.16 |
| 9/11/2024 2:30:30 PM | Sales - No FP (Non-FP Session) | ($7.80) | 73 | | $106.36 |
| 9/9/2024 6:53:31 AM | FRP Quarterly Pymt | ($25.00) | ZFRP0924 | | $114.16 |
| 9/9/2024 5:08:45 AM | Lockbox - CD | $75.00 | 70116703 | | $139.16 |
| 9/2/2024 5:08:32 AM | Lockbox - CD | $25.00 | 70116303 | | $64.16 |
| 8/7/2024 5:10:13 AM | Lockbox - CD | $25.00 | 70114501 | | $39.16 |

1 2 3

## All Transactions

**[PRINT]**

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 15651180 | Current Institution: | Lee USP | |
| Inmate Name: | FIELDS, SHERMAN | Housing Unit: | LEE-C-A | |
| Report Date: | 05/06/2025 | Living Quarters: | C02-404L | |
| Report Time: | 2:27:23 PM | | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 2/28/2025 9:36:40 AM | Sales - Fingerprint | ($6.00) | 15 | | $10.36 |
| 2/28/2025 9:35:31 AM | Sales - Fingerprint | ($53.65) | 14 | | $16.36 |
| 2/27/2025 6:56:31 PM | TRUL Withdrawal | ($5.00) | TL0227 | | $70.01 |
| 2/27/2025 6:15:23 PM | Phone Withdrawal | ($5.00) | TFN0227 | | $75.01 |
| 2/27/2025 1:08:12 PM | Western Union | $80.00 | 33325058 | | $80.01 |
| 2/19/2025 8:53:57 AM | Phone Withdrawal | ($2.00) | TFN0219 | | $0.01 |
| 2/19/2025 8:52:41 AM | TRUL Withdrawal | $1.00 | TL0219 | | $2.01 |
| 2/19/2025 8:51:42 AM | TRUL Withdrawal | ($2.00) | TL0219 | | $1.01 |
| 2/19/2025 8:50:47 AM | Phone Withdrawal | $3.00 | TFN0219 | | $3.01 |
| 2/15/2025 11:49:12 AM | TRUL Withdrawal | ($2.00) | TL0215 | | $0.01 |
| 2/15/2025 11:48:37 AM | TRUL Withdrawal | $0.60 | TL0215 | | $2.01 |
| 2/12/2025 1:28:29 PM | Sales - Fingerprint | ($53.90) | 59 | | $1.41 |
| 2/11/2025 9:13:14 AM | Phone Withdrawal | ($10.00) | TFN0211 | | $55.31 |
| 2/10/2025 5:08:08 PM | Western Union | $60.00 | 33325041 | | $65.31 |
| 2/4/2025 12:35:24 PM | Sales - Fingerprint | ($85.20) | 133 | | $5.31 |
| 2/4/2025 11:32:15 AM | TRUL Withdrawal | ($10.00) | TL0204 | | $90.51 |
| 2/4/2025 10:35:42 AM | TRUL Withdrawal | ($15.00) | TL0204 | | $100.51 |
| 2/4/2025 9:07:53 AM | Western Union | $115.00 | 33325035 | | $115.51 |
| 1/30/2025 2:03:22 PM | Sales - Fingerprint | ($5.25) | 63 | | $0.51 |
| 1/30/2025 2:01:13 PM | Sales - Fingerprint | ($44.75) | 60 | | $5.76 |
| 1/28/2025 10:27:02 AM | TRUL Withdrawal | $46.00 | TL0128 | | $50.51 |
| 1/24/2025 8:22:29 AM | TRUL Withdrawal | ($10.00) | TL0124 | | $4.51 |
| 1/24/2025 7:03:02 AM | TRUL Withdrawal | ($15.00) | TL0124 | | $14.51 |
| 1/23/2025 9:06:33 PM | Money Gram | $25.00 | 33425023 | | $29.51 |
| 1/23/2025 2:03:17 PM | Sales - Fingerprint | ($27.60) | 37 | | $4.51 |
| 1/23/2025 2:02:02 PM | Sales - Fingerprint | ($58.10) | 36 | | $32.11 |
| 1/19/2025 7:08:14 PM | Western Union | $90.00 | 33325019 | | $90.21 |
| 1/15/2025 10:43:22 AM | Phone Withdrawal | ($3.00) | TFN0115 | | $0.21 |
| 1/15/2025 10:42:11 AM | TRUL Withdrawal | ($5.00) | TL0115 | | $3.21 |
| 1/15/2025 10:19:33 AM | Sales - Fingerprint | ($37.05) | 31 | | $8.21 |
| 1/15/2025 7:19:54 AM | Phone Withdrawal | ($5.00) | TFN0115 | | $45.26 |
| 1/14/2025 3:07:48 PM | Western Union | $50.00 | 33325014 | | $50.26 |
| 1/8/2025 9:38:33 AM | Phone Withdrawal | ($4.00) | TFN0108 | | $0.26 |
| 1/8/2025 9:34:35 AM | TRUL Withdrawal | ($10.00) | TL0108 | | $4.26 |
| 1/8/2025 9:04:30 AM | Sales - Fingerprint | ($71.15) | 10 | | $14.26 |
| 1/8/2025 7:28:09 AM | TRUL Withdrawal | $10.00 | TL0108 | | $85.41 |
| 1/7/2025 1:26:45 PM | Phone Withdrawal | ($3.00) | TFN0107 | | $75.41 |
| 1/6/2025 7:07:23 PM | TRUL Withdrawal | $77.85 | TL0106 | | $78.41 |
| 1/3/2025 8:10:38 AM | Phone Withdrawal | ($11.00) | TFN0103 | | $0.56 |
| 1/3/2025 7:04:42 AM | TRUL Withdrawal | ($15.00) | TL0103 | | $11.56 |
| 1/3/2025 5:08:29 AM | Lockbox - CD | $25.00 | 70124401 | | $26.56 |
| 1/2/2025 5:54:47 PM | TRUL Withdrawal | ($2.00) | TL0102 | | $1.56 |
| 1/2/2025 1:31:40 PM | TRUL Withdrawal | ($10.00) | TL0102 | | $3.56 |
| 1/2/2025 1:24:35 PM | TRUL Withdrawal | ($30.00) | TL0102 | | $13.56 |
| 1/2/2025 1:20:29 PM | Sales - Fingerprint | ($3.65) | 30 | | $43.56 |
| 1/2/2025 1:15:48 PM | Sales - Fingerprint | ($77.90) | 29 | | $47.21 |
| 12/30/2024 7:13:52 PM | TRUL Withdrawal | $100.00 | TL1230 | | $125.11 |
| 12/17/2024 9:38:27 AM | TRUL Withdrawal | ($10.00) | TL1217 | | $25.11 |
| 12/16/2024 11:38:57 AM | TRUL Withdrawal | ($30.00) | TL1216 | | $35.11 |
| 12/16/2024 11:07:44 AM | TRUL Withdrawal | ($30.00) | TL1216 | | $65.11 |

1 2 3

## All Transactions

PRINT

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 15651180 | Current Institution: | Lee USP | |
| Inmate Name: | FIELDS, SHERMAN | Housing Unit: | LEE-C-A | |
| Report Date: | 05/06/2025 | Living Quarters: | C02-404L | |
| Report Time: | 2:27.15 PM | | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 5/6/2025 10:59:53 AM | Phone Withdrawal | ($3.00) | TFN0506 | | $0.00 |
| 5/6/2025 10:42:26 AM | TRUL Withdrawal | ($5.00) | TL0506 | | $3.00 |
| 5/6/2025 10:41:27 AM | TRUL Withdrawal | $2.30 | TL0506 | | $8.00 |
| 5/6/2025 8:57:39 AM | Sales - Fingerprint | ($1.80) | 41 | | $5.70 |
| 5/6/2025 8:55:09 AM | Sales - Fingerprint | ($82.50) | 40 | | $7.50 |
| 5/5/2025 8:40:32 AM | TRUL Withdrawal | $90.00 | TL0505 | | $90.00 |
| 4/30/2025 1:04:28 PM | TRUL Withdrawal | ($30.00) | TL0430 | | $0.00 |
| 4/30/2025 1:03:58 PM | TRUL Withdrawal | ($30.00) | TL0430 | | $30.00 |
| 4/27/2025 3:07:29 PM | Western Union | $50.00 | 33325117 | | $60.00 |
| 4/27/2025 1:16:18 PM | TRUL Withdrawal | ($10.00) | TL0427 | | $10.00 |
| 4/27/2025 1:15:33 PM | TRUL Withdrawal | ($30.00) | TL0427 | | $20.00 |
| 4/26/2025 12:39:14 PM | TRUL Withdrawal | ($5.00) | TL0426 | | $50.00 |
| 4/26/2025 11:22:31 AM | Phone Withdrawal | ($5.00) | TFN0426 | | $55.00 |
| 4/26/2025 5:07:48 AM | Lockbox - CD | $25.00 | 70132001 | | $60.00 |
| 4/25/2025 6:41:03 PM | TRUL Withdrawal | ($5.00) | TL0425 | | $35.00 |
| 4/25/2025 5:07:08 PM | Western Union | $40.00 | 33325115 | | $40.00 |
| 4/25/2025 2:56:35 PM | Phone Withdrawal | ($1.00) | TFN0425 | | $0.00 |
| 4/25/2025 2:53:21 PM | TRUL Withdrawal | $1.00 | TL0425 | | $1.00 |
| 4/14/2025 2:05:36 PM | TRUL Withdrawal | ($2.00) | TL0414 | | $0.00 |
| 4/14/2025 2:05:03 PM | TRUL Withdrawal | ($5.00) | TL0414 | | $2.00 |
| 4/14/2025 2:04:14 PM | TRUL Withdrawal | $0.30 | TL0414 | | $7.00 |
| 4/14/2025 12:54:13 PM | Sales - Fingerprint | ($83.30) | 25 | | $6.70 |
| 4/14/2025 8:39:55 AM | Phone Withdrawal | ($5.00) | TFN0414 | | $90.00 |
| 4/14/2025 7:22:30 AM | TRUL Withdrawal | $5.00 | TL0414 | | $95.00 |
| 4/14/2025 6:55:39 AM | TRUL Withdrawal | ($10.00) | TL0414 | | $90.00 |
| 4/14/2025 6:54:24 AM | TRUL Withdrawal | ($10.00) | TL0414 | | $100.00 |
| 4/13/2025 8:06:48 PM | Money Gram | $110.00 | 33425103 | | $110.00 |
| 4/9/2025 9:43:11 AM | Phone Withdrawal | ($1.00) | TFN0409 | | $0.00 |
| 4/9/2025 9:41:54 AM | TRUL Withdrawal | $0.20 | TL0409 | | $1.00 |
| 4/9/2025 8:07:55 AM | Sales - Fingerprint | ($59.35) | 16 | | $0.80 |
| 4/8/2025 1:08:07 PM | Western Union | $25.00 | 33325098 | | $60.15 |
| 4/8/2025 10:09:03 AM | TRUL Withdrawal | $0.15 | TL0408 | | $35.15 |
| 4/8/2025 7:59:30 AM | TRUL Withdrawal | $35.00 | TL0408 | | $35.00 |
| 3/31/2025 1:39:44 PM | Phone Withdrawal | ($6.00) | TFN0331 | | $0.00 |
| 3/31/2025 1:38:31 PM | TRUL Withdrawal | $0.80 | TL0331 | | $6.00 |
| 3/31/2025 1:37:01 PM | TRUL Withdrawal | $5.00 | TL0331 | | $5.20 |
| 3/25/2025 1:52:07 PM | Phone Withdrawal | ($5.00) | TFN0325 | | $0.20 |
| 3/25/2025 1:49:23 PM | TRUL Withdrawal | ($10.00) | TL0325 | | $5.20 |
| 3/25/2025 1:48:27 PM | TRUL Withdrawal | ($15.00) | TL0325 | | $15.20 |
| 3/25/2025 1:47:34 PM | TRUL Withdrawal | ($30.00) | TL0325 | | $30.20 |
| 3/25/2025 1:07:25 PM | Western Union | $60.00 | 33325084 | | $60.20 |
| 3/21/2025 12:47:29 PM | Phone Withdrawal | ($5.00) | TFN0321 | | $0.20 |
| 3/20/2025 9:39:10 AM | TRUL Withdrawal | ($15.00) | TL0320 | | $5.20 |
| 3/17/2025 9:07:55 AM | Sales - No FP (Non-FP Session) | ($4.80) | 40 | | $20.20 |
| 3/12/2025 5:06:26 AM | Lockbox - CD | $25.00 | 70129001 | | $25.00 |
| 3/10/2025 10:06:52 AM | FRP Quarterly Pymt | ($40.36) | 5FRP0325 | | $0.00 |
| 3/7/2025 11:07:13 AM | Western Union | $40.00 | 33325066 | | $40.36 |
| 3/4/2025 7:53:22 AM | Phone Withdrawal | ($2.00) | TFN0304 | | $0.36 |
| 3/4/2025 7:52:13 AM | TRUL Withdrawal | $2.00 | TL0304 | | $2.36 |
| 2/28/2025 10:39:12 AM | TRUL Withdrawal | ($10.00) | TL0228 | | $0.36 |

1 2 3



Sherman Fields
#15151-180
U.S.P. Lee
P.O. Box 305
Jonesville, VA
24263

SPECIAL MAIL
28 C.F.R. § 540.18

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT
OFFICE OF THE CLERK
EDWARD HEBERT BUILDING
600 S. MAESTRI PLACE
NEW ORLEANS, LOUISIANA
70130-3408