IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

Sherman Lamont Fields

v.                                          W1-01-CR-164-ADA

United States of America

**FILED**

July 11, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ cap
_____
DEPUTY

NOTICE OF APPEAL

Notice is hereby given that, Sherman Fields, the petitioner, pro se, hereby appeals to the United States Court of Appeals for the 5th Circuit from the final Judgment denying his RULE 60 (b) and/or successive Habeas, and all pleadings related thereto, entered for record in the above action on the 24th day of June 2025.

Respectfully Submitted

Sherman Fields
#15651-180
USP Lee
P.O. Box 305
Jonesville, VA
24263
Pro Se

Sherman Fields
#15651-180
USP Lee
P.O. Box 305
Jonesville, VA
24263

RECEIVED

JUL 11 2025

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Special Mail...
28 C.F.R. § 540.18

Clerk u.s. District Court
Western District of Texas
United States Courthouse
800 Franklin Avenue, Room 380
Waco, Texas 76701