# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 12, 2026

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



    Re:  Sherman Lamont Fields
         v. United States
         No. 25-6294
         (Your No. 25-50368)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 13, 2026

Mr. Philip Devlin
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 25-50368   USA v. Fields
                  USDC No. 6:20-CV-527

Dear Mr. Devlin,

We have received the Supreme Court order denying certiorari.  We
previously sent you the judgment issued as mandate.

           Sincerely,

           LYLE W. CAYCE, Clerk

           By: _____
           Renee S. McDonough, Deputy Clerk
           504-310-7673