# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

§
§
§
§

## ORDER REGARDING WACO DIVISION DOCKET

It is hereby **ORDERED** that all Waco criminal cases of the undersigned be

**TRANSFERRED** to District Judge Christopher R. Wolfe.  This transfer is required to comply

with the Amended Order Assigning the Business of the Court filed on May 18, 2026.

It is further **ORDERED** that the Clerk of Court shall credit these cases to the percentage

of business of the receiving Judge.

**SIGNED** this 26th day of May, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE